## DEMAND FOR JURY TRIAL

Plaintiff Wayne Berry hereby respectfully demands a trial by jury of all issues triable thereto.

Dated: Honolulu, Hawaii, _MAR 29 2007_____.

_____
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY