# Court Copy

*Receipt for Payment*

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 238926 |
| Trans | 144895 |

Received From:   **LYNCH ICHIDA THOMPSON**

Case Number:

Reference Number:   **CV 07-172JMS**

|  | Check | 368.00 |
|---|---|---|
|  | Total | 368.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV FILING FEE | 086900 | 1 | 60.00 |
| CV FILING FEE | 510000 | 1 | 190.00 |
| CV FILING FEE | 086400 | 1 | 100.00 |
| CERTIFICATION | 322360 | 2 | 10.00 |
| CERTIFICATION | 510000 | 2 | 8.00 |
|  | **Total** | | **368.00** |
|  | Tend | | 368.00 |
|  | Due | | 0.00 |

03/29/2007 01:49:38 PM     Deputy Clerk:  et/LG