LYLE S. HOSODA & ASSOCIATES, LLC

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| RAINA P.B. GUSHIKEN | 7329-0 |
| CHRISTOPHER CHUNG | 7951-0 |
| CHENISE KANEMOTO-MAGNO | 8155-0 |

345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Phone: (808) 524-3700
Facsimile: (808) 524-3838

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. 07-00172 JMS LEK |
| | ) | |
| Plaintiff, | ) | **NOTICE OF APPEARANCE OF** |
| | ) | **COUNSEL; CERTIFICATE OF** |
| vs. | ) | **SERVICE** |
| | ) | |
| DEUTSCHE BANK TRUST | ) | |
| COMPANY AMERICAS (FKA | ) | |
| BANKERS TRUST COMPANY) | ) | |
| AND JP MORGAN CHASE BANK | ) | |
| IN THEIR SEPARATE CAPACITIES | ) | |
| AND AS AGENTS FOR THE PRE | ) | |
| AND POST-PETITION LENDERS | ) | |
| OF FLEMING COMPANIES, INC.; | ) | |
| DOES 1 TO 200, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the law firm of Lyle S. Hosoda & Associates, LLC, hereby enters its appearance as counsel for Defendants DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre and post-petition lenders of Fleming Companies, Inc..

DATED:  Honolulu, Hawaii, <u>June 1, 2007</u>.


 /s/ Lyle S. Hosoda
LYLE S. HOSODA
RAINA P.B. GUSHIKEN

Attorneys for Defendants
DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.