IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. 07-00172 JMS LEK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY), et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 1, 2007 and by the method of service noted below, a true and correct copy of the *Notice of Appearance of Counsel* was served on the following parties at their last known addresses:

<u>Served electronically through CM/ECF</u>**:**

  Timothy J. Hogan   tjh@loio.com

  Attorney for Plaintiff
  WAYNE BERRY

\\

\\

\\

\\

  DATED: Honolulu, Hawaii, June 1, 2007.

         /s/ Lyle S. Hosoda
        LYLE S. HOSODA
        RAINA P.B. GUSHIKEN

        Attorneys for Defendants
        DEUTSCHE BANK TRUST COMPANY
        AMERICAS (FKA BANKERS TRUST
        COMPANY) AND JP MORGAN CHASE
        BANK IN THEIR SEPARATE
        CAPACITIES AND AS AGENTS FOR
        THE PRE AND POST-PETITION
        LENDERS OF FLEMING COMPANIES,
        INC.