LYLE S. HOSODA & ASSOCIATES, LLC

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| RAINA P.B. GUSHIKEN | 7329-0 |
| CHRISTOPHER T. CHUN | 7951-0 |
| CHENISE KANEMOTO-MAGNO | 8155-0 |

345 Queen Street, Suite 804
Honolulu, Hawaii  96813
Phone:  (808) 524-3700
Facsimile:  (808) 524-3838

Attorneys for Defendants
DEUTSCHE BANK TRUST COMPANY
AMERICAS (FKA BANKERS TRUST COMPANY)
AND JP MORGAN CHASE BANK IN THEIR
SEPARATE CAPACITIES AND AS AGENTS
FOR THE PRE AND POST-PETITION LENDERS
OF FLEMING COMPANIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; DOES 1 TO 200, | CIVIL NO. 07-00172 JMS LEK<br><br>**DEFENDANT DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.'S APPLICATION TO ADMIT MICHAEL E. BAUMANN, ESQ. AND ERIN BRADY, ESQ. PRO HAC VICE;  DECLARATION OF** |

|  |  |  |
|---|---|---|
| Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **LYLE S. HOSODA;** <br> **DECLARATION OF MICHAEL E.** <br> **BAUMANN; DECLARATION OF** <br> **ERIN BRADY; ORDER** <br> **GRANTING APPLICATION FOR** <br> **PRO HAC VICE ADMISSION OF** <br> **MICHAEL E. BAUMANN AND** <br> **ERIN BRADY** |

**DEFENDANT DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.'S APPLICATION TO ADMIT MICHAEL E. BAUMANN AND ERIN BRADY <u>PRO HAC VICE</u>**

Defendants DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre and post-petition lenders of Fleming Companies, Inc. (collectively "Defendants"), by and through their undersigned attorneys, hereby respectfully apply to this Court for the admission of Michael E. Baumann and Erin Brady, of the law firm of Kirkland & Ellis, LLC, to practice *pro hac vice* as co-counsel with the undersigned counsel in this matter.

This application is brought pursuant to LR 83.1(e) and LR 83.3 of the Local Rules of Practice for the United States District Court for the District of

Hawaii, and is supported by the Declarations of Lyle S. Hosoda, Michael E. Baumann, and Erin Brady, which are attached hereto and incorporated herein by reference.

    DATED: Honolulu, Hawaii, <u>June 1, 2007</u>.

                                           <u>/s/ Raina P.B. Gushiken</u>
                                           LYLE S. HOSODA
                                           RAINA P.B. GUSHIKEN

                                           Attorneys for Defendants