LYLE S. HOSODA & ASSOCIATES, LLC
LYLE S. HOSODA            3964-0
RAINA P.B. GUSHIKEN       7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

KIRKLAND & ELLIS, LLP
MICHAEL E. BAUMANN (S.B.N. 145830)
ERIN N. BRADY (S.B.N. 215038)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: ebrady@kirkland.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. CV07-00172 JMS LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | DEFENDANTS DEUTSCHE BANK |
| v. | ) | TRUST COMPANY AMERICAS |
| | ) | (FKA BANKERS TRUST |
| DEUTSCHE BANK TRUST | ) | COMPANY) AND JP MORGAN |
| COMPANY AMERICAS (FKA | ) | CHASE BANK IN THEIR |
| BANKERS TRUST COMPANY) | ) | SEPARATE CAPACITIES AND AS |
| AND JP MORGAN CHASE BANK | ) | AGENTS FOR THE PRE AND |
| IN THEIR SEPARATE CAPACITIES | ) | POST- PETITION LENDERS OF |
| AND AS AGENTS FOR THE PRE | ) | FLEMING COMPANIES, INC.'S |
| AND POST- PETITION LENDERS | ) | MOTION FOR REASSIGNMENT OF |
| OF FLEMING COMPANIES, INC.; | ) | CASE TO THE HONORABLE |

| | |
|---|---|
| DOES 1 TO 200,<br><br>    Defendants. | ) SUSAN OKI MOLLWAY;<br>) MEMORANDUM IN SUPPORT OF<br>) MOTION; DECLARATION OF<br>) LYLE S. HOSODA; EXHIBITS "A" -<br>) "H"; CERTIFICATE OF SERVICE<br>)<br>) |

**DEFENDANTS DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST- PETITION LENDERS OF FLEMING COMPANIES, INC.'S MOTION FOR REASSIGNMENT OF CASE**
<u>**TO THE HONORABLE SUSAN OKI MOLLWAY**</u>

Defendants Deutsche Bank Trust Company Americas (fka Bankers Trust Company) and JP Morgan Chase Bank (collectively "Defendants"), by and through their attorneys, Lyle S. Hosoda & Associates, LL, hereby move this Court for an order reassigning this case to the Honorable Susan Oki Mollway because this case involves the same plaintiff, Wayne Berry, the same copyrighted property, Freight Control System 1993 ("FCS 1993"), and similar allegations of unauthorized use of FCS 1993 that were the subject of the lawsuit bearing Civil No. 03-00385 SOM/LEK, *Berry v. Hawaiian Express Service, Inc., et al.*

    This motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedures and L.R. 7.2 and 40.2 of the Local Rules of Practice of the United States District Court for the District of Hawaii, and is based upon the attached

2

memorandum in support, declaration of counsel, exhibits, and the records and files herein.

DATED: Honolulu, Hawaii, June 1, 2007.

/s/ Raina P.B. Gushiken
LYLE S. HOSODA
RAINA P.B. GUSHIKEN

Attorneys for Defendants