# EXHIBIT B

MAR-06-2003 15:13    U.S. COURTS HAWAII          808 541 1303    P.02/06
ORIGINAL                                        DISTRICT OF HAWAII
                                                MAR 6 2002
                                                at 2 o'clock and 40 min M
                                                WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, | ) CIVIL NO. 01 00446 SPK LEK |
| Plaintiff, | ) |
| vs. | ) |
| FLEMING COMPANIES, INC., aka FLEMING FOODS, INC., aka FLEMING, DOE INDIVIDUALS 1-50 AND DOE PARTNERSHIPS, CORPORATIONS AND OTHER ENTITIES 1-20, | ) SPECIAL VERDICT FORM |
| Defendants. | ) |

SPECIAL VERDICT FORM

A. FREIGHT CONTROL SYSTEM SOFTWARE

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Freight Control software attached to Exhibit 221?

    Yes ✗            No ____

    If "YES" go to next question.
    If "NO", skip to section B.

1

MAR-06-2003 15:13        U.S.COURTS HAWAII                 808 541 1303    P.03/06

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Freight Control software.

   Yes ✗         No ____

   If "YES" go to next question.
   If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Freight Control software.

   Yes ✗         No ____

   If "NO" skip to section B.
   If "YES" go to next question.

4. Was the infringement of the Freight Control software copyright willful?

   Yes ✗         No ____

   Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of Freight Control System software?

   $99,250.00

2

MAR-06-2003  15:13        U.S. COURTS HAWAII                    808 541 1303    P.04/06

B. **CRYSTAL REPORTS SOFTWARE**

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Crystal Reports software attached to Exhibit 222?

   Yes __X__           No _____

   If "NO", skip to section C.
   If "YES" go to next question.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Crystal Reports software.

   Yes __X__           No _____

   If "YES" go to next question.
   If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Crystal Reports software.

   Yes _____           No __X__

   If "NO" skip to section C.
   If "YES" go to next question.

4. Was the infringement of the Crystal Reports software copyright willful?

   Yes _____           No _____

   Go to the next question.

3

5. What amount of damages is Wayne Berry entitled to for the infringement of Crystal Reports software?

_____

C. **FLEMINGPO.EXE SOFTWARE**

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the FlemingPO.exe software attached to Exhibit 223?

   Yes _X_         No ____

   If "YES" go to next question.
   If "NO", skip to the end.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the FlemingPO.exe software.

   Yes _X_         No ____

   If "YES" go to next question.
   If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the FlemingPO.exe software.

   Yes ____         No _X_

   If "NO" skip to the end.
   If "YES" go to next question.

4

4. Was the infringement of the FlemingPO.exe software copyright willful?

Yes _____                    No _____

Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of FlemingPO.exe software?

_____

Please sign and date this Special Verdict Form.

_____          _____
Jury Foreperson

_____          _____
                                         Carol Ho Akimoto

_____          _____

_____          _____

                                         _____
                                         Date
                                         3/6/03

5

TOTAL P.06