IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. CV07-00172 JMS-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY), et al. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 1, 2007 and by the method of service noted below, a true and correct copy of *Defendants Deutsche Bank Trust Company Americas (fka Bankers Trust Company) and JP Morgan Chase Bank in Their Separate Capacities and as Agents for the Pre and Post- Petition Lenders of Fleming Companies, Inc.'s Motion for Reassignment of Case to the Honorable Susan Oki Mollway* was served on the following parties at their last known addresses:

<u>Served electronically through CM/ECF</u>**:**

    Timothy J. Hogan  tjh@loio.com, timmyhogan@gmail.com

    Attorney for Plaintiff
    WAYNE BERRY

    DATED:     Honolulu, Hawaii, <u>June 1, 2007</u>.


              <u> /s/ Raina P.B. Gushiken           </u>
              LYLE S. HOSODA
              RAINA P.B. GUSHIKEN

              Attorneys for Defendants