# Customer Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239699 |
|---|---|
| Trans | 145861 |

Received From:     **ERIN BRADY**
Case Number:
Reference Number:   **CV 07-172JMS**

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  | **Total** | | **225.00** |
|  | Tend | | 225.00 |
|  | Due | | 0.00 |

06/04/2007 06:38:55 AM     Deputy Clerk: et/VC