# Customer Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239698 |
|---|---|
| Trans | 145860 |

Received From: **MICHAEL E. BAUMAN**
Case Number:
Reference Number: **CV 07-172JMS**

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | **Total** | **225.00** |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

06/04/2007 06:38:33 AM       Deputy Clerk: et/VC