IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WAYNE BERRY, ) | CIVIL NO. 07-00172 JMS LEK |
| ) | |
|     Plaintiff, ) | **ORDER GRANTING** |
| ) | **APPLICATION FOR PRO HAC** |
|   vs. ) | **VICE ADMISSION OF MICHAEL** |
| ) | **E. BAUMANN AND ERIN BRADY** |
| DEUTSCHE BANK TRUST ) | |
| COMPANY AMERICAS (FKA ) | |
| BANKERS TRUST COMPANY) et ) | |
| al., ) | |
| ) | |
|     Defendants. ) | |
| ) | |

**ORDER GRANTING APPLICATION FOR PRO HAC VICE
ADMISSION OF MICHAEL E. BAUMANN AND ERIN BRADY**

      The Court having considered the application of Michael E. Baumann

and Erin Brady to appear *pro hac vice* in this action for Defendants DEUTSCHE

BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY)

and JP MORGAN CHASE BANK in their separate capacities and as agents for the

pre and post-petition lenders of Fleming Companies, Inc., and good cause

\\

\\

\\

\\

appearing therefor, Michael E. Baumann's and Erin Brady's Application for

Admission *Pro Hac Vice* should be and is hereby granted.

DATED AT HONOLULU, HAWAI`I, June 4, 2007.



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**WAYNE BERRY V. DEUTSCHE BANK TRUST COMPANY AMERICAS, ET AL;
CIVIL NO. 07-00172 JMS-LEK; ORDER GRANTING PRO HAC VICE ADMISSION OF
MICHAEL BAUMANN, ESQ. AND ERIN BRADY, ESQ.**