LYLE S. HOSODA & ASSOCIATES, LLC
LYLE S. HOSODA                 3964-0
RAINA P.B. GUSHIKEN            7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii  96813
Telephone:  (808) 524-3700
Facsimile:  (808) 524-3838
E-mail: lsh@hosodalaw.com

KIRKLAND & ELLIS, LLP
MICHAEL E. BAUMANN (S.B.N. 145830)
ERIN N. BRADY (S.B.N. 215038)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: ebrady@kirkland.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. 07-00172 JMS LEK |
| | ) | |
| Plaintiff, | ) | **DEFENDANT DEUTSCHE BANK** |
| | ) | **TRUST COMPANY AMERICAS** |
| vs. | ) | **(FKA BANKERS TRUST** |
| | ) | **COMPANY) AND JP MORGAN** |
| DEUTSCHE BANK TRUST | ) | **CHASE BANK IN THEIR** |
| COMPANY AMERICAS (FKA | ) | **SEPARATE CAPACITIES AND AS** |
| BANKERS TRUST COMPANY) | ) | **AGENTS FOR THE PRE AND** |
| AND JP MORGAN CHASE BANK | ) | **POST-PETITION LENDERS OF** |
| IN THEIR SEPARATE CAPACITIES | ) | **FLEMING COMPANIES, INC.'S** |
| AND AS AGENTS FOR THE PRE | ) | **APPLICATION TO ADMIT** |
| AND POST-PETITION LENDERS | ) | **ANDREW P. DENATALE, ESQ.,** |
| OF FLEMING COMPANIES, INC.; | ) | |
| DOES 1 TO 200, | ) | |

Defendants.    )    **JONATHAN E. MOSKIN, ESQ.**
    )    **AND F. WADE ACKERMAN, ESQ.**
    )    **PRO HAC VICE;  DECLARATION**
    )    **OF LYLE S. HOSODA;**
    )    **DECLARATION OF ANDREW P.**
    )    **DENATALE; DECLARATION OF**
    )    **JONATHAN E. MOSKIN;**
    )    **DECLARATION OF F. WADE**
    )    **ACKERMAN; ORDER**
    )    **GRANTING APPLICATION FOR**
    )    **PRO HAC VICE ADMISSION OF**
    )    **ANDREW P. DENATALE,**
    )    **JONATHAN E. MOSKIN, AND F.**
    )    **WADE ACKERMAN**
    )
_____    )

**DEFENDANT DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.'S APPLICATION TO ADMIT ANDREW P. DENATALE, ESQ., JONATHAN E. MOSKIN, ESQ., AND F. WADE ACKERMAN, ESQ. PRO HAC VICE**

Defendants DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre and post-petition lenders of Fleming Companies, Inc. (collectively "Defendants"), by and through their undersigned attorneys, hereby respectfully apply to this Court for the admission of Andrew P. DeNatale, Esq. and Jonathan E. Moskin, Esq. of the law firm of White & Case, LLP and F. Wade Ackerman, Esq. of the law firm of Kirkland & Ellis,

LLP, to practice *pro hac vice* as co-counsel with the undersigned counsel in this

matter.

This application is brought pursuant to LR 83.1(e) and LR 83.3 of the

Local Rules of Practice for the United States District Court for the District of

Hawaii, and is supported by the Declarations of Lyle S. Hosoda, Andrew P.

DeNatale, Jonathan E. Moskin, and F. Wade Ackerman, which are attached hereto

and incorporated herein by reference.

DATED:  Honolulu, Hawaii, <u>June 7, 2007</u>.

<u>/s/ Lyle S. Hosoda</u>
LYLE S. HOSODA & ASSOCIATES, LLC
Lyle S. Hosoda
Raina P.B. Gushiken
345 Queen Street, Suite 804
Honolulu, Hawaii  96813
Telephone:  (808) 524-3700
Facsimile:  (808) 524-3838
          and
KIRKLAND & ELLIS, LLP
Michael E. Baumann (S.B.N. 145830)
Erin N. Brady (S.B.N. 215038)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants