# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239788 |
|---|---|
| Trans | 145994 |

Received From:     **JONATHAN E. MOSKIN**
Case Number:
Reference Number:  **CV 07-172 JMS**

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |

|  | Total | 225.00 |
|---|---|---|
|  | Tend | 225.00 |
|  | Due | 0.00 |

06/08/2007 03:26:07 PM     Deputy Clerk: lg/DT