# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **239787** |
| Trans | 145993 |

Received From: **ANDREW P. DENATALE**
Case Number:
Reference Number: CV 07-172 JMS

| | |
|---|---|
| Check | 225.00 |
| Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
| | | Total | 225.00 |
| | | Tend | 225.00 |
| | | Due | 0.00 |

06/08/2007 03:24:52 PM     Deputy Clerk: lg/DT