# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | **239789** |
|---|---|
| Trans | 145995 |

Received From: **F. WADE ACKERMAN**
Case Number:
Reference Number: **CV 07-172 JMS**

|  |  |
|---|---|
| Check | 225.00 |
| Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | **Total** | **225.00** |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

06/08/2007 03:26:35 PM      Deputy Clerk: lg/DT