LYLE S. HOSODA & ASSOCIATES, LLC

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| RAINA P.B. GUSHIKEN | 7329-0 |

345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

KIRKLAND & ELLIS, LLP

MICHAEL E. BAUMANN (S.B.N. 145830)
ERIN N. BRADY (S.B.N. 215038)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: ebrady@kirkland.com

Counsel for Defendants

WHITE & CASE LLP

ANDREW DENATALE (ADN 2429)
JONATHAN MOSKIN (Bar No. 1949031)
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
E-mail: adenatale@ny.whitecase.com

Of Counsel for Defendants

[*caption continued on next page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. CV07-00172 SOM LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **NOTICE OF HEARING MOTION;** |
| v. | ) | **DEFENDANTS DEUTSCHE BANK** |
| | ) | **TRUST COMPANY AMERICAS** |
| DEUTSCHE BANK TRUST | ) | **(FKA BANKERS TRUST** |
| COMPANY AMERICAS (FKA | ) | **COMPANY) AND JP MORGAN** |
| BANKERS TRUST COMPANY) | ) | **CHASE BANK IN THEIR** |
| AND JP MORGAN CHASE BANK | ) | **SEPARATE CAPACITIES AND AS** |
| IN THEIR SEPARATE CAPACITIES | ) | **AGENTS FOR THE PRE AND** |
| AND AS AGENTS FOR THE PRE | ) | **POST- PETITION LENDERS OF** |
| AND POST- PETITION LENDERS | ) | **FLEMING COMPANIES, INC.'S** |
| OF FLEMING COMPANIES, INC.; | ) | **MOTION TO DISMISS;** |
| DOES 1 TO 200, | ) | **MEMORANDUM IN SUPPORT** |
| | ) | **OF MOTION; DECLARATION OF** |
| Defendants. | ) | **ERIN N. BRADY IN SUPPORT OF** |
| | ) | **MOTION TO DISMISS;** |
| | ) | **EXHIBITS "A" - "W";** |
| | ) | **CERTIFICATE OF SERVICE** |
| | ) | |

**DEFENDANTS DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST- PETITION LENDERS OF FLEMING COMPANIES, INC.'S MOTION TO DISMISS**

2

Defendants Deutsche Bank Trust Company Americas (fka Bankers Trust Company) and JP Morgan Chase Bank (collectively "Defendants"), by and through their attorneys, Lyle S. Hosoda & Associates, LLC, and Kirkland & Ellis, LLP, hereby move this Court for an order dismissing this case with prejudice and without leave to amend because (I) Berry's unjust enrichment claim is preempted by the Copyright Act; (ii) Berry's copyright claims are barred by the statute of limitations; (iii) Berry's post-petition infringement claims are barred by Section 364 of the Bankruptcy Code and principles of collateral estoppel; and (iv) Berry has not and cannot plead a cognizable theory under which he could recover for contributory and vicarious infringement.

This motion is brought pursuant to Rules 7 and 12(b)(6) of the Federal Rules of Civil Procedures and L.R. 7.2 of the Local Rules of Practice of the United States District Court for the District of Hawaii, and is based upon the attached memorandum in support, declaration of counsel, exhibits, and the records and files herein.

DATED:  Honolulu, Hawaii, June 12, 2007.

      /s/ Lyle S. Hosoda
LYLE S. HOSODA & ASSOCIATES, LLC
Lyle S. Hosoda
Raina P.B. Gushiken
345 Queen Street, Suite 804

Honolulu, Hawaii  96813
Telephone:  (808) 524-3700
Facsimile:  (808) 524-3838
E-mail: lsh@hosodalaw.com
    and
KIRKLAND & ELLIS, LLP
Michael E. Baumann (S.B.N. 145830)
Erin N. Brady (S.B.N. 215038)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: ebrady@kirkland.com

Counsel for Defendants

WHITE & CASE, LLP
Andrew DeNatale (ADN 2429)
Jonathan Moskin (Bar No. 1949031)
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
E-mail: adenatale@ny.whitecase.com

Of Counsel for Defendants