# EXHIBIT H

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO 03-00385 SOM-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| | March 9, 2006 |
| FLEMING COMPANIES, INC. Et al. | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[✓]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff in the amount of $57,534.00 and against the defendant(s) Fleming in the amount of $57,530.00, Mark Dillon in the amount of $2.00, and Teresa Noa in the amount of $2.00; all pursuant to the jury's verdict filed March 7, 2006.

| | |
|---|---|
| March 9, 2006 | SUE BEITIA |
| Date | Clerk |
| | /s/ George A. Bartels Jr. |
| | (By) Deputy Clerk |