# EXHIBIT N



```
4/5/03 NYT-ABS C4                                                        Page 1


4/5/03 N.Y. Times (Abstracts) C4
2003 WLNR 12675158

                          New York Times Abstracts
              Copyright © 2004 The New York Times.  All rights reserved.

                               April 5, 2003



                                  Section: C



                    COMPANY NEWS:    FLEMING   COS


Fleming Cos wins bankruptcy judge's approval of $50 million in financing intended to
allow it to pay suppliers while it restructures (S)


                         ---- INDEX REFERENCES ----

COMPANY: FLEMING COS INC

Language:  EN

OTHER INDEXING:  (FLEMING COS)   (Food; Bankruptcies; Suits and Litigation; Decisions
and Verdicts; Supermarkets)

COMPANY TERMS: FLEMING COMPANIES

Word Count: 27
4/5/03 NYT-ABS C4
END OF DOCUMENT
```

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.