# EXHIBIT O

 **NewsRoom**

4/14/03 BUSWK 40                                                        Page 1

4/14/03 Bus. Wk. 40
2003 WLNR 9523334

BusinessWeek
Copyright 2003 The McGraw-Hill Companies, Inc.

**April 14, 2003**

Issue 3828

ET CETERA...

Edited by Monica Roman

-- <u>First Data</u> agreed to buy Concord EFS to become the largest owner of ATM networks.

-- Tyco International has sued former CFO Mark Swartz for at least $400 million.

-- Lewisville (Tex.) wholesaler **Fleming** Cos. filed for **bankruptcy** protection.

---- INDEX REFERENCES ----

COMPANY: FLEMING COS INC; <u>FIRST DATA CORP</u>

Language:  EN

OTHER INDEXING:  (ATM; CETERA; CFO; FIRST DATA; **FLEMING** COS)  (Tyco International) (In Business This Week)

Word Count: 48
4/14/03 BUSWK 40
END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.