IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. 07-00172 SOM LEK |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **APPLICATION FOR PRO HAC** |
| vs. | ) | **VICE ADMISSION OF ANDREW** |
| | ) | **P. DENATALE, JONATHAN E.** |
| DEUTSCHE BANK TRUST | ) | **MOSKIN, AND F. WADE** |
| COMPANY AMERICAS (FKA | ) | **ACKERMAN** |
| BANKERS TRUST COMPANY) et | ) | |
| al., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

**ORDER GRANTING APPLICATION FOR PRO HAC VICE
ADMISSION OF ANDREW P. DENATALE, JONATHAN E. MOSKIN, <u>AND
F. WADE ACKERMAN</u>**

The Court having considered the application of Andrew P. DeNatale,

Jonathan E. Moskin, and F. Wade Ackerman to appear *pro hac vice* in this action

for Defendants DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA

BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their

separate capacities and as agents for the pre and post-petition lenders of Fleming

\\

\\

\\

\\

Companies, Inc., and good cause appearing therefor, Andrew P. DeNatale's,

Jonathan E. Moskin's, and F. Wade Ackerman's Application for Admission *Pro*

*Hac Vice* should be and is hereby granted.

DATED at Honolulu, Hawai`i, June 18, 2007.



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**WAYNE BERRY V. DEUTSCHE BANK TRUST COMPANY AMERICAS, ET AL.;
CIVIL NO. 07-00172 JMS-LEK; ORDER GRANTING APPLICATION FOR PRO
HAC VICE ADMISSION ANDREW DENATALE, ESQ. AND F. WADE ACKERMAN,
ESQ.**