# Exhibit 10

To be submitted *in camera* at the hearing.