
# Exhibit 12

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY<br><br>Plaintiff(s),<br><br>V.<br><br>FLEMING COMPANIES, INC., aka<br>FLEMING FOODS, INC., aka<br>FLEMING, DOE INDIVIDUALS 1-50<br>AND DOE PARTNERSHIPS,<br>CORPORATIONS AND OTHER<br>ENTITIES 1-20<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 01-00446SPK-LEK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 20, 2005<br><br>At 4 o'clock and 00 min p.m.<br>WALTER A.Y.H. CHINN, CLERK |

[✓]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Wayne Berry in the amount of $98,250.00 against Defendant Fleming Companies as to Freight Control System Software; and in favor of Defendant Fleming Companies as to Crystal Reports Software and Fleming PO.EXE Software pursuant to the "Special Verdict Form" filed March 6, 2003 and the "Order Denying Post-Trial Motions" filed on December 27, 2004.
IT IS FURTHER ORDERED AND ADJUDGED that the Court finds Plaintiff Wayne Berry the prevailing party for purposes of 17 U.S.C. § 505 and awards attorneys' fees of $28,368.79 and costs of $17,217.93 for a total award of $45,586.72 pursuant to the "Order Denying Defendant's Motion For Attorneys' Fees and Granting in Part Plaintiff's Motion for Award of Attorneys' Fees and Full Costs" filed on December 28, 2004.

cc:   all counsel of record

| | |
|---|---|
| January 20, 2005<br>Date | WALTER A.Y.H. CHINN<br>Clerk<br><br>*[signature]*<br>(By) Deputy Clerk |

MAR-06-2002 15:15 U.S. COURTS HAWAII 808 541 1303 P.02/06
Case 1:07-cv-07634-WHP Document 1-103 Filed 08/28/2007 Page 3 of 7
ORIGINAL
MAR 6 2002
at 2 o'clock and 40 min M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WAYNE BERRY, | ) CIVIL NO. 01 00446 SPK LEK |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| FLEMING COMPANIES, INC., aka FLEMING FOODS, INC., aka FLEMING, DOE INDIVIDUALS 1-50 AND DOE PARTNERSHIPS, CORPORATIONS AND OTHER ENTITIES 1-20, | ) SPECIAL VERDICT FORM |
| Defendants. | ) |

SPECIAL VERDICT FORM

A. FREIGHT CONTROL SYSTEM SOFTWARE

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Freight Control software attached to Exhibit 221?

   Yes  X       No _____

   If "YES" go to next question.
   If "NO", skip to section B.

1

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Freight Control software.

Yes _X_  No ___

If "YES" go to next question.
If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Freight Control software.

Yes _X_  No ___

If "NO" skip to section B.
If "YES" go to next question.

4. Was the infringement of the Freight Control software copyright willful?

Yes _X_  No ___

Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of Freight Control System software?

_$ 99,250.00_

2

B.    CRYSTAL REPORTS SOFTWARE

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Crystal Reports software attached to Exhibit 222?

    Yes _X_            No ___

    If "NO", skip to section C.
    If "YES" go to next question.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Crystal Reports software.

    Yes _X_            No ___

    If "YES" go to next question.
    If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Crystal Reports software.

    Yes ___            No _X_

    If "NO" skip to section C.
    If "YES" go to next question.

4. Was the infringement of the Crystal Reports software copyright willful?

    Yes ___            No ___

    Go to the next question.

3

5. What amount of damages is Wayne Berry entitled to for the infringement of Crystal Reports software?

_____

C. **FLEMINGPO.EXE SOFTWARE**

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the FlemingPO.exe software attached to Exhibit 223?

    Yes _X_     No ___

    If "YES" go to next question.
    If "NO", skip to the end.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the FlemingPO.exe software.

    Yes _X_     No ___

    If "YES" go to next question.
    If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the FlemingPO.exe software.

    Yes ___     No _X_

    If "NO" skip to the end.
    If "YES" go to next question.

4

4.  Was the infringement of the FlemingPO.exe software copyright willful?

    Yes _____      No _____

    Go to the next question.

5.  What amount of damages is Wayne Berry entitled to for the infringement of FlemingPO.exe software?

    _____

Please sign and date this Special Verdict Form.

_____
Jury Foreperson

_____    Carol Ho Akimoto

_____    _____

_____    _____

                           _____
                           Date
                           3/6/03

5