# Exhibit 14

Case 1:07-cv-07634-WHP     Document 1-105     Filed 08/28/2007     Page 1 of 14

DISCLOSURE SCHEDULE

to

ASSET PURCHASE AGREEMENT

dated as of July 7, 2003

among

C&S ACQUISITION LLC,

as Purchaser,

C&S WHOLESALE GROCERS, INC.,

as Parent,

FLEMING COMPANIES, INC.

and

THE OTHER ENTITIES IDENTIFIED HEREIN,

as Sellers

# INTRODUCTION

This Disclosure Schedule is made and given pursuant to that certain Asset Purchase Agreement (the "Agreement"), dated as of July 7, 2003, by and among C&S Acquisition LLC, a Delaware limited liability company ("Purchaser"), Fleming Companies, Inc., an Oklahoma corporation ("Fleming"), Fleming Transportation Service, Inc., an Oklahoma corporation, Piggly Wiggly Company, an Oklahoma corporation, RFS Marketing Services, Inc., an Oklahoma corporation, Fleming International Ltd., an Oklahoma corporation, Fleming Foods of Texas L.P., an Oklahoma limited partnership, Fleming Foods Management Co., L.L.C., and an Oklahoma limited liability company (each, a "Seller" and collectively, "Sellers"), each a debtor and debtor in possession under Chapter 11 Case No. 03-10945 (MFW) (jointly administered) pending in the United States Bankruptcy Court for the District of Delaware and, with respect to Article V and Sections 14.8 and 14.11 only, C&S Wholesale Grocers, Inc., a Vermont corporation ("Parent"). All capitalized terms shall have the meanings defined in the Agreement, unless the context otherwise requires. The section numbers below correspond to the section numbers of the representations and warranties in the Agreement which are modified by the disclosures. Any descriptions of agreements herein are summaries only and are qualified in their entirety by the specific terms of such agreements, copies of which have been made available to the Buyer. Where any representation or warranty contained in the Agreement is limited or qualified by the materiality of the matters to which the representation or warranty relates, the inclusion of any matter herein does not constitute a determination by the Company that such matters are material.

It is expressly understood and acknowledged that any exception stated in or incorporated in a section of this Disclosure Schedule shall not constitute a basis for a claim of a breach of any representation or warranty contained in the Section of the Agreement corresponding to such section of this Disclosure Schedule.

Certain information in this Disclosure Schedule may not be required to be disclosed pursuant to the Agreement. Any such information is included solely for informational purposes, and the inclusion of such information shall not be deemed to enlarge or enhance any of the representations or warranties of Sellers in the Agreement or otherwise alter in any way the terms of the Agreement. Nor shall the inclusion of any item in this Disclosure Schedule constitute an admission of liability with respect to any claim, action, lawsuit or proceeding or an admission that any breach, violation, default or event of default exists with respect to any contract or agreement. The attachments to this Disclosure Schedule form an integral part of this Disclosure Schedule and are incorporated by reference for all purposes as if set forth fully herein.

The attached Disclosure Schedule is subject to further review by Purchaser.

## Schedule 1.1(a) - Operating PSCs

| Properties | Owned | Leased |
|---|---|---|
| 1. Fresno, California | | |
| 2797 S. Orange Ave.<br>Fresno, CA 93772 (CA 267) | X | |
| 2626 Maple Avenue (CA 242)<br>Fresno, CA 93703 | | X |
| 2. Garland, Texas | | |
| 2600 McCree Rd. (Main)<br>Garland, TX 75401 (TX 370)<br><br>Note:<br>TX 314 & TX 371 all part of TX 370 | X | |
| 2600 McCree Rd (Garage)<br>Garland, TX 75401 (TX 314) | | X |
| 2820 Oakland (TX 371F)<br>Garland, TX 75401 | X | |
| 3. Hawaii | | |
| 91-315 Hanua Street (HI 002)<br>Kapolei, HI 96707 | | X |
| 91-250 Kalaeloa Blvd. (HI 007)<br>Kapolei, HI 96707 | | X |
| 3140 Ualena Street (HI 005)<br>Honolulu, HI 96819 | | X |

| | | |
|---|---|---|
| 4. LaCrosse, Wisconsin | | |
| 1637 St. James Street (WI 917F)<br>La Crosse, WI 54601 | X | |
| 1812 St. James Street (Parking)<br>La Crosse, WI 54601 (WI 926PL) | | X |
| 5. Lincoln, Nebraska | | |
| 1601 Pioneer Boulevard<br>Lincoln, NE 68502 (NE 123) | | X |
| 1200 W. Commerce Way (2 Buildings)<br>Lincoln, NE 68508 (NE 121) | | X |
| 5220 South 19th Street<br>Lincoln, NE 68502 (NE 134) | | X |
| 6. Massillon, Ohio | | |
| 4676 Erie Street S<br>Massillon, OH 44646 (OH 215F) | | X |
| 60 Innsbruck Drive<br>Cheektowaga, NY 14227<br>(NY 315F) | | X |
| 7. Memphis, Tennessee (Southhaven, Mississippi) | | |
| 2929 Stateline Rd.<br>Southhaven, MS 3867 (MS 210) | | X |
| 823 Holmes Rd<br>Memphis, TN 38116 (TN 306) | | X |
| 8. Miami, Florida | | |
| 3400 NW 74th Ave<br>Miami, FL 33152 (FL 746) | | X |
| 3555 NW 77 Ave<br>Miami, FL 33152 (FL 742 CL), | | X |

| Location | | |
|---|---|---|
| Note: also (FL 742F) | | |
| 9.  Milwaukee, Wisconsin | | |
| 1200 W. Sunset Drive<br>Waukesha, WI 53186 (WI 952F) | X | Vacant Land is part of Distribution Facility Parcel owned. |
| Crestwood Bakery<br>1710 S. 108th Street<br>West Allis, WI 53214 (WI 913) | | X |
| 10. Nashville, Tennessee | | |
| 500 S. Cartwright<br>Goodlettsville, TN 37072<br>(TN 303) | | X |
| 11. Sacramento/Tracy, California | | |
| 3771 Channel Dr.<br>West Sacramento, CA 95691<br>(CA 269) | | X |
| 4276 Tracy Boulevard<br>Tracy, CA 95376 (CA 239) | | X |
| 12. Tulsa, Oklahoma | | |
| 4020 S. 145th E Avenue<br>Tulsa, OK 74108 (OK 267) | | X |
| 13. GMD Lacrosse, Wisconsin | | |
| 322 Causeway Boulevard<br>La Crosse, WI 54603 (WI 955) | X | |

| | | |
|---|---|---|
| 14. GMD Memphis, Tennessee | | |
| 4681 Burbank Road<br>Memphis, TN 38118 (TN 315) | X | |
| 4690 Hungerford Rd<br>Memphis, TN 38118 (TN 300) | Building owned, Lease land | X |
| 15. GMD Sacramento, California | | |
| 8301 Fruitridge Rd<br>Sacramento, CA 95826 (CA 272) | X | |
| 8371 Rovana Circle<br>Sacramento, CA 95826 (CA 236) | | X |
| 16. MD Topeka, Kansas | | |
| 7215 S. Topeka Blvd.<br>Bldg. 5&7<br>Topeka, KS 66619 (KS 209) | | X |

**Schedule 1.1(b) - Non-Operating PSCs**

| Properties | Owned | Leased |
|---|---|---|
| 1. Geneva, Alabama (scheduled to close) | | |
| 2001 W. Magnolia<br>Geneva, AL 36340 (AL 212) | | X |
| 1015 W. Magnolia<br>Geneva, AL 36340 (AL 213) | | X |
| 2. Lafayette, Louisiana (scheduled to close) (Boussard, Louisiana) | | |
| 108 Kol Drive<br>Broussard, LA 70518 (LA 188) | | X |
| 113 Kol Drive<br>Broussard, LA 70518 (LA 190) | X | |
| 3. Laurens, Iowa | | |
| 210-232-250 North 1st Street<br>Laurens, IA 50554 (IA 074F) | X | |
| 4. Lubbock (North), Texas | | |
| 408 East 50th Street<br>Lubbock, TX 79404 (TX 375) | X | |
| 3 Butterfield Trail<br>Suites 120/105<br>El Paso, TX 79906 (TX 343) | | X |
| 5. Minneapolis, Minnesota | | |
| 3501 Marshall Street<br>Minneapolis, MN 55418 (MN 264F) | X | |
| Parking Land (2-Landlords)<br>(MN 264PL, MN 264PL3) | | X |

| | | |
|---|---|---|
| 6. North Carolina | | |
| 1018 Highway 117 South (West Side-Old WHSE)<br>Warsaw, NC 28398 (NC 044) | X | |
| HWY 117 and Road 1902 (East Side)<br>Warsaw, NC 28398 (NC 041), Note: (NC 040 B & 040C) are Rail Leases for this warehouse. | Owned land approx 177 acres surrounds East Warehouse | X |
| 7. Maryland | | |
| 100 Lums Road<br>North East, MD 21901 (MD 893) | X | |
| 4 Center Drive, Sections 1-36<br>Northeast, MD 21901<br>(MD 891) = 1 - 20<br>(MD 891(B)) = 21 - 36 | | X |
| 600 N. Pencader Dr.<br>Newark, DE 19702 (DE 123) | | X |
| 8. Phoenix, Arizona | | |
| 624 S. 25th Avenue<br>Phoenix, AZ 85009 (AZ 135) | | X |
| 2440 W. Lincoln Street (Arctic Storage)<br>Phoenix, AZ 85009 (AZ 136) | X | |
| 9. Salt Lake City, Utah | | |
| 2455 W. 1500 S.<br>Salt Lake City, UT 84104 (UT 052) | | X |
| 2250 West Bridger Road<br>Salt Lake City, UT 84126 (UT 048) | | X |
| 10. Sikeston, Missouri | | |
| 1500 W. Malone<br>Sikeston, MO 63801 (MO 229) | X | |

| | | |
|---|---|---|
| 11. Superior, Wisconsin (scheduled to close) | | |
| 1 Gateway Court<br>Superior, WI 54880 (WI 923F) | X | |
| 1230 Poplar Avenue<br>Superior, WI 54880 (WI 922) | | X |
| 12. GMD Dallas, Texas | | |
| 3400 Dan Morton Drive<br>Dallas, TX 75236 (TX 376 &TX 334) | X (TX 376) | X (TX 334) |
| 13. GMD King of Prussia, Pennsylvania | | |
| 201 West Church Road<br>King of Prussia, PA 19406<br>(PA 826) | | X |
| 55 Central Drive<br>Farmingdale, NY 11735 (NY 313) | | X |

## Schedule 1.1(c) - Discontinued Distribution Centers

1. Fort Wayne, Indiana

   ( IN 170F) 3405 Meyer Road
   Fort Wayne, IN  46803

   (MI 048F) 650 Ionia Avenue SW
   Grand Rapids, MI

   (IN 173F) 2100 Summit Street
   New Haven, IN

2. Kansas City, Kansas

   (KS 212F) 5300 Kansas Avenue
   Kansas City, KS  66100

   (MO 208F) 1100 Atlantic Avenue
   Kansas City, MO  64116

   (KS 205F) 5380 Speaker Road
   Kansas City, KS  66106

   (KS 223GL) 55th and Speaker Road
   Kansas City, KA  66106

   (KS 214F, KS 206F& KS211F) 5100, 5150 & 5200 Kansas Avenue
   Kansas City, KS  66106

3. Oklahoma City, Oklahoma

   (OK 261) 5700 Hattie Street
   Oklahoma City, OK

4. Salem, Virginia

   (VA 111F) 359 Kessler Mill Rd.
   Salem, VA

5. South Brunswick, New Jersey

   (NJ 124F) 115 Interstate Blvd.
   Jamesberg, NJ 08831

6. York, Pennsylvania

   (PA 840) 1100 North Sherman St
   York, Pa. 17402

7. Marshfield, Wisconsin (convenience store supply business assets)

   (WI 954) 1700 S. Laemle Ave.
   Marshfield, WI 54449