# Exhibit 15



## Locations

The C&S family of facilities extends to 13 states. C&S maintains headquarters in Keene, New Hampshire.

**CLICK HERE** for information on living and working in Keene.

Click on a location image below to see details and directions to that facility.

* Denotes Headquarters Location



 

 

  

  

  

 



company | executives | community | why we're unique | locations | customers | careers | news | home

© 2006 C&S Wholesale Grocers, Inc.
All Rights Reserved Worldwide
Terms of Use    Contact Us