# Exhibit 16

```
 1                 IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF HAWAII
 3                                      )
    WAYNE BERRY, a Hawaii citizen,      )  CV 03-00385 SOM-LEK
 4                                      )
               Plaintiff,               )  Honolulu, Hawaii
 5       vs.                            )  September 28, 2004
                                        )  9:00 A.M.
 6  HAWAII EXPRESS SERVICE, INC.,       )
    a California corporation,           )  Continued Hearing on
 7  et al.,                             )  Plaintiff's Motion for
                                        )  Issuance of Preliminary
 8             Defendants.              )  Injunction
                                        )
 9  _____)

10                       TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE SUSAN OKI MOLLWAY
11                  UNITED STATES DISTRICT JUDGE

12  APPEARANCES:

13  For the Plaintiff:           TIMOTHY J. HOGAN, ESQ.
                                 Lynch Ichida Thompson Kim
14                                & Hirota
                                 First Hawaiian Tower
15                               1132 Bishop St., Ste. 1405
                                 Honolulu, HI 96813
16
    For the Defendant            ERIC C. LIEBELER, ESQ.
17  Fleming Companies, Inc.:     MELISSA M. DULAC, ESQ.
                                 Kirkland & Ellis LLP
18                               777 South Figueroa St.
                                 Los Angeles, CA 90017
19
    For the Defendants           LEX R. SMITH, ESQ.
20  Fleming Companies, Inc.,     Kobayashi Sugita & Goda
    C&S Wholesale Grocers,       First Hawaiian Center
21  C&S Acquisitions,            999 Bishop St., Ste. 2600
    C&S Logistics:               Honolulu, HI 96813
22
    For the Defendants           LYLE S. HOSODA, ESQ.
23  Mark Dillon, Brian           345 Queen St., Ste. 804
    Christensen, Teresa Noa:     Honolulu, HI 96813
24

25
```

```
1    "Mr. Berry has a grudge against Fleming, which he himself
2    told me in so many words while I was still with API."  You
3    see that?
4    A    Yes, I do.
5    Q    Does that properly reflect a conversation you had
6    with Mr. Berry at some point in the past?
7    A    Yes, it does.
8    Q    If you were ordered, Mr. Dillon, to stop using
9    spreadsheets, what impact would that have on the
10   operations out at Kapolei?
11   A    I don't see how we could work.  It wouldn't be
12   possible from what I -- we have to have something to
13   handle that volume of data.  I just don't know what else
14   we could use.
15   Q    Is it fair to say, sir, if you're ordered to stop
16   using the spreadsheets, that running the logistics
17   operation out at Kapolei would become much more difficult?
18   A    Much more --
19   Q    Difficult.  Difficult, sir.
20   A    I'd say impossible.  But, yeah, I can't conceive of
21   it.  I don't know how we would carry on.
22              MR. LIEBELER:  No further questions, Your
23   Honor.
24              THE COURT:  Okay.  Recross.
25              MR. HOGAN:  Briefly, Your Honor.
```

```
 1                COURT REPORTER'S CERTIFICATE
 2          I, Debra Kekuna Chun, Official Court Reporter,
 3   United States District Court, District of Hawaii, do
 4   hereby certify that the foregoing is a correct transcript
 5   from the record of proceedings in the above-entitled
 6   matter.
 7          DATED at Honolulu, Hawaii, October 27, 2004.
 8
 9                          _____
10                          DEBRA KEKUNA CHUN
11                          RPR, CRR
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```