LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | Civ. No. 07 CV-0172 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEUTSCHE BANK TRUST | ) | **CERTIFICATE OF SERVICE RE:** |
| COMPANY AMERICAS (FKA | ) | |
| BANKERS TRUST COMPANY)AND | ) | **PLAINTIFF'S MEMORANDUM IN** |
| JP MORGAN CHASE BANK IN | ) | **OPPOSITION TO MOTION TO** |
| THEIR SEPARATE CAPACITIES | ) | **DISMISS AND COUNTER-** |
| AND AS AGENTS FOR THE PRE | ) | **MOTION FOR PARTIAL** |
| AND POST-PETITION LENDERS OF | ) | **SUMMARY JUDGMENT;** |
| FLEMING COMPANIES, INC. Et al., | ) | **DECLARATION OF TIMOTHY J.** |
| | ) | **HOGAN; EXHIBITS 1 TO 16** |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the  Plaintiff's Memorandum in Opposition to Motion to Dismiss and Counter-motion for Partial Summary Judgment; Declaration of Timothy J. Hogan; Exhibits 1 to 16 to were served on the following at their last known addresses:

Served Electronically via the ECM/CF system on July 5, 2007:

Lyle S. Hosoda          Lsh@hosodalaw.com

Raina P.B. Gushiken     Rpbg@hosodalaw.com, Dmm@hosodalaw.com, Ta@hosodalaw.com

Erin N. Brady           Ebrady@kirkland.com

Notice delivered by regular email to:

Michael E. Baumann      mbaumann@kirkland.com
Andrew DeNatale         adenatale@whitecase.com
Jonathan Moskin         jmoskin@ny.whitecase.com
        DATED: Honolulu, Hawai'i, July 5, 2007.

                    /s/ Timothy J. Hogan
                    TIMOTHY J. HOGAN
                    Attorney for Plaintiff WAYNE BERRY