LYLE S. HOSODA & ASSOCIATES, LLC
Lyle S. Hosoda  3964-0
Raina P.B. Gushiken  7329-0
345 Queen Street, Suite 804
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail:  lsh@hosodalaw.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WAYNE BERRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; DOES 1 TO 200,<br><br>　　　　Defendants. | Case No.  CV 07-00172 SOM LEK<br><br>Judge Susan Oki Mollway<br><br>**CERTIFICATE OF COMPLIANCE TO LOCAL RULE 7.5 REGARDING DEFENDANTS' RESPONSE TO BERRY'S CONCISE STATEMENT OF FACTS FILED IN SUPPORT OF BERRY'S COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　July 23, 2007<br>Time:　　11:15 a.m.<br>Place:　　Room C-409 |

# CERTIFICATE OF COMPLIANCE TO LOCAL RULE 7.5 REGARDING DEFENDANTS' RESPONSE TO BERRY'S CONCISE STATEMENT OF FACTS FILED IN SUPPORT OF BERRY'S COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT

I certify that pursuant to Local Rule 7.5, the attached Defendants' Response To Berry's Concise Statement Of Facts Filed In Support Of Berry's Countermotion For Partial Summary Judgment is proportionately spaced and has a typeface of 14 points. I further certify that the word count in the attached Response, excluding the case caption, table of contents, table of authorities, signature page, exhibits, declarations, certificates of counsel, and certificates of service, is 1,291 and was counted using Microsoft Word Count.

DATED: Honolulu, Hawai'i,
July 12, 2007

          LYLE S. HOSODA & ASSOCIATES, LLC

          By: /s/ Lyle S. Hosoda

          Lyle S. Hosoda  3964-0
          Raina P.B. Gushiken  7329-0
          345 Queen Street, Suite 804
          Honolulu, Hawai'i 96813
          Telephone: (808) 524-3700
          Facsimile: (808) 524-3838
          E-mail: lsh@hosodalaw.com

          KIRKLAND & ELLIS LLP
          Michael E. Baumann (S.B.N. 145830)
          Erin N. Brady (S.B.N. 215038)
          F. Wade Ackerman (S.B.N. 234747)
          777 South Figueroa Street
          Los Angeles, California  90017
          Telephone:  (213) 680-8400
          Facsimile:   (213) 680-8500
          E-mail: ebrady@kirkland.com

          Counsel for Defendants

          WHITE & CASE LLP
          Andrew DeNatale (ADN 2429)
          Jonathan Moskin (Bar No. 1949031)
          1155 Avenue of the Americas
          New York, New York 10036-2787
          Telephone:  (212) 819-8200
          Facsimile:   (212) 354-8113
          E-mail: adenatale@ny.whitecase.com

          Of Counsel for Defendants