IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY,                )<br>                                          )<br>           Plaintiff,              )<br>                                          )<br>      v.                                )<br>                                          )<br>DEUTSCHE BANK TRUST     )<br>COMPANY AMERICAS (FKA )<br>BANKERS TRUST COMPANY), et )<br>al.                                       )<br>                                          )<br>                                          )<br>           Defendants.           )<br>_____ ) | CIVIL NO. CV07-00172 SOM LEK<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 12, 2007 and by the method of service noted below, a true and correct copy of *Defendants Deutsche Bank Trust Company Americas (fka Bankers Trust Company) and JP Morgan Chase Bank in Their Separate Capacities and as Agents for the Pre and Post- Petition Lenders of Fleming Companies, Inc.'s Response to Berry's Concise Statement of Facts Filed In Support of Berry's Countermotion For Partial Summary Judgment* was served on the following parties at their last known addresses:

<u>Served electronically through CM/ECF</u>**:**

    Timothy J. Hogan  tjh@loio.com, timmyhogan@gmail.com

    Attorney for Plaintiff
    WAYNE BERRY

    DATED:    Honolulu, Hawaii, <u>July 12, 2007</u>.


                <u>/s/ Lyle S. Hosoda</u>
                LYLE S. HOSODA & ASSOCIATES, LLC
                Lyle S. Hosoda
                Raina P.B. Gushiken
                345 Queen Street, Suite 804
                Honolulu, Hawaii  96813
                Telephone:  (808) 524-3700
                Facsimile:  (808) 524-3838
                    and
                KIRKLAND & ELLIS, LLP
                Michael E. Baumann (S.B.N. 145830)
                Erin N. Brady (S.B.N. 215038)
                777 South Figueroa Street
                Los Angeles, California 90017
                Telephone: (213) 680-8400
                Facsimile: (213) 680-8500

                Attorneys for Defendants