IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. CV07-00172 SOM LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK TRUST | ) | |
| COMPANY AMERICAS (FKA | ) | |
| BANKERS TRUST COMPANY), et | ) | |
| al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 12, 2007 and by the method of service noted below, a true and correct copy of *Defendants  Deutsche Bank Trust Company Americas (fka Bankers Trust Company) and JP Morgan Chase Bank in Their Separate Capacities and as Agents for the Pre and Post- Petition Lenders of Fleming Companies, Inc.'s Memorandum in Support of Evidentiary Objections to the Declaration of Timothy J. Hogan* was served on the following parties at their last known addresses:

<u>Served electronically through CM/ECF</u>**:**

    Timothy J. Hogan  tjh@loio.com, timmyhogan@gmail.com

    Attorney for Plaintiff
    WAYNE BERRY

    DATED:    Honolulu, Hawaii, <u>July 12, 2007</u>.


                <u>/s/ Lyle S. Hosoda</u>
                LYLE S. HOSODA & ASSOCIATES, LLC
                Lyle S. Hosoda
                Raina P.B. Gushiken
                345 Queen Street, Suite 804
                Honolulu, Hawaii  96813
                Telephone:  (808) 524-3700
                Facsimile:  (808) 524-3838
                     and
                KIRKLAND & ELLIS, LLP
                Michael E. Baumann (S.B.N. 145830)
                Erin N. Brady (S.B.N. 215038)
                777 South Figueroa Street
                Los Angeles, California 90017
                Telephone: (213) 680-8400
                Facsimile: (213) 680-8500

                Attorneys for Defendants