IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. CV07-00172 SOM LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY), et al. | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 12, 2007 and by the method of service noted below, a true and correct copy of *Defendants Deutsche Bank Trust Company Americas (fka Bankers Trust Company) and JP Morgan Chase Bank in Their Separate Capacities and as Agents for the Pre and Post- Petition Lenders of Fleming Companies, Inc.'s Response to Plaintiff's Objection to Judicial Notice and Request For Rule 56(f) Discovery* was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

    Timothy J. Hogan  tjh@loio.com, timmyhogan@gmail.com

    Attorney for Plaintiff
    WAYNE BERRY

    DATED:    Honolulu, Hawaii, July 12, 2007.


    /s/ Lyle S. Hosoda
    LYLE S. HOSODA & ASSOCIATES, LLC
    Lyle S. Hosoda
    Raina P.B. Gushiken
    345 Queen Street, Suite 804
    Honolulu, Hawaii  96813
    Telephone:  (808) 524-3700
    Facsimile:  (808) 524-3838
        and
    KIRKLAND & ELLIS, LLP
    Michael E. Baumann (S.B.N. 145830)
    Erin N. Brady (S.B.N. 215038)
    777 South Figueroa Street
    Los Angeles, California 90017
    Telephone: (213) 680-8400
    Facsimile: (213) 680-8500

    Attorneys for Defendants