# Exhibit 17

# EXHIBIT T

Case 1:07-cv-00762-SLR Document 19   Filed 08/28/2007   Page 2 of 30

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF DELAWARE

IN RE:                              . Case No.: 03-10945 (MFW)
                                    .
                                    . 821 North Market Street
FLEMING COMPANIES, INC. et al.      . Wilmington, Delaware 19801
                                    .
              Debtor,               .
                                    . Date: July 26, 2004
. . . . . . . . . . . . . . . . . . . Time: 9:46 a.m.


                    TRANSCRIPT OF OMNIBUS HEARING
                BEFORE HONORABLE MARY F. WALRATH
                UNITED STATES BANKRUPTCY COURT JUDGE
```

APPEARANCES:

For the Debtor:              Pachulski, Stang, Ziehl, Young,
                              Jones & Weintraub, P.C.
                             By: LAURA DAVIS JONES, ESQ.
                                 CHRIS J. LHULIER, ESQ.
                             919 North Market Street
                             Wilmington, DE 19899-8705

For the Debtor:              Kirkland & Ellis, LLP
                             By: RICHARD L. WYNNE, ESQ.
                                 ERIC LIEBELER, ESQ.
                             200 East Randolph Drive
                             Chicago, IL 60601


Audio Operator:              Danielle R. Cherry


        Proceedings recorded by electronic sound recording, transcript
                    Produced by transcription service.

---

                    J&J COURT TRANSCRIBERS, INC.
                        268 Evergreen Avenue
                     Hamilton, New Jersey 08619
                     E-Mail: jjcourt@optonline.net

            (609)586-2311      Fax No. (609) 587-3599

```
                                                                    2
APPEARANCES: (cont'd)

   For AWG                       Buchanan Ingersoll, P.C.
                                 By: SELINDA A. MELNIK, ESQ.
                                 Chase Manhattan Centre
                                 1201 N. Market Street
                                 Wilmington, DE 19801

   For Farris Class Action       Werb & Sullivan
      Plaintiffs                 By: DUANE D. WERB, ESQ.
                                 300 Delaware Avenue
                                 Wilmington, DE 19899

   For Kemps, LLC, et al.        Morris James Hitchens & Williams
                                 By: STEPHEN MILLER, ESQ.
                                 222 Delaware Avenue
                                 Wilmington, DE 19899

   For Raymond Choy              Potter, Anderson & Corroon
                                 By: MADISON L. CASHMAN, ESQ.
                                 1313 N. Market Street
                                 Wilmington, DE 19899

   For SuperValu                 Sidley Austin Brown & Wood
                                 By: WILLIAM EVANOFF, ESQ.

   For Office of U.S. Trustee    United States Dept. of Justice
                                 By: JOSEPH McMAHON, ESQ.
                                 J. Caleb Boggs Federal Bldg.
                                 844 N. King Street
                                 Wilmington, DE 19801

   For Russell Stover            Connolly, Bove, Lodge & Hutz, LLP
                                 By: JEFFREY WISLER, ESQ.
                                 1220 Market Street
                                 Wilmington, DE 19899

   For Pre- & Post-Petition      Greenberg Traurig, LLP
      Agents                     By: DENNIS A. MELORO, ESQ.
                                 The Brandywine Bldg.
                                 1000 West Street
                                 Wilmington, DE 19801

   For ACE                       White & Williams, LLP
                                 By: MARC S. CASARINO, ESQ.
                                     LEONARD GOLDBERGER, ESQ.
                                 824 N. Market Street
                                 Wilmington, DE 19899
```

1  about how --
2           THE COURT: And they can trace what?
3           MR. SPRAYREGEN: Your Honor, the PCT has many assets
4  other than straight cash. So they're concerned that the ins and
5  outs and if at some point the rules of tracing would be
6  interrupted which is, sort of the reason that the Court denied the
7  preliminary injunction in the first place because we weren't
8  getting there. We were just essence preserving the status quo.
9  I can --
10          THE COURT: I'll look at the language.
11          MR. SPRAYREGEN: Okay. Thank you. Your Honor, there
12 was an objection by the United States on behalf of the U.S. DA,
13 the IRS and the DCA. We provided some clarifying language with
14 respect to some issues they had with respect to interest and the
15 application of the proposed releases only applying to people who
16 voted in favor of the plan or -- in favor of the plan or entities
17 that had voted in favor of the plan. The item only applies to
18 agencies as opposed to the entire United States government.
19          Now, Your Honor, Domino Foods had a reclamation
20 objection and we resolved their administrative claim in an agreed
21 amount of $65,000 and change, and preserved those post-petition
22 deliveries made in the ordinary course of business and other
23 rights were preserved. That's agenda item 19G and objection
24 chart 36.
25          Your Honor, Jackson Capital objected as a lead