# Exhibit 25

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | | |
|---|---|---|---|
| In re: | § | Jointly Administered | |
| | § | | |
| SCOTIA DEVELOPMENT LLC, *et al.*, | § | Case No. 07-20027-C-11 | |
| | § | | |
| Debtors. | § | (Chapter 11) | |

### SCOTIA PACIFIC COMPANY LLC'S APPLICATION FOR APPROVAL OF RETENTION OF PORTER & HEDGES, L.L.P., AS BANKRUPTCY COUNSEL

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON FEBRUARY 6, 2007 AT 11:00 A.M. BEFORE THE HONORABLE RICHARD S. SCHMIDT, 1133 NORTH SHORELINE, 2ND FLOOR, CORPUS CHRISTI, TEXAS 78471. IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-THREE DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING UNLESS YOU DID NOT RECEIVE THIS NOTICE IN TIME TO DO SO. IN THAT SITUATION, FILE YOUR RESPONSE AS SOON AS POSSIBLE. IN ADDITION TO FILING YOUR RESPONSE WITH THE CLERK, YOU MUST GIVE A COPY OF YOUR RESPONSE TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Scotia Pacific Company LLC, debtor and debtor in possession in the above-captioned Chapter 11 case, ("Scopac") files its Application for Approval of Retention of Porter & Hedges, L.L.P., as Bankruptcy Counsel, together with Porter & Hedges, L.L.P.'s Disclosure of Compensation Pursuant to Fed. R. Bankr. P. 2016 and 11 U.S.C. § 329 and the Affidavit of John F. Higgins pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 and 2016 (collectively, the "Application"). In support of the Application, Scopac respectfully states as follows:

965458_1

United Steelworkers of America, et al.
c/o Jonathan Weissglass
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: 415-421-7151
Fax: 415-362-8064
Email: jweissglass@altshulerberzon.com

**Interested Parties and Parties Requesting Notice**
Alan Gover
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Email: agover@whitecase.com
**Counsel for MAXXAM Group, Inc.**

Craig H. Averch
Roberto J. Kampfner
White & Case LLP
633 West Fifth Street, 19th Floor
Los Angeles, CA 90071
Phone: 213-620-7700
Fax: 213-452-2329
Email: caverch@whitecase.com
rkampfner@whitecase.com
**Counsel for MAXXAM Group, Inc.**

Vincent E. Lazar
Michael S. Terrien
Phillip W. Nelson
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
Phone: 312-222-9350
Fax: 312-527-0484
Email: vlazar@jenner.com
mterrien@jenner.com
pnelson@jenner.com
**Counsel for LaSalle Bank, N.A. and LaSalle Business Credit, LLC**

Vicky Namken
IBM Corporation
13800 Diplomat
Dallas, TX 75234
Phone: 877-426-6006 x. 4481
Fax: 800-756-2425
Email: vnamken@us.ibm.com
**Counsel for International Business Machines Credit LLC and International Business Machines Corporation**

Bruce G. MacIntyre
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
**Counsel for Green Diamond Resource Company**

Andrew Herenstein
Patrick Bartels
Quandrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152
Phone: 212-418-1742 (Herenstein)
212-418-1748 (Bartels)
Fax: 866 741-2505 (Herenstein)
866-552-2050 (Bartels)
Email: Andrew.herenstein@quadranglegroup.com
Patrick.bartels@quadranglegroup.com

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Phone: 212-294-6700
Fax: 212-294-4700
Email: denier@winston.com
**Counsel for Marathon Structured Finance Fund L.P.**

Eric E. Sagerman
Winston & Strawn
333 South Grand avenue, Suite 3800
Los Angeles, CA 90071
Phone: 213-615-1700
Fax: 213-615-1750
Email: esagerman@winston.com
**Counsel for Marathon Structured Finance Fund L.P.**

John D. Penn
Haynes and Boone LLP
201 Main Street, Suite 2200
Fort Worth, TX 76102
Phone: 817-347-6610
Fax: 817-348-2300
Email: john.penn@haynesboone.com
**Counsel for Marathon Structured Finance Fund L.P.**

David E. Martinek
Dun & Martinek LLP
2313 I Street
Eureka, CA 95501
Phone: 707-442-3791
Fax: 707-442-9251
Email: dem@dunmartinek.com
**Counsel for City of Rio Dell**