# Exhibit 26



**WHITE & CASE**

March/April 2007

# Insolvency Notes

### In This Issue...

Northwest Airlines Bankruptcy Court Rules that Members of the
"Ad Hoc Equity Committee" Must Disclose All Data Called For by Rule 2019 . . . . . . . . . . . . . . . . . . . . . 1

When Must a Debtor Pay Prepetition Vendor Claims for Goods Received by a Debtor
within 20 days of The Petition Date Under New Bankruptcy Code Section 503(b)(9)? . . . . . . . . . . . . . 4

Eurotunnel Succesfully Reorganizes Under French Insolvency Law . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Update on Status of Effective Date of New Insolvency Law of The Czech Republic . . . . . . . . . . . . . . . 8

## Northwest Airlines Bankruptcy Court Rules that Members of the "Ad Hoc Equity Committee" Must Disclose All Data Called For by Rule 2019

Recently, in *In re Northwest Airlines Corp.*,[1] Bankruptcy Judge Allan Gropper issued an opinion requiring a group of hedge funds that had formed an ad hoc committee of equity security holders (the "Ad Hoc Equity Committee") to disclose "the amounts of claims or interests owned by the members of the committee, the times when acquired, the amounts paid therefor, and any sales or other disposition thereof" in order to comply with Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### Background

On January 11, 2007, approximately sixteen months after the Chapter 11 petition was filed, Kasowitz, Benson, Torres & Friedman LLP ("KBT&F") filed a notice of appearance on behalf of "the Ad Hoc Committee of Equity Security Holders." Shortly thereafter, KBT&F filed the "Verified Statement of Kasowitz, Benson, Torres & Friedman LLP

Pursuant to Bankruptcy Rule 2019(a)" (the "2019 Statement"). The 2019 Statement identified the eleven (11) members of the Ad Hoc Equity Committee and disclosed that, "[t]he members of the Ad Hoc Equity Committee own, in the aggregate, 16,195,200 shares of common stock of Northwest and claims against the Debtors in the aggregate amount of $164.7 million."[2] The 2019 Statement also disclosed that KBT&F has been retained as counsel to the Ad Hoc Equity Committee, that KBT&F did not own any claims against or interests in the Debtors and that the members of the Ad Hoc Equity Committee were responsible for the firm's fees "subject to their right to have the Debtors reimburse KBT&F's fees and disbursements and other expenses by order of the Court."[3] By an amendment to the 2019 Statement, KBT&F later disclosed that there were thirteen (13) Ad Hoc Equity Committee members with an aggregate of "19,065,644 shares of common stock of Northwest and claims against the debtors in the aggregate amount of $264,287,500."[4]

---

1    --- B.R. ----, 2007 WL 609214 (Bankr. S.D.N.Y. Feb. 26, 2007).
2    *Id.* at *1.
3    *Id.*
4    *Id.*

**Editor's Note**

The White & Case LLP INSOLVENCY NOTES is prepared for the general information of our clients and other interested persons. It should not be acted upon in any specific situation without appropriate legal advice.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

We welcome your comments and suggestions. If you have any questions or would like a copy of any of the relevant cases, please contact Brian Holman or any member of the Financial Restructuring and Insolvency Group.

Editors:
Brian L. Holman, Partner
+ 1 213 620 7781
bholman@whitecase.com

Craig Averch, Partner
+ 1 213 620 7704
caverch@whitecase.com

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

The Editors wish to express their gratitude to Reinhard Dammann, Kerri A. Lyman, Gilles Podeur and Cheryl Tedeschi for their contributions to this issue.

White & Case
1155 Avenue of the Americas
New York, NY 10036
+ 1 212 819 8200

www.whitecase.com

**Insolvency Notes**

**Los Angeles**

| | | |
|---|---|---|
| Craig Averch | + 1 213 620 7704 | caverch@whitecase.com |
| Brian Holman | + 1 213 620 7781 | bholman@whitecase.com |
| Roberto Kampfner | + 1 213 620 7729 | rkampfner@whitecase.com |

**Mexico City**

| | | |
|---|---|---|
| Vicente Corta | + 5255 5540 9602 | vcorta@whitecase.com |
| Alberto Sepulveda Cosio | + 5255 5540 9604 | asepulveda-cosio@whitecase.com |
| Juan Miguel Gonzalez | + 5255 5540 9697 | jgonzales@whitecase.com |
| Thomas Heather | + 5255 5540 9638 | theather@whitecase.com |
| Javier Perez-Rocha | + 5255 5540 9622 | jperez-rocha@whitecase.com |

**Miami**

| | | |
|---|---|---|
| John Cunningham | + 1 305 995 5252 | jcunningham@whitecase.com |
| Thomas Lauria | + 1 305 995 5282 | tlauria@whitecase.com |

**Moscow**

| | | |
|---|---|---|
| Eric Michailov | + 7 095 787 3018 | emichailov@whitecase.com |
| Igor Ostapets | + 7 095 787 3019 | iostapets@whitecase.com |

**Munich**

| | | |
|---|---|---|
| Martin Heidrich | + 49 89 206043 975 | mheidrich@whitecase.com |

**New York**

| | | |
|---|---|---|
| Andrew DeNatale | + 1 212 819 8303 | adenatale@whitecase.com |
| Alan Gover | + 1 212 819 8595 | agover@whitecase.com |
| Evan Hollander | + 1 212 819 8660 | ehollander@whitecase.com |
| Sandeep Qusba | + 1 212 819 8419 | squsba@whitecase.com |
| Alexis Rovzar | + 1 212 819 8691 | arovzar@whitecase.com |
| Gerard Uzzi | + 1 212 819 8479 | guzzi@whitecase.com |
| Abraham Zylberberg | + 1 212 819 8500 | azylberberg@whitecase.com |

**Paris**

| | | |
|---|---|---|
| Reinhard Dammann | + 33 1 55 04 15 40 | rdammann@whitecase.com |
| Francois Farmine | + 33 1 55 04 15 30 | ffarmine@whitecase.com |
| François Leloup | + 33 1 55 04 15 17 | fleloup@whitecase.com |
| Philippe Metais | + 33 1 55 04 15 82 | pmetais@whitecase.com |
| Raphaël Richard | + 33 1 55 04 15 15 | rrichard@whitecase.com |

**Prague**

| | | |
|---|---|---|
| Ivo Barta | + 420 2 5577 1143 | ibarta@whitecase.com |
| Jan Matejcek | + 420 2 5577 1242 | jmatejcek@whitecase.com |
| David Plch | + 420 2 5577 1298 | dplch@whitecase.com |

**Singapore**

| | | |
|---|---|---|
| Bertie Mehigan | + 65 6347 1311 | bmehigan@whitecase.com |

**Tokyo**

| Robert Grondine | + 81 3 3259 0155 | rgrondine@whitecase.com |
| Tetsuya Morimoto | + 81 3 3259 0175 | tmorimoto@whitecase.com |
| Akinori Watanabe | + 81 3 3259 0127 | awatanabe@whitecase.com |

**Warsaw**

| Lech Gilicinski | + 48 22 50 50 135 | lgilicinski@whitecase.com |

**Washington, DC**

| Sam J. Alberts | + 1 202 626 3616 | salberts@whitecase.com |

**Other Periodicals**

Please refer to the White & Case Home Page, www.whitecase.com, to access current and archived copies of our many newsletters and client memoranda.

This newsletter is protected by copyright. Material appearing herein may be reproduced or translated with appropriate credit. Due to the general nature of its contents, this newsletter is not and should not be regarded as legal advice.

# White & Case

White & Case is a leading global law firm with more than 2,000 lawyers in 35 offices in 23 countries. Among the first US-based law firms to establish a truly global presence, we provide counsel and representation in virtually every area of law that affects cross-border business. Our clients value both the breadth of our network and depth of our US, English and local law capabilities in each of our offices and rely on us for their complex cross-border transactions, arbitration and litigation. Whether in established or emerging markets, the hallmark of White & Case is our complete dedication to the business priorities and legal needs of our clients.

Our approach is based on listening to our clients' needs, taking the time to understand their business and responding with effective strategies and solutions, no matter how big the opportunity or formidable the challenge. With new technologies, globalization, consolidation and other forces continuously changing how business gets done, we help our clients evaluate the risks and rewards of ventures designed to advance their interests.

We work with the world's most established and respected companies, including 75 percent of the *Global Fortune 100* and 25 percent of the *Fortune 500*, as well as with start-up visionaries, governments and state-owned entities.

Leading industry publications consistently recognize White & Case for exemplary work, including:

White & Case is a dominant force in the major markets of Europe, North America and Asia. Synonymous with excellence, White & Case is a truly global player.
—*PLC Which Lawyer? 2006 Yearbook*

Client Service Firm of the Year 2006
—*Chambers Global*

Restructuring Team of the Year 2005
—*IFLR Americas Awards*

Banking and Finance Team of the Year 2005
—*Legal Business*

Global Law Firm of the Year 2005
—*Project Finance International*

Infrastructure Team of the Year 2005
—*The Lawyer*

Transportation and Infrastructure Legal Adviser of the Year 2005
—*Infrastructure Journal*

Defense Hot List 2006
—*The National Law Journal*

One of the Top Five Law Firms for Global M&A 2005
—*Thomson Financial/Bloomberg*

Ranked Second in Global Private Equity 2006
—*PLC Cross-Border Quarterly*

Best Firm for Oil and Gas Financings and Petrochemicals Financings 2005
—*Project Finance*

One of the Top Ten Antitrust Law Firms 2005
—*Global Competition Review*

A Leading Privacy Law Firm 2006
—*Computerworld*

One of the Top Ten Global Employment Law Firms 2005
—*PLC Cross-Border Quarterly*

Top International Law Firm 2005
—*Vault Guide to the Top 100 Law Firms*

ALMATY    ANKARA    BANGKOK    BEIJING    BERLIN    BRATISLAVA    BRUSSELS    BUDAPEST    DRESDEN    DÜSSELDORF    FRANKFURT    HAMBURG
HELSINKI    HONG KONG    ISTANBUL    JOHANNESBURG    LONDON    LOS ANGELES    MEXICO CITY    MIAMI    MILAN    MOSCOW    MUNICH
NEW YORK    PALO ALTO    PARIS    PRAGUE    RIYADH    SÃO PAULO    SHANGHAI    SINGAPORE    STOCKHOLM    TOKYO    WARSAW    WASHINGTON, DC

White & Case is a limited liability partnership registered as such in the State of New York.

© 2007 White & Case LLP                APR 2007 | 02392