LYNCH ICHIDA THOMPSON KIM & HIROTA

TIMOTHY J. HOGAN 5312-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: tjh@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DEUTSCHE BANK TRUST )<br>COMPANY AMERICAS (FKA )<br>BANKERS TRUST COMPANY)AND )<br>JP MORGAN CHASE BANK IN )<br>THEIR SEPARATE CAPACITIES )<br>AND AS AGENTS FOR THE PRE )<br>AND POST-PETITION LENDERS OF)<br>FLEMING COMPANIES, INC.  Et al., )<br>)<br>)<br>Defendants. )<br>_____ ) | Civ. No. 07 CV-0172 SOM-LEK<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE** |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, ) | |
| ) | Civ. No. 07 CV-0172 SOM-LEK |
| Plaintiff, ) | (Copyright) |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| DEUTSCHE BANK TRUST ) | |
| COMPANY AMERICAS (FKA ) | |
| BANKERS TRUST COMPANY)AND ) | |
| JP MORGAN CHASE BANK IN ) | |
| THEIR SEPARATE CAPACITIES ) | |
| AND AS AGENTS FOR THE PRE ) | |
| AND POST-PETITION LENDERS OF) | |
| FLEMING COMPANIES, INC. Et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff Wayne Berry's Reply to Defendant's Opposition to Plaintiff's Counter-Motion For Partial Summary Judgment and Declaration of Timothy J. Hogan In Support of Plaintiff Wayne Berry's Reply to Defendant's Opposition to Plaintiff's Counter-Motion For Partial Summary Judgment; Exhibits "17" to "26" were served on the following at their last known

2

addresses:

<u>Served Electronically via the ECM/CF system on July 15, 2007</u>:

| | |
|---|---|
| Lyle S. Hosoda | Lsh@hosodalaw.com |
| Raina P.B. Gushiken | Rpbg@hosodalaw.com, Dmm@hosodalaw.com, Ta@hosodalaw.com |
| Erin N. Brady | Ebrady@kirkland.com |
| Andrew DeNatale | adenatale@whitecase.com |

DATED: Honolulu, Hawai'i, July 15, 2007.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY