IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; DOES 1 TO 200,<br><br>　　　　Defendants. | Civ. No. 07-00172 SOM/LEK<br><br>ORDER REGARDING DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S COUNTER-MOTION FOR PARTIAL SUMMARY JUDGMENT |

ORDER REGARDING DEFENDANTS' MOTION TO DISMISS AND
PLAINTIFF'S COUNTER-MOTION FOR PARTIAL SUMMARY JUDGMENT

　　　　To assist the court in ruling on Defendants' motion to dismiss and Plaintiff's counter-motion for partial summary judgment, each party is directed to:

　　　　1.　Provide the court with a chronology (in chart format, no word limit) of the proceedings that occurred in <u>In re Fleming Companies, Inc., et al.</u>, Case No. 03-10945 (MFW), in the United States Bankruptcy Court for the District of Delaware;

　　　　2.　Discuss in no more than 1,000 words whether Plaintiff's prayed-for recovery on the infringement claims in this case will duplicate damages Plaintiff has already received in prior cases; and

　　　　3.　Submit court documents (attested to by counsel) showing whether any court has or has not previously found direct

infringement for the time period covered in this case--<u>i.e.</u>, January 2000 through June 9, 2003.

The parties shall file their supplemental papers no later than 10:00 a.m. on Thursday, July 19, 2007.

The court notifies the parties that certain scheduling complications may prevent the court from issuing a prehearing inclination.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 17, 2007.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

<u>**Wayne Berry v. Deutsche Bank Trust Company Americas, et. al.**</u>**, Civ. No. 07-00172 SOM/LEK; ORDER REGARDING DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S COUNTER-MOTION FOR PARTIAL SUMMARY JUDGMENT.**