CORRESPONDENCE

# LYLE S. HOSODA & ASSOCIATES, LLC
## ATTORNEYS AT LAW

345 Queen Street, Suite 804 ♦ Honolulu, Hawaii 96813
Telephone: 524-3700 ♦ Facsimile: 524-3838

Lyle S. Hosoda


RECEIVED
CLERK U.S. DISTRICT COURT
JUL 16 2007

Raina P.B. Gushiken
Christopher T. Chun
Chenise S. Kaneomoto

## LETTER OF TRANSMITTAL

| | | |
|---|---|---|
| DATE: | July 13, 2007 | **VIA HAND DELIVERY** |
| TO: | United States District Court<br>Attn: Toni Fujinaga, *Courtroom Manager to the Honorable Susan Oki Mollway*<br>300 Ala Moana Boulevard, Room C-353<br>Honolulu, Hawaii 96850 | |
| FROM: | Christopher T. Chun, Esq./Denisa | |
| RE: | *Wayne Berry v. Deutsche Bankt Trust Company of Americas (FKA Bankers Trust Company), et al*, Civil No. CV07-00172 SOM-LEK; United States District Court | |

| NO. OF COPIES | FILED | DESCRIPTION |
|---|---|---|
| 2 | 7/12/07 | Defendants' Response to Berry's Concise Statement of Facts Filed in Support of Berry's Countermotion for Partial Summary Judgment; Certificate of Compliance; Certificate of Service |
| 2 | 7/12/07 | Defendants' Response to Plaintiffs' Objection to Judicial Notice and Request for Rule 56(f) Discovery; Certificate of Service |
| 2 | 7/12/07 | Defendants' Memorandum in Support of Evidentiary Objections to the Declaration or Timothy J. Hogan; Certificate of Service |
| 2 | 7/12/07 | Reply to Berry's Opposition to Defendant's Motion to Dismiss; Opposition to Berry's Countermotion for Partial Summary Judgment; Supplemental Declaration of Erin N. Brady; Exhibits "X"-"Z"; Certificate of Compliance; and Certificate of Service |

| | | | |
|---|---|---|---|
| ( ) | Per your request | ( ) | For necessary action |
| ( ) | For your review & comments | ( ) | For filing |
| (X) | **For your information & file** | (X) | **See remarks below** |
| ( ) | For signature & return | ( ) | For signature & forwarding as noted below |

Should you have any questions, please call 524-3700.

**REMARKS:**
   Pursuant to paragraph 2.5 of the 2/1/06 CM/ECF Procedural Order, enclosed are courtesy copies of documents filed July 12, 2007.