IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, ) | CIVIL NO. CV07-00172 SOM LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| ) | |
| DEUTSCHE BANK TRUST ) | |
| COMPANY AMERICAS (FKA ) | |
| BANKERS TRUST COMPANY), et ) | |
| al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 18, 2007 and by the method of service noted below, a true and correct copy of *Defendants' Request for Denial or Continuance of Berry's Partial Motion for Summary Judgment under FRCP 56(f)* was served on the following parties at their last known addresses:

Served electronically through CM/ECF**:**

    Timothy J. Hogan  tjh@loio.com, timmyhogan@gmail.com

    Attorney for Plaintiff
    WAYNE BERRY

\\

\\

DATED:   Honolulu, Hawaii, <u>July 18, 2007</u>.

<u>/s/ Lyle S. Hosoda</u>
LYLE S. HOSODA & ASSOCIATES, LLC
Lyle S. Hosoda
Raina P.B. Gushiken
345 Queen Street, Suite 804
Honolulu, Hawaii  96813
Telephone:  (808) 524-3700
Facsimile:  (808) 524-3838
    and
KIRKLAND & ELLIS, LLP
Michael E. Baumann (S.B.N. 145830)
Erin N. Brady (S.B.N. 215038)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants