IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY,            ) | |
| ) | Civ. No. 07 CV-0172 SOM-LEK |
| Plaintiff,   ) | (Copyright) |
| ) | |
| vs.   ) | |
| ) | |
| ) | **CERTIFICATE OF SERVICE** |
| DEUTSCHE BANK TRUST   ) | |
| COMPANY AMERICAS (FKA   ) | |
| BANKERS TRUST COMPANY)AND ) | |
| JP MORGAN CHASE BANK IN   ) | |
| THEIR SEPARATE CAPACITIES   ) | |
| AND AS AGENTS FOR THE PRE   ) | |
| AND POST-PETITION LENDERS OF) | |
| FLEMING COMPANIES, INC. Et al., ) | |
| ) | |
| Defendants.   ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff Wayne Berry's Response to Court's Order Regarding Defendants' Motion to Dismiss and Plaintiff's Counter-Motion for Partial Summary Judgment; Declaration of Timothy J. Hogan; Exhibits "1" TO "3" were served on the following at their last known addresses:

Served Electronically via the ECM/CF system on July 19, 2007:

Lyle S. Hosoda        Lsh@hosodalaw.com

| | |
|---|---|
| Raina P.B. Gushiken | Rpbg@hosodalaw.com, Dmm@hosodalaw.com, Ta@hosodalaw.com |
| Erin N. Brady | Ebrady@kirkland.com |
| Andrew DeNatale | adenatale@whitecase.com |
| Jonathan Moskin | jmoskin@ny.whitecase.com |

DATED: Honolulu, Hawai'i, July 19, 2007.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY