# EXHIBIT 1

ORIGINAL

MAR 6 2002

at 3 o'clock and 40 min P M

WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, | ) CIVIL NO. 01 00446 SPK LEK |
| Plaintiff, | ) |
| vs. | ) |
| FLEMING COMPANIES, INC., aka FLEMING FOODS, INC., aka FLEMING, DOE INDIVIDUALS 1-50 AND DOE PARTNERSHIPS, CORPORATIONS AND OTHER ENTITIES 1-20, | ) SPECIAL VERDICT FORM |
| Defendants. | ) |

SPECIAL VERDICT FORM

A.   FREIGHT CONTROL SYSTEM SOFTWARE

1.   Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Freight Control software attached to Exhibit 221?

   Yes  X        No ____

   If "YES" go to next question.
   If "NO", skip to section B.

1

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Freight Control software.

   Yes _X_        No ___

   If "YES" go to next question.
   If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Freight Control software.

   Yes _X_        No ___

   If "NO" skip to section B.
   If "YES" go to next question.

4. Was the infringement of the Freight Control software copyright willful?

   Yes _X_        No ___

   Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of Freight Control System software?

   $98,250.00

2

B. **CRYSTAL REPORTS SOFTWARE**

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Crystal Reports software attached to Exhibit 222?

    Yes  X           No ____

    If "NO", skip to section C.
    If "YES" go to next question.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Crystal Reports software.

    Yes  X           No ____

    If "YES" go to next question.
    If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Crystal Reports software.

    Yes ____          No  X

    If "NO" skip to section C.
    If "YES" go to next question.

4. Was the infringement of the Crystal Reports software copyright willful?

    Yes ____          No ____

    Go to the next question.

3

Case 1:07-cv-07634-WHP   Document 1-143   Filed 08/28/2007   Page 5 of 6
Case 1:07-cv-00172-SOM-LEK   Document 24-15   Filed 07/05/2007   Page 5 of 7
MAR-06-2003  15:15    U.S. COURTS HAWAII

5.   What amount of damages is Wayne Berry entitled to for the infringement of Crystal Reports software?

   _____

C.   FLEMINGPO.EXE SOFTWARE

   1.   Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the FlemingPO.exe software attached to Exhibit 223?

      Yes  X          No ____

      If "YES" go to next question.
      If "NO", skip to the end.

   2.   Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the FlemingPO.exe software.

      Yes  X          No ____

      If "YES" go to next question.
      If "NO" go to question 4.

   3.   Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the FlemingPO.exe software.

      Yes ____          No  X

      If "NO" skip to the end.
      If "YES" go to next question.

4

4. Was the infringement of the FlemingPO.exe software copyright willful?

   Yes _____          No _____

   Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of FlemingPO.exe software?

   _____

Please sign and date this Special Verdict Form.

_____        _____
Jury Foreperson

_____        Carol Ho Akimoto
                                 _____

_____        _____

_____        _____

                                 _____
                                 Date
                                 3/6/03

5

TOTAL P.06