# EXHIBIT 6

Bank Debt
$604M drawn (as of 3/31/03).
- $239M Term Loan outstanding
- $219M Revolver outstanding
- $146M Letters of Credit
Collateral: All Accounts Receivable, Inventory and Stock Interests of Borrower and Guarantors; all proceeds of each of the foregoing
Guarantors: All direct and indirect whollyowned subsidiaries of Borrower, except Chouteau Development Company, LLC, FCI Holding Corporation & Fleming Foreign Sales Corp.
101/8% Senior Notes due 2008
$355 Million unsecured; equal and ratable covenant (with significant exceptions)
Guarantors: All direct and indirect whollyowned subsidiaries of Borrower, except Chouteau Development Company, LLC, FCI Holding Corporation & Fleming Foreign Sales Corp.
91/4% Senior Notes due 2010
$200 Million unsecured; equal and ratable covenant (with significant exceptions)
Guarantors: All direct and indirect whollyowned subsidiaries of Borrower, except Chouteau Development Company, LLC, FCI Holding Corporation & Fleming Foreign Sales Corp.
105/8% Senior Sub Notes (2 Series) due 2007
$400 Million unsecured; antilayering covenant
Guarantors: All direct and indirect whollyowned subsidiaries of Borrower, except Chouteau Development Company, LLC, FCI Holding Corporation & Fleming Foreign Sales Corp.
51/4% Convertible Senior Sub Notes due 2009
$150 Million unsecured
Guarantors: All direct and indirect whollyowned subsidiaries of Borrower, except Chouteau Development Company, LLC, FCI Holding Corporation & Fleming Foreign Sales Corp.
97/8% Senior Sub Notes due 2012
$260 Million unsecured; antilayering covenant
Guarantors: All direct and indirect whollyowned subsidiaries of Borrower, except Chouteau Development Company, LLC, FCI Holding Corporation & Fleming Foreign Sales Corp.
Trade Debt — $531M (as of 3/21/03)
Equity
As of 3/14/03, 54,341,000 shares of common stock outstanding.
Fleming Companies, Inc. (OK)
ABCO Realty Corp.* (AZ)
ABCO Markets, Inc.* (AZ)
FAVAR Concepts, Ltd. (DE)
Fleming Transportation Service, Inc. (OK)
Chouteau Development Company, L.L.C. 1 (OK)
Fleming International Ltd. (OK)
Fleming Supermarkets of Florida, Inc.* (FL)
FCI Holding Corporation (TX)
Fleming Foreign Sales Corp.* (Barbados)
Piggly Wiggly Company (OK)
Progressive Realty, Inc. (OK)
RFS Marketing Services, Inc. (OK)
Core-Mark International, Inc. (DE)
FuelServ, Inc.* (DE)
Fleming Foods Management Co., L.L.C.* (sole member) (OK)
Retail Investments, Inc.* (NV)
Richmar Foods, Inc. (CA)
C/M Products, Inc.* (CA)
Marquise Ventures Company, Inc.* (CA)
Dunigan Fuels, Inc. (TX)
Fleming Foods of Texas L.P. 2 (OK)
ABCO Food Group, Inc. (NV)
Retail Supermarkets, Inc.* (TX)
Core-Mark Interrelated Companies, Inc. (CA)
General Acceptance Corporation* (CA)
Rainbow Food Group, Inc. (NV)
Food 4 Less Beverage Company, Inc.* (TX)
Core-Mark MidContinent Inc. (AR)
ASI Office Automation, Inc.* (CA)
Head Distributing Company (GA)
Minter-Weisman Co. (MN)
E.A. Morris Distributors Limited* (Canada)
CAPITALIZATION PROFILE
- Bank Debt
- Senior Notes
- Senior Sub Notes
- Trade Debt
- Equity
Direct obligation
Guarantee
Debtor
Non-Debtor
* = Inactive or Holding Company
1Remaining 49% is owned by Chouteau I -35 Development, LLC.
2Remaining 1% is owned by Fleming Companies, Inc.

