# EXHIBIT 7

# Total Disbursements During Case
# $7.7 Billion



**Legend:**
- Material Purchases - Fleming
- Material Purchases - Core-Mark
- Tax Disbursements
- Employee & Payroll
- Lease & Recurring Costs
- Other Operating Costs
- DSD / Critical Vendor / PACA Payments
- Capital Expenditures
- Restructuring & Professional Fees
- Interest & Financing
- Other Non-Operating Costs
- Debt Repayment

K&E 11969743.1