LYLE S. HOSODA & ASSOCIATES, LLC
Lyle S. Hosoda  3964-0
Raina P.B. Gushiken  7329-0
345 Queen Street, Suite 804
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WAYNE BERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; DOES 1 TO 200,<br><br>      Defendants. | Case No.  CV 07-00172 SOM LEK<br><br>Judge Susan Oki Mollway<br><br>**CERTIFICATE OF COMPLIANCE REGARDING PART TWO OF DEFENDANTS' SUPPLEMENTAL FILING IN RESPONSE TO COURT'S JULY 17, 2007 ORDER**<br><br>Date:    July 23, 2007<br>Time:   11:15 a.m.<br>Place:   Room C-409 |

**CERTIFICATE OF COMPLIANCE REGARDING PART TWO OF DEFENDANTS' SUPPLEMENTAL FILING IN RESPONSE TO COURT'S JULY 17, 2007 ORDER**

I certify that Part Two of the attached Defendants' Supplemental Filing In Response To Court's July 17, 2007 Order is proportionately spaced and has a typeface of 14 points. I further certify that the word count in Part Two of the attached Filing, excluding other parts, the case caption, table of contents, table of authorities, signature page, exhibits, declarations, certificates of counsel, and certificates of service, is 851 and was counted using Microsoft Word Count.

DATED: Honolulu, Hawai'i,
July 19, 2007

        LYLE S. HOSODA & ASSOCIATES, LLC

        By: /s/ Raina P.B. Gushiken

        Lyle S. Hosoda  3964-0
        Raina P.B. Gushiken  7329-0
        345 Queen Street, Suite 804
        Honolulu, Hawai'i 96813
        Telephone: (808) 524-3700
        Facsimile: (808) 524-3838
        E-mail: lsh@hosodalaw.com

        KIRKLAND & ELLIS LLP
        Michael E. Baumann (S.B.N. 145830)
        Erin N. Brady (S.B.N. 215038)
        F. Wade Ackerman (S.B.N. 234747)
        777 South Figueroa Street
        Los Angeles, California  90017
        Telephone:  (213) 680-8400
        Facsimile:   (213) 680-8500
        E-mail: ebrady@kirkland.com

        Counsel for Defendants

        WHITE & CASE LLP
        Andrew DeNatale (ADN 2429)
        Jonathan Moskin (Bar No. 1949031)
        1155 Avenue of the Americas
        New York, New York 10036-2787
        Telephone:  (212) 819-8200
        Facsimile:   (212) 354-8113
        E-mail: adenatale@ny.whitecase.com

        Of Counsel for Defendants