IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, | ) CIVIL NO. CV07-00172 SOM LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| | ) |
| DEUTSCHE BANK TRUST | ) |
| COMPANY AMERICAS (FKA | ) |
| BANKERS TRUST COMPANY), et | ) |
| al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify that, on July 19, 2007 and by the method of service

noted below, a true and correct copy of *Defendants' Supplemental Filing Response*

*to the Court's July 17, 2007 Order* was served on the following parties at their last

known addresses:

Served electronically through CM/ECF**:**

      Timothy J. Hogan  tjh@loio.com, timmyhogan@gmail.com

      Attorney for Plaintiff
      WAYNE BERRY

      DATED:    Honolulu, Hawaii, July 19, 2007.


                /s/ Raina P.B. Gushiken
                LYLE S. HOSODA & ASSOCIATES, LLC
                Lyle S. Hosoda
                Raina P.B. Gushiken
                345 Queen Street, Suite 804
                Honolulu, Hawaii  96813
                Telephone:  (808) 524-3700
                Facsimile:  (808) 524-3838
                    and
                KIRKLAND & ELLIS, LLP
                Michael E. Baumann (S.B.N. 145830)
                Erin N. Brady (S.B.N. 215038)
                777 South Figueroa Street
                Los Angeles, California 90017
                Telephone: (213) 680-8400
                Facsimile: (213) 680-8500

                Attorneys for Defendants