# Exhibit 10

**Smith Drive 147**

| | |
|---|---|
| **From:** | <damian_capozzola@la.kirkland.com> |
| **To:** | <lex@gte.net> |
| **Cc:** | "Mike Carey" <mcarey@email.fleming.com>; "Brian Christensen" <BCHRIST@email.fleming.com>; "Craig Birchette" <CBIRCHE@email.fleming.com>; "Carlos Hernandez" <CHERNAN@email.fleming.com>; "Ralph Stussi" <RSTUSSI@email.fleming.com>; <markd@fleming-logistics.com>; <teresan@fleming-logistics.com>; <MScott@alixpartners.com>; <eric_liebeler@la.kirkland.com> |
| **Sent:** | Monday, May 19, 2003 7:41 AM |
| **Attach:** | att1.htm |
| **Subject:** | Re: Statement of Work Proposal |

Team,

Today I'm going to take some steps to put the rest of our team in touch with John Colbert from Guidance Software so we can get this process rolling. Lex and Brian will then have to please baby-sit this process (as well as attending to any other fires set by Hogan and Berry) through May 27 as I will be out of town. I will be checking e-mail and voicemail at least once a day so I won't be entirely out of touch, and in most instances I will probably be able to wriggle free to participate in any conference calls which may be necessary. If things get really hot in a hurry and large-scale litigation forces are needed, please call my partner, Eric Liebeler (213 680 8484). He has been following these issues from a distance and will be able to get them covered.

Please note that before we finalize any contract with Guidance Software we need to be sure that pressing forward will not offend the lenders. While the controversy over Mr. Berry's software may be the only thing in the lives of Hogan and Berry, it is not the only thing in the life of this bankruptcy, so it's important that we not bite the hand that feeds us over this issue. Mike Scott has been working this angle. Mike, can you please let us know where things stand and confirm whether our team has lender permission to press forward?

Thanks.

--Damian