IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC. Et al.,<br><br>    Defendants.<br>_____ | Civ. No. 07 CV-0172 SOM-LEK<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the dates and by the methods of service noted below,

a true and correct copy of the Supplemental Declaration of Timothy J. Hogan;

Exhibit "10" was served on the following at their last known addresses:

Served Electronically via the ECM/CF system on July 19, 2007:

Lyle S. Hosoda            Lsh@hosodalaw.com

Raina P.B. Gushiken       Rpbg@hosodalaw.com, Dmm@hosodalaw.com, Ta@hosodalaw.com

Erin N. Brady                Ebrady@kirkland.com

Andrew DeNatale          adenatale@whitecase.com

Jonathan Moskin           jmoskin@ny.whitecase.com

DATED: Honolulu, Hawai'i, July 19, 2007.

        /s/ Timothy J. Hogan
        TIMOTHY J. HOGAN
        Attorney for Plaintiff WAYNE BERRY