*CORRESPONDENCE*

# LYLE S. HOSODA & ASSOCIATES, LLC
## ATTORNEYS AT LAW

345 Queen Street, Suite 804 ♦ Honolulu, Hawaii 96813
Telephone: 524-3700 ♦ Facsimile: 524-3838

Lyle S. Hosoda

Raina P.B. Gushiken
Christopher T. Chun
Chenise Kaneomoto-Magno

## LETTER OF TRANSMITTAL

| | | |
|---|---|---|
| DATE: | July 18, 2007 | **VIA HAND DELIVERY** |
| TO: | United States District Court<br>Attn: Toni Fujinaga, *Courtroom Manager to the Honorable Susan Oki Mollway*<br>300 Ala Moana Boulevard, Room C-353<br>Honolulu, Hawaii 96850 | |
| FROM: | Raina P.B. Gushiken, Esq./Denisa | |
| RE: | *Wayne Berry v. Deutsche Bank Trust Company Americas, et al*,<br>Civil No. CV07-00172 JMS-LEK; United States District Court | |

| NO. OF COPIES | DATED/FILED | DESCRIPTION |
|---|---|---|
| 2 | 07/18/07 | Defendants' Request for Denial or Continuance of Berry's Partial Summary Judgment Motion Under FRCP 56(f); Declaration of Erin N. Brady in Support of Request for Denial or Continuance of Partial Summary Judgment under FRCP 56(f); Exhibit "1"; Certificate of Service |

| | | | |
|---|---|---|---|
| ( ) | Per your request | ( ) | For necessary action |
| ( ) | For your review & comments | ( ) | For filing |
| **(X)** | **For your information & file** | **(X)** | **See remarks below** |
| ( ) | For signature & return | ( ) | For signature & forwarding as noted below |

Should you have any questions, please call 524-3700.

**REMARKS:**
       Pursuant to paragraph 2.5 of the 2/1/06 CM/ECF Procedural Order, enclosed are courtesy copies of documents filed July 18, 2007.