CORRESPONDENCE

# LYLE S. HOSODA & ASSOCIATES, LLC
## ATTORNEYS AT LAW

345 Queen Street, Suite 804 ◆ Honolulu, Hawaii 96813
Telephone: 524-3700 ◆ Facsimile: 524-3838

Lyle S. Hosoda

Raina P.B. Gushiken
Christopher T. Chun
Chenise S. Kaneomoto

## LETTER OF TRANSMITTAL

| | | |
|---|---|---|
| DATE: | July 19, 2007 | **VIA HAND DELIVERY** |
| TO: | United States District Court<br>Attn: Toni Fujinaga,<br>   *Courtroom Manager to the Honorable Susan Oki Mollway*<br>300 Ala Moana Boulevard, Room C-353<br>Honolulu, Hawaii 96850 | |
| FROM: | Raina P.B. Gushiken, Esq./Denisa | |
| RE: | *Wayne Berry v. Deutsche Bank Trust Company of Americas (FKA Bankers Trust Company), et al*, Civil No. CV07-00172 SOM-LEK; United States District Court | |

| NO. OF COPIES | FILED | DESCRIPTION |
|---|---|---|
| 2 | 7/19/07 | Supplemental Filing in Response to the Court's July 17, 2007 Order; Declaration of Erin N. Brady in Response to the Court's July 17, 2007 Order; Exhibits "1" - "17"; Certificate of Compliance; Certificate of Service |
| 2 | 7/19/07 | Declaration of Raina P.B. Gushiken Re: Parties' Positions on Their Respective Rule 56(f) Requests; Certificate of Service |

| | | | |
|---|---|---|---|
| ( ) | Per your request | ( ) | For necessary action |
| ( ) | For your review & comments | ( ) | For filing |
| (X) | **For your information & file** | (X) | **See remarks below** |
| ( ) | For signature & return | ( ) | For signature & forwarding as noted below |

Should you have any questions, please call 524-3700.

**REMARKS:**
      Pursuant to paragraph 2.5 of the 2/1/06 CM/ECF Procedural Order, enclosed are courtesy copies of documents filed today.