# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 07-00172SOM-LEK |
| CASE NAME: | Wayne Berry vs. Deutsche Bank Trust Co., et al. |
| ATTYS FOR PLA: | Timothy Hogan (by phone) <br> Steven Kim |
| ATTYS FOR DEFT: | Lyle Hosoda <br> Raina Gushiken |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | No Record |
| DATE: | 07/26/2007 | TIME: | 3:30 - 4:05 |

COURT ACTION:  EP: Status Conference -

Tim Hogan and his former law firm have parted ways.  Hogan will contact Plaintiff to see if Plaintiff wishes to have Hogan continue to represent him without the law firm.  If so, the law firm will withdraw and Hogan will submit papers documenting his new status.  Hogan anticipates being able to do that in the next day or so.  With respect to related cases, Hogan will no longer be involved and the law firm will be determining whether to continue as counsel for Berry.

Submitted by: Toni Fujinaga, Courtroom Manager.