TIMOTHY J. HOGAN 5312-0
1150 Bishop Street, No. 433
Honolulu, Hawaii 96813
Tel. No. (808) 328-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | Civ. No. 07 CV-0172 SOM-LEK |
| Plaintiff, | ) | (Copyright) |
| | ) | |
| vs. | ) | **WITHDRAWAL AND** |
| | ) | **SUBSTITUTION OF PLAINTIFF'S** |
| DEUTSCHE BANK TRUST | ) | **COUNSEL; WITHDRAWING** |
| COMPANY AMERICAS (FKA | ) | **COUNSEL LYNCH ICHIDA** |
| BANKERS TRUST COMPANY) AND | ) | **THOMPSON KIM & HIROTA;** |
| JP MORGAN CHASE BANK IN | ) | **SUBSTITUTE COUNSEL;** |
| THEIR SEPARATE CAPACITIES | ) | **TIMOTHY J. HOGAN,** |
| AND AS AGENTS FOR THE PRE | ) | **ATTORNEY AT LAW** |
| AND POST-PETITION LENDERS OF | ) | |
| FLEMING COMPANIES, INC. Et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

<u>Withdrawal and Substitution of Counsel</u>

The law firm of Lynch Ichida Thompson Kim & Hirota through the undersigned hereby respectfully gives notice that Lynch Ichida Thompson Kim & Hirota hereby withdraws as attorney of record to Plaintiff Wayne Berry.

Timothy J. Hogan, Attorney At Law, hereby enters an appearance on behalf of the Plaintiff and requests service of papers via the Court's CM/ECF system or as otherwise provided by the Federal Rules of Civil Procedure and the Local Rules of the District Court of the District of Hawaii.  Lynch Ichida Thompson Kim & Hirota hereby releases and discharges any common law or other attorney lien and disclaim any right to any recovery in regard to this action.

DATED:  Honolulu, Hawai'i, July 25, 2007.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN


WITHDRAWING COUNSEL AND LIEN RELEASE:

LYNCH ICHIDA THOMPSON KIM & HIROTA, A LAW CORPORATION

by WESLEY ICHIDA, ESQ.
ITS AUTHORIZED DIRECTOR AND EXECUTIVE OFFICER