TIMOTHY J. HOGAN 5312-0
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEUTSCHE BANK TRUST ) <br> COMPANY AMERICAS (FKA ) <br> BANKERS TRUST COMPANY)AND ) <br> JP MORGAN CHASE BANK IN ) <br> THEIR SEPARATE CAPACITIES ) <br> AND AS AGENTS FOR THE PRE ) <br> AND POST-PETITION LENDERS OF) <br> FLEMING COMPANIES, INC. Et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civ. No. 07 CV-0172 SOM-LEK <br> (Copyright) <br><br> **CERTIFICATE OF SERVICE RE:** <br><br> **WITHDRAWAL AND SUBSTITUTION OF PLAINTIFF'S COUNSEL** |

The undersigned hereby certifies that on July 30, 2007 he caused the Withdrawal and Substitution of Plaintiff's Counsel to be served on the following parties via the Court's CM/ECF system:

Erin N. Brady ebrady@kirkland.com

Andrew P. DeNatale adenatale@whitecase.com

Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Timothy J. Hogan tjh@loio.com, timmyhogan@gmail.com

Lyle S. Hosoda lsh@hosodalaw.com

Jonathan E. Moskin jmoskin@whitecase.com, mco@whitecase.com

DATED: Honolulu, Hawaii, July 30, 2007.

                                          /S/Timothy J. Hogan
                                          TIMOTHY J. HOGAN
                                          Attorney for Plaintiff WAYNE BERRY