# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 07-00172SOM-LEK |
| CASE NAME: | Wayne Berry Vs. Deutsche Bank Trust Company Americas, et al. |
| ATTYS FOR PLA: | Timothy Hogan |
| ATTYS FOR DEFT: | Lyle S. Hosoda and Erin N. Brady |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | None |
| DATE: | 08/03/2007 | TIME: | 10:16am-10:35am |

COURT ACTION: Status Conference Regarding [17]-Defendants' Motion to Dismiss and [25]-Plaintiff's Counter Motion for Partial Summary Judgment set for hearing on 8/14/2007-Defendant's Counsel-Erin Brady participated by Phone.

Joint Request to have until Wednesday, 8/8/2007 to file their supplemental memoranda-is hereby denied.

Counsel are to file their supplemental memoranda as previously ordered by 8/6/2007 no later than noon.

Counsel may file additional supplemental memoranda as to the Deposition Testimony of Mr. Berry by 8/8/2007 by l0:00 a.m.

Both Counsel agreed to a Shortened Time Schedule as to the filing of Motions' for Reconsideration (if any)-If the Court rules on the Motions'-Defendants' Motion to Dismiss and Plaintiff's Counter Motion for Partial Summary Judgment by 8/20/2007. All Motions' for Reconsideration are to be filed by 12:00 Noon on 8/22/2007. The opposition memoranda are to be filed by 12:00 Noon on 8/24/2007. No reply memoranda are to be filed.

Plaintiff's Counsel Timothy J. Hogan stated at the Status Conference-does not include any claim whether the Plaintiff knew or should have known of the Defendants' involvement in the infringing activities before March 30, 2003.

Submitted by Leslie L. Sai, Courtroom Manager