# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 07-00172SOM-LEK |
| CASE NAME: | Wayne Berry vs. Deutsche Bank Trust Company Americas, et al. |
| ATTYS FOR PLA: | Timothy J. Hogan |
| ATTYS FOR DEFT: | Lyle S. Hosoda<br>Raina P.B. Gushiken<br>Erin N. Brady |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 08/03/2007 | TIME: | 9:46-10:05 |

COURT ACTION: EP: Discovery Conference held. Erin N. Brady participated by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager