TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEUTSCHE BANK TRUST ) <br> COMPANY AMERICAS (FKA ) <br> BANKERS TRUST COMPANY)AND ) <br> JP MORGAN CHASE BANK IN ) <br> THEIR SEPARATE CAPACITIES ) <br> AND AS AGENTS FOR THE PRE ) <br> AND POST-PETITION LENDERS OF) <br> FLEMING COMPANIES, INC.  Et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civ. No. 07 CV-0172 SOM-LEK (Copyright) <br><br> **CERTIFICATE OF SERVICE RE:** <br><br> **PLAINTIFF WAYNE BERRY'S RESPONSE TO ATTACHMENT "A" REGARDING DEFENDANT'S NOTICE OF TAKING LIMITED DEPOSITION UPON ORAL EXAMINATION OF PLAINTIFF WAYNE BERRY PURSUANT TO RULE 56(f)** |

The undersigned hereby certifies that on August 4, 2007 he served the following persons via email as set forth herein a copy of Plaintiff Wayne Berry's Response to Attachment "A" Regarding Defendant's Notice of Taking Limited Deposition upon Oral Examination of Plaintiff Wayne Berry Pursuant to Rule 56(f) and responsive documents pages numbered 1 through 1569 in response to that request.

Erin N. Brady ebrady@kirkland.com

Andrew P. DeNatale adenatale@whitecase.com

Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Lyle S. Hosoda lsh@hosodalaw.com

Jonathan E. Moskin jmoskin@whitecase.com, mco@whitecase.com

DATED: Honolulu, Hawaii, August 4, 2007 at 11:55 a.m. HST or 2:55 PST.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY

ii