TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, ) | Civ. No. 07 CV-0172 SOM-LEK |
| ) | (Copyright) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DEUTSCHE BANK TRUST ) | **CERTIFICATE OF SERVICE RE:** |
| COMPANY AMERICAS (FKA ) | |
| BANKERS TRUST COMPANY)AND ) | **PLAINTIFF WAYNE BERRY'S** |
| JP MORGAN CHASE BANK IN ) | **MEMORANDUM RE: COURT'S** |
| THEIR SEPARATE CAPACITIES ) | **JULY 20, 2007 ORDER** |
| AND AS AGENTS FOR THE PRE ) | **CONTINUING HEARING ON** |
| AND POST-PETITION LENDERS OF) | **DEFENDANTS' MOTION TO** |
| FLEMING COMPANIES, INC.  Et al., ) | **DISMISS AND PLAINTIFF'S** |
| ) | **COUNTER-MOTION FOR** |
| Defendants. ) | **PARTIAL SUMMARY JUDGMENT** |
| _____ ) | |

The undersigned hereby certifies that on August 6, 2007 he served the following persons via email as set forth herein a copy of Plaintiff Wayne Berry's Plaintiff Wayne Berry's  Memorandum Re: Court's July 20, 2007 Order Continuing Hearing on Defendants' Motion to Dismiss and Plaintiff's Counter-motion for Partial Summary Judgment.

Erin N. Brady ebrady@kirkland.com

Andrew P. DeNatale adenatale@whitecase.com

Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com

Lyle S. Hosoda lsh@hosodalaw.com

Jonathan E. Moskin jmoskin@whitecase.com, mco@whitecase.com


DATED: Honolulu, Hawaii, August 6, 2007.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY