LYLE S. HOSODA & ASSOCIATES, LLC
Lyle S. Hosoda  3964-0
Raina P.B. Gushiken  7329-0
345 Queen Street, Suite 804
Honolulu, Hawai'i 96813
Telephone:  (808) 524-3700
Facsimile:   (808) 524-3838
E-mail:      lsh@hosodalaw.com

KIRKLAND & ELLIS LLP
Michael E. Baumann (S.B.N. 145830)
Erin N. Brady (S.B.N. 215038)
F. Wade Ackerman (S.B.N. 234747)
777 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500
E-mail:      ebrady@kirkland.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WAYNE BERRY,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; DOES 1 TO 200,<br><br>Defendants. | CASE NO. CV 07-00172 SOM-LEK<br><br>The Hon. Judge Susan Oki Mollway<br><br>**DECLARATION OF ERIN N. BRADY IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEFING IN RESPONSE TO THE COURT'S ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S COUNTER-MOTION FOR PARTIAL SUMMARY JUDGMENT** |

# DECLARATION OF ERIN N. BRADY IN SUPPORT OF DEFENDANTS' AUGUST 6, 2007 SUPPLEMENTAL BRIEFING

I, ERIN N. BRADY, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, attorneys for Defendants, and am duly authorized to make this declaration. I am licensed to practice law in the State of California. I know the following to be true through my work in this case, and if requested could and would competently testify as such.

2. Attached hereto as Exhibit AA is a true and correct copy of Plaintiff Wayne Berry's Concise Statement filed in this action on July 5, 2007.

3. Attached hereto as Exhibit BB is a true and correct copy of Plaintiff's Supplemental Disclosures Regarding Damages filed in the first lawsuit[1] on October 23, 2002.

4. Attached here to as Exhibit CC is a true and correct copy of Plaintiff's Final Pretrial Statement filed in the first lawsuit on January 7, 2003.

5. Attached here to as Exhibit DD is a true and correct copy of Plaintiff's Comprehensive Witness List filed in the first lawsuit on February 4, 2003.

6. Attached hereto as Exhibit EE is a true and correct copy of excerpts from the March 5, 2003 trial transcript in the first lawsuit.

7 Attached hereto as Exhibit FF is a true and correct copy of an exhibit admitted into evidence at trial in the first lawsuit that supports a claim of continuing infringement.

8. Attached hereto as Exhibit GG is a true and correct copy of Plaintiff's Motion for entry of Permanent Injunction lodged in the first lawsuit on March 19, 2003.

---

[1] As used herein, the "first lawsuit" refers to *Berry v. Fleming Companies, Inc.*, Civ. No. 01-00446 SPK LEK.

9. Attached hereto as Exhibit HH is a true and correct copy of Plaintiff's July 19, 2007 response to this Court's July 17, 2007 order in above-captioned lawsuit.

10. Attached hereto as Exhibit II is a true and correct copy of an email from Timothy Hogan to Damian Capozzola dated May 2, 2003 regarding his theory for suing Defendants for copyright infringement.

11. Attached hereto as Exhibit JJ is a true and correct copy of the Second Amended Verified Complaint filed in *Berry v. Hawiian Express Service, Inc.*, Civ. No. 03-00385 SOM-LEK, dated June 18, 2004.

12. Attached hereto as Exhibit KK is a copy of the Order Granting Plaintiff Relief from Automatic Stay entered in *In re Fleming Companies, Inc. et al.*, Case No. 03-10945 (MFW) on July 26, 2004.

So sworn under penalty of perjury under the laws of the United States of America in Los Angeles, California, on August 6, 2007.

_____
Erin N. Brady