LYLE S. HOSODA & ASSOCIATES, LLC
Lyle S. Hosoda  3964-0
Raina P.B. Gushiken  7329-0
345 Queen Street, Suite 804
Honolulu, Hawai'i 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WAYNE BERRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; DOES 1 TO 200,<br><br>　　　　Defendants. | Case No.  CV 07-00172 SOM LEK<br><br>Judge Susan Oki Mollway<br><br>**CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' SUPPLEMENTAL BRIEFING IN RESPONSE TO THE COURT'S ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S COUNTER-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing:　August 14, 2007<br>Time:　　11:15 a.m.<br>Place:　　Room C-409 |

**CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' SUPPLEMENTAL BRIEFING IN RESPONSE TO THE COURT'S ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S COUNTER-MOTION FOR PARTIAL SUMMARY JUDGMENT**

I certify that the attached *Defendants' Supplemental Briefing In Response To The Court's Order Continuing Hearing On Defendants' Motion To Dismiss And Plaintiff's Counter-Motion For Partial Summary Judgment* is proportionately spaced and has a typeface of 14 points. I further certify that the word count of the attached filing, excluding the case caption, table of contents, signature page, exhibits, declarations, certificates of counsel, and certificates of service, is 3,490 and was counted using Microsoft Word Count.

DATED: Honolulu, Hawai'i,
August 6, 2007

        LYLE S. HOSODA & ASSOCIATES, LLC

        By:  /s/ Lyle S. Hosoda

        Lyle S. Hosoda  3964-0
        Raina P.B. Gushiken  7329-0
        345 Queen Street, Suite 804
        Honolulu, Hawai'i 96813
        Telephone: (808) 524-3700
        Facsimile: (808) 524-3838
        E-mail:  lsh@hosodalaw.com

        KIRKLAND & ELLIS LLP
        Michael E. Baumann (S.B.N. 145830)
        Erin N. Brady (S.B.N. 215038)
        F. Wade Ackerman (S.B.N. 234747)
        777 South Figueroa Street
        Los Angeles, California  90017
        Telephone:   (213) 680-8400
        Facsimile:   (213) 680-8500
        E-mail:  ebrady@kirkland.com

        Counsel for Defendants

        WHITE & CASE LLP
        Andrew DeNatale (ADN 2429)
        Jonathan Moskin (Bar No. 1949031)
        1155 Avenue of the Americas
        New York, New York 10036-2787
        Telephone:   (212) 819-8200
        Facsimile:   (212) 354-8113
        E-mail:  adenatale@ny.whitecase.com

        Of Counsel for Defendants