IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEUTSCHE BANK TRUST )<br>COMPANY AMERICAS (FKA )<br>BANKERS TRUST COMPANY), et )<br>al. )<br>)<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. CV07-00172 SOM LEK<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 6, 2007, by the method of service noted below, a true and correct copy of *DEFENDANTS' SUPPLEMENTAL BRIEFING IN RESPONSE TO THE COURT'S ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S COUNTER-MOTION FOR PARTIAL SUMMARY JUDGMENT* was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

    Timothy J. Hogan  tjh@timhogan.com
                               tjh@loio.com, timmyhogan@gmail.com

    Attorney for Plaintiff
    WAYNE BERRY

    DATED:     Honolulu, Hawaii, August 6, 2007.

                  /s/ Lyle S. Hosoda
                  LYLE S. HOSODA & ASSOCIATES, LLC
                  Lyle S. Hosoda
                  Raina P.B. Gushiken
                  345 Queen Street, Suite 804
                  Honolulu, Hawaii  96813
                  Telephone:  (808) 524-3700
                  Facsimile:  (808) 524-3838
                      and
                  KIRKLAND & ELLIS, LLP
                  Michael E. Baumann (S.B.N. 145830)
                  Erin N. Brady (S.B.N. 215038)
                  777 South Figueroa Street
                  Los Angeles, California 90017
                  Telephone: (213) 680-8400
                  Facsimile: (213) 680-8500

                  Attorneys for Defendants