IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. CV07-00172 SOM LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK TRUST | ) | |
| COMPANY AMERICAS (FKA | ) | |
| BANKERS TRUST COMPANY), et | ) | |
| al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 6, 2007, by the method of service noted below, a true and correct copy of *Declaration of Albert Fischetti in Opposition to Berry's Cross Motion for Partial Summary Judgment* was served on the following parties at their last known addresses:

Served electronically through CM/ECF:

    Timothy J. Hogan  tjh@timhogan.com, timmyhogan@gmail.com

    Attorney for Plaintiff
    WAYNE BERRY

    DATED:    Honolulu, Hawaii, August 6, 2007.


        /s/ Lyle S. Hosoda
        LYLE S. HOSODA & ASSOCIATES, LLC
        Lyle S. Hosoda
        Raina P.B. Gushiken
        345 Queen Street, Suite 804
        Honolulu, Hawaii  96813
        Telephone:  (808) 524-3700
        Facsimile:  (808) 524-3838
            and
        KIRKLAND & ELLIS, LLP
        Michael E. Baumann (S.B.N. 145830)
        Erin N. Brady (S.B.N. 215038)
        777 South Figueroa Street
        Los Angeles, California 90017
        Telephone: (213) 680-8400
        Facsimile: (213) 680-8500

        Attorneys for Defendants