# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 07-00172SOM-LEK |
| CASE NAME: | Wayne Berry Vs. Deutsche Bank Trust Company Americas, et al. |
| ATTYS FOR PLA: | Timothy Hogan |
| ATTYS FOR DEFT: | Lyle Hosoda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | None |
| DATE: | 08/09/2007 | TIME: | ll:00am-ll:14am |

COURT ACTION: EP: Status Conference-Court discussed with Counsel the issue of the filing of a Motion to Change Venue as to this case. If the Defendants will be filing such a Motion that Change of Venue Motion is to be filed by Friday, August 10, 2007 by 2:00 p.m. The Reply Memorandum to this Motion by the Plaintiff shall be filed by Monday, August 13, 2007 by 12:00 Noon. The Motion to Change Venue will be set for hearing on Tuesday, August 14, 2007 @ll:15 a.m.

Submitted by Leslie L. Sai, Courtroom Manager