LYLE S. HOSODA & ASSOCIATES, LLC
LYLE S. HOSODA                  3964-0
RAINA P.B. GUSHIKEN             7329-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

KIRKLAND & ELLIS, LLP
MICHAEL E. BAUMANN (S.B.N. 145830)
ERIN N. BRADY (S.B.N. 215038)
F. WADE ACKERMAN (S.B.N. 234747)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: ebrady@kirkland.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. CV07-00172 SOM LEK |
|  | ) | (Copyright) |
| Plaintiff, | ) |  |
|  | ) | DEFENDANTS' MOTION TO |
| v. | ) | CHANGE VENUE; |
|  | ) | MEMORANDUM IN SUPPORT OF |
| DEUTSCHE BANK TRUST | ) | MOTION TO CHANGE VENUE; |
| COMPANY AMERICAS (FKA | ) | DECLARATION OF ALBERT |
| BANKERS TRUST COMPANY), et | ) | FISCHETTI; DECLARATION OF |
| al. | ) | ROGER ODELL; DECLARATION |
|  | ) | OF LYLE S. HOSODA; EXHIBITS |
| Defenants. | ) | "A" - "G"; CERTIFICATE OF |
|  | ) | SERVICE |
| [*caption continued on next page*] | ) |  |

|  |  |  |
|---|---|---|
| ) Hearing: | | |
| ) | | |
| ) Date: | August 14, 2007 | |
| ) Time: | 11:15 a.m. | |
| ) Place: | Room C-409 | |
| ) | | |

## DEFENDANTS' MOTION TO CHANGE VENUE

Defendants Deutsche Bank Trust Company Americas ("Deutsche Bank") and JPMorgan Chase Bank ("JPMorgan") by and through their attorneys, Lyle S. Hosoda & Associates, LL, hereby move this Court for an order to change venue to the United States District Court for the Southern District of New York.

This motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedures, L.R. 7.2 Local Rules of Practice of the United States District Court for the District of Hawaii, and 28 U.S.C. § 1404(a) and is based upon the attached memorandum in support, declarations, exhibits, and the records and files herein.

DATED:  Honolulu, Hawaii, August 10, 2007.

      /s/ Lyle S. Hosoda
     LYLE S. HOSODA
     RAINA P.B. GUSHIKEN
     Attorneys for Defendants

2