IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. CV07-00172 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | DECLARATION OF LYLE S. |
| v. | ) | HOSODA |
| | ) | |
| DEUTSCHE BANK TRUST | ) | |
| COMPANY AMERICAS (FKA | ) | |
| BANKERS TRUST COMPANY), et | ) | |
| al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF LYLE S. HOSODA

LYLE S. HOSODA, do hereby state and declare as follows:

1. I am the principal attorney of the law firm of LYLE S. HOSODA & ASSOCIATES, L.L.C., attorneys for Defendants Deutsche Bank Trust Company Americas (fka Bankers Trust Company) and JP Morgan Chase Bank.

2. I am licensed to practice law in all of the Federal and State courts in the State of Hawaii.

3. Attached hereto as Exhibit A is a true and correct copy of select pages of the Deposition of Wayne Berry taken on May 18, 2005, in Civil No. CV 03-00385 (SOM/LEK).

4. Attached hereto as Exhibit B is a true and correct copy of the Discovery Order issued by the Honorable Leslie Kobayashi on August 3, 2007.

5. Attached hereto as Exhibit C is a true and correct copy of the Notice of Intent to Withdraw, filed on August 6, 2007, in Civil No. CV 03-00385 (SOM/LEK).

6. Attached hereto as Exhibit D is a true and correct copy of a letter dated January 30, 2007 from Plaintiff's counsel, Timothy J. Hogan, Esq. and submitted to the Honorable Leslie Kobayashi.

7. Attached hereto as Exhibit E is a true and correct copy of Corporate Summaries of Deutsche Bank Trust Company Americas and JP Morgan Chase Bank.

8. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Albert Fischetti, dated August 3, 2007 and filed herein on August 6, 2007.

9. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Roger Odell, dated August 3, 2007 and filed herein on August 6, 2007.

\\

\\

I, LYLE S. HOSODA, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, <u>August 10, 2007</u>.

          <u>/s/ Lyle S. Hosoda</u>
          LYLE S. HOSODA