# EXHIBIT B

# MINUTES

CASE NUMBER: CIVIL NO. 07-00172SOM-LEK

CASE NAME: Wayne Berry vs. Deutsche Bank Trust Company Americas, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi       REPORTER:

DATE: 08/03/2007       TIME:

COURT ACTION: EO: Discovery Conference held.

The Court hereby Orders:

1) Production of Documents in response to Defendants' Request to be produced via e-mail by 3:00 p.m. PST 8/4/07.

2) Deposition of Wayne Berry to be taken 9:00 a.m., Monday, 8/6/07 in West Palm Beach, Florida or at other site agreed upon by the parties.

Questions are limited to issues raised in the parties' motion for summary judgment. Parties to bear their own costs for deposition, including reporting fees, expedited transcripts, long-distance telephone charges, etc. Mr. Hogan indicated that he will participate by telephone and Ms. Brady or her co-counsel will travel at their expense to Florida.

Submitted by: Warren N. Nakamura, Courtroom Manager