# EXHIBIT C

ORIGINAL

LYNCH ICHIDA THOMPSON KIM & HIROTA

WESLEY W. ICHIDA 1079-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Tel. No. (808) 528-0100
Fax No. (808) 528-4997
E-mail: wwi@loio.com

Attorney for Plaintiff
Wayne Berry

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 06 2007

at 3 o'clock and 40 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **NOTICE OF INTENT TO** |
| vs. | ) | **WITHDRAW; CERTIFICATE OF** |
| | ) | **SERVICE** |
| HAWAIIAN EXPRESS SERVICE, | ) | |
| INC., a California corporation; et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF INTENT TO WITHDRAW

TO:    WAYNE BERRY
5500 Military Trail #22-500
Jupiter, Florida 33453
Tel. No.: (808) 258-7144
WayneFBerry@Hotmail.com
WayneBerry@FCS2003.com

LEX R. SMITH, ESQ.
ANN C. TERANISHI, ESQ.
THOMAS H.Y.P. YEE
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, HI 96813
Attorneys for Defendant
Fleming Companies, Inc.
C&S Wholesale Grocers, Inc.,
C&S Logistics of Hawaii, LLC,
C&S Acquisitions, LLC, ES3, LLC
and Richard Cohen

WESLEY H.H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Attorney for Hawaii Transfer Company, Limited

ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813
Attorneys for Defendants
Hawaiian Express Service, Inc.,
H.E.S. Transportation Services, Inc.,
California Pacific Consolidators, Inc.,
Jeffrey P. Graham and Peter Schaul

KAREN GABLER, ESQ.
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard , CA 93036

Attorney for Defendants
Hawaiian Express Service, Inc.,
H.E.S. Transportation Services, Inc.,
California Pacific Consolidators, Inc.,
Jeffrey P. Graham and Peter Schaul

ANDREW V. BEAMAN, ESQ.
LEROY E. COLOMBE, ESQ.
Chun Kerr Dodd Beaman & Wong, LLLLC
Topa Financial Center, Fort Street Tower
745 Fort Street, Floor 9
Honolulu, HI 96813
Attorney for Foodland Supermarket, Limited

LYLE HOSODA, ESQ.
RAINA P. MEAD, ESQ.
345 Queen Street, Suite 804
Honolulu, HI 96813
Attorneys for Defendants, Mark Dillon,
Brian Christensen and Teresa Noa

DAMIAN CAPOZZOLA, ESQ.
MELISSA M. DULAC, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017
Attorneys for Defendant Fleming Companies, Inc.

SHELDON S. TOLL, ESQ.
2000 Town Center, Suite 2550
Southfield, MI 48075
Attorney for Defendant
ALIX PARTNERS, LLC

3

JOHN T. KOMEIJI, ESQ.
GREGORY Y.P. TOM, ESQ.
KAREN Y. ARIKAWA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI 96813
Attorneys for Defendants
ALIX PARTNERS, LLC

MARGERY S. BRONSTER, ESQ.
REX Y. FUJICHAKU, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Honolulu, Hawaii 96813
Attorneys for Attorneys for Defendants
GUIDANCE SOFTWARE, LLC
and MICHAEL GURZI

WILLIAM G. MEYER, III, ESQ.
Dwyer Schraff Meyer Grant & Green
Pioneer Plaza
900 Fort Street, Suite 1800
Honolulu, Hawaii 96803

I hereby give notice that I intend to file a motion for leave for Lynch Ichida

Thompson Kim & Hirota to withdraw as counsel for Plaintiff WAYNE BERRY in

the above-entitled case.

In accordance with LR 83.6(b), this notice serves as notice to WAYNE

BERRY, that upon entry of an order permitting Lynch Ichida Thompson Kim &

Hirota to withdraw from this case, he will be responsible for complying with all

Court orders and time limitations established by any applicable rules.

Further, in accordance with LR 83.6(b), this notice serves as notice to

WAYNE BERRY, that in the absence of prompt appearance of substitute counsel,

pleadings, motions, and other papers may be stricken and default judgment or

other sanctions may be imposed.

DATED:    Honolulu, Hawaii, _____ AUG 0 6 2007 _____.

_____
WESLEY W. ICHIDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen; )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>HAWAIIAN EXPRESS SERVICE, )<br>INC., a California corporation; et al., )<br>)<br>Defendants. )<br>_____ ) | Civ. No. CV03 00385 SOM-LEK<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was

duly served upon the following parties at their last known addresses, via first class

mail, on _____AUG 0 6 2007_____ :

WAYNE BERRY
5500 Military Trail #22-500
Jupiter, Florida 33453
Tel. No.: (808) 258-7144
WayneFBerry@Hotmail.com
WayneBerry@FCS2003.com

LEX R. SMITH, ESQ.
ANN C. TERANISHI, ESQ.
THOMAS H.Y.P. YEE
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, HI 96813
Attorneys for Defendant

Fleming Companies, Inc.
C&S Wholesale Grocers, Inc.,
C&S Logistics of Hawaii, LLC,
C&S Acquisitions, LLC, ES3, LLC
and RICHARD COHEN

WESLEY H.H. CHING, ESQ.
Fukunaga, Matayoshi, Hershey & Ching, LLC
1200 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
Attorney for Hawaii Transfer Company, Limited

ROY J. TJIOE, ESQ.
EMILY REBER PORTER, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813
Attorneys for Defendants
Hawaiian Express Service, Inc.,
H.E.S. Transportation Services, Inc.,
California Pacific Consolidators, Inc.,
Jeffrey P. Graham and Peter Schaul

KAREN GABLER, ESQ.
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard , CA 93036
Attorney for Defendants
Hawaiian Express Service, Inc.,
H.E.S. Transportation Services, Inc.,
California Pacific Consolidators, Inc.,
Jeffrey P. Graham and Peter Schaul

ANDREW V. BEAMAN, ESQ.
LEROY E. COLOMBE, ESQ.

Chun Kerr Dodd Beaman & Wong, LLLLC
Topa Financial Center, Fort Street Tower
745 Fort Street, Floor 9
Honolulu, HI 96813
Attorney for Foodland Supermarket, Limited

LYLE HOSODA, ESQ.
RAINA P. MEAD, ESQ.
345 Queen Street, Suite 804
Honolulu, HI 96813
Attorneys for Defendants, Mark Dillon,
Brian Christensen and Teresa Noa

DAMIAN CAPOZZOLA, ESQ.
MELISSA M. DULAC, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017
Attorneys for Defendant Fleming Companies, Inc.

SHELDON S. TOLL, ESQ.
2000 Town Center, Suite 2550
Southfield, MI 48075
Attorney for Defendant
ALIX PARTNERS, LLC

JOHN T. KOMEIJI, ESQ.
GREGORY Y.P. TOM, ESQ.
KAREN Y. ARIKAWA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI 96813
Attorneys for Defendants
ALIX PARTNERS, LLC

3

MARGERY S. BRONSTER, ESQ.
REX Y. FUJICHAKU, ESQ.
Bronster Crabtree & Hoshibata
1001 Bishop Street, Suite 2300
Honolulu, Hawaii 96813
Attorneys for Attorneys for Defendants
GUIDANCE SOFTWARE, LLC
and MICHAEL GURZI

WILLIAM G. MEYER, III, ESQ.
Dwyer Schraff Meyer Grant & Green
Pioneer Plaza
900 Fort Street, Suite 1800
Honolulu, Hawaii 96803

DATED:    Honolulu, Hawaii, _____ AUG 0 6 2007 _____.

_____
WESLEY W. ICHIDA