# EXHIBIT E



47956225955                                                                                          Page 1

47956225955
                            **CORPORATE RECORDS & BUSINESS REGISTRATIONS**

This Record Last Updated:        06/11/2007
Database Last Updated:           08-09-2007
Update Frequency:                DAILY
Current Date:                    08/09/2007
Source:                          AS REPORTED BY THE SECRETARY OF STATE OR OTHER
                                 OFFICIAL SOURCE

                                        **COMPANY INFORMATION**

Name:                            **DEUTSCHE BANK TRUST COMPANY** AMERICAS
Address:                         60 WALL STREET NYC60-4006
                                 NEW YORK, NY 10005

                                        **FILING INFORMATION**

Identification Number:           F00435863
Filing Date:                     08/18/1989
State of Incorporation:          NEW YORK
Duration:                        PERPETUAL
Status:                          ACTIVE/IN GOOD STANDING
Corporation Type:                PROFIT
Business Type:                   CORPORATION
Address Type:                    BUSINESS
Where Filed:                     CORPORATION COMMISSION
                                 1200 W WASHINGTON
                                 PHOENIX, AZ 85007

                                   **REGISTERED AGENT INFORMATION**

Name:                            C T CORPORATION SYSTEM
Address:                         2394 E CAMELBACK RD
                                 PHOENIX, AZ 85016

                                        **NAME INFORMATION**

 Former Name:                    BANKERS **TRUST COMPANY**

           ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

## PRINCIPAL INFORMATION

| | |
|---|---|
| Name: | SETH H WAUGH |
| Title: | PRESIDENT |
| Address: | 60 WALL ST |
| | NEW YORK, NY  10005 |

| | |
|---|---|
| Name: | PETER STURZINGER |
| Title: | SECRETARY |
| Address: | 60 WALL ST |
| | NEW YORK, NY  10005 |

## AMENDMENT INFORMATION

Amendments:
04/13/2005 MISCELLANEOUS   04 ANNUAL REPORT MICROFILM LOCATION: 31872000465
08/20/2003 MISCELLANEOUS   03 ANNUAL REPORT MICROFILM LOCATION: 31754002218
10/29/2002 MISCELLANEOUS   02 ANNUAL REPORT MICROFILM LOCATION: 31694001340
10/15/2002 MISCELLANEOUS   PUB OF APPL FOR NEW AUTHORITY MICROFILM LOCATION: 20313052049
09/25/2002 MISCELLANEOUS   APPLICATION FOR NEW AUTHORITY MICROFILM LOCATION: 11548008018
06/26/2001 MISCELLANEOUS   01 ANNUAL REPORT MICROFILM LOCATION: 31624001306
08/08/2000 MISCELLANEOUS   00 ANNUAL REPORT MICROFILM LOCATION: 31587002537
11/19/1999 MISCELLANEOUS   99 ANNUAL REPORT MICROFILM LOCATION: 31559000160
09/09/1999 MISCELLANEOUS   FOREIGN AMENDMENT MICROFILM LOCATION: 11344013034
01/07/1999 MISCELLANEOUS   FOREIGN AMENDMENT MICROFILM LOCATION: 11294024010
11/17/1998 MISCELLANEOUS   FOREIGN AMENDMENT MICROFILM LOCATION: 11287032013
07/17/1998 MISCELLANEOUS   98 ANNUAL REPORT MICROFILM LOCATION: 31510000065
06/29/1998 MISCELLANEOUS   FOREIGN AMENDMENT MICROFILM LOCATION: 11241002011
05/01/1998 MISCELLANEOUS   AMENDMENT MICROFILM LOCATION: 11224006030
04/24/1998 MISCELLANEOUS   97 ANNUAL REPORT MICROFILM LOCATION: 31760001665
03/09/1998 MISCELLANEOUS   FOREIGN AMENDMENT MICROFILM LOCATION: 11216010021
10/03/1997 MISCELLANEOUS   AMENDMENT MICROFILM LOCATION: 11181022040
08/22/1997 MISCELLANEOUS   AMENDMENT MICROFILM LOCATION: 11158017009

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
                    03/21/1997 MISCELLANEOUS    96 ANNUAL REPORT MICROFILM
                    LOCATION: 11130024023
                    05/14/1996 MISCELLANEOUS    95 ANNUAL REPORT MICROFILM
                    LOCATION: 11024003016
                    07/25/1995 MISCELLANEOUS    PUB OF RESTATEMENT OF
                    INFORMATION MICROFILM LOCATION: 20176077038
                    07/07/1995 MISCELLANEOUS    RESTATEMENT OF INFORMATION
                    MICROFILM LOCATION: 10945005008
                    03/14/1995 MISCELLANEOUS    94 ANNUAL REPORT MICROFILM
                    LOCATION: 10930006034
                    05/09/1994 MISCELLANEOUS    PUB OF RESTATEMENT OF
                    INFORMATION MICROFILM LOCATION: 20155066026
                    04/20/1994 MISCELLANEOUS    RESTATEMENT OF INFORMATION
                    MICROFILM LOCATION: 10842005013
                    03/03/1994 MISCELLANEOUS    93 ANNUAL REPORT MICROFILM
                    LOCATION: 10826012024
                    03/05/1993 MISCELLANEOUS    92 ANNUAL REPORT MICROFILM
                    LOCATION: 10739026001
                    10/29/1992 MISCELLANEOUS    PUBLICATION OF RESTATEMENT
                    OF INFORMATION MICROFILM LOCATION: 20131035041
                    09/22/1992 MISCELLANEOUS    RESTATEMENT OF INFORMATION
                    MICROFILM LOCATION: 10713007020
                    02/27/1992 MISCELLANEOUS    91 ANNUAL REPORT MICROFILM
                    LOCATION: 10666016030
                    03/21/1991 MISCELLANEOUS    90 ANNUAL REPORT MICROFILM
                    LOCATION: 10595020012
                    11/21/1990 MISCELLANEOUS    RESTATEMENT OF INFORMATION
                    MICROFILM LOCATION: 10583008042
                    04/10/1990 MISCELLANEOUS    89 ANNUAL REPORT MICROFILM
                    LOCATION: 10525012020
                    03/15/1990 MISCELLANEOUS    FOREIGN AMENDMENT
                    MICROFILM LOCATION: 10533008044
                    09/28/1989 MISCELLANEOUS    PUBLICATION OF APPLICATION
                    FOR AUTHORITY MICROFILM LOCATION: 20091029046
                    08/18/1989 MISCELLANEOUS    APPLICATION FOR AUTHORITY
                    MICROFILM LOCATION: 10474016048


        Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
         to order copies of documents related to this or other matters.
                         Additional charges apply.

 THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE
 OFFICIAL RECORD.   CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

 END OF DOCUMENT
```

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



43566958547                                                                                      Page 1


43566958547
                          **CORPORATE RECORDS & BUSINESS REGISTRATIONS**


This Record Last Updated:        03/02/2007
Database Last Updated:           08-09-2007
Update Frequency:                MONTHLY
Current Date:                    08/09/2007
Source:                          AS REPORTED BY THE SECRETARY OF STATE OR OTHER
                                 OFFICIAL SOURCE

                                 **COMPANY INFORMATION**


Name:                            **JP MORGAN** CHASE **BANK**
Address:                         1111 POLARIS PARKWAY                  FLOOR 4P
                                 COLUMBUS, OH 43240


                                 **FILING INFORMATION**


Identification Number:           0552834
Filing Date:                     01/22/1997
State of Incorporation:          NEW YORK
Status:                          ACTIVE
Corporation Type:                NOT AVAILABLE
Business Type:                   CORPORATION
Address Type:                    BUSINESS
Where Filed:                     SECRETARY OF STATE/CORPORATIONS DIVISION
                                 30 TRINITY ST
                                 HARTFORD, CT 06106


                           **REGISTERED AGENT INFORMATION**


Name:                            C T CORPORATION SYSTEM
Address:                         ONE COMMERCIAL PLAZA
                                 HARTFORD, CT 06103

                                  **NAME INFORMATION**


 Home State Name:                **JP MORGAN** CHASE **BANK**


            ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | |
|---|---|
| Former Name: | THE CHASE MANHATTAN **BANK** |

**PRINCIPAL INFORMATION**

| | |
|---|---|
| Name: | JAMES DIMON |
| Title: | CHAIRMAN AND CEO |
| Address: | 270 PARK AVENUE; FLOOR 8 |
| | NEW YORK, NY  10017 |

| | |
|---|---|
| Name: | JAMES B. LEE, JR. |
| Title: | VICE CHAIRMAN |
| Address: | 270 PARK AVENUE; FLOOR 8 |
| | NEW YORK, NY  10017 |

| | |
|---|---|
| Name: | WALTER GUBERT |
| Title: | VICE CHAIRMAN |
| Address: | 10 ALDERMANBURY; FLOOR 8 |
| | LONDON EC2V 7RF UNITED KINGDOM |

**AMENDMENT INFORMATION**

| | | |
|---|---|---|
| Amendments: | 01/19/2007 MISCELLANEOUS | REPORT |
| | 02/28/2005 MISCELLANEOUS | REPORT |
| | 02/20/2004 MISCELLANEOUS | REPORT |
| | 03/07/2003 MISCELLANEOUS | REPORT |
| | 04/22/2002 MISCELLANEOUS | REPORT |
| | 04/10/2001 MISCELLANEOUS | REPORT |
| | 02/03/2000 MISCELLANEOUS | REPORT |
| | 07/22/1999 MISCELLANEOUS | REPORT |
| | 01/22/1997 MISCELLANEOUS | CERTIFICATE OF AUTHORITY |

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE
OFFICIAL RECORD.  CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.