IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, | ) CIVIL NO. CV07-00172 SOM LEK |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| | ) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY), et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2007 and by the method of service noted below, a true and correct copy of *Defendants' Motion to Change Venue Memorandum in Support of Motion to Change Venue; Declaration of Albert Fischetti; Declaration of Roger Odell; Declaration of Lyle S. Hosoda; Exhibits "A" - "G"; Certificate of Service* was served on the following parties at their last known addresses:

<u>Served electronically through CM/ECF</u>:

    Timothy J. Hogan  tjh@timhogan.com; timmyhogan@gmail.com

    Attorney for Plaintiff
    WAYNE BERRY

DATED: Honolulu, Hawaii, August 10, 2007.

/s/ Lyle S. Hosoda
LYLE S. HOSODA & ASSOCIATES, LLC
Lyle S. Hosoda
Raina P.B. Gushiken
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
    and
KIRKLAND & ELLIS, LLP
Michael E. Baumann (S.B.N. 145830)
Erin N. Brady (S.B.N. 215038)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants