# Exhibit 3



## Grantor / Grantee Search Results

| Document No | Grantor | Grantee | Class | Issue Date |
|---|---|---|---|---|
| R2007089784 | MORTGAGE ELECTRONIC REGISTRA | DEUTSCHE BANK TR CO AMER | A/M | 2007-05-18 |
| R2007089163 | MORTGAGE ELECTRONIC REGISTRA | DEUTSCHE BANK TR CO AMERICAS | A/M | 2007-05-17 |
| L3602953 | MORTGAGE ELECTRONIC REGISTRA | DEUTSCHE BANK TR CO AMERICAS | A/M | 2007-05-17 |
| L3603266 | MORTGAGE ELECTRONIC REGISTRA | DEUTSCHE BANK TR CO AMERICAS | A/M | 2007-05-17 |
| R2007085844 | SAXON MTG INC | DEUTSCHE BANK TR CO AMERICAS | A/M | 2007-05-11 |
| R2007085844 | SAXON MTG INC | DEUTSCHE BANK TR CO AMERICAS | A/M | 2007-05-11 |
| L3597286 | SAXON MTG INC | DEUTSCHE BANK TR CO AMERICAS | A/M | 2007-05-04 |
| R2007079910 | SAXON MTG INC | DEUTSCHE BANK TR CO AMERICAS | A/M | 2007-05-03 |
| L3596217 | SAXON MTG INC | DEUTSCHE BANK TR CO AMERICAS | A/M | 2007-05-03 |
| R2007074999 | KAWAAUAHU DONNELLE K | DEUTSCHE BANK TR CO AMERICAS | NTC | 2007-04-26 |
| R2007074835 | PALM GROVE | DEUTSCHE BANK TR CO CDN | REL | 2007-04-26 |
| R2007070329 | MORTGAGE ELECTRONIC REGISTRA | DEUTSCHE BANK TR CO AMERICAS | A/M | 2007-04-19 |

**1-12 of 272 found matching your criteria**      Next    New Search



Copyright © 2005 State of Hawaii Department of Land and Natural Resources
Bureau of Conveyances. All rights reserved.