# Exhibit 5

TERMED

# U.S. District Court
## District of Hawaii - CM/ECF V3.04 (3/07) (Hawaii)
### CIVIL DOCKET FOR CASE #: 1:03-cv-00335-HG-BMK

Bank of Hawaii v. Lindsey, et al  
Assigned to: JUDGE HELEN GILLMOR  
Referred to: JUDGE BARRY M. KURREN  
Demand: $0  
Cause: 28:1346 Recovery of IRS Tax  

Date Filed: 06/27/2003  
Date Terminated: 01/12/2004  
Jury Demand: None  
Nature of Suit: 870 Taxes  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**Bank of Hawaii**  represented by  **Katherine G. Leonard**  
Carlsmith Ball  
American Savings Bank Twr  
1001 Bishop St Ste 2200  
Honolulu, HI 96813  
523-2500  
Email: kgl@carlsmith.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marion Mae Lokelani Lindsey**  represented by  **William C. McCorriston**  
*also known as*  
Lokelani Lindsey  
McCorriston Miller Mukai MacKinnon LLP  
Five Waterfront Plaza Ste 400  
500 Ala Moana Blvd  
Honolulu, HI 96813  
529-7300  
Fax: 524-8293  
Email: mccorriston@m4law.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Internal Revenue Ser**     represented by    **Keith S. Blair**
*Internal Revenue Service, Department of the Treasury,*     US Department of Justice
*United States of America,*     Tax Division
PO Box 683
Ben Franklin Station
Washington, DC 20044-0683
202 307-0977
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Helper**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541-2850
Email: Tom.Helper@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Marion Mae Lokelani Lindsey**     represented by    **William C. McCorriston**
*also known as*     (See above for address)
Lokelani Lindsey     *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Bank of Hawaii**     represented by    **Katherine G. Leonard**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Marion Mae Lokelani Lindsey**     represented by **William C. McCorriston**
*also known as*     (See above for address)
Lokelani Lindsey     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Internal Revenue Ser**     represented by **Keith S. Blair**
     (See above for address)
     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*

     **Thomas A. Helper**
     (See above for address)
     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2003 | 1 | COMPLAINT for Interpleader; Exhibit A - C; (Summons(es) issued) (gs) (Entered: 06/30/2003) |
| 06/27/2003 | 2 | ORDER by Mag Judge Kevin S. Chang rule 16 conference set for 9:00 9/22/03 before Mag Judge Kevin S. Chang (gs) (Entered: 06/30/2003) |
| 06/27/2003 |  | FILING FEE PAID in the amount of $ 150.00, receipt # 216608 (gs) (Entered: 06/30/2003) |
| 06/30/2003 | 3 | ORDER of Recusal by Judge Samuel P. King (gs) (Entered: 06/30/2003) |
| 07/01/2003 | 4 | Case Reassignment: Judge Mollway assigned case per random selection (gs) (Entered: 07/01/2003) |
| 07/01/2003 | 5 | ORDER of Recusal by Mag Judge Kevin S. Chang - referred to the Chief Judge for reassignment (gs) (Entered: 07/02/2003) |

| Date | # | Description |
|---|---|---|
| 07/02/2003 | 6 | ORDER by Judge Susan O. Mollway of recusal, reassigned to Judge Helen Gillmor (gs) (Entered: 07/02/2003) |
| 07/02/2003 | 7 | Case Reassignment; case reassigned to Judge Gillmore and Mag Judge Barry M. Kurren (gs) (Entered: 07/02/2003) |
| 07/03/2003 | 8 | RETURN and Acknowledgment OF SERVICE executed upon defendant Internal Revenue Service and the United States of America on 6/30/03 (gs) (Entered: 07/07/2003) |
| 07/09/2003 | 9 | Plaintiff Bank of Hawaii's EX PARTE MOTION for an Order for Deposit of Registry Account funds into an interest-Bearing Account; Affidavit of Katherine G. Leonard; Exhibits A-C; ORDER GRANTING Plaintiff Bank of Hawaii's Ex Parte Motion for an Order for Deposit of Registry Account Funds into an interest-bearing account by JUDGE HELEN GILLMOR; Certificate of Service by plaintiff Bank of Hawaii (gs) Modified on 08/26/2003 (Entered: 07/10/2003) |
| 07/09/2003 | 10 | RETURN OF SERVICE executed upon defendant Marion Mae Lokelani Lindsey on 7/2/03 (gs) (Entered: 07/10/2003) |
| 08/25/2003 | 11 | First AMENDED COMPLAINT for Interpleader [1-1]; Exhibits A-E; Summons issued by plaintiff Bank of Hawaii (gs) (Entered: 08/26/2003) |
| 08/27/2003 | 12 | Plaintiff Bank of Hawaii's Ex Parte Motion for an Order for Deposit of Registry Account Funds into an interest-Bearing Account; Affidavit of Katherine G. Leonard; Exhibits A-C; ORDER GRANTING plaintiff Bank of Hawaii's Ex Parte Motion for an Order for Deposit of Registry Account Funds into an interest-Bearing Account by JUDGE HELEN GILLMOR (gs) (Entered: 08/28/2003) |
| 08/28/2003 | 13 | Return and ACKNOWLEDGEMENT OF SERVICE by defendant Internal Revenue Ser and USA on 8/27/03 (gs) (Entered: 08/28/2003) |
| 08/29/2003 | 14 | NOTICE OF MOTION; United States' Motion to dismiss First Amended Complaint ; Memorandum in Support of United States' Motion to Dismiss First Amended Complaint; Certificate of Service set for 9:45 11/17/03 before Judge Helen Gillmor (gs) (Entered: 09/02/2003) |
| 09/15/2003 | 15 | EO: Continued: [Rule 16 scheduling conference] from 9/22/03 9:00 a.m. to 1/12/04 9:00 a.m. before BMK by Mag Judge Barry M. Kurren (gs) (Entered: 09/17/2003) |
| 09/25/2003 | 16 | Defendant Marion Mae Lokelani Lindsey, aka Lokelani Lindsey's ANSWER to First Amended Complaint for Interpleader filed on August 25, 2003 [11-1]; Defendant Marion Mae Lokelani Lindsey, aka Lokelani Lindsey's COUNTERCLAIM against plaintiff Bank of Hawaii; Defendant Marion Mae Lokelani Lindsey, aka Lokelani Lindsey's CROSS-CLAIM against defendants Internal Revenue Service, Department of the Treasury, United States of America; Certificate of Service (gs) (Entered: 09/25/2003) |

| | | |
|---|---|---|
| 09/25/2003 | 16 | CROSSCLAIM by defendant Marion Mae Lokelani Lindsey against defendant Internal Revenue Ser (gs) (Entered: 09/25/2003) |
| 10/16/2003 | 17 | NOTICE OF MOTION and motion by defendant USA to dismiss cross-claim ; memorandum in support of motion; certificate of service - set for 9:45 11/17/03 before Judge Helen Gillmor (afc) (Entered: 10/17/2003) |
| 10/27/2003 | 18 | Plaintiff Bank of Hawaii's ANSWER TO COUNTERCLAIM of Defendant Marion Mae Lokelani Lindsey, AKA Lokelani Lindsey filed September 25, 2003; Certificate of Service [16-2] by counter-defendant Bank of Hawaii (gs) (Entered: 10/28/2003) |
| 10/29/2003 | 19 | Plaintiff Bank of Hawaii's MEMORANDUM in opposition to United States' motion to dismiss First Amended Complaint filed August 29, 2003; Declaration of Gordon D. Nelson; Declaration of Katherine G. Leonard; Exhibits 1 to 6; certificate of service [14-1] (gs) (Entered: 10/30/2003) |
| 10/30/2003 | 20 | Defendant Marion Mae Lokelani Lindsey aka Lokelani Lindsey's Opposition to United State's motion to dismiss First Amended Complaint, Filed August 29, 2003; Certificate of Service [14-1] (gs) (Entered: 10/31/2003) |
| 10/30/2003 | 21 | Defendant Marion Mae Lokelani Lindsey aka Lokelani Lindsey's opposition to United State's motion to dismiss cross-claim, filed October 16, 2003; certificate of service [17-1] (gs) (Entered: 10/31/2003) |
| 11/17/2003 | 22 | EP: USA's Motion to Dismiss First Amended Complaint - USA's Motion to Dismiss Cross-Claim; The motions are taken under submission pending global settlement of the case; The parties have agreed to file a stipulation for dismissal by December 31, 2003 [17-1], [14-1] (Ct Rptr : Stephen Platt) by Judge Helen Gillmor (gs) (Entered: 11/19/2003) |
| 01/12/2004 | 23 | STIPULATION to Disburse Funds and Dismiss all Claims with prejudice and ORDER by Judge Helen Gillmor : terminating case (gs) (Entered: 01/17/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/02/2007 04:20:08 | | | |
| **PACER Login:** | lf0038 | **Client Code:** | |
| **Description:** | Docket | **Search** | 1:03-cv-00335-HG- |

|  | Report | **Criteria:** | BMK |
|---|---|---|---|
| **Billable Pages:** | 3 | **Cost:** | 0.24 |