TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | |
| | ) | Civ. No. 07 CV-0172 SOM-LEK |
| Plaintiff, | ) | (Copyright) |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE RE:** |
| DEUTSCHE BANK TRUST | ) | |
| COMPANY AMERICAS (FKA | ) | **PLAINTIFF WAYNE BERRY'S** |
| BANKERS TRUST COMPANY)AND | ) | **MEMORANDUM IN OPPOSITION** |
| JP MORGAN CHASE BANK IN | ) | **TO DEFENDANTS' MOTION TO** |
| THEIR SEPARATE CAPACITIES | ) | **CHANGE VENUE AND** |
| AND AS AGENTS FOR THE PRE | ) | **COUNTER-MOTION FOR** |
| AND POST-PETITION LENDERS OF | ) | **RECUSAL; DECLARATION OF** |
| FLEMING COMPANIES, INC.  Et al., | ) | **TIMOTHY J. HOGAN; EXHIBITS** |
| | ) | **1 TO 5** |
| Defendants. | ) | |
| _____ | ) | |

The undersigned hereby certifies that on August 12, 2007 he served the

following persons via the Court's CM/ECF system a copy of Plaintiff Wayne

Berry's   Memorandum in Opposition to Defendants' Motion to Change Venue and

Counter-motion for Recusal; Declaration of Timothy J. Hogan; Exhibits 1 to 5


Erin N. Brady ebrady@kirkland.com

Andrew P. DeNatale adenatale@whitecase.com

Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com,
ta@hosodalaw.com

Lyle S. Hosoda lsh@hosodalaw.com

Jonathan E. Moskin jmoskin@whitecase.com, mco@whitecase.com

DATED: Honolulu, Hawaii, August 12, 2007.


/S/Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY