# Exhibit 2



## Grantor / Grantee Search Results

| Document No | Grantor | Grantee | Class | Issue Date |
|---|---|---|---|---|
| L3605614 | CASTILLAS SHIRLEY A | JP MORGAN CHASE BANK NA | MTG | 2007-05-23 |
| L3599394 | JACOBS JACQUELYN | JP MORGAN CHASE BANK NA | MTG | 2007-05-09 |
| L3599408 | MARIE JANET | JP MORGAN CHASE BANK NA | MTG | 2007-05-09 |
| L3599380 | IBARRA AGUSTIN I | JP MORGAN CHASE BANK NA | MTG | 2007-05-09 |
| L3598608 | U S BANK NA | JP MORGAN CHASE BANK TR | A/M | 2007-05-08 |
| R2007080026 | SEBSTAD BRENDAN | JP MORGAN CHASE BANK NA | MTG | 2007-05-03 |
| R2007079178 | W2005 WKI REALTY LLC | JP MORGAN CHASE BANK NA | FIN STMT | 2007-05-02 |
| R2007079177 | W2005 WKI REALTY LLC | JP MORGAN CHASE BANK NA | ASG | 2007-05-02 |
| R2007079176 | W2005 WKI REALTY LLC | JP MORGAN CHASE BANK NA | MTG/FS | 2007-05-02 |
| L3595946 | W2005 WKI REALTY LLC | JP MORGAN CHASE BANK NA | ASG | 2007-05-02 |
| L3595945 | W2005 WKI REALTY LLC | JP MORGAN CHASE BANK NA | MTG/FS | 2007-05-02 |
| L3594061 | LIBARIOS ERNEST D TR | JP MORGAN CHASE BANK NA | MTG | 2007-04-27 |

1-12 of 663 found matching your criteria    Next    New Search

Copyright © 2005 State of Hawaii Department of Land and Natural Resources
Bureau of Conveyances. All rights reserved.