# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 22, 2007

United States District Court
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312


      Re:    CV 07-00172 SOM-LEK
              Wayne Berry vs. Deutsche Bank Trust Company, et al.

Dear Sir,

      Pursuant to the "Order Denying Plaintiff's Motion to Recuse; Order Granting Defendants' Motion to Change Venue" filed on August 13, 2007 , this case is transferred to the Southern District of New York.  Enclosed please find a certified copy of this transfer order and docket sheet.  Further be advised that the entire case is completely imaged and available via PACER.

                  Sincerely Yours,

                  SUE BEITIA, CLERK

                  by:

                  Deputy Clerk

encl.

cc: all counsel of record

_____

TO: Clerk's Office,  District of Southern District of New York

Please acknowledge receipt on the copy of this letter and return. (Clerks Office Only)

Date: _____    By: _____