UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
WAYNE BERRY,

                                             Plaintiff,

                - against -                   No. 07-CV-07634 (HB) (AJP)

DEUTSCHE BANK TRUST COMPANY         DISCLOSURE STATEMENT
AMERICAS (F.A. BANKERS TRUST            PURSUANT TO RULE 7.1
COMPANY) AND JP MORGAN CHASE BANK
IN THEIR SEPARATE CAPACITIES AND AS
AGENTS FOR THE PRE AND POST-PETITION
LENDERS OF FLEMING COMPANIES, INC.,
GENERAL ELECTRIC CAPITAL
CORPORATION; C&S WHOLESALE
GROCERS, INC., DOES 1-20 TO 200,

                                      Defendants.
------------------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant C&S Wholesale Grocers, Inc. affirms that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: September 5, 2007

                                             NIXON PEABODY LLP

                          By:  _____
                                    Christopher M. Mason
                                    CM-7146

                                    437 Madison Avenue
                                    New York, New York 10022
                                    (212) 940-3000

                                    Attorneys for Defendant
                                    C&S Wholesale Grocers, Inc.

10715314.1