UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

WAYNE BERRY,                                                 :

                                      Plaintiff, :

            - against -                                      :          No. 07-CV-07634 (HB) (AJP)

                                                             :          NOTICE OF MOTION TO
DEUTSCHE BANK TRUST COMPANY                                  :          DISMISS
AMERICAS (F.A. BANKERS TRUST                                 :
COMPANY) AND JP MORGAN CHASE BANK                            :
IN THEIR SEPARATE CAPACITIES AND AS                          :
AGENTS FOR THE PRE AND POST-PETITION                         :
LENDERS OF FLEMING COMPANIES, INC.,                          :
GENERAL ELECTRIC CAPITAL                                     :
CORPORATION; C&S WHOLESALE                                   :
GROCERS, INC., DOES 1-20 TO 200,                             :

                                      Defendants. :

                                                             :

------------------------------------------------------------ X

        PLEASE TAKE NOTICE that, upon the Declaration of Lex R. Smith, the exhibits

attached to it, and the accompanying brief, Defendant C&S Wholesale Grocers, Inc. respectfully

moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing

the claims against it in this action on grounds of *res judicata*.


Dated:  September 5, 2007


                                        NIXON PEABODY LLP

                        By:     _____

                                        Christopher M. Mason
                                        CM-7146

                                        437 Madison Avenue
                                        New York, New York 10022
                                        (212) 940-3000

                                        Attorneys for Defendant
                                        C&S Wholesale Grocers, Inc.

10715264.1