EXHIBIT "H" INDEX OF DATA FROM COPYRIGHT REGISTRATIONS
REFERENCED IN PLAINTIFF WAYNE BERRY'S
FIRST AMENDED COMPLAINT, CASE NO. 1:07-CV-07634-HB
BERRY V. DEUTSCHE BANK TRUST COMPANY AMERICAS ET AL

| Page (on Exhibit H) | Registration Number | Title | Date of Creation |
|---|---|---|---|
| 1 | TX0005079445 | Freight control system | **1993** |
| 2 | TX0005268865 | Prepaid vendor invoice definition for Crystal reports.txt: Crystal report professional v 6.0 (32 bit) –report definition | **1999** |
| 3 | TXu001277726 | FCS1993 SQL export queries (used to export and translate freight control system data, database structures and data organization to text, CSV, XLS and MDB file formats) | **1999** |
| 4 | TXu001302622 | FCS1993, terminal reporting system, version 1.0 | **1998** |
| 5 | TXu001302623 | FCS1993, crystal report, pallet tags, version 1.0 | **1997** |
| 6 | TXu001302624 | FCS1993, crystal report, receiving report, version 1.0 | **1998** |
| 7 | TXu001302625 | FCS1993, crystal report, profitability report, version 1.0 | **1998** |
| 8 | TXu001302626 | FCS1993, EDI 875 PO database program, version 1.0 | **2993** |
| 9 | TXu001302627 | FCS1993, container inventory database program, version 1.0 | **2993** |
| 10 | TXu001340295 | FCS1993 crystal report, daily transportation schedule, version 1.0 | **1998** |
| 11 | TXu001340296 | FCS1993 crystal report, sailing chart, version 1.0 | **1996** |
| 12 | TXu001340297 | FCS1993 crystal report, trucking (FTL) version 1.0 | **1998** |
| 13 | TXu001340298 | FCS1993 crystal report, trucking (LTL) version 1.0 | **1998** |
| 14 | TXu001340299 | FCS1993 crystal report, load plan, version 1.0 | **1996** |
| 15 | TXu001340300 | FCS1993 crystal report, equipment planning, version 1.0 | **1998** |
| 16 | TXu001340301 | FCS1993 crystal report, inbound container dock schedule, version 1.0 | **1998** |
| 17 | TXu001340302 | FCS1993 crystal report, arrival notice, version 1.0 | **1996** |



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 82 of 96 entries



*Freight control system.*

**Type of Work:** Computer File
**Registration Number / Date:** TX0005079445 / 1999-10-19
**Title:** Freight control system.
**Description:** Computer program.
**Notes:** Printout only deposited.
**Copyright Claimant:** Wayne Foster Berry, 1955-
**Date of Creation:** 1993
**Date of Publication:** 1993-11-27
**Names:** Berry, Wayne Foster, 1955-



Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 90 of 96 entries



*Prepaid vendor invoice definition for Crystal reports.txt : Crystal report...*

**Type of Work:** Computer File
**Registration Number / Date:** TX0005268865 / 2001-05-21
**Title:** Prepaid vendor invoice definition for Crystal reports.txt : Crystal report professional v 6.0 (32-bit)--report definition.
**Description:** Computer program.
**Notes:** Printout only deposited.
**Copyright Claimant:** Wayne Foster Berry, 1955-
**Date of Creation:** 1999
**Date of Publication:** 1999-08-15
**Copyright Note:** C.O. correspondence.
**Other Title:** Crystal report professional v6.0 (32-bit)--report definition
**Names:** Berry, Wayne Foster, 1955-



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 72 of 96 entries



*FCS1993 SQL export queries (used to export and translate freight control...*

|  |  |
|---:|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TXu001277726 / 2006-03-24 |
| **Title:** | FCS1993 SQL export queries (used to export and translate freight control system data, database structures and data organization to text, CSV, XLS and MDB file formats) |
| **Description:** | Computer progam. |
| **Notes:** | Printout only deposited. |
| **Copyright Claimant:** | Wayne Berry, 1955- |
| **Date of Creation:** | 1999 |
| **Variant title:** | FCS1993 SQL export queries (used to export and translate freight control system data |
| **Names:** | Berry, Wayne, 1955- |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:    Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 73 of 96 entries



*FCS1993, terminal reporting system, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302622 / 2006-05-03
**Title:** FCS1993, terminal reporting system, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** on computer program; Wayne Berry, 1955-
**Date of Creation:** 1998
**Names:** Berry, Wayne, 1955-



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 65 of 96 entries



*FCS1993, crystal report, pallet tags, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302623 / 2006-05-03
**Title:** FCS1993, crystal report, pallet tags, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** on computer program; Wayne Berry, 1955-
**Date of Creation:** 1997
**Names:** Berry, Wayne, 1955-



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 67 of 96 entries



*FCS1993, crystal report, receiving report, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302624 / 2006-05-03
**Title:** FCS1993, crystal report, receiving report, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** on computer program; Wayne Berry, 1955-
**Date of Creation:** 1998
**Names:** Berry, Wayne, 1955-



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 66 of 96 entries



*FCS1993, crystal report, profitability report, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302625 / 2006-05-03
**Title:** FCS1993, crystal report, profitability report, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** on computer program; Wayne Berry, 1955-
**Date of Creation:** 1998
**Names:** Berry, Wayne, 1955-



| **Save, Print and Email (Help Page)** ||
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 71 of 96 entries



*FCS1993, EDI 875 PO database program, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302626 / 2006-05-03
**Title:** FCS1993, EDI 875 PO database program, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** on computer program; Wayne Berry, 1955-
**Date of Creation:** 2993
**Names:** Berry, Wayne, 1955-



| **Save, Print and Email (Help Page)** ||
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 59 of 96 entries



*FCS1993, container inventory database program, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302627 / 2006-05-03
**Title:** FCS1993, container inventory database program, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 2993
**Names:** Berry, Wayne, 1955-



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 61 of 96 entries





*FCS1993 crystal report, daily transportation schedule, version 1.0.*

        **Type of Work:** Computer File
**Registration Number / Date:** TXu001340295 / 2006-03-24
                    **Title:** FCS1993 crystal report, daily transportation schedule, version 1.0.
                **Notes:** Cataloged from appl. only.
                            Computer program.
    **Copyright Claimant:** Wayne Berry, 1955-
       **Date of Creation:** 1998
         **Copyright Note:** C.O. correspondence.
                  **Names:** Berry, Wayne, 1955-



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 68 of 96 entries



*FCS1993 crystal report, sailing chart, version 1.0.*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TXu001340296 / 2006-03-24 |
| **Title:** | FCS1993 crystal report, sailing chart, version 1.0. |
| **Notes:** | Cataloged from appl. only. |
| | Computer program. |
| **Copyright Claimant:** | Wayne Berry, 1955- |
| **Date of Creation:** | 1996 |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Berry, Wayne, 1955- |





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Page 11 of 17



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 69 of 96 entries



*FCS1993 crystal report, trucking (FTL) version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340297 / 2006-03-24
**Title:** FCS1993 crystal report, trucking (FTL) version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1998
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 70 of 96 entries



*FCS1993 crystal report, trucking (LTL) version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340298 / 2006-03-24
**Title:** FCS1993 crystal report, trucking (LTL) version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1998
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 64 of 96 entries



*FCS1993 crystal report, load plan, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340299 / 2006-03-24
**Title:** FCS1993 crystal report, load plan, version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1996
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 62 of 96 entries



*FCS1993 crystal report, equipment planning, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340300 / 2006-03-24
**Title:** FCS1993 crystal report, equipment planning, version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1998
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-



| Save, Print and Email (**Help Page**) ||
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 63 of 96 entries



*FCS1993 crystal report, inbound container dock schedule, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340301 / 2006-03-24
**Title:** FCS1993 crystal report, inbound container dock schedule, version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1998
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 60 of 96 entries



*FCS1993 crystal report, arrival notice, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340302 / 2006-03-24
**Title:** FCS1993 crystal report, arrival notice, version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1996
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page