BERRY.TXT

1

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF HAWAII

3    WAYNE BERRY, a Hawaii  ) CIVIL NO. CV03-00385 SOM-LEK
     citizen               ) (Copyright)
4                          )
5          Plaintiff,      )
                           )
6          vs.             )
                           )
     HAWAIIAN EXPRESS      )
7    SERVICE, INC, et al., )
                           )
8          Defendants.     )
     _____ )

9

10

11

12

13             DEPOSITION OF WAYNE BERRY

14   Taken on behalf of the Defendants C&S Logistics of

15   Hawaii, LLC, C&S Wholesale Grocers, Inc., C&S

16   Acquisitions, LLC, ES3, LLC and Richard Cohen, at the

17   offices of Kobayashi Sugita & Goda, 999 Bishop

18   Street, Suite 2600, Honolulu, Hawaii, on Monday,

19   August 13, 2007, commencing at 11:31 a.m. Pursuant to

20   Notice.

21

22

23

24   Reported by:
     Priscilla Gonzaga, CSR #127
25   Notary Public, State of Hawaii

2

1    APPEARANCES:

2    For the Plaintiff:

```
                        BERRY.TXT
3           TIMOTHY J. HOGAN, ESQ.
            1050 Bishop Street, Number 433
4           Honolulu, Hawaii 96813

5

6

For the Defendants C&S Logistics of Hawaii, LLC, C&S
7  Wholesale Grocers, Inc., C&S Acquisitions, LLC, ES3,
   LLC and Richard Cohen:
8
            LEX R. SMITH, ESQ.
9           Kobayashi Sugita & Goda
            999 Bishop Street, Suite 2600
10          Honolulu, Hawaii 96813

11

12
For the Defendant Guidance Software:
13
            MARGERY S. BRONSTER, ESQ.
14          JAE PARK, ESQ.
            Bronster Crabtree & Hoshibata
15          Pauahi Tower, Suite 2300
            1001 Bishop Street
16          Honolulu, Hawaii 96813

17

18

19 For the Defendant Brian Christensen:

20          LYLE HOSODA
            345 Queen Street, Suite 804
21          Honolulu, Hawaii 96813

22

23

24

25
```

3

```
1                   I N D E X

2  EXAMINATION BY:                          PAGE

3     MR. SMITH                               4

4

5  EXHIBITS FOR IDENTIFICATION:

6     EXHIBIT A                               6

7     EXHIBIT B                              76
```

BERRY.TXT

8      EXHIBIT C                                    78

9      EXHIBIT D                                    88

10     EXHIBIT E                                    88

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

♀

4

1              (Reporter's disclosure is available.)

2                          WAYNE BERRY,

3      called as a witness, having been first duly sworn,

4      was examined and testified as follows:

5                          EXAMINATION

6      BY MR. SMITH:

7         Q    Before we begin, I will put on the record

8      that it is now 11:31 a.m. on August 13.  And I have

9      committed, assuming that answers are responsive and

10     that appropriate orders are followed, that I will

11     finish in three hours or less.  And I'll do my best

                                    BERRY.TXT
12    to keep to that.

13            State your full name please.

14    A    Wayne Foster Berry.

15    Q    What is your date of birth?

16    A    November 27, 1955.

17    Q    What is your social security number?

18            MR. HOGAN:  Objection.  There is a federal

19    statute regarding social security numbers in federal

20    cases.  And I'm only going to preserve that

21    objection.  You can force him to say it.  I will only

22    say that I believe that you are entitled to have it

23    but there are protections you must give.  And if you

24    proceed, you do so at your own risk.

25            Go ahead and answer the question he's

♀

                                                          5

 1    asking.

 2            MR. SMITH:  As before the admonition.

 3            MR. HOGAN:  Let me put another thing on the

 4    record.  We believe this is a violation of the Fair

 5    Debt Collections Practices Act.  Mr. Berry is

 6    reserving all his rights against anyone that's at

 7    this deposition.  There's no waiver.

 8    Q    (By Mr. Smith) Go ahead.

 9    A    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.

10    Q    Do you have a driver's license in any

11    jurisdiction?

12    A    Yes.

13    Q    What jurisdiction or jurisdictions?

14    A    Hawaii.

15    Q    What is the driver's license number?

16    A    Can she read it off of this?
                        Page 4

BERRY.TXT

17    Q    Fine with me.  Read it out loud.

18    A    It's too small.

19    Q    I see the driver's license.

20    A    Sure.  You want me to read it first?

21    Q    Sure.  Let's get the number first.

22    A    H00531317.

23         MR. HOGAN:  Let the record reflect that Mr.

24    Berry is handing his driver's license to Mr. Smith.

25    Q    (By Mr. Smith) I notice that the address on

                                                    6

1     your driver license is a post office box and zip code

2     96813.  Is that correct?

3     A    That's correct.

4     Q    What is the street address that you gave the

5     post office when you obtained that post office box?

6          MR. HOGAN:  Objection, calls for speculation

7     or assumes facts not in evidence.

8          THE WITNESS:  I'm not sure.  I don't recall.

9     Q    (By Mr. Smith) What is the last street

10    address you had in the State of Hawaii?

11    A    I don't recall that either.  I think it's

12    probably in the documents you requested.

13    Q    Okay.  Let's go straight to that.  That's a

14    good place for us to begin.

15         You understand that you're here pursuant to

16    a court order today, correct?

17    A    Yes.

18    Q    Okay.  I'm going to have the reporter mark

19    this as Exhibit A to your judgment debtor

20    examination.

                        Page 5

BERRY.TXT

21          MR. HOGAN:  I'm going to object to the

22    characterization.  The court has called this a

23    deposition.

24        Q    (By Mr. Smith) The exhibit that's attached

25    to Exhibit A has a number of items listed.  I'd like

7

1    to start with the first one.  First of all, have you

2    seen this list before today?

3        A    Yes.

4        Q    Okay.  The first item on the list is state

5    and federal tax returns for the past five years.

6    Have you brought those with you?

7        A    Yes.

8        Q    May I see them please?

9        A    They're in this and it's all numbered and

10    dated.

11        Q    Okay.  May I see what you've brought.  You

12    have only one copy?

13        A    Yes.

14        Q    I'll have my staff photocopy it so that we

15    can all be looking at the same thing as we look

16    through it.

17          MR. HOGAN:  I'm going to object.  I don't

18    think you're allowed to copy it unnecessarily.  It's

19    covered by the protective order.  If you do so, you

20    do so subject to the protective order.

21          MR. SMITH:  That's fine.  So we'll get those

22    copies back in here momentarily.

23        Q    (By Mr. Smith) Have you brought with you

24    bank statements or reports respecting any checking,

25    savings, money market accounts?

BERRY.TXT

8

```
 1      A    Yes.
 2      Q    Okay.  What about evidence of ownership of
 3  mutual funds, have you brought any of those?
 4      A    I have not.
 5      Q    You have no mutual funds?
 6      A    No.
 7      Q    Stocks, bonds, equity in which you have an
 8  interest?
 9      A    None.
10      Q    Financial statements with respect to your
11  financial status?
12      A    None.
13      Q    You've not prepared one in the last five
14  years?
15      A    Not that I can recall.
16      Q    Have you applied for a loan in the last five
17  years?
18      A    I don't think so.
19      Q    Have you applied for a credit card in the
20  last five years?
21      A    Not that I can recall.
22      Q    Do you have any credit cards?
23      A    Only a debit card.
24      Q    What is the issuing back of the debit card?
25      A    It's in the documents you got.  I think it's
```

9

```
 1  Bank Atlantic.
 2      Q    Okay.  Certificates of deposit?
```

BERRY.TXT
3       A    None.

4       Q    You've had no certificates of deposit in the

5  past five years?

6       A    No.

7       Q    Titles and registrations of any motor

8  vehicles or recreational vehicles including airplanes

9  and boats that you've had an interest in in the last

10  five years?

11       A    None.

12       Q    Have you owned any assets in the last five

13  years that required a government license or

14  registration?

15       A    Not that I can think of.

16       Q    Have you owned any firearms in the last five

17  years?

18       A    Yes.

19       Q    And did you register those?

20       A    Yes.

21       Q    And what address did you give when you

22  registered them?

23       A    It was a Hawaii Kai address.  I can't

24  remember it offhand.

25       Q    Do you remember the name of the street?


                                                    10

1       A    Not offhand, no.

2       Q    Did you own the property at the Hawaii Kai

3  address?

4       A    No.

5       Q    Did you reside at the Hawaii Kai address?

6       A    Sometimes.

7       Q    So the address was a house?

                      Page 8

BERRY.TXT

8      A    Yes.

9      Q    When you didn't reside at the Hawaii Kai

10   address, where did you reside?

11     A    Either traveling or sometimes stay with Alan

12   Sinesky.

13     Q    How do you spell Mr. Sinesky's last name?

14     A    I'm not sure.

15     Q    Where does Mr. Sinesky reside?

16     A    I think it's Ewa Beach.

17     Q    Do you have Mr. Sinesky's address?

18     A    I don't.

19     Q    Have you ever given Mr. Sinesky's address as

20   your address?

21     A    I may have.

22     Q    When?

23     A    I'm not sure.  I do remember talking to him

24   once about it.  I don't remember the situation but I

25   vaguely recall something about that.


                                                    11

1      Q    So you may have at one time used Mr.

2    Sinesky's address?

3      A    I think so.

4      Q    Who else resides or resided at the Hawaii

5    Kai address that you referred to earlier?

6      A    Sally Apgar.

7      Q    Who else?

8      A    Sometimes her son.

9      Q    Who else?

10     A    That's all I can think of.

11     Q    Was Ms. Apgar the owner of that house?

                        Page 9

BERRY.TXT

12    A    I don't believe so.

13    Q    Was that house rented?

14    A    I think it was.

15    Q    Did you ever pay the rent?

16    A    At times I think I did.

17    Q    And what was the source of funds that the

18  rent -- that your rent payments came from, what

19  account?

20    A    Was -- came from Y. Hata.

21    Q    Did you pay -- make the rent payments out of

22  a bank account?

23    A    No.

24    Q    How did the rent that you were paying get

25  from your control to the landlord's control?

                                              12

1    A    I cashed the Y. Hata check.

2    Q    And paid it in cash then?

3    A    I think so.

4         MR. SMITH:  Okay.  This is the original that

5  you brought with you today.  I made copies so that

6  anyone who wants to can refer to a copy.  Would you

7  like to see one, Mr. Hogan?

8         MR. HOGAN:  No, thank you.

9    Q    (By Mr. Smith) And who did you give the cash

10  to when you paid the rent for the Hawaii Kai address

11  in cash?  Did you give it to Ms. Apgar or did you

12  give to the landlord or did you mail it somewhere?

13    A    I gave it to Ms. Apgar.

14    Q    Do you still reside at the Hawaii Kai

15  address?

16    A    No.

BERRY.TXT

17    Q    When did you stop residing at the Hawaii Kai

18  address?

19    A    I think the last time I was there was in

20  summer of 2006.

21    Q    Other than the registration of firearms, did

22  you register any other -- did you use the Hawaii Kai

23  address as your personal address for any other

24  purpose?

25         MR. HOGAN:  Object.  That misstates his

                                                        13

1  testimony.

2          Go ahead and answer the question.

3          THE WITNESS:  I may have.  But I don't

4  recall.

5    Q    (By Mr. Smith) Have you ever resided

6  together with Ms. Apgar at any address other than the

7  Hawaii Kai address that you're referring to?

8    A    Yes.

9    Q    Where else?

10    A    The address is in the documents somewhere,

11  the Florida address.

12    Q    Okay.  Other than the Florida address in the

13  documents and the Hawaii Kai address that you were

14  discussing, are there any other addresses where you

15  have resided together with Ms. Apgar?

16    A    Not that I can recall.

17    Q    Is the Hawaii Kai address that you're

18  referring to 7528 Moolea Place?

19    A    It might be but I'm not sure.

20    Q    Okay.  So you wouldn't deny that's the

                         Page 11

BERRY.TXT
21   address in Hawaii Kai where you resided sometimes and

22   Ms. Apgar resided?

23        A    I can't deny but I can't confirm it.

24        Q    Okay.  Where are the firearms that you

25   registered in Hawaii currently located?

                                                        14

1         A    I think they're in storage in some boxes.

2         Q    What state are they located in?

3         A    I think they may be in Florida.

4         Q    Do you not know where they're located?

5         A    They're in some boxes.  And I've got some

6    boxes there and some boxes here.

7         Q    Where are the boxes that are in the State of

8    Hawaii that you have located?

9         A    Mr. Sinesky has them.

10        Q    That's Mr. Sinesky's house?

11        A    Yes.

12        Q    How many boxes do you have there?

13        A    I don't know offhand.

14        Q    Approximately how many boxes do you have

15   there?

16        A    I don't know.

17        Q    What is in the boxes that's in Sinesky's

18   house?

19        A    I don't know.  I haven't looked at them in a

20   very long time.

21        Q    When did you pack the boxes that are in Mr.

22   Sinesky's house?

23        A    Before the summer of 2006.

24        Q    Within the past year then?

25             MR. HOGAN:  Objection, it does not fairly

BERRY.TXT

15

1    state his testimony.

2         THE WITNESS:  It was sometime before moving

3    things to Florida in the summer of 2006.

4         Q    (By Mr. Smith) Okay.  So within a year and a

5    half be a fair statement?

6         A    No.  Some boxes were there for quite a

7    while.  Could have been -- I'd say a fair statement

8    within the last eight years.

9         Q    Okay.  So you don't remember how many boxes

10   and you don't know what's in them?

11        A    Not offhand, no.

12        Q    Is there more than ten boxes?

13        A    I don't know.

14        Q    It's possible there's more than a hundred

15   boxes?

16        A    I don't know.

17        Q    Okay.  So there might be more than a hundred

18   boxes with your belongings in them at Mr. Sinesky's

19   house?  We just don't know?

20        A    I'm not sure what's in them and I don't know

21   how many boxes.

22        Q    Okay.  You said you also have boxes with

23   your belongings that are located in Florida.  Where

24   are those boxes?

25        A    They're at the address that's on the

16

1    documents.

2         Q    Okay.  Do you have any self storage rented

BERRY.TXT

3  either in Hawaii or Florida?

4      A    I don't think I do any more.

5      Q    Did you previously have any self storage

6  rented either in Hawaii or in Florida?

7      A    Yes.

8      Q    Where?

9      A    At what time?

10     Q    Any time in the last five years.

11     A    Sorry.  If I can remember correctly, I

12  rented self storage across from that old building

13  across from -- I think that little school, that

14  Kawaiahao School downtown that's over there just off

15  of -- can't remember the name.  It's the old white

16  building.

17          I rented a self storage place down by that

18  large facility by Fisher Hawaii just across the

19  street kind of kitty-corner from it.  Seems like

20  there was one more.  Oh, no.

21          I tried to rent one in Hawaii Kai but --

22  that new one that they built by the restaurant on the

23  main street there but it was too expensive for what I

24  wanted to store.

25     Q    What did you store in the self storage

                                                    17

1  facility near Kawaiahao School?

2      A    Boxes, banker boxes full of stuff.  There

3  was, I think, some small amount of furniture, a

4  couple file cabinets, maybe some personal belongings.

5      Q    And is it your testimony that you have

6  removed all those items from that self storage

7  facility?

                    Page 14

BERRY.TXT

8       A    Yes.

9       Q    And where did you take them when you removed

10   them?

11      A    I think some of them went to Mr. Sinesky's

12   house and I think some of them went into a garage.

13   And I think a lot of them went to either Goodwill or

14   were thrown away.

15      Q    What did you store at the self storage

16   facility by Fisher?

17      A    Essentially the same things and/or overflow

18   at various times.

19      Q    What did you do with them when you moved out

20   of the self storage facility near Fisher?

21      A    Same thing.  I think Fisher was actually

22   first.  And then I got the second one and eventually

23   after throwing away and shuffling, everything got

24   consolidated into the second one.

25      Q    Have you ever rented a self storage facility

                                                     18

1   in Florida?

2       A    No.

3       Q    And it's your testimony that you have no

4   self storage facility in Hawaii presently?

5       A    Not that I can recall.

6       Q    Has Ms. Apgar rented any self storage

7   facility in Florida to your knowledge?

8       A    I don't know.

9       Q    Other than Mr. Sinesky, is anyone else in

10   possession of anything that you own?

11      A    Possession -- I'm not trying to be evasive

BERRY.TXT

12     here.  You mean like personal things, money like your

13     clients got my software, all that kind of stuff?

14         Q    You can skip my client but anybody else

15     that's in possession --

16         A    And Guidance and all the other people?

17         Q    You can skip the parties to the current

18     lawsuit.  But other than that, if somebody else

19     possesses software that you own, I'd like to hear

20     about it.

21             MR. HOGAN:  So I'm clear that you possess

22     software that he owns?  Does that -- should he put

23     you on the list?  I think all the parties' lawyers

24     have copies of software, the files in the cases.  I

25     mean can you be specific about your question?

19

1         Q    (By Mr. Smith) Yeah.  Let's go back to

2     number 1 on Exhibit A.  Where in this pile that you

3     provided me, what page numbers contain your state and

4     federal tax returns for the past five years?

5         A    It's kind of grouped here to a certain

6     extent.

7         Q    Just tell me where I can find it.

8         A    If you go back and starting on 35.

9         Q    35, 1040A?

10        A    I think they go consecutively throughout the

11     years after that.

12        Q    I can't see the date.  Am I just missing it?

13        A    I don't know.

14        Q    So pages 35 and 36 are your tax returns for

15     what year or are your tax returns for what year?

16        A    I think the date is down here at the bottom,

BERRY.TXT

17    isn't it, 11/4/02 so this must be a 2002 return.  I

18    think they start 2002 through 2006 and it goes

19    sequentially.

20        Q    When was the return represented on pages 35

21    and 36 filed?

22        A    Recently.  I don't remember exactly when.

23        Q    During 2007?

24        A    Yes.

25        Q    Did you get any help preparing the return

                                                          20

1    that's reflected in pages 35 and 36?

2        A    Only the little question and answer thing in

3    Turbo Tax.

4        Q    Was this return, pages 35 and 36 filed

5    within the last month?

6        A    I don't recall.

7        Q    The date of August 11, 2007 which is above

8    each of the page numbers here, what does that

9    reflect?

10        A    That's the date I printed all these and put

11    a number on it.

12        Q    Okay.  So it was filed sometime prior to

13    August 11, 2007?

14        A    Yes.

15        Q    But you don't remember how long before?

16        A    No.

17        Q    Is there a state tax return for the year

18    2002?

19        A    I think state followed by -- I'm sorry,

20    federal followed by state all grouped together for

                          Page 17

BERRY.TXT

21  those five years.

22      Q    Okay.  Okay.  So pages 38 and 39 are your

23  state tax returns?

24      A    That looks like it.

25      Q    Okay.


                                                              21

1       A    Actually, I think it's 37, 38 and 39 and 40.

2       Q    I'm sorry.  So your federal return -- okay.

3   I'm sorry, I missed a page.

4       A    Unless I shuffled the pages and I tried to

5   be careful with it so.

6       Q    Let's go back to 35 and 36 for a minute

7   here.  So the year that's reflected by pages 35 and 6

8   is a 12-month period ending November the 4th, 2002,

9   is that correct?

10      A    No.  I think it's a calendar year filing.  I

11  think this is the form number and I think the 11/4/02

12  thing, if I'm not mistaken, I think when -- you know,

13  if you don't see the number on the form lots of

14  times, you can look at the form revision dates at the

15  bottom to figure out where you're at.  That's all I

16  was pointing out.

17      Q    What I'm trying to understand is what year's

18  income relates to pages 35 and 36 of the document.

19      A    If I did it correctly, it goes sequentially

20  as I mentioned to you, 2003 and 2004, 2005, 2006.

21      Q    Okay.  So pages 35 and 36 reflect your

22  income for the calendar year January 1st, 2003

23  through December 31, 2003?

24      A    Which pages again?

25      Q    35 and 36.

                         Page 18

BERRY.TXT

22

1      A    I think that's the 2002 return.

2      Q    Okay.  So 35 and 36 are January 1, 2002

3    through December 31, 2002?

4      A    There's no fiscal years.  It's just plain

5    calendar years.

6      Q    Okay.  What was your gross income during

7    that year?

8      A    I didn't have any income that year.  I

9    borrowed money.

10      Q    Who did you borrow from?

11      A    I borrowed some money from Mr. Sinesky and I

12    borrowed some money from Ms. Apgar.

13      Q    Did you sign promissory notes to reflect

14    those loans?

15      A    No.

16      Q    Is there any documentation that reflects

17    those loans?

18      A    No, not that I'm aware of.

19      Q    Did you -- were the loans made by check?

20      A    Not that I recall.

21      Q    Were they made by cash?

22      A    I'm not sure.  That's what I can't recall.

23      Q    Okay.  Pages 37, 38 and 39 are connected to

24    calendar year 2002, is that right?

25      A    I think up through 40.  I think it starts

23

1    2003.

2      Q    Okay.  So 37 through 40 also reflects that

BERRY.TXT

3    you had no income during that year whatsoever?

4        A    Yes.

5        Q    Were you working in 2002?

6        A    No.

7        Q    Did you attempt to find work in 2002?

8        A    Yes.

9        Q    Where did you look for work?

10       A    Part of 2002, part of it was negotiating the

11   Y. Hata contract which started in May of 2003.  That

12   took about a year and a half to two years to

13   negotiate.

14       Q    Anything else you were doing in 2002 besides

15   negotiating with Y. Hata?

16       A    Trying to recall.  There were a variety of

17   small projects, computer programming projects I

18   looked at.  I did do some work, as I recall, on some

19   things but it wasn't billable work.  I just let it

20   go.  And some of the projects were just not -- there

21   were things that people wanted to start.  It didn't

22   turn into anything that brought in income.

23       Q    About how many hours of programming did you

24   engage in where you just let it go?

25       A    I wouldn't even have a guess.


                                                      24

1        Q    Okay.  Pages 41 through 45 are your federal

2    tax return for calendar year 2003, correct?

3        A    Yes.

4        Q    And what was your gross income in the year

5    2003?

6        A    Looks like $67,200.

7        Q    With did that come from?
                      Page 20

BERRY.TXT

8      A      It came from Y. Hata.

9      Q      A hundred percent of that came from Y. Hata?

10     A      I think so.

11     Q      Where would we go to check?  Have you

12  produced the records that would reflect that?

13     A      For that number in here?

14     Q      Right.

15     A      I don't think it's in here.  I think you can

16  probably look at the Y. Hata contract.  That might do

17  it.

18     Q      Okay.  And we have a copy of the Y. Hata

19  contract?

20     A      Yeah.  See if it's reasonable.

21     Q      To your knowledge, did you have any other

22  income in calendar year 2003 besides what you

23  received from Y. Hata?

24     A      Not that I can recall.

25     Q      Let's go to page 50.

                                                        25

1      A      Okay.

2      Q      What was your gross income in 2004?

3      A      $120,800.

4      Q      What were the sources of your income in

5   2004?

6      A      Again, it was Y. Hata.

7      Q      Did you receive any funds from any source

8   other than Y. Hata in 2004?

9      A      I don't recall any.  There was that

10  settlement with Hawaiian Express and I don't remember

11  how Turbo Tax picks that up.  But there's 52,500 in

BERRY.TXT

12  here somewhere and it picks it up, you know.  I don't

13  know where it plops it on the form but it was in

14  there in 2004, 2005.  I don't recall.  That would be

15  the only other source of those years.

16      Q    From 2004 up to the present date, have you

17  received any funds from any source whatsoever other

18  than Y. Hata and the settlement with Hawaiian

19  Express?

20      A    No, not that I can recall.

21      Q    Page 55 is your tax return for 2005?

22      A    Okay.

23      Q    Is that correct?

24      A    Yes.

25      Q    And that shows -- line 21 shows $52,500.


                                                    26

1       A    Yes.

2       Q    Wasn't your settlement with Y. Hata

3   $100,000?

4       A    I think -- settlement with who?

5       Q    I apologize.  With Hawaiian Express.

6       A    I think it was 105.  It was double this.

7       Q    And why is that full amount not listed on

8   your tax return?

9       A    Because it was on a contingency.  This was

10  the portion I received.

11      Q    Okay.  When was the federal tax returns that

12  begins with page 55 filed?

13      A    I don't recall exactly.

14      Q    Was it filed the same time as all the others

15  that you've produced?

16      A    More than likely, yes.

BERRY.TXT

17    Q    And that would be sometime in 2007?

18    A    Yes.

19    Q    And you can't remember whether it was within

20    the last month or not?

21    A    No.

22    Q    Are you renting or do you own a home in

23    Florida now?

24    A    Just rent.

25    Q    And who pays the rent on your residence in

                                                    27

1    Florida?

2    A    To who, the owner of the home or --

3    Q    Well, I don't know.  Do you pay rent for the

4    place you live now?

5    A    Yes.  I pay part of the rent.

6    Q    How much rent do you pay?

7    A    About somewhere between a thousand and 1100

8    a month.

9    Q    And to whom do you pay your rent?

10    A    To Sally Apgar.

11    Q    Do you pay by check?

12    A    Yes.

13    Q    What bank is the check drawn on?

14    A    The Bank Atlantic.  You've got the documents

15    on here.

16    Q    How long have you had the account with Bank

17    Atlantic?

18    A    I got it shortly after moving to Florida.

19    Q    Did you have any account -- any bank

20    accounts prior to the Bank Atlantic account?

BERRY.TXT

21          MR. HOGAN:    Objection, vague as to time.

22      Q    (By Mr. Smith) In the five years prior to

23   moving to Florida.

24      A    Not -- yes.

25      Q    Where?

                                                      28

1       A    It's in here.  Scottrade.

2       Q    Do you still have an account with Scottrade?

3       A    Yes.

4       Q    And where -- is that a Scottrade office in

5    Hawaii?

6       A    Yes.

7       Q    Any other accounts that you had in the last

8    five years other than Scottrade and Bank Atlantic?

9       A    Yes.  They're also in here.  There's an

10   account at optionsxpress.

11      Q    Where?

12      A    Optionsxpress.  There's no E in that.

13      Q    Okay.

14      A    And there's an account at E Trade.  There's

15   an E in that.

16      Q    Okay.  Well, that takes us right to item 2

17   on the list.  Can you show me where the account

18   statements are that you have produced?

19      A    I grabbed what I could find and I think if

20   you go to page 28, it's where they start.

21      Q    So page 28 as it relates to optionsxpress,

22   correct?

23      A    Yes.

24      Q    And it refers to Wayne's account overview as

25   of 8/11/2007, correct?

BERRY.TXT

29

1    A    Yes.

2    Q    And it reflects that you have -- your

3  account has a value of $5,032?

4    A    Correct.

5    Q    Have you made any deposits into that account

6  in the last year?

7    A    Yes.

8    Q    How many?

9    A    I don't know offhand.

10    Q    Have you made any withdrawals from that

11  account in the last year?

12    A    I may have but I don't think so.

13    Q    What is page 29?

14    A    That's the Scottrade account I told you

15  about.  These people -- option stuff they don't send

16  statements.  They don't have the record type

17  printing.  And Scottrade I lost my password.  I

18  couldn't even do a current screen print.  So I

19  photocopied the books so you could see what it was.

20    Q    What is your -- the balance on your

21  Scottrade account?

22    A    I haven't a clue.

23    Q    Is it more or less than $20,000?

24    A    I haven't a clue.  I honestly don't know.

25    Q    So is it more or less than $100,000?

30

1    A    I don't think I have $100,000 so no.  It's

2  got to be less than that.

Page 25

BERRY.TXT

3    Q    So less than 100,000 but you honestly don't
4  know whether it's more or less than 20,000?
5    A    I don't think it's 20,000.  It's less than
6  that unless someone's been very nice to me that I
7  don't know about.
8         MR. HOGAN:  Scott.
9         THE WITNESS:  Yeah, Mr. Scott maybe.
10    Q    (By Mr. Smith) The address on Keahole Street
11  that's reflected on your check, where is that?
12    A    That's in Hawaii Kai.
13    Q    And is that a home in Hawaii Kai?
14    A    It's that postal service.  It's a street
15  address.
16    Q    It's a mail drop in Hawaii Kai Shopping
17  Center?
18    A    It was.  They're out of business.
19    Q    Okay.  And they charged you a monthly fee
20  for the use of that address, right?
21    A    Yes.
22    Q    Who paid that fee?
23    A    I did.
24    Q    And what was the source of the funds?  Did
25  you pay with a check?

31

1    A    Not sure but I think I always paid them
2  cash.
3    Q    Did you give them a credit card number?
4    A    I don't think so.
5    Q    By the way, when I asked you if you had any
6  credit cards, you said no, only a debit card.  Have
7  you had any credit cards in the last five years?

BERRY.TXT

8      A    Not that I can recall.  I think the last

9  credit card I may have had was in maybe 2001.

10     Q    Who was the issuing bank of that credit

11 card?

12     A    I don't know.  A long time ago.

13     Q    And why does the year 2001 occur to you as

14 the time when you last had a credit card?

15     A    Just it's -- I can just recall the

16 approximate date.

17     Q    But you can't remember -- was it a bank

18 that's in Hawaii?

19     A    No.

20     Q    Were you a resident of Hawaii at that time?

21     A    Yes.

22     Q    What is your balance in the E Trade account

23 reflected on page 30?

24     A    $5000.96.

25     Q    Page 31 reflects a Bank Atlantic account

                                                        32

1  with $38,878 in it?

2      A    Yes.

3      Q    What is the source of the funds that is in

4  the Bank Atlantic account?

5      A    That came from Y. Hata.

6      Q    Has any money got into the Bank Atlantic

7  account from any source other than Y. Hata?

8      A    Not that I can recall.  I don't think so.

9      Q    And this account reflected on page 31 is the

10 source from which you pay your rent, is that right?

11     A    During this last year?  I'm trying --

Page 27

BERRY.TXT

12    Q    I'm happy to narrow the question to during
13  this last year.
14    A    Yes.
15    Q    What source did you use to pay your rent
16  before this past year?
17    A    Some of -- as we're talking, I remember more
18  as we talk.  Some of this may have come from the
19  Scottrade account.  That's an older account.  It goes
20  back away further.  I'm trying to remember when I set
21  that up.
22    Q    Did you make any payments to Sally Apgar out
23  of the Scottrade account?
24    A    I believe I did.
25    Q    What was the reason for those payments?

33

1    A    Rent payment, repayment of loan, things like
2  that.
3    Q    How much has Sally Apgar loaned you?
4    A    I don't know.
5    Q    Well, you indicated that you've made some
6  repayments of the loan from her with your Scottrade
7  account.  So --
8    A    I said I may have.  I'm not completely sure
9  and I'm not exactly sure of the balances or --
10    Q    Does Ms. Apgar know how much you owe her?
11    MR. HOGAN:    Objection, calls for
12  speculation.
13    Q    (By Mr. Smith) You may answer.
14    A    I don't know.
15    MR. SMITH:    I want to state for the record
16  that the documents that you have provided in

BERRY.TXT

17    connection with your accounts are incomplete and do

18    not meet the requirements of the court's order

19    entered May 30, 2007.  And that I'm reserving all

20    rights related to the lack of a complete compliance

21    under the documents.

22         MR. HOGAN:  You know, counsel, why don't you

23    state for the record what you think is missing rather

24    than just play this little game so that you can keep

25    Mr. Berry in your little judgment collection

                                                          34

 1    nightmare for the rest of his life.  Why don't you

 2    just put on the record what you think is missing if

 3    you think anything is missing.

 4         MR. SMITH:  That's a very fair request

 5    although you don't need to be quite so grouchy about

 6    it.

 7         MR. HOGAN:  Well, your motivation is quite

 8    clear, Mr. Smith, that your motivation has something

 9    to do with some personal longing for Sally Apgar that

10    you seem to have.

11         MR. SMITH:  The documents that have been

12    produced -- the order says all bank statements or

13    reports with respect to checking accounts, savings

14    accounts, money market accounts or other bank

15    accounts of any nature in your name to which you are

16    signatory for the past five years.  These records are

17    highly incomplete as they relate -- they contain far

18    less than all of those documents.  I have -- there

19    are a few pages from those accounts and he has

20    identified the accounts.  And I'm just stating that

BERRY.TXT

21    they're not complete.

22         MR. HOGAN:  And have you asked him whether

23    he has possession of any of the documents?  I mean

24    isn't that usually the question?  Do ever -- did you

25    have them, did you fail to bring them?

                                                    35

1         It's pretty clear, Mr. Smith, that this is

2    simply an attempt to bushwhack Mr. Berry.  At least

3    ask him the question about whether or not he's

4    complied with the request and whether he -- and what

5    efforts he made to comply so you have a record.

6         Q    (By Mr. Smith) Other than the accounts that

7    you have identified at pages 28 through 34, so what

8    is that, six or seven pages, do you have any other

9    accounts relating to or within the description

10   contained in paragraph 2 which I'll read to you.

11   "All bank statements or reports with respect to a

12   checking account, savings account, money market

13   account or other bank account of any nature in your

14   name or to which you are signatory for the past five

15   years."

16        A    This is all I've got.  You've got something

17   from each of the accounts.  And I grabbed whatever

18   papers I had from each of those accounts.

19        Q    Okay.  So my question is are there any other

20   accounts for the past five years?

21        A    Not that I'm aware of.  Not that I could

22   find.  I think that's it.

23        Q    And you have -- you possess no records

24   relating to any of those accounts other than the six

25   pages that you've brought here today?

                          Page 30

BERRY.TXT

36

1      A      That's all I could find.  And I had to --

2   like I say, three options accounts, they don't even

3   send monthly statements or anything.  So I gave you a

4   screen print off the internet.

5      Q      Okay.  Number 8 on the list.  Let me just

6   confirm.  Items 3, 4, 5, 6 and 7, it's your testimony

7   that you have nothing?

8      A      Yes.

9      Q      Number 8 on the list, deeds, contracts or

10   other evidence of ownership in real property in which

11   you currently hold or have held an interest in the

12   past five years.

13      A      None.

14      Q      Number 9, life insurance.

15      A      None.

16      Q      All documentation pertaining to any accounts

17   receivable or notes receivable from any person or

18   entity to you.

19      A      I don't think anyone owes me any money and I

20   don't have any documents to it.  To your clients, Mr.

21   Hosoda, Dillon and Noah owe me money but I don't have

22   any documents that state that.

23      Q      So you're not aware of anyone who owes you

24   any money?

25            MR. HOGAN:  Objection, that misstates his

37

1   testimony.

2            THE WITNESS:  I think I just --

Page 31

BERRY.TXT

3    Q    (By Mr. Smith) So you identified Dillon and

4    Noah?

5    A    Yes.

6    Q    Anybody else who to your understanding owes

7    you money?

8        MR. HOGAN:  I'm going to object.  Other than

9    the defendants in this case that may be judgment

10    debtors?

11    Q    (By Mr. Smith) I'll let you answer.  Whoever

12    in the word you think owes you money.

13        MR. HOGAN:  Objection, vague as to what the

14    term "owes" means.

15        THE WITNESS:  My personal definition of

16    owing me money, it's a long list.  But as far as

17    something I think you're looking for here where you

18    could go take the document and collect money from

19    someone to satisfy a judgment, no.  Only the stuff

20    you're aware of in the court cases and things like

21    that.  I don't think even Dillon and Noah, I don't

22    think you could collect from them because there's no

23    written documentation that's says that they owe the

24    money.

25    Q    (By Mr. Smith) Actually, I'm asking for you

38

1    to identify anybody who you think you have a valid

2    claim against.

3    A    This is three hours.

4        MR. HOGAN:  I'm going to object.  It calls

5    for a legal conclusion.  Why don't you ask me the

6    question.  You're going to ask me a question as it

7    relates to litigation and ongoing litigation, I mean

BERRY.TXT

8    it's just -- you've done this before.  I believe this

9    is creditor harassment and Fair Debt Collection

10   Practices Act is very well in place in this

11   deposition.

12        MR. SMITH:  You may answer.

13        THE WITNESS:  All the parties in this

14   lawsuit.

15        MR. SMITH:  Okay.

16        THE WITNESS:  And I believe when the appeals

17   are done, they will all owe me money.

18        MR. SMITH:  Okay.

19        THE WITNESS:  I think when other issues are

20   done, I think just about all the attorneys, maybe

21   with one or two exceptions, will owe me money.

22    Q    (By Mr. Smith) All the attorneys in the suit

23   that we're here on today?

24    A    In all the suits we're here on today.  Okay?

25    Q    All the attorneys in any suit that --

                                                    39

1    A    You've got a eight year history here, okay?

2    Q    I know you're talking about me.  I'm just

3    trying to understand if you're talking about only

4    this case or more than this case.

5    A    I'm talking about the first case, the second

6    case and things to come.  Okay.  Let's leave it at

7    that.

8    Q    Okay.  So all the attorneys that have

9    opposed your claims in any case you filed up to

10   today?

11   A    Oh, no.  All the attorneys who advised their

                        Page 33