BERRY.TXT

78

1  available to Y. Hata two hours a day or all day?

2      A    I need to be available to them whenever they

3  need to ask me something because I feel it's an

4  obligation --

5      Q    So you feel that is your obligation to Y.

6  Hata to be available to them at any time they have a

7  question to ask?

8      A    Yes.  And they normally operate on Monday

9  through Saturday.  There's even been times when they

10  have asked me questions on Sunday.

11      Q    Okay.  Next Exhibit D -- C, I'm sorry.

12           MS. BRONSTER:  Last one was --

13           MR. SMITH:  Was B.

14      Q    (By Mr. Smith) Is Exhibit C a letter that

15  you wrote to C&S Wholesale Grocers, Inc.?

16      A    It looks like it, yes.

17      Q    Okay.  At the bottom of the page, you gave a

18  telephone number of 808-258-7144?

19      A    Yes.

20      Q    And are you the person who wrote that phone

21  number on there?

22      A    I think so.

23      Q    Who pays the bill for that telephone number?

24      A    I do.

25      Q    And how do you pay it?  And let's talk about

79

1  as of January 2006, did you pay with a check, with

2  cash?

BERRY.TXT

3    A    I don't know offhand.

4    Q    You don't remember.  Who is the provider of

5   that telephone number?

6    A    I think it's T-Mobile.

7    Q    Do you use a credit card?

8    A    I don't have credit cards.

9    Q    So we know it wasn't a credit card then?

10    A    Yes.

11    Q    Do you have any recollection of what was the

12   source of the money?  And I don't mean Y. Hata now.

13   I mean what -- how the funds were transferred from

14   Wayne Berry to T-Mobile for that telephone?

15    A    No.

16    Q    If I asked T-Mobile whose phone number that

17   is, what are they going to tell me?

18        MR. HOGAN:  They'll tell you to drop dead.

19   It's none of your business.

20    Q    (By Mr. Smith) You may answer.

21    A    I don't know.

22    Q    Okay.  There's a facsimile number of

23   808-356-0372?

24    A    Uh-hum.

25    Q    Who is the provider of that phone number?

80

1    A    I think that's eFax.

2    Q    And who is the owner of the eFax account?

3    A    I am.

4    Q    Is there a charge that you pay for that?

5    A    Yes.

6    Q    How do you pay that?

7    A    I think I either prepay it or they debit it

BERRY.TXT

 8  from the Bank Atlantic account.  I'm not too sure
 9  which.
10      Q    Okay.  As of January 2006, how were you
11  paying that?
12      A    I don't know.
13      Q    Do you have any records that reflect how
14  that bill gets paid?
15      A    I don't know.
16      Q    There's -- there is an e-mail address at the
17  top right of Exhibit C.  FCS2003.com.  Who registered
18  the URL FCS2003.com?
19      A    I did.
20      Q    Did you provide an address when you
21  registered that URL?
22      A    I don't recall.
23      Q    How did you pay for the registration of that
24  URL?
25      A    I don't recall.

                                                      81

 1      Q    Is there a recurring payment involved in
 2  that URL?
 3      A    I think it's like every -- I don't know how
 4  it's set up.  Every year or two or three or
 5  something.  Like whatever it is, like 30 or 40 bucks
 6  a year, something like that.
 7      Q    Okay.  And do they charge that against a
 8  credit card?
 9      A    I don't know.
10      Q    Do you have any record relating to the
11  registration of that URL?

BERRY.TXT

```
12      A    I don't know.  I don't recall.

13      Q    Do you own any other URL besides

14  FCS2003.com?

15      A    I think I do.  I'm just not sure if they're

16  still active.

17      Q    What are the ones that you think you may

18  own?

19      A    I've got a couple for Y. Hata.  I think

20  it's -- there's ymlogistics.com and there's a

21  yhatalogistics.com.

22      Q    Any others?

23      A    That's all I can think of right now.

24      Q    What was the source of the funds used to pay

25  for those URL registrations?
```

                                                    82

```
1       A    I don't know.

2       Q    What is the license fee that Y. Hata pays

3   you?

4            MR. HOGAN:  Objection, vague as to time.

5       Q    (By Mr. Smith) At the present time.

6       A    I don't know offhand.

7       Q    Okay.  Do you have any understanding of how

8   the amount that Y. Hata pays you is determined?

9       A    Yeah.  It went through a formula and it's

10  calculated, divided up over a period of time, all

11  that kind of stuff.  So I don't know what the license

12  fee component is and that sort of thing.

13      Q    Okay.  Is there a minimum amount that you

14  receive from Y. Hata?

15      A    No.  They were -- like I said, we totalled

16  the total amount over a period of years and divided
```

BERRY.TXT

17  it up and came to some agreement on what the average

18  monthly payment was going to be.

19      Q    Okay.  And so you receive the same amount

20  every month from them?

21      A    Pretty much, yeah.

22      Q    Well, you say pretty much.  Is there

23  variables that determine how much you get?

24      A    Yes.  Sometimes they skip a month.

25      Q    Okay.  You're owed the same amount every

                                                          83

1   month regardless of whether they're late in payment?

2       A    A different question, yes.

3       Q    The answer is yes, you get a flat amount

4   every month?

5       A    Yes.

6       Q    And it doesn't vary depending on how many

7   questions they ask you or how much time you take in a

8   particular month to respond to their questions?

9       A    I guess it could but I don't.

10      Q    Up to now, it has not varied -- the amount

11  they pay you has not varied based on any sort of

12  amount of time you spend?

13      A    No.

14      Q    What approximately is that monthly number?

15      A    $5,000 something.

16      Q    So going back to these bank statements that

17  show over $20,000 moving through your account in

18  various months, what's the source of those funds?

19      A    That would be Y. Hata.

20      Q    Okay.  Are they paying you 20,000 in one

                        Page 71

BERRY.TXT

21    month or are they five months behind or what?  How do

22    you reconcile the $5,000 a month payment with the

23    larger amounts moving through your account in April,

24    May, June of 2007?

25        A    They -- as I was telling you, I'm trying to

84

1    get new business.  And in talking to them, I

2    discounted a balance of payment over a period of time

3    to them for bulk payment to buy new software, things

4    so I can get new business.

5        Q    If I understand you correctly, you -- they

6    gave you a larger lump sum payment and then for some

7    number of months in the future, there won't be any

8    payment made, is that right?

9        A    Correct.

10        Q    I see.  And is that agreement contained in

11    the materials that you've brought today?

12        A    No.

13        Q    Where is that agreement?

14        A    It doesn't exist anywhere to my knowledge.

15        Q    It was an oral agreement only?

16        A    It was something I asked them if they would

17    help me 'cause I needed this new business and they

18    said they wanted something in exchange for it and we

19    worked out a discount that they were happy with and

20    it satisfied both parties for the time being.

21        Q    Okay.  So how much did they -- explain that

22    agreement.  How much did they agree to give you?

23        A    I don't recall the exact amount.

24        Q    Approximately.

25        A    They're fairly reflected in those couple
                    Page 72

BERRY.TXT

85

1    statements.

2        Q    Approximately how much?

3        A    I don't know.  Something in the 50 to 60

4    range, something like that.

5        Q    They agreed to give you somewhere between 50

6    and $60,000 in exchange for how many months of no

7    payments?

8        A    I don't know.  But they got a discount on

9    the entire license fee that was originally agreed to

10   in exchange for that.

11       Q    How much was the discount?

12       A    I don't recall the number.

13       Q    Approximately how much?

14       A    Could have been 10, 20 percent, something

15   like that.

16       Q    When was this agreement reached?

17       A    We started talking about it in late 2006.

18   It was part of the move to Florida to get new

19   business and I asked them if they would be agreeable

20   to as I saw what was coming if they worked with me so

21   I could try and get some of this new business.  And I

22   don't remember exactly when we came to a final

23   agreement but they were agreeable from the beginning

24   when I told them I was going to go after new business

25   in another part of the country.

86

1        Q    And you have absolutely no record that

2    reflects the amount that you agreed to discount of

BERRY.TXT

3   their obligation to you?

4        A    No.  These are good people.  Whatever it

5   was, it was fair at the time and we discussed it and

6   it was acceptable to everyone.  I don't recall

7   offhand.  You know, Y. Hata, they're good people.

8   This is a little different.

9        Q    So does Y. Hata possess any documents that

10  reflect the terms of this agreement?

11       A    I don't know.

12       Q    Okay.  Was the agreement entered before

13  April of 2007?

14       A    Yes.

15       Q    So it's between January of 2007 and April?

16       A    I don't know exactly when but as I told you,

17  when the medical situations came up last summer over

18  a year ago, I had some meetings with Y. Hata where I

19  discussed the situation and I was looking for new

20  business and things.  And that's where the agreement

21  started.

22       Q    Who were you meeting with at Y. Hata?

23       A    I think it was probably Brian Marting.

24       Q    When is the next payment that you expect to

25  receive from Y. Hata?

                                              87

1        A    I don't know.

2        Q    Do you expect to receive a payment this

3   month?

4        A    Other than this in the future, yes.

5        Q    Do you expect to receive any payment for the

6   month of September?

7        A    I don't know.

                    Page 74

BERRY.TXT

8      Q    Do you expect -- I'm only asking what you

9    expect, not whether you know.  Do you expect to

10    receive a payment for the month of September?

11      A    I'm not sure.

12      Q    Do you expect to receive any payments from

13    Y. Hata through the end of the year?

14      A    I'm not sure.

15      Q    At the time you made your agreement with Y.

16    Hata, isn't it a fact that you were aware that

17    various parties had made motions to recover attorney

18    fees from you?

19      A    Not sure.  I don't remember when the motions

20    were filed.

21      Q    So you may have been aware and you may not

22    have been aware?  You don't know?

23      A    I'm not sure.  I'm not sure that had

24    anything really to do with it one way or the other.

25      Q    You're a party to a divorce proceeding, is

                                                              88

1    that right?

2      A    No.  I'm in the process of filing an

3    annulment.  That's all I'm aware of.

4      Q    Have you ever prepared any asset information

5    in connection with a divorce proceeding?

6      A    No.

7      Q    You've never provided any assets or income

8    information in connection with a divorce?

9      A    Not that I'm aware of.

10      Q    Now, you said there's already one divorce

11    matter pending, is that right?

                          Page 75

BERRY.TXT

```
12      A    I don't know.  You tell me.

13      Q    Okay.  You're not aware of one.  Okay.

14           So I don't forget, I would like to make the

15   document that you brought with you an exhibit so

16   let's make that next in order, the document that you

17   brought with you Bates stamped.

18           (Exhibit D marked for identification.)

19           MR. HOGAN:  Can we just go off the record

20   for a second?

21           (Off the record colloquy.)

22           MR. HOGAN:  Go back on.

23      Q    (By Mr. Smith) Okay.  E is the document that

24   I'm giving to the court reporter.

25      A    Okay.
```

                                                    89

```
1       Q    My time is limited so I'm going to try to

2    ask very specific questions and I'll appreciate very

3    specific responses.

4       A    I'll try.

5       Q    Okay.  I'd like to start with number 1 on

6    Exhibit E which refers to something called USAGE.EXE.

7    Are you the author of that item?

8       A    Yes.

9       Q    Have you ever been paid any money for

10   authoring it?

11      A    I think so.

12      Q    Who made the payment?

13      A    I think it was probably IPC Enterprises.

14      Q    How much was the payment?

15      A    I have no idea.  It was a long time ago.

16      Q    When was the payment made?
```
                       Page 76

BERRY.TXT

17    A    I have no idea.

18    Q    When was the last time you received any

19    payment from IPC Enterprises for this item number 1?

20    A    I have no idea.

21    Q    Was it more than ten years ago?

22    A    Yes.

23    Q    Do you have any expectation that you're ever

24    going to receive any money, any more money for item

25    number 1?

                                                        90

1    A    There's always a chance.

2    Q    Has anyone ever offered you -- other than

3    IPC Enterprises, has anyone ever offered you any

4    money for item number 1?

5    A    No.

6    Q    And when I say offered you money, I mean for

7    a license or to buy it from you or for any other --

8    any other way connected to this item USAGE.EXE?

9    A    No.

10    Q    Item number 2 refers to something called

11    Except.exe.  Are you the author of Except.exe?

12    A    Yes.

13    Q    Have you ever been paid any money for

14    Except.exe?

15    A    Yes.

16    Q    Who was the payer?

17    A    IPC Enterprises.

18    Q    Anybody besides IPC Enterprises ever paid

19    you anything for Except.exe?

20    A    Not that I can recall.

Page 77

BERRY.TXT
```
21    Q    When was the payment from IPC Enterprises?

22    A    I don't know.

23    Q    Was it more than ten years ago?

24    A    Yes.

25    Q    Has anyone offered you any money for
```

                                                    91
```
 1    Except.exe whether the use or licensing or ownership

 2    of it other than IPC?

 3    A    No.

 4    Q    Where is IPC Enterprises located?

 5    A    They were in Hawaii.

 6    Q    Where are they now?

 7    A    I have no idea.

 8    Q    Who was in charge of IPC Enterprises?

 9    A    When?

10    Q    When you were doing business with them.

11    A    Jeff Itoman.

12    Q    Item number 3, MVRAPP.EXE.  Have you ever

13    been paid any money for MVRAPP.EXE?

14    A    Yes.

15    Q    Who made the payment?

16    A    IPC.

17    Q    How much did they pay?

18    A    I don't know.

19    Q    Was the payment made more than ten years

20    ago?

21    A    Yes.

22    Q    Since -- have you ever been offered anything

23    for MVRAPP.EXE by anyone other than IPC?

24    A    No.

25    Q    Have you ever attempted to market the first
```
                          Page 78

BERRY.TXT

92

1    three items that we've talked about to anyone other

2    than IPC?

3        A    I've made an attempt to market derivatives

4    of those.

5        Q    Has anyone ever agreed to pay you anything

6    for derivatives of those?

7        A    I don't know.

8        Q    Okay.  Who have you offered -- who have you

9    offered derivatives of those to?

10       A    I'm not sure.  I can just remember using

11   portions of the code in making derivatives.  I

12   just -- I can't recall at this point what I used or

13   whether they turned into a sales product or not or

14   who it was.

15       Q    So you can't remember --

16       A    No.

17       Q    -- receiving any money for those other than

18   what you got from IPC?

19       A    No, not specifically.

20       Q    Are you the author of CLKDDE.EXE?

21       A    Yes.

22       Q    Have you ever been paid any money for

23   CLKDDE.EXE?

24       A    Yes.

25       Q    By whom?

93

1        A    IPC Enterprises.

2        Q    How much were you paid?

BERRY.TXT

```
 3      A    I have no idea.

 4      Q    Was it more than ten years ago?

 5      A    Yes.

 6      Q    Has anyone offered you anything for it since

 7  then?

 8      A    Same answer.  There's been derivatives made

 9  and I don't know if there's something I sold or not.

10      Q    The answer is maybe but you don't know?

11      A    That's correct.

12      Q    CLKCOM.EXE, are you the author?

13      A    Yes.

14      Q    Have you ever been paid anything for it?

15      A    Yes.

16      Q    Who paid you?

17      A    IPC Enterprises.

18      Q    How much did they pay you?

19      A    I don't know.

20      Q    Was the payment more than ten years ago?

21      A    Yes.

22      Q    And is it correct that you may have

23  attempted to market it since that time or a

24  derivative of it but you don't know whether you ever

25  received any money for it?
```

                                                         94

```
 1      A    That's correct.

 2      Q    Number 6, TIMEDB2.DDL.  Are you the author?

 3      A    Yes.

 4      Q    Have you ever been paid anything for it?

 5      A    Yes.

 6      Q    By whom?

 7      A    IPC Enterprises.
```

                            Page 80

BERRY.TXT

8     Q    Was the payment more than ten years ago?

9     A    Yes.

10    Q    How much was it?

11    A    I have no idea.

12    Q    Is it correct that although you may have

13   attempted to market a derivative of TIMEDB2.DDL, you

14   have no knowledge whether you've ever received any

15   income from it from anyone other than IPC?

16    A    No.  I actually -- that's a time accounting

17   database structure for time clocks.  And I used a

18   derivative of this structure at API for the terminals

19   to record time.  There was no separate charge and

20   there was no separate money recovered from using that

21   but I did implement a separate time clock system

22   using this.

23    Q    Okay.  So you obviously used API?

24    A    Yes.

25    Q    Did API pay you anything for it?

                                                    95

1     A    No.  It was just something I put out to make

2   the work easier.

3     Q    Other than IPC and API, have you received

4   any money from anybody else for TIMEDB2.DDL?

5     A    No.  As I mentioned API did not pay any

6   money directly for this.

7     Q    Next one, PAYMENT.EXE.  Have you ever -- are

8   you the author of PAYMENT.EXE?

9     A    Yes.

10    Q    Have you ever received any money for it?

11    A    Yes.

                    Page 81

BERRY.TXT

12    Q    Who paid you the money?

13    A    That would have been IPC Enterprises.

14    Q    How much were you paid?

15    A    I don't know.

16    Q    Was the payment over ten years ago?

17    A    Yes.

18    Q    Since that time, is it correct that you're

19    not able to identify anybody who's paid you anything

20    for the use of PAYMENT.EXE?

21    A    That's correct.

22    Q    Next one, MASTER.EXE.  Are you the author?

23    A    I think so but I don't -- just going by the

24    record here, I don't remember this program.

25    Q    Is it correct that you have no memory of

                                                         96

1    ever receiving any money as a result of authoring

2    MASTER.EXE?

3    A    I'm not sure 'cause I don't remember the

4    program specifically.

5    Q    Okay.  So you just don't know if you ever

6    made any money from that program?

7    A    Right.

8    Q    Number 9.  Are you the author of VIEW.EXE?

9    A    I think so but now you're getting into a

10    period of time I'm not sure which programs they are

11    without -- I can't remember which projects they were

12    attached to.

13    Q    Okay.  So as you sit here today, you have no

14    knowledge of ever receiving any income from VIEW.EXE?

15    A    I just don't recall.  I'd have to look at

16    the program and see what the project was.

BERRY.TXT

17    Q    Okay.  But like I say, as you sit here

18  today, you don't know?

19    A    I can't recall.

20    Q    Is it correct that in the last ten years,

21  you have not received any money from VIEW.EXE?

22    A    I can't recall.

23    Q    Number 10, CAPTURE.EXE.  Are you the author?

24    A    Again, that's one of these programs I can't

25  place to the project right now.

                                                    97

1    Q    So you don't know what that is or whether

2  you ever made any money from it?

3    A    Right.

4    Q    Number 11, MVRDB.DBD.  Are you the author?

5    A    Yes.

6    Q    Have you ever made any money from it?

7    A    Yes.

8    Q    Who was the payer?

9    A    IPC Enterprises.

10    Q    How much did they pay you?

11    A    I don't know.

12    Q    Was it more than ten years ago?

13    A    Yes.

14    Q    Have you ever received any money from it

15  since that time?

16    A    Not that I can recall.

17    Q    Number 12, CALL.EXE.  Are you the author?

18    A    Yes.

19    Q    Have you ever received any money from it?

20    A    Yes.

BERRY.TXT

21    Q    How much?

22    A    I have no idea.

23    Q    Who's the payer?

24    A    IPC Enterprises.

25    Q    How long ago was the payment?

                                                        98

1     A    I have no idea.

2     Q    Was it over ten years ago?

3     A    Yes.

4     Q    Since that time, have you received any

5     money -- since the time you received something from

6     IPC, have you received any money related to CALL.EXE?

7     A    No.

8     Q    Number 13, UPDATE: KNB version 4.  Are you

9     the author?

10    A    I think so.

11    Q    Have you ever received any money for it?

12    A    I think so.

13    Q    Who was the payer?

14    A    I think it was probably IPC.

15    Q    Was the payment over ten years ago if it was

16    made?

17    A    Yes.

18    Q    And since that time, have you received any

19    money related to UPDATE: KNB version 4.0?

20    A    No.

21    Q    Number 14, STATUS: KNB version 4.0.  Are you

22    the author?

23    A    I think so.

24    Q    Have you ever received any money for it?

25    A    I think so.

BERRY.TXT

99

1 Q From whom?

2 A It would be IPC.

3 Q Do you know how much?

4 A No.

5 Q Have you received any money related to

6 STATUS: KNB version 4.0 since the payment you

7 received from IPC?

8 A I don't think so.

9 Q Number 15, FlemingPO.  I take it you agree

10 you're the author of that?

11 A Yes.

12 Q Have you ever received any money from anyone

13 for the use of FlemingPO?

14 A I guess.  The Hawaiian Express settlement,

15 would that be considered?

16 Q Okay.  You can --

17 A Kind of like loss license fees.

18 Q Okay.  So we're aware of the HEX settlement.

19 Any other money you've ever received in connection

20 with FlemingPO?

21 A Not that I'm aware of.

22 Q Have you made any efforts to market

23 FlemingPO to anyone?

24 A Yeah.  I made derivatives and -- sure.

25 Q And has any of those ever resulted in any

100

1 income to you?

2 A A derivative of it is -- I use in -- part

Page 85

BERRY.TXT

3   and parcel in the small section today in Y. Hata's

4   stuff.

5       Q    Okay.

6       A    Some of the derivatives I've used in those

7   test beds with Horizon I told you about.

8       Q    But you didn't get any money from what you

9   did with Horizon?

10      A    No, I didn't.  I'm just thinking out loud.

11      Q    That's fine.

12      A    And even with Y. Hata, I'm only getting --

13  point to it and say that's specifically not a dollar

14  for doing, you know, something like that.  It's all

15  kind of bundled in.

16      Q    Okay.  But your testimony is that something

17  that's derived from FlemingPO is part of what you're

18  licensing to Y. Hata?

19      A    Very small piece, yeah.

20      Q    LOOKUP, if you will, we're on number 16.

21  LOOKUP: KNB version 4.0.

22      A    Okay.

23      Q    Are you the author?

24      A    I think I am.

25      Q    Have you ever received any money for it?

                                              101

1       A    I think so.

2       Q    From whom?

3       A    Be IPC.

4       Q    And the payment was received over ten years

5   ago?

6       A    Yes.

7       Q    And you don't know how much it was?

                   Page 86

BERRY.TXT

8      A    No.

9      Q    Have you ever received any money from anyone

10   in connection with LOOKUP: KNB version 4.0 since IPC?

11     A    Not that I can recall.

12     Q    17, MVRDBD.DBD.  Are you the author?

13     A    Yes.

14     Q    You ever received any money for it?

15     A    Yes.

16     Q    From whom?

17     A    Be IPC.

18     Q    Are your answers the same as for the other

19   IPC --

20     A    Uh-hum.

21     Q    -- programs?

22     A    Yes.

23     Q    Number 18, MVRDOS.exe.  Are you the author?

24     A    Yes.

25     Q    Have you ever received any money for it?


                                                            102

1      A    Yes.

2      Q    From whom?

3      A    That be IPC.

4      Q    Are the rest of your answers the same as the

5    other IPC programs?

6      A    Yes.

7      Q    Number 19, DUPLO.exe.  Are you the author?

8      A    Yes.

9      Q    Have you ever received any money for it?

10     A    Yes.

11     Q    From whom?

BERRY.TXT

12    A    Be IPC.

13    Q    Are the rest of your answers the same

14    regarding DUPLO.exe?

15    A    No.   Code I wrote and DUPLO I used a lot of

16    places.

17    Q    Have you ever received any money for

18    DUPLO.exe?

19    A    For derivatives of it, yeah.

20    Q    From whom?

21    A    I don't recall.

22    Q    When's the last time you received any money

23    in connection with DUPLO.exe?

24    A    More than ten years ago.

25    Q    EMBLEM.exe, are you the author?


                                                      103

1    A    Yes.

2    Q    Have you ever received any money for it?

3    A    Yes.

4    Q    Who paid it?

5    A    Be IPC.

6    Q    Has anybody else ever paid you anything in

7    connection with EMBLEM.exe?

8    A    Not that I can recall.

9    Q    Not that you can recall?

10    A    Not that I can recall.

11    Q    And your other answers are the same as for

12    the other software that IPC paid you something for?

13    A    Pretty much except for the few exceptions I

14    pointed out like with DUPLO --

15    Q    I'm asking about for EMBLEM specifically,

16    the answers would be --

                        Page 88

BERRY.TXT

17    A    But DUPLO was also IPC but it had

18  exceptions.

19    Q    Okay.

20    A    And there were a couple others like that

21  too.

22    Q    Okay.  So let's move on to the next page

23  here.  Number 21, freight control system.  I take it

24  you're the author?

25    A    Yes.


                                                    104

1    Q    And you have received money for -- in

2  connection with freight control system from Y. Hata?

3    A    No.

4    Q    No?

5    A    No.

6    Q    Have you -- and that's because this is the

7  old software, the 1993 software, correct?

8    A    Yes.

9    Q    And you have written a different program

10  that's actually used by Y. Hata, right?

11    A    Yes.

12    Q    So have you ever received any funds in

13  connection with this item that is registered as

14  number 21?

15    A    I guess the HEX settlement would fall into

16  that.

17    Q    Anything else?

18    A    That I can recall --

19    MR. HOGAN:  I'm going to object vague as to

20  what received means, whether it means received a

BERRY.TXT
21  judgment, I guess, a local infringer --

22      Q    (By Mr. Smith) Fair enough.  We can

23  certainly leave out -- I'm not trying to trick you

24  regarding your litigation.  I'm only asking whether

25  you received any payments.

                                                    105

1           So have you ever been able to -- have you

2  ever received any money from anyone other than the

3  HEX settlement in connection with freight control

4  system registration TX579445?

5      A    I don't think so.

6      Q    Same question for number 22, Prepaid vendor

7  invoice for Crystal reports.

8      A    Same thing.  Anything related to FCS 1993, I

9  think the only money that's ever been paid in

10  connection with them related to the HEX settlement.

11     Q    23, FCS1993 SQL export queries used to

12  export and translate freight control system data,

13  database structure and data organization to text,

14  CVS, XLS and MDB file formats.  Are you the author?

15     A    Yes.

16     Q    Have you ever received any money for this?

17     A    Again, as I stated before, only tangentially

18  with the collection from HEX if we can -- if that's

19  considered to be applied towards us.

20     Q    Okay.  Number 24, FCS1993, terminal

21  reporting system, version 1.0  Have you ever received

22  any money from that?

23     A    Only in relation to HEX as we talked about

24  before.

25     Q    Okay.  So all of these have nothing to do
                        Page 90

BERRY.TXT

106

1    with Y. Hata, is that right?

2        A    That's correct.

3        Q    And --

4        A    You say "all of these".  Just up to that

5    point or further on --

6        Q    Everything through number 24.

7        A    No.  I said I pulled that one little piece

8    out.

9        Q    You did say FlemingPO?

10       A    Yeah.  There was a little piece that I

11   pulled out of there.

12       Q    All of these other than FlemingPO through

13   number 24 are unrelated to what's being used at Y.

14   Hata, right?

15       A    Yes.

16       Q    Have you -- number 25, crystal -- FCS1993,

17   crystal report, pallet tags, version 1.0.  Are you

18   the author?

19       A    Yes.

20       Q    Have you ever received any money from its

21   use?

22       A    Only the tangential payment from HEX.

23       Q    And again, that has nothing to do with Y.

24   Hata?

25       A    No.


107

1        Q    Number 26, FCS1991, crystal report,

2    receiving report, version 1.0.  Have you ever

Page 91

BERRY.TXT
3  received any money from that?

4      A    Only related to HEX.

5      Q    27, FCS1991, crystal report, profitability

6  report, version 1.0.  Have you ever received any

7  money for that?

8      A    Only related to HEX.

9      Q    And there's nothing derived from these

10  running at Y. Hata today?

11      A    No.

12      Q    Number 28, FCS1993, EDI 875 PO database

13  program, version 1.0.  Are you the author?

14      A    Yes.

15      Q    Have you ever received any money from

16  creating that?

17      A    Only related to the loss license fee

18  recovery from HEX or the settlement or how you want

19  to characterize it.

20      Q    Number 29, FCS1993 container inventory

21  database program, version 1.0.  Are you the author?

22      A    Yes.

23      Q    The date for number 29 as well as number 28

24  that it was created says 2993.  Is that the correct

25  date?

                                              108

1      A    I don't think so.

2      Q    What is the correct date?

3      A    I don't know.  I'd have to look at the

4  certificate.

5      Q    You don't know when you authored this

6  program?

7      A    Not off the top of my head.  It was sometime
                          Page 92

BERRY.TXT

8    in the late 1990s.

9        Q    Okay.  Other than the settlement with HEX,

10   is it true that you never received any money for it?

11       A    That's true.

12       Q    Anybody ever offered you any money for it?

13       A    I guess you do from time to time but --

14       Q    Other than settlement offers?

15       A    Oh --

16       Q    In the litigation, has anybody ever offered

17   you anything?

18            MR. HOGAN:  Ones that they actually mean --

19            THE WITNESS:  No.

20       Q    (By Mr. Smith) Other than for everything

21   we've talked about up to number 29, has anybody ever

22   offered you any money for it other than settlement

23   offers in litigation?

24       A    Yeah.  We talked about some exceptions in

25   there.

                                                    109

1        Q    So you remind me what --

2        A    Yeah.  There were somewhere like the DUPRO

3    as an example.

4        Q    Where you've actually used it with Y. Hata?

5        A    Well, sure.  And a lot of times when

6    programs design something new, that's one of the

7    reasons you register it because you're allowed to

8    take to make derivatives on some, you know.

9        Q    For all of the ones where you said you

10   don't -- you haven't received any money, has anyone

11   offered you money that you didn't accept in

                        Page 93

BERRY.TXT
12  connection with any of the programs that we talked
13  about up to now through number 29 and again excluding
14  settlement offers?
15          MR. HOGAN:  You're not talking about a jury
16  offering money?  This is excluding judgments?
17      Q    (By Mr. Smith) Outside of the litigation.
18      A    I think in just a -- I think in just a
19  business sense, if that's what you mean, I think the
20  answer would be yes.  Do I know who they are?  No.
21  But my sense says it's yes.
22      Q    So you don't know who has made you such an
23  offer or how much they offered for any of the
24  programs that we've talked about up to now except
25  FlemingPO which is part of the Y. Hata package or a

                                                110

1   derivative of it?
2       A    No.  There have been situations over the
3   years where people have asked to take something that
4   already existed.
5       Q    Okay.  And those would be among the first 29
6   programs that we've talked about here?
7       A    Yes.  Even if people didn't enunciate it by
8   specifically what program it was, it was implied in
9   general discussions.
10      Q    And is it correct that you're not able to
11  identify any of those people who --
12      A    I can't remember.
13      Q    And is it correct that you're not able to
14  say how much they offered?
15      A    No.  Not specifically, no.
16      Q    You able to say generally how much was
                        Page 94

BERRY.TXT

17    offered?

18        A    No.

19        Q    Number 30, FCS1993 crystal report, daily

20    transportation schedule, version 1.0.  You're the

21    author?

22        A    Yes.

23        Q    Other than the HEX settlement, have you ever

24    been paid anything for it?

25        A    No.


                                                    111

1         Q    Other than the HEX settlement, have you ever

2    been offered anything for it?

3         A    I may have been.  I don't recall.

4         Q    Number 31, FCS1993 crystal report, sailing

5    chart, version 1.0.  You're the author?

6         A    Yes.

7         Q    Other than the HEX settlement, have you ever

8    been paid anything for it?

9         A    No.

10        Q    Other than the HEX settlement, have you ever

11    been offered anything for it?

12        A    I may have been.  No, I haven't been paid

13    anything.  I may have been offered something but.

14        Q    But you're not able to say by whom?

15        A    No.

16        Q    And you're not able to say how much was

17    offered?

18        A    No.

19            MR. HOGAN:  I'll state for the record that

20    his agent was offered -- Jamie Sprayregen offered

                        Page 95

BERRY.TXT
21    money in Delaware --

22        MR. SMITH:  Okay.  I assume that was

23    probably in the context of litigation and I am

24    excluding any settlement offers.

25        Q    (By Mr. Smith) Number 32, FCS1993, crystal

                                                      112

1    report, trucking FTL, version 1.0.  You're the

2    author?

3        A    Yes.

4        Q    Have you ever been paid anything for it

5    other than the HEX settlement?

6        A    No.

7        Q    Have you ever been offered anything for it

8    other than the HEX settlement?

9        A    Again, it falls into that category when

10    you're talking about freight systems.  People talk

11    about what was and what is or something new, yeah, so

12    I probably was.

13        Q    You're not able to say who made you an offer

14    for it?

15        A    No.

16        Q    And you're not able to say how much the

17    offer was?

18        A    No.

19        Q    And you -- whatever the offer was, you

20    didn't accept it, correct?

21        A    Correct.

22        Q    33, FCS1993 crystal report, trucking LTL,

23    version 1.0.  Are you the author?

24        A    Yes.

25        Q    Other than the HEX settlement, have you ever
                        Page 96

BERRY.TXT

113

1    been paid anything for it?

2        A    No.

3        Q    Other than the HEX settlement, have you ever

4    been offered anything for it?

5        A    Same as the answer to the previous one, 32.

6        Q    And if I understood your answer correctly,

7    you may have been offered something but you don't

8    know from whom and you don't know how much?

9        A    Right.

10        Q    Number 34, FCS1993, crystal report, load

11    plan, version 1.0.  You're the author?

12        A    Yes.

13        Q    Other than the HEX settlement, have you ever

14    been paid anything for it?

15        A    No.

16        Q    Other than the HEX settlement, have you ever

17    been offered anything for it?

18        A    Again, be the same as the previous answers.

19        Q    Which is it's possible but --

20        A    It's possible in the context of business

21    negotiations people comparing old to current doing

22    something.

23        Q    It's possible but you don't know who would

24    have made the offer or how much they would have

25    offered, correct?  Sorry --

114

1        A    Yes.  I'm sorry.

2        Q    The answer is yes.  Okay.

Page 97

BERRY.TXT

3          35.  Is your answer the same?  You're the

4    author, you've never been offered anything for it

5    except in the HEX settlement and you've never been

6    offered anything from anybody else that you can

7    recall as you sit here today?

8        A    Correct.

9        Q    Is the same true for number 36?

10       A    Correct.

11       Q    Is the same true for number 37?

12       A    Yes.

13       Q    Have you submitted anything to the United

14   States Copyright Office other than the 37 items

15   listed on Exhibit E?

16       A    I think so.

17       Q    What else?

18       A    I don't recall.

19       Q    Well, you named one thing today when you

20   said you had sent the copyright office a copy of the

21   document that you call Second Addendum, right?

22       A    I think so.

23       Q    What else?

24       A    As I say, I don't recall.  And I'm not sure

25   if I actually sent that or if it's waiting to be

                                                    115

1    sent.  But it is packaged up to go.  But there has

2    been communication regarding it as to how to file it.

3        Q    Okay.

4        A    I might have a copy of it.  I think I did

5    give a copy.

6        Q    I take it you considered that document to be

7    an asset of yours?

                     Page 98

BERRY.TXT

8     A     I'm not sure.  I know it's a liability of

9  yours.

10     Q     And to whom is that liability owed?

11     A     Oh, me.

12          MR. SMITH:  Okay.  I have a few minutes

13  left.  I want to take a quick recess and finish.

14          (Recess taken.)

15     Q     (By Mr. Smith) Mr. Berry, you made reference

16  to seeking an annulment.  Where has that been filed?

17     A     I'm in the process of filing it in Las

18  Vegas.

19     Q     Okay.  So nothing has been filed to date

20  regarding --

21     A     I don't know how that works.  You fill out

22  the form and things.

23     Q     Are you represented by counsel in that

24  matter?

25     A     No.

                                                      116

1     Q     You're doing that pro se?  Have you filled

2  out the forms already?

3     A     Yes.

4     Q     Have you sent them someplace?

5     A     That's what I'm not too sure 'cause you do a

6  lot of this stuff on the internet and I don't know

7  how -- I've not done this before.

8     Q     I'm just asking what you have done.

9     A     I filled out a form and I made some phone

10  calls to immigration and to guys in Vegas and I've

11  done, you know, I think a lot of things.  I've

Page 99

BERRY.TXT

12    basically got a -- I got to make some copies and send

13    it and I think it's pretty much done.

14        Q    Have you consulted with counsel regarding

15    this?

16        A    No.

17        Q    Have you directly or through an agent

18    communicated with your wife's counsel?

19        A    No.  I don't think so.

20             MR. HOGAN:  Can you identify the counsel so

21    we'll know who you're talking about?

22             THE WITNESS:  When did you talk to her?

23             MR. SMITH:  I've spoken with her a couple

24    times but that's -- I'm the guy that asks the

25    questions today.


                                                     117

1              MR. HOGAN:  I'll state for the record that I

2    did speak with her and she said you informed her that

3    you were Wayne Berry's attorney.  So we'll put that

4    on the record, oh, king of ethics.

5              THE WITNESS:  That's a tough one.

6         Q    (By Mr. Smith) So have you, to your

7    knowledge, have you communicated with Ms. Brawley

8    regarding your domestic proceeding?

9              MR. HOGAN:  What was the question?

10             MR. SMITH:  Whether to his knowledge, he has

11    through a representative, communicated with Ms.

12    Brawley regarding his domestic proceeding.

13             MR. HOGAN:  And define domestic proceeding.

14             MR. SMITH:  Divorce, annulment or any

15    similar matter.

16             THE WITNESS:  No.  It's my understanding
                         Page 100

BERRY.TXT

17    that shortly when they got the stuff together and

18    it's reviewed, they serve it and I don't have to do

19    that stuff.

20        Q    (By Mr. Smith) Who, do you understand, is

21    going to serve something -- this is something in Las

22    Vegas?

23        A    Yes.

24        Q    It's your understanding that they're going

25    to serve your wife with it?

                                                        118

1         A    Yes.

2         Q    That's what the court in Las Vegas is going

3     to take care of that?

4         A    I don't know who does what.

5         Q    Okay.  Did you provide any information

6     relating to your assets in connection with what

7     you've sent to Las Vegas?

8         A    No.  It's an annulment.

9         Q    So the answer is no?

10        A    I don't -- who knows what the judge will ask

11    for but I haven't yet.

12        Q    So far you've provided nothing related to

13    your assets or your income?

14        A    Right.

15        MR. SMITH:  That's all the questions I have.

16    Thank you for coming.

17        (Concluded at 2:35 p.m.)

18                    --ooOoo--

19

20

                    Page 101

BERRY.TXT

21

22

23

24

25

                                                          119

1                    WITNESS' CERTIFICATE

2           I, WAYNE BERRY, certify that I have read the

3    foregoing typewritten pages 1 to 118, inclusive, and

4    corrections, if any, were noted by me, and the same

5    is now a true and correct transcript of my testimony.

6           Dated: This ____ day of_____,

7    2007.

8

9

10

11

12                                _____

13                                    WAYNE BERRY

14

15

16

17   Signed before me

18   this _____ day of _____, 2007.

19

20

21

22   _____

23

24

25
                          Page 102

BERRY.TXT

120

```
 1   STATE OF HAWAII                    )
                                        )  SS.
 2   CITY AND COUNTY OF HONOLULU        )

 3                       CERTIFICATE

 4          I, PRISCILLA GONZAGA, a Notary Public of the
     State of Hawaii, do hereby certify:
 5
            That WAYNE BERRY, the witness whose
 6   deposition is contained herein, appeared before me on
     August 13, 2007;
 7
            That prior to being examined, he was by me
 8   duly sworn;

 9          That the foregoing represents, to the best
     of my ability, a full, true and correct transcript of
10   the  proceedings had in the above-entitled cause;

11          That prior to the filing of the deposition,
     the witness was notified of his right to make any
12   corrections and/or changes he deems necessary to
     render his testimony true and correct;
13
            That if the deposition is filed without the
14   witness' signature, the witness has failed to appear
     and the deposition is therefore filed under a waiver
15   of signature pursuant to Rule 30 (e) of the Hawaii
     Rules of Civil Procedure;
16
            That I am not attorney for and not related
17   to any of the parties hereto nor in any way
     interested in the outcome of said action.
18
            Dated: This ____ day of _____,
19   2007.

20

21
                            _____
22                          Priscilla Gonzaga, CSR No. 127
                            My commission expires: 8/19/10
23

24

25
```