UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
WAYNE BERRY,

            Plaintiff,

    - against -          No. 07-CV-07634 (HB) (AJP)

DEUTSCHE BANK TRUST COMPANY
AMERICAS (F.A. BANKERS TRUST
COMPANY) AND JP MORGAN CHASE BANK
IN THEIR SEPARATE CAPACITIES AND AS
AGENTS FOR THE PRE AND POST-PETITION
LENDERS OF FLEMING COMPANIES, INC.,  **Affidavit of Service**
GENERAL ELECTRIC CAPITAL
CORPORATION; C&S WHOLESALE
GROCERS, INC., DOES 1-20 TO 200,

            Defendants.
------------------------------------------------------------------ X

State of New York )
       ) ss:
County of New York)

  Christian Schulz, being duly sworn, deposes and says:

  1. I am not a party to this action and I am over 21 years of age.

  2. I am employed by the law firm of Nixon Peabody LLP, 437 Madison Avenue, New York, New York 10022, attorneys for the Defendant C&S Wholesale Grocers, Inc..

  3. On September 5, 2007. I served true copies of the Disclosure Statement Pursuant to Rule 7.1, the Notice of Motion to Dismiss, the Brief of Defendant C&S Wholesale Grocers, Inc. in Support of Motion to Dismiss, and the Declaration of Lex R. Smith in Support of Defendant C&S Wholesale Grocers, Inc.'s Motion to Dismiss in this proceeding by depositing true copies

thereof enclosed in a post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed as follows:

Timothy Joseph Hogan
1050 Bishop Street #433
Honolulu, HI 96813
Attorney for Plaintiff Wayne Berry

Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
Attorneys for Defendants
Deutsche Bank Trust Company Americas,
JP Morgan Chase Bank

White & Case LLP (NY)
1155 Avenue of the Americas
New York, NY 10036
Attorneys for Defendants
Deutsche Bank Trust Company Americas,
JP Morgan Chase Bank

Lyle S. Hosoda & Associates, LLC
345 Queen Street, Suite 804
Honalulu, HI 96813
Attorneys for Defendants
Deutsche Bank Trust Company Americas,
JP Morgan Chase Bank

_____
CHRISTIAN SCHULZ

Sworn to before me this
6th day of September, 2007

_____
Notary Public

MYRNA LAMOLLI
Notary Public, State of New York
No. 01LA4825109
Qualified in New York County
Commission Expires January 31, 2011