UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

WAYNE BERRY                                  :  Index No. 07-CV-7634
                                             :  Judge Harold Baer
                Plaintiff,  :  ECF Case
                                             :
          -against-                         :

DEUTSCHE BANK TRUST COMPANY                  :
AMERICAS (F/K/A BANKERS TRUST                :
COMPANY) AND JP MORGAN CHASE BANK IN         :
THEIR SEPARATE CAPACITIES AND AS             :
AGENTS FOR THE PRE AND POST-PETITION         :
LENDERS OF FLEMING COMPANIES, INC.;          :
GENERAL ELECTRIC CAPITAL CORPORATION;        :
C&S WHOLESALE GROCERS, INC.; DOES 1-200      :

               Defendants.   :

------------------------------------- x

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendant General Electric Capital Corporation. I certify that I am admitted to practice in this court.

Dated: September 10, 2007
New York, New York

                           Respectfully submitted,

                           LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
Robert Penchina
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
*Attorneys for Defendant General Electric Capital Corporation*