Dan Shaked
Shaked & Posner
255 W. 36th St., 8th Floor
New York, NY 10018
Tel: (212) 494-0035
Fax: (212) 300-2010
Email   dan@shakedandposner.com

Timothy J. Hogan HI SBN 5312-1
Attorney at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii  96813
Tel:  (808) 382-3698
Fax:  (808) 356-1682
Email   tjh@timhogan.com

Attorneys for Plaintiff
Wayne Berry

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (F.A. BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S Wholesale Grocers, Inc., DOES 1 TO 200.<br><br>Defendants. | CASE NO.:  1:07-CV-7634 HJB AJP<br><br>Hon. Harold J. Baer, Jr.<br><br><br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dan Shaked, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Timothy J. Hogan
Attorney at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Tel: (808) 382-3698
Fax: (808) 356-1682
Email  tjh@timhogan.com

Timothy J. Hogan is a member in good standing of the Bar of the State of Hawaii.

There are no pending disciplinary proceeding against in any State or Federal court.

Dated: New York, N.Y.
       September 10, 2007

Respectfully submitted,

_____
Dan Shaked (DS-3331)
Shaked & Posner
255 W. 36th St., 8th Floor
New York, NY 10018
Tel: (212) 494-0035
Fax: (212) 300-2010
dan@shakedandposner.com

Dan Shaked
Shaked & Posner
255 W. 36th St., 8th Floor
New York, NY 10018
Tel: (212) 494-0035
Fax: (212) 300-2010
Email   dan@shakedandposner.com

Timothy J. Hogan HI SBN 5312-1
Attorney at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii  96813
Tel:  (808) 382-3698
Fax:  (808) 356-1682
Email   tjh@timhogan.com

Attorneys for Plaintiff
Wayne Berry

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (F.A. BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S Wholesale Grocers, Inc., DOES 1 TO 200.<br><br>    Defendants. | CASE NO.:  1:07-CV-7634 HJB AJP<br><br>Hon. Harold J. Baer, Jr.<br><br><br>AFFIDAVIT OF DAN SHAKED IN SUPPOR OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

Dan Shaked, being duly sworn, hereby deposes and says as follows:

1. I am a partner in the law firm of Shaked & Posner, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Timothy J. Hogan as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 9, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Hogan is an attorney licensed to practice in the State of Hawaii since 1990.

4. Mr. Hogan's practice is primarily in the United States District Court and the United States Bankruptcy Court and he is knowledgeable in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Timothy J. Hogan, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Timothy J. Hogan pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Timothy J. Hogan, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: New York, N.Y.
       September 10, 2007

Respectfully submitted,

_____
Dan Shaked (DS-3331)
Shaked & Posner
255 W. 36th St., 8th Floor
New York, NY 10018
T: (212) 494-0035
F: (212) 300-2010
dan@shakedandposner.com

STATE OF New York  )
 ss:                   )
COUNTY OF New York )

The foregoing instrument was acknowledged before me this 10th day of September 2007.

_____
Notary Public

_____
My Commission Expires:

MICHAEL C. POSNER
Notary Public, State of New York
No. [illegible]

**Exhibit A**

Dan Shaked
Shaked & Posner
255 W. 36th St., 8th Floor
New York, NY 10018
Tel: (212) 494-0035
Fax: (212) 300-2010
Email   dan@shakedandposner.com

Timothy J. Hogan HI SBN 5312-1
Attorney at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii  96813
Tel:  (808) 382-3698
Fax:  (808) 356-1682
Email   tjh@timhogan.com

Attorneys for Plaintiff
Wayne Berry

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>          Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (F.A. BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S Wholesale Grocers, Inc., DOES 1 TO 200.<br><br>          Defendants. | CASE NO.:  1:07-CV-7634 HJB AJP<br><br>Hon. Harold J. Baer, Jr.<br><br><br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of attorney for and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that


Timothy J. Hogan HI SBN 5312-1
Attorney at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii  96813
Tel. No.  (808) 382-3698
Fax No.   (808) 356-1682
tjh@timhogan.com


is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  **New York, N.Y.**
        **September ___, 2007**


                                                United States District/Magistrate Judge

# IN THE SUPREME COURT OF HAWAI'I,

In the Matter of

**TIMOTHY JOSEPH HOGAN**
Attorney at Law.

## CERTIFICATE OF QUALIFICATION

I, Evelyn M. Rimando, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **TIMOTHY JOSEPH HOGAN** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on October 19, 1990; is at present an active member of the bar of Hawai'i, in good standing, and has never been suspended for misconduct.

DATED: Honolulu, Hawai'i, August 23, 2007.

Clerk, Supreme Court of Hawai'i.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (F.A. BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S Wholesale Grocers, Inc., DOES 1 TO 200.<br><br>    Defendants. | CASE NO.: 1:07-CV-7634 HJB AJP<br><br>Hon. Harold J. Baer, Jr.<br><br><br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the Plaintiff in the instant case.

2. That on the 11th day of September, 2007, your affiant served a copy of the within Motion to Admit Timothy J. Hogan as Counsel Pro Hac Vice by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

**See Attached Service List**

Dated: New York, New York
      September 11, 2007

DAN SHAKED

WHITE & CASE LLP
Andrew DeNatale
Jonathan Moskin
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
E-mail: adenatale@ny.whitecase.com
Attorneys for Defendants Attorney for Deutsche Bank
Trust Company Americas and J.P. Morgan Chase Bank

KIRKLAND & ELLIS
Michael Baumann, Esq.
Erin Brady, Esq.
777 South Figueroa Street
Los Angeles, CA 90017
Attorneys for Defendants Attorney for Deutsche Bank
Trust Company Americas and J.P. Morgan Chase Bank

LYLE S. HOSODA & ASSOCIATES, LLC
Lyle Hosoda, Esq.
Raina Gushiken, Esq.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Attorneys for Defendants Attorney for Deutsche Bank
Trust Company Americas and J.P. Morgan Chase Bank

NIXON PEABODY LLP
Christopher M. Mason
437 Madison Avenue
New York, New York 10022
Attorneys for C & S Wholesale Grocers, Inc.

LEVINE SULLIVAN KOCH & SCHULZ, LLP
Robert Penchina, Esq.
321 W. 44th Street, Suite 510
New York, NY 10036