# Exhibit 1

ORIGINAL

MAR 6 2002
at 2 o'clock and 40 min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | CIVIL NO. 01 00446 SPK LEK |
| Plaintiff, | ) | |
| vs. | ) | |
| FLEMING COMPANIES, INC., aka FLEMING FOODS, INC., aka FLEMING, DOE INDIVIDUALS 1-50 AND DOE PARTNERSHIPS, CORPORATIONS AND OTHER ENTITIES 1-20, | ) | SPECIAL VERDICT FORM |
| Defendants. | ) | |

SPECIAL VERDICT FORM

A. FREIGHT CONTROL SYSTEM SOFTWARE

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Freight Control software attached to Exhibit 221?

   Yes __X__    No _____

   If "YES" go to next question.
   If "NO", skip to section B.

1

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Freight Control software.

Yes ✗  No ____

If "YES" go to next question.
If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Freight Control software.

Yes ✗  No ____

If "NO" skip to section B.
If "YES" go to next question.

4. Was the infringement of the Freight Control software copyright willful?

Yes ✗  No ____

Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of Freight Control System software?

$99,250.00

2

B.  **CRYSTAL REPORTS SOFTWARE**

1.  Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Crystal Reports software attached to Exhibit 222?

    Yes _X_         No ____

    If "NO", skip to section C.
    If "YES" go to next question.

2.  Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Crystal Reports software.

    Yes _X_         No ____

    If "YES" go to next question.
    If "NO" go to question 4.

3.  Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Crystal Reports software.

    Yes ____        No _X_

    If "NO" skip to section C.
    If "YES" go to next question.

4.  Was the infringement of the Crystal Reports software copyright willful?

    Yes ____        No ____

    Go to the next question.

3

5. What amount of damages is Wayne Berry entitled to for the infringement of Crystal Reports software?

_____

C. FLEMINGPO.EXE SOFTWARE

1. Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the FlemingPO.exe software attached to Exhibit 223?

   Yes _X_          No ___

   If "YES" go to next question.
   If "NO", skip to the end.

2. Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the FlemingPO.exe software.

   Yes _X_          No ___

   If "YES" go to next question.
   If "NO" go to question 4.

3. Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the FlemingPO.exe software.

   Yes ___          No _X_

   If "NO" skip to the end.
   If "YES" go to next question.

4

4. Was the infringement of the FlemingPO.exe software copyright willful?

   Yes _____                                No _____

   Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of FlemingPO.exe software?

   _____

Please sign and date this Special Verdict Form.

_____
Jury Foreperson

_____

_____  Carol Ho Akimoto

_____  _____

_____  _____

                                _____
                                Date
                                3/6/03

5