UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>        Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (F.A. BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S Wholesale Grocers, Inc., DOES 1 TO 200. | No. 07-CV-07634 (PKC) (AJP)<br><br>AFFIDAVIT OF SERVICE |

State of New York  )
                           ) ss:
County of New York)

I, Dan Shaked, being duly sworn, depose and says:

    1.    I am not a party to this action and am over 21 years of age.

    2.    I am employed in the law firm of Shaked & Posner, attorneys for Plaintiff Wayne Berry.

    3.    On September 19, 2007, I served true copies of the Plaintiff Wayne Berry's Brief in Opposition to Defendant C&S Wholesale Grocer's, Inc's Motion to Dismiss; Declaration of Timothy J. Hogan; Declaration of Wayne Berry and Affidavit of Service by depositing true copies of these documents enclosed in post-paid wrappers in an official depository under the exclusive custody and control of the United States Postal Service within the State of New York,

1

addressed as follows:

| | |
|---|---|
| WHITE & CASE LLP<br>Andrew DeNatale<br>Jonathan Moskin<br>1155 Avenue of the Americas<br>New York, New York 10036-2787<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>E-mail: adenatale@ny.whitecase.com<br>Attorneys for Defendants Deutsche Bank<br>Trust Company Americas and<br>J.P. Morgan Chase Bank | KIRKLAND & ELLIS<br>Michael Baumann, Esq.<br>Erin Brady, Esq.<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Attorneys for Defendants Deutsche Bank<br>Trust Company Americas and<br>J.P. Morgan Chase Bank |
| LYLE S. HOSODA & ASSOCIATES, LLC<br>Lyle Hosoda, Esq.<br>Raina Gushiken, Esq.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>Attorneys for Defendants Deutsche Bank<br>Trust Company Americas and<br>J.P. Morgan Chase Bank | NIXON PEABODY LLP<br>Christopher M. Mason<br>437 Madison Avenue<br>New York, New York 10022<br>Attorneys for C & S Wholesale Grocers, Inc.<br><br>LEVINE, SULLIVAN, KOCH & SCHULZ, LLP<br>Robert Penchina<br>321 West 44th Street, Suite 510<br>New York, NY 10036<br>Attorneys for General Electric Capital Corp. |

[signature]

Sworn before me this 19th day of September, 2007.

_____
Notary Public