UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| WAYNE BERRY, | :    Index No. 07-CV-7634 |
| | : |
| Plaintiff, | :    ECF Case |
| -against- | : |
| DEUTSCHE BANK TRUST COMPANY | : |
| AMERICAS (F/K/A BANKERS TRUST | : |
| COMPANY) AND JP MORGAN CHASE BANK IN | |
| THEIR SEPARATE CAPACITIES AND AS | : |
| AGENTS FOR THE PRE AND POST-PETITION | : |
| LENDERS OF FLEMING COMPANIES, INC.; | |
| GENERAL ELECTRIC CAPITAL CORPORATION; | : |
| C&S WHOLESALE GROCERS, INC.; DOES 1-200, | : |
| | |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT GENERAL ELECTRIC CAPITAL CORPORATION'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

General Electric Capital Corporation ("GECC") identifies the following parent corporations and

any publicly held company that owns 10% or more of GECC's stock:

The immediate parent of GECC is General Electric Capital Services, and its ultimate
parent is General Electric Company, a publicly traded company.

Dated:    September 19, 2007
       New York, New York

                         Respectfully submitted,

                         LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                         By: _____
                         Robert Penchina (RP 5866)
                         321 West 44th Street, Suite 510
                         New York, NY 10036
                         (212) 850-6100
                         *Attorneys for Defendant General Electric Capital*
                         *Corporation*