UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (F.A. BANKERS TRUST) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC., DOES 1 TO 200,<br><br>    Defendants. | Case No.: 07-cv-7634<br><br>ECF Case |

## FEDERAL RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS JPMORGAN CHASE BANK, N.A. AND DEUTSCHE BANK TRUST COMPANY AMERICAS

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendant JPMorgan Chase Bank, N.A. ("JPMC"), a private non-government party, certifies that the following is its corporate parent:  JPMorgan Chase & Co.  The undersigned counsel for JPMC further certifies that, other than the aforementioned corporate parent, there is no publicly held corporation that owns 10% or more of JPMC's stock.

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendant Deutsche Bank Trust Company Americas ("DBTCA"), a private non-government party, certifies that the following are its corporate parents:  Deutsche Bank Trust Corporation, Taunus Corporation, and Deutsche Bank AG.  The undersigned counsel for DBTCA further

K&E 12115776.1

certifies that, other than the aforementioned corporate parents, there is no publicly held corporation that owns 10% or more of DBTCA's stock.

Dated: Los Angeles, California
       September 27, 2007

                        KIRKLAND & ELLIS LLP

                        By:     /s/ Richard L. Wynne
                              Richard L. Wynne (RW 5630)
                              153 East 53rd Street
                              New York, NY 10022
                              Telephone:  (212) 446-4800
                              Facsimile:  (212) 446-4900

and

WHITE & CASE LLP

        Andrew P. DeNatale (APD 2429)
        Jonathan E. Moskin (JM 9814)
        1155 Avenue of the Americas
        New York, New York 10036
        Telephone:  (212) 819-8200
        Facsimile:  (212) 354-8113

        Counsel for JPMorgan Chase Bank, N.A.
        and Deutsche Bank Trust Company
        Americas

KIRKLAND & ELLIS LLP

        Michael Baumann (S.B.N. 145830)
        Erin N. Brady (S.B.N. 215038)
        F. Wade Ackerman (S.B.N. 234747)
        777 S. Figueroa, Suite 3700
        Los Angeles, CA  90017
        Telephone:  (213) 680-8400
        Facsimile:  (213) 680-8500

        Of Counsel for JPMorgan Chase Bank, N.A.
        and Deutsche Bank Trust Company
        Americas

        Pro Hacs Pending

K&E 12115776.1