ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BERRY,

      Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY
AMERICAS (F.A. BANKERS TRUST) AND JP
MORGAN CHASE BANK IN THEIR
SEPARATE CAPACITIES AND AS AGENTS
FOR THE PRE AND POST-PETITION
LENDERS OF FLEMING COMPANIES, INC.;
GENERAL ELECTRIC CAPITAL
CORPORATION; C&S WHOLESALE
GROCERS, INC., DOES 1 TO 200.

      Defendants.

Case No.: 1:07-CV-07634 (PAC)



FILED
2007 SEP 27 PM 4:20
S.D. OF N.Y.

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard L. Wynne, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:   F. Wade Ackerman
    Firm Name:   Kirkland & Ellis LLP
    Address:   777 South Figueroa Street, 37th Floor
    City/State/Zip:   Los Angeles, CA 90017
    Phone Number:   213-680-8400
    Fax Number:   213-680-8500

F. Wade Ackerman is a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against F. Wade Ackerman in any State or Federal Court.

1

Dated: September 26, 2007
       Los Angeles, California

Richard L. Wynne
SDNY Bar: 1861426
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California  90017
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WAYNE BERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (F.A. BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC., DOES 1 TO 200.<br><br>      Defendants. | Case No.: 1:07-CV-07634 |

**AFFIDAVIT OF RICHARD L. WYNNE**
**IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Richard L. Wynne, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel for the Deutsche Bank Trust Company Americas and JP Morgan Chase Bank. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit F. Wade Ackerman as counsel *pro hac vice* to represent the Deutsche Bank Trust Company Americas and JP Morgan Chase Bank in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 11, 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known F. Wade Ackerman since 2003.

4. Mr. Ackerman is an associate at Kirkland & Ellis LLP, in the Los Angeles, California office.

5. I have found Mr. Ackerman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

1

6. Accordingly, I am pleased to move the admission of F. Wade Ackerman, *pro hac vice*.

7. I respectfully submit herewith a proposed order granting the admission of F. Wade Ackerman, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit F. Wade Ackerman, *pro hac vice*, to represent the Defendant in the above captioned matter, be granted.

Dated: September 26, 2007
Los Angeles, California

Richard L. Wynne
SDNY Bar: 1861426
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

September 18, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, FRANK WADE ACKERMAN, #234747 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BERRY,

       Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY
AMERICAS (F.A. BANKERS TRUST) AND JP
MORGAN CHASE BANK IN THEIR
SEPARATE CAPACITIES AND AS AGENTS
FOR THE PRE AND POST-PETITION
LENDERS OF FLEMING COMPANIES, INC.;
GENERAL ELECTRIC CAPITAL
CORPORATION; C&S WHOLESALE
GROCERS, INC., DOES 1 TO 200.

       Defendants.

Case No.: 1:07-CV-07634

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Richard L. Wynne, attorney for Deutsche Bank Trust Company Americas and JP Morgan Chase Bank and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | F. Wade Ackerman |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 777 South Figueroa Street, 37th Floor |
| City/State/Zip: | Los Angeles, CA 90017 |
| Phone Number: | 213-680-8400 |
| Fax Number: | 213-680-8500 |
| Email Address: | wade.ackerman@kirkland.com |

is admitted to practice pro hac vice as counsel for Deutsche Bank Trust Company Americas and JP Morgan Chase Bank in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:                                             _____
                                                   United States District/Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BERRY,

    Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY AMERICAS (F.A. BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC., DOES 1 TO 200.

    Defendants.

Case No.: 1:07-CV-07634-PAC

## AFFIDAVIT OF SERVICE

State of California    )
                           ) ss:
County of Los Angeles )

I, Richard L. Wynne, being duly sworn, depose and says:

    1.    I am not a party to this action and am over 21 years of age.

    2.    I am employed in the law firm of Kirkland & Ellis, attorneys for Deutsche Bank Trust Company America.

    3.    On September 26, 2007, I served true copies of a Motion to Admit Counsel Pro Hac Vice of F. Wade Ackerman, Order for Admission Pro Hac Vice on Written Motion, Affidavit of Richard L. Wynne and Affidavit of Service were served by U.S. Mail by depositing true copies of these documents enclosed in post-paid wrappers in an official depository under the exclusive

custody and control of the United States Postal Service within the State of California, addressed as follows:

Timothy J. Hogan
Attorneys at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Attorney for Plaintiff Wayne Berry

NIXON PEABODY LLP
Christopher M. Mason
437 Madison Avenue
New York, New York 10022
Attorneys for C&S Wholesale Grocers, Inc.

LEVINE, SULLIVAN, KOCH & SCHULZ, LLP
Robert Penchina
321 West 44th Street, Suite 510
New York, New York 10036
Attorneys for General Electric Capital Corp.

LYLE S. HOSODA & ASSOCIATES, LLC
Lyle Hosoda, Esq.
Raina Gushiken, Esq.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Attorneys for Defendants Deutsche Bank
Trust Company Americas and J.P. Morgan Chase Bank

WHITE & CASE LLP
Andrew DeNatale
Jonathan Moskin
1155 Avenue of the Americas
New York, New York 10036-2787
Attorneys for Defendants Deutsche Bank Trust
Company Americas and J.P. Morgan Chase Bank

Richard L. Wynne

Sworn before me this 26th day of September, 2007.

Notary Public

KELLY WARREN
Commission # 1626038
Notary Public - California
Los Angeles County
My Comm. Expires Dec 8, 2009

2