Dan Shaked
Shaked & Posner
255 W. 36th St., 8th Floor
New York, NY 10018
Tel: (212) 494-0035
Fax: (212) 300-2010
Email  dan@shakedandposner.com

Timothy J. Hogan HI SBN 5312-1
Attorney at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii  96813
Tel:  (808) 382-3698
Fax:  (808) 356-1682
Email  tjh@timhogan.com

Attorneys for Plaintiff
Wayne Berry

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27 2007
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY, | ) CASE NO.:  1:07-CV-7634 ~~HJB-AJP~~  WHP |
| Plaintiff, | ) Hon. ~~Harold J. Baer, Jr.~~ William H. Pauley III |
| vs. | ) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS (F.A. BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S Wholesale Grocers, Inc., DOES 1 TO 200. | ) **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| Defendants. | ) |

Upon the motion of attorney for and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that


Timothy J. Hogan HI SBN 5312-1
Attorney at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Tel. No.  (808) 382-3698
Fax No.  (808) 356-1682
tjh@timhogan.com


is admitted to practice pro hac vice as counsel for in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated:  **New York, N.Y.**
~~September~~ 26 , 2007
November

United States District/~~Magistrate~~ Judge
William H. Pawley III