


**Timothy J. Hogan**
Attorney at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Telephone (808) 382-3698
Facsimile (808) 356-1682
Email tjh@timhogan.com

December 4, 2007

VIA FAX to (212) 805-6390

Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
Room 2210
New York, New York 10007


Re:     Wayne Berry v. Deutsche Bank Trust Co. Americas et al.,
        Civ. No. 07-cv-7634 (WHP) - December 7, 2007 Status Conference


Dear Judge Pauley:

I represent the Plaintiff Wayne Berry and am an attorney licensed and residing in Honolulu, Hawaii. I have been admitted to this Court *pro hac vice*.

I respectfully request that the Court permit me to attend the December 7, 2007 Status Conference telephonically at 10:00 E.S.T.

Respectfully submitted,

Timothy J. Hogan

cc:     Christopher Mason, Esq. via email
        Eileen Cunningham, Esq. via email
        Robert Penchina, Esq. via email
        Christopher Beall, Esq. via email
        Michael Baumann, Esq. via email
        Erin N. Brady, Esq., via email
        Andrew DeNatale, Esq., via email
        Jonathan E. Moskin, Esq. via email
        Lyle Hosoda, Esq., via email

*Application granted. The Conference will be held at 2:30 p.m. EST instead of 10:00 a.m. EST.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
12/6/2007