UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
　　　　　　　　　　　　　　　　　　　:
WAYNE BERRY,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,　　　　　　　　:　　07 Civ. 7634  (WHP)
　　　　　　　　　　　　　　　　　　　:
　　　　　-against-　　　　　　　　　　　:　　SCHEDULING ORDER
　　　　　　　　　　　　　　　　　　　:
DEUTSCHE BANK TRUST CO.　　　　　　:
AMERICAS ET AL.,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

　　　　Counsel for the parties having appeared for a conference on December 7, 2007, the following is established on consent:

(1) Defendants' motions to dismiss (D. Haw. No. 07 Civ. 0172 Docket No. 17 and S.D.N.Y. Docket No. 3) and Plaintiff's cross motion for partial summary judgment (D. Haw. No. 07 Civ. 0172 Docket No. 25) are denied without prejudice;

(2) Plaintiff shall serve and file his second amended complaint by December 21, 2007; the second amended complaint shall be the final complaint filed in this action;

(3) The parties shall exchange Rule 26 initial disclosures by January 15, 2008;

(4) Defendants shall serve and file any motions to dismiss by January 25, 2008;

(5) Plaintiff shall serve and file any oppositions by February 25, 2008;

(6) Defendants shall serve and file any replies by March 7, 2008; and

(7) This Court will hear oral argument on April 4, 2008 at 10:30 a.m.

Dated: December 7, 2007
      New York, New York

SO ORDERED:

                                          WILLIAM H. PAULEY III
                                              U.S.D.J.

*Counsel of Record:*

Timothy Joseph Hogan, Esq.
1050 Bishop Street #433
Honolulu, HI 96813
*Counsel for Plaintiff*

Andrew P. DeNatale, Esq.
Jonathan E. Moskin
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
*-and-*
F. Wade Ackerman, Esq.
Michael Edward Baumann, Esq.
Erin N. Brady, Esq.
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
*-and-*
Raina P.B. Gushiken, Esq.
Lyle S. Hosoda, Esq.
Lyle S. Hosoda & Associates, LLC
345 Queen Street, Suite 804
Honalulu, HI 96813
*Counsel for Defendants Deutsche Bank Trust*
*Company Americas and JP Morgan Chase Bank*

Robert Penchina, Esq.
Levine, Sullivan, Koch & Schulz, LLP
321 West 44th Street
Suite 510
New York, NY 100036
*Counsel for Defendant General Electric Capital Corporation*

Christopher May Mason, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Defendant C&S Wholesale Grocers, Inc.*