UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



WAYNE BERRY,

    Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY AMERICAS (F.A. BANKERS TRUST COMPANY) AND JP MORGAN CHASE BANK IN THEIR SEPARATE CAPACITIES AND AS AGENTS FOR THE PRE AND POST-PETITION LENDERS OF FLEMING COMPANIES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC., DOES 1 TO 200.

    Defendants.

Case No.: 1:07-CV-07634-WHP
Hon. William H. Pauley III

ORDER FOR ADMISSIONS PRO HAC VICE ON WRITTEN MOTION



## ORDER FOR ADMISSIONS PRO HAC VICE ON WRITTEN MOTION

Upon motion of Richard L. Wynne, attorney for defendants Deutsche Bank Trust Company Americas and JP Morgan Chase Bank and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Michael Edward Baumann |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 777 South Figueroa Street, 37th Floor |
| City/State/Zip: | Los Angeles, CA 90017 |
| Phone Number: | 213-680-8400 |
| Fax Number: | 213-680-8500 |
| Email Address: | mbaumann@kirkland.com |
| | |
| Applicant's Name: | Erin N. Brady |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 777 South Figueroa Street, 37th Floor |
| City/State/Zip: | Los Angeles, CA 90017 |
| Phone Number: | 213-680-8400 |
| Fax Number: | 213-680-8500 |
| Email Address: | ebrady@kirkland.com |

K&E 12274110.1

and

|  |  |
|---|---|
| Applicant's Name: | F. Wade Ackerman |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 777 South Figueroa Street, 37th Floor |
| City/State/Zip: | Los Angeles, CA 90017 |
| Phone Number: | 213-680-8400 |
| Fax Number: | 213-680-8500 |
| Email Address: | wade.ackerman@kirkland.com |

are admitted to practice pro hac vice as counsel for defendants Deutsche Bank Trust Company Americas and JP Morgan Chase Bank in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If counsel does not yet have a password for the Electronic Case Filing (ECF) system, counsel shall immediately apply for one at nysd.uscourts.gov. *The attorneys admitted pro hac vice for this action are required to pay a $25 admission fee and present this order to the intake Deputy Clerk in the Clerk's office.*

Dated: 12/11/2007

Hon. William H. Pauley III
United States District Judge

2