# Exhibit N

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS  **TXu 1-340-298**

EFFECTIVE DATE OF REGISTRATION

Mar 24 2006
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**  TITLE OF THIS WORK ▼
FCS1993 CRYSTAL REPORT TRUCKING (LTL) VERSION 1 0

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
WAYNE BERRY

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼
1955          N/A

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes, see detailed instructions."

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
COMPUTER PROGRAM

**NOTE**
Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given
1998 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ _____ Day ▶ _____ Year ▶ _____  ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
WAYNE BERRY
377 KEAHOLE STREET SUITE D-10-110
HONOLULU, HAWAII 96825

APPLICATION RECEIVED
MAR 24 2006
ONE DEPOSIT RECEIVED
MAR 24 2006
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY HM

CHECKED BY

☑ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give **Previous Registration Number** ▶          **Year of Registration** ▶

5

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

6

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.
**Name** ▼                                    **Account Number** ▼

7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
WAYNE BERRY
377 KEAHOLE STREET SUITE D 10-110
HONOLULU HAWAII 96825

Area code and daytime telephone number ▶ 808 258 7144           Fax number ▶ 808 356 0372
Email ▶ WAYNEFBERRY@HOTMAIL COM

**CERTIFICATION*** I, the undersigned hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge        Name of author or other copyright claimant or owner of exclusive right(s) ▲

8

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
WAYNE BERRY                                                   Date ▶ 3/20/2006

Handwritten signature (X) ▼
X _____Wayne Berry_____

Certificate will be mailed in window envelope to this address
Wayne Berry c/o TimothyHogan
Lynch Ichida et al
1132 Bishop St , Suite 1405
Honolulu, HI 96813

Complete all necessary spaces
Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington, D C 20559-6222

9

17 U.S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev July 2003—xxx   Web Rev July 2003   ● Printed on recycled paper                              U S Government Printing Office  2000-461 113/20 021