UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>      Plaintiff,<br><br>   vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,<br><br>      Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

DEUTSCHE BANK TRUST COMPANY AMERICAS AND JP MORGAN
CHASE BANK'S NOTICE OF MOTION TO DISMISS

KIRKLAND & ELLIS LLP
Michael E. Baumann (admitted *pro hac vice*)
Erin N. Brady (admitted *pro hac vice*)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

- and -

WHITE & CASE LLP
Andrew DeNatale (ADN 2429)
Jonathan Moskin (JM 9814)
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

K&E 12389326.1

PLEASE TAKE NOTICE that, upon the attached DEUTSCHE BANK TRUST COMPANY AMERICAS AND JP MORGAN CHASE BANK'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT OF MOTION and REQUEST FOR JUDICIAL NOTICE, the undersigned will move before the Honorable William H. Pauley III, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, Courtroom 11D, New York, New York 10007, at 10:30 a.m. on April 4, 2008, for an order to dismiss Plaintiff's Second Amended Complaint.

DATED:  January 25, 2008

By:   /s/ Michael E. Baumann

KIRKLAND & ELLIS LLP
Michael E. Baumann (admitted *pro hac vice*)
Erin N. Brady (admitted *pro hac vice*)
777 South Figueroa Street
Los Angeles, California  90017
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500
E-mail:  ebrady@kirkland.com

Counsel for Defendants

- and -

WHITE & CASE LLP
Andrew DeNatale (ADN 2429)
Jonathan Moskin (JM 9814)
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:    (212) 819-8200
Facsimile:    (212) 354-8113
E-mail:  adenatale@ny.whitecase.com

Of Counsel for Defendants