# EXHIBIT Q

**PLEADINGS FILED BY BERRY IN FLEMING'S BANKRUPTCY CASE**

| | | |
|---|---|---|
| 1498 | 6/16/2003 | Notice of Appearance *And Request For Service Of Papers*. Filed by Wayne Berry (MML, ) (Entered: 06/16/2003) |
| 2664 | 8/1/2003 | Objection to *Motion For Order (A) Approving Asset Purchase Agreement with C&S Wholesale Grocers, Inc. and C&S Acquisition LLC, (B) Authorizing (I) Sale of Substantially All of Selling Debtors' Assets Relating to the Wholesale Distribution Business to Purchaser or Designee(S) or other Successful Bidder(S) at Auction, Free and Clear of All Liens, Claims, Encumbrances and Interests and (II) Assumption and Assignment of Certain Executory Contracts, License Agreement and Unexpired Leases, and Granting Related Relief* (related document(s)1906 ) Filed by Wayne Berry (TK, ) Additional attachment(s) added on 8/1/2003 (TK, ). (Entered: 08/01/2003) |
| 5573 | 1/15/2004 | Limited Objection to *Plan and Disclosure Statement*. (related document(s)4958, 4959 ) Filed by Wayne Berry (Attachments: # 5573_1 Affidavit # 5573_2 Certificate of Service) (MML, ) (Entered: 01/15/2004) |
| 8471 | 6/18/2004 | Motion for Relief from Stay *or in the Alternative, Relief from the Discharge and Permanent Injunction Provisions of Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization*. Fee Amount $150. Filed by Wayne Berry. Hearing scheduled for 7/9/2004 at 10:30 AM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 7/2/2004.. (Attachments: # 8471_1 Notice # 8471_2 Declaration Timothy J. Hogan# 8471_3 Exhibit A part 1# 8471_4 Exhibit A part 2# 8471_5 Exhibit A part 3# 8471_6 Exhibit A-4# 8471_7 Exhibit A part 5# 8471_8 Exhibit A part 6# 8471_9 Proposed Form of Order) (Hogan, Timothy) (Entered: 06/18/2004) |
| 8479 | 6/18/2004 | Affidavit/Declaration of Service *of Notice and Motion* (related document(s)8471 ) Filed by Wayne Berry (Hogan, Timothy) (Entered: 06/18/2004) |
| 8592 | 6/30/2004 | Notice of Objection to Claim *Wayne Berry's Objection to Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming, Inc. and its Filing Subsidiaries under Chapter 11 of the Bankruptcy Code* Filed by Wayne Berry (Attachments: # 8592_1 Attachment) (Erhart, William) (Entered: 06/30/2004) |
| 8594 | 7/1/2004 | Motion to Appear pro hac vice *of Timothy J. Hogan* Filed by Wayne Berry.. (Erhart, William) (Entered: 07/01/2004) |
| 8834 | 7/15/2004 | Memorandum/Brief *Supplemental Brief of Wayne Berry In Support of Motin of Wayne Berry For An Order Granting Relief From the Automatic Stay or, in the Alternative, Relief from the Discharge and Permanent Injunction Provisions of Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and its Filing Subsidiaries under Chapter 11 of the United States Bankruptcy Code* (related document(s)8592 ) Filed by Wayne Berry (Attachments: # 8834_1 Declaration # 8834_2 Exhibit # 8834_3 Exhibit # 8834_4 Exhibit # 8834_5 Exhibit) (Erhart, William) (Entered: 07/15/2004) |
| 8912 | 7/19/2004 | Objection to *Fleming's Motion For Order Estimating Administrative Claim Filed By Wayne Berry* (related document(s)8538 ) Filed by Wayne Berry (Attachments: # 8912_1 Declaration Berry Dec.# 8912_2 Declaration Ex. A# 8912_3 Declaration Ex. B# 8912_4 Declaration Ex. C# 8912_5 Declaration Ex. D# 8912_6 Declaration Ex. E# 8912_7 Declaration Ex. F# 8912_8 Declaration Ex. G# 8912_9 Declaration Ex. H# 8912_10 Declaration Ex. I# 8912_11 Declaration Ex. J pt. 1# 8912_12 Declaration Ex. J pt. 2# 8912_13 Declaration Ex. K# 8912_14 Declaration Ex. L# 8912_15 Declaration Ex. M# 8912_16 Declaration Ex. N# 8912_17 Declaration Ex. O) (Erhart, William) (Entered: 07/19/2004) |
| 8922 | 7/19/2004 | Objection to *Debtor's Non-Substantive Objection To Administrative Claim Filed By Wayne Berry* (related document(s)8537 ) Filed by Wayne Berry (Attachments: # 8922_1 Declaration Berry Dec.# 8922_2 Declaration Ex. A# 8922_3 Declaration Ex. B# 8922_4 Declaration Ex. C# 8922_5 Declaration Ex. D# 8922_6 Declaration Ex. E# 8922_7 Declaration Ex. F# 8922_8 Declaration Ex. G# 8922_9 Declaration Ex. H# 8922_10 Declaration Ex. I# 8922_11 Declaration Ex. J pt. 1# 8922_12 Declaration Ex. J pt 2# 8922_13 Declaration Ex. K# 8922_14 Declaration Ex. L# 8922_15 Declaration Ex. M# 8922_16 Declaration Ex. N# 8922_17 Declaration Ex. O) (Erhart, William) (Entered: 07/19/2004) |
| 8926 | 7/19/2004 | Objection to *Debtor's Non-Sustantantive Objection To Administrative Claim Filed By Wayne Berry* (related document(s)8537 ) Filed by Wayne Berry (Attachments: # 8926_1 Declaration Hogan Dec.# 8926_2 Declaration Ex. A# 8926_3 Declaration Ex. B# 8926_4 Declaration Ex. C# 8926_5 Declaration Ex. D# 8926_6 Declaration Ex. E# 8926_7 Declaration Ex. F# 8926_8 Declaration Ex. G# 8926_9 Declaration Ex. H# 8926_10 Declaration Ex. I# 8926_11 Declaration Ex. J# 8926_12 Declaration Ex. K# 8926_13 Declaration Ex. L) (Erhart, William) (Entered: 07/19/2004) |
| 8927 | 7/19/2004 | Objection to *Fleming's Motion For Order Estimating Administrative Claim Filed By Wayne Berry* (related document(s)8538 ) Filed by Wayne Berry (Attachments: # 8927_1 Declaration Berry Dec.# 8927_2 Declaration Ex. A# 8927_3 Declaration Ex. B# 8927_4 Declaration Ex. C# 8927_5 Declaration Ex. D# 8927_6 Declaration Ex. E# 8927_7 Declaration Ex. F# 8927_8 Declaration Ex. G# 8927_9 Declaration Ex. H# 8927_10 Declaration Ex. I# 8927_11 Declaration Ex. J pt. 1# 8927_12 Declaration Ex. J pt. 2# 8927_13 Declaration Ex. K# 8927_14 Declaration Ex. L# 8927_15 Declaration Ex. M# 8927_16 Certificate of Service Ex. N# 8927_17 Declaration Ex. O) (Erhart, William) (Entered: |

|       |            | 07/19/2004) |
|-------|------------|-------------|
| 8928  | 7/19/2004  | Objection to *Fleming's Motion For Order Estimating Administrative Claim Filed By Wayne Berry* (related document(s)8538 ) Filed by Wayne Berry (Attachments: # 8928_1 Certificate of Service Hogan Dec.# 8928_2 Declaration Ex. A# 8928_3 Declaration Ex. B# 8928_4 Declaration Ex. C# 8928_5 Declaration Ex. D# 8928_6 Declaration Ex. E# 8928_7 Declaration Ex. F# 8928_8 Declaration Ex. G# 8928_9 Declaration Ex. H# 8928_10 Declaration Ex. I# 8928_11 Declaration Ex. J# 8928_12 Declaration Ex. K# 8928_13 Declaration Ex. L) (Erhart, William) (Entered: 07/19/2004) |
| 8956  | 7/21/2004  | Notice of Document Entered in Error *D.I. No. 8926* Filed by Wayne Berry (Erhart, William) (Entered: 07/21/2004) |
| 8957  | 7/21/2004  | Notice of Document Entered in Error *D.I. No. 8928* Filed by Wayne Berry (Erhart, William) (Entered: 07/21/2004) |
| 8958  | 7/21/2004  | Notice of Document Entered in Error *D.I. No. 8912* Filed by Wayne Berry (Erhart, William) (Entered: 07/21/2004) |
| 8959  | 7/21/2004  | Additional Exhibits to Wayne Berry's Objection to Debtor's Non-Substantive Objection To Administrative Claim {Doc #8922} and Wayne Berry's Objection to Fleming's Motion For Order Estimating Administrative Claim(Doc #8927) (related document(s)8922, 8927) -Filed by William W. Erhart, P.A. (Attachments: # 8959_1 Exhibit A# 8959_2 Exhibit B# 8959_3 Exhibit C# 8959_4 Exhibit D# 8959_5 Exhibit E# 8959_6 Exhibit F# 8959_7 Exhibit G# 8959_8 Exhibit G# 8959_9 Exhibit I# 8959_10 Exhibit J# 8959_11 Exhibit K# 8959_12 Exhibit L) (MDE, ) (Entered: 07/21/2004) |
| 9165  | 8/9/2004   | Notice of Appeal. Fee Amount $255. (related document(s)9045 ) Filed by Wayne Berry Appellant Designation due by 8/19/2004. (Erhart, William) (Entered: 08/09/2004) |
| 9218  | 8/13/2004  | Notice of Appeal. Fee Amount $255. (related document(s)9139, 9165 ) Filed by Wayne Berry Appellant Designation due by 8/23/2004. (Erhart, William) (Entered: 08/13/2004) |
| 9291  | 8/19/2004  | Notice of Withdrawal *of Appeal filed August 9, 2004 (D.I. 9165)* (related document(s)9165 ) Filed by Wayne Berry (Erhart, William) (Entered: 08/19/2004) |
| 9331  | 8/20/2004  | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s)9218 ) Filed by Wayne Berry Appellee designation due by 8/30/2004. Transmission of Designation Due by 9/20/2004. (Erhart, William) (Entered: 08/20/2004) |
| 9816  | 12/3/2004  | Response to *PCT's Objection to Wayne Berry's June 9, 2004 Administrative Claim (No. 18428)* (related document(s)9773 ) Filed by Wayne Berry (Erhart, William) (Entered: 12/03/2004) |
| 9933  | 1/12/2005  | Response to *Motion of Post Confirmation Trust for 2004 Discovery re: Wayne Berry* (related document(s)9913 ) Filed by Wayne Berry (Attachments: # 9933_1 Declaration Declaration of Wayne Berry# 9933_2 Declaration Declarations of Timothy Hogan with Exhibits# 9933_3 Proposed Form of Order Proposed Order) (Erhart, William) (Entered: 01/12/2005) |
| 9940  | 1/17/2005  | Motion for Protective Order *filed by Wayne Berry* (related document(s)9913 ) Filed by Wayne Berry Hearing scheduled for 2/22/2005 at 10:30 AM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 2/14/2005.. (Attachments: # 9940_1 Declaration Wayne Berry Declaration# 9940_2 Memorandum of Law# 9940_3 Notice Wayne Berry Notice of Motion# 9940_4 Certificate of Service Wayne Berry Certificate of Service# 9940_5 Proposed Form of Order Proposed Form of Order) (Erhart, William) (Entered: 01/17/2005) |
| 9995  | 2/4/2005   | First Motion to Authorize *Order establishing Procedures Regarding Collection Upon Non Dischargeable Final Judgment Filed by Wayne Berry* Hearing scheduled for 2/22/2005 at 10:30 AM at US District Court, 844 King St., Wilmington, Delaware.. Objections due by 2/15/2005.. (Attachments: # 9995_1 Notice Notice of Service# 9995_2 Exhibit Declaration of Timothy Hogan# 9995_3 Certificate of Service # 9995_4 Proposed Form of Order) (Erhart, William) (Entered: 02/04/2005) |
| 10015 | 2/17/2005  | Notice of Withdrawal *of Motion for Protection Order re: Motion of Post Confirmation Trust* Filed by Wayne Berry (Attachments: # 10015_1 Certificate of Service Certificate of Service, Notice of Withdrawal of Document No. 9940) (Erhart, William) (Entered: 02/17/2005) |
| 11918 | 10/18/2005 | Answer to Complaint Filed by Wayne Berry. (Attachments: # 11918_1 Exhibit Exhibits A - E for Memo In Opposition to PCT's Objection to Admin Claims# 11918_2 Exhibit Exhibits F- I for Memo in Opposition to PCT's Objection to Administrative Claims# 11918_3 Exhibit Exhibits J-K in Memo in Opposition to PCT's Objection to Admin Claims# 11918_4 Certificate of Service Wayne Berry's Memorandum in Opposition to PCT's Objections to administrative claims) (Erhart, William) (Entered: 10/18/2005) |
| 11922 | 10/19/2005 | Notice of Document Entered in Error (related document(s)11918 ) Filed by Wayne Berry. (Erhart, William) (Entered: 10/19/2005) |
| 11923 | 10/19/2005 | Response to *PCT's Objection to Administrative Claims* (related document(s)11748 ) Filed by Wayne Berry (Attachments: # 11923_1 Declaration Declaration and exhibits A through E# 11923_2 Exhibit F through I# 11923_3 Exhibit J to K# 11923_4 Certificate of Service) (Erhart, William) (Entered: 10/19/2005) |

| | | |
|---|---|---|
| 13014 | 6/9/2006 | Notice of Transfer *of Claim and Waiver of Notice* Filed by Wayne **Berry** (Erhart, William) (Entered: 06/09/2006) |
| 13167 | 8/2/2006 | Response to *Memorandum in Opposition to PCT's Objection to Administrative Claims (claim nos. 18428 & 18704* (related document(s)12831 ) Filed by Wayne **Berry** (Attachments: # 13167_1 Exhibit Exhibit A# 13167_2 Exhibit Exhibit B# 13167_3 Exhibit Exhibit C# 13167_4 Exhibit Exhibit D# 13167_5 Exhibit Exhibit F# 13167_6 Exhibit Exhibit F# 13167_7 Exhibit Exhibit G# 13167_8 Exhibit Exhibit H# 13167_9 Exhibit Exhibit I# 13167_10 Exhibit Exhibit J# 13167_11 Exhibit Exhibit K# 13167_12 Exhibit Exhibit L# 13167_13 Exhibit Exhibit M# 13167_14 Exhibit Exhibit N# 13167_15 Exhibit Exhibit O# 13167_16 Exhibit Exhibit P# 13167_17 Exhibit Exhibit Q# 13167_18 Exhibit Exhibit R# 13167_19 Declaration Declaration of Timothy Hogan) (Erhart, William) (Entered: 08/02/2006) |
| 13175 | 8/3/2006 | Notice of Service *of Plainitff's Memorandum in Opposition to PCT's Objection to Administrative Claims* (related document(s)13167 ) Filed by Wayne **Berry**. (Erhart, William) (Entered: 08/03/2006) |
| 13390 | 12/14/2006 | Limited Objection to *PCT's Motion For An Order in Aid of Implementation of Plan (includes certificate of service)* (related document(s)13382 ) Filed by Wayne **Berry** (Erhart, William) (Entered: 12/14/2006) |