# KOBAYASHI SUGITA & GODA
ATTORNEYS • AT • LAW

999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-4430

Telephone: 808-539-8700
Facsimile: 808-539-8799
E-Mail: ks@ksglaw.com

Bert T. Kobayashi, Jr.*
Kenneth Y. Sugita*
Alan M. Goda*
Dale W. Lee*
Lex R. Smith*
David L. Massey*
Wendell H. Fuji*
Robert K. Ichikawa*
Jonathan-Ann A. Oida*
Clifford K. Higa*
Charles W. Gall*
John F. Lezak*
Larry L. Myers*
Craig K. Shikuma*
Christopher T. Kobayashi*
Ruth K. Oh*
Burt T. Lau*
Ronald T. Ogomori*
David B. Tongg*
Bruce A. Nakamura*
Lennon K. Kupau*
Jonathan A. Kobayashi*

Brandon S. Bailey
George Gusman III
Anne E. Lopez
Kenneth M. Nakasone
Curtis K. Saiki
Jesse W. Schiel
Duane C. Seabolt
Joseph A. Stewart
Ann C. Teranishi
Robert A. Ueoka
Thomas H. Yee
Nathan H. Yoshimoto

*A Law Corporation

January 25, 2005

Clyde Wm. Matsui, Esq.
Pacific Guardian Center
737 Bishop Street
Suite 1400
Honolulu, Hawaii 96813

Re: <u>Wayne Berry vs. Hawaiian Express, et al.</u>

Dear Mr. Matsui:

Pursuant to the discussion at our meeting on January 7, 2005, enclosed is a diagram of the C&S Logistics network. The diagram was prepared at my request by defendant (and C&S employee) Mark Dillon. Also included with the diagram is a brief narrative description of the network and information regarding access thereto.

Of course, we ask that you and your expert independently verify whether or not the information contained in the diagram and narrative is true. The reason this process is necessary is because Fleming, C&S and their attorneys and employees have all been accused of lying about the computers and software that they use. Thus, we need you to provide the Court with independent information regarding the C&S computers and their contents.

I don't know if you are aware that there have been accusations that C&S would conceal the real system during your visit. Hence I wish to assure you that you and your independent expert are welcome to come to C&S's facility without notice or with as little notice as you wish to provide; you are welcome to stay as long as you desire and to return as many times as you wish in order to verify the software that C&S is actually using to track ocean shipments, who has access to the software, how it is being used and any other information you deem appropriate.

Mr. Berry has also alleged that the C&S Logistics network contains more than 2,000 copies or derivatives of Wayne Berry's original works of authorship. The plaintiff has rejected our request to identify those files so we can delete them. The reason for the plaintiff's refusal is "the kids who are being sued for mp3 swapping don't receive any advance notice."

# EXHIBIT "B"

Clyde Wm. Matsui, Esq.
January 25, 2005
Page 2

Accordingly, we are hopeful you can find a procedure to identify the filenames Mr. Berry claims to own so we can delete them.

    Finally, at a hearing on January 18, Judge Susan O. Mollway suggested that the parties seek your assistance in attempting to find a reasonable basis for settlement of this litigation. Plaintiff's counsel represented to the Court that the plaintiff is in full agreement with the Court's recommendation. On behalf of Fleming and C&S, this is to advise you that we also are in agreement with seeking a reasonable settlement through your services as a mediator. We stand ready to proceed with mediation according to your instructions. I have spoken with Mr. Hosoda who has authorized me to represent that his clients are also in agreement with mediation.

                                          Very truly yours,

                                          LEX R. SMITH
                                             for
                                      KOBAYASHI, SUGITA & GODA

cc: ✓all counsel of record



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, a Hawaii citizen, | ) CIVIL NO. CV03 00385 ) SOM-LEK ) (Copyright) |
| Plaintiff, | ) ) |
| vs. | ) DEPOSITION OF ) MARK DILLON |
| HAWAIIAN EXPRESS SERVICE, INC., a California corporation; H.E.S. TRANSPORTATION SERVICES, INC., a California corporation; CALIFORNIA PACIFIC CONSOLIDATORS, INC., a California corporation; JEFFREY P. GRAHAM and PETER SCHAUL, California citizens; MARK DILLON and TERESA NOA, BRIAN CHRISTENSEN, Hawaii citizens; FLEMING COMPANIES, INC., an Oklahoma corporation; C & S LOGISTICS OF HAWAII, LLC, a Delaware LLC; C & S WHOLESALE GROCERS, INC., a Vermont corporation; C & S ACQUISITIONS, LLC; FOODLAND SUPER MARKET, LIMITED, a Hawaii corporation; HAWAII TRANSFER COMPANY, LIMITED, a Hawaii corporation, DOE INDIVIDUALS 1-350; DOE PARTNERSHIPS, CORPORATIONS and OTHER DOE ENTITIES 1-20, | ) DATE TAKEN: 12-23-03 ) ) VOLUME 2 ) Pages 172 - 387 |
| Defendants. | |

JAN FLOATE & ASSOCIATES
(808) 263-1149  EVUIDIT ་Υ."

```
 1              DEPOSITION OF MARK DILLON

 2   Taken on behalf of the Plaintiff pursuant to

 3   Notice, on Tuesday, December 23, 2003, commencing

 4   at 9:30 a.m., at the Law Offices of Lynch Ichida

 5   Thompson Kim & Hirota, 1132 Bishop Street, Suite

 6   1405, Honolulu, Hawaii 96813.

 7

 8

 9              A P P E A R A N C E S

10
     For Plaintiff Wayne Berry:
11
              TIMOTHY J. HOGAN, ESQ.
12            Lynch Ichida Thompson Kim & Hirota
              1132 Bishop Street, Suite 1405
13            Honolulu, Hawaii  96813
              (808) 528-0100
14
     For Defendants Mark Dillon and Brian
15        Christensen:

16            LYLE HOSODA, ESQ.
              345 Queen Street, Suite 804
17            Honolulu, Hawaii  96813
              (808) 524-3700
18
     For Defendants Fleming Companies, Inc., C & S
19   Wholesale Grocers, Inc., C & S Logistics of Hawaii,
     LLC, and C & S Acquisitions, LLC:
20
              LEX R. SMITH, ESQ.
21            Kobayashi Sugita & Goda
              First Hawaiian Center
22            999 Bishop Street, Suite 2600
              Honolulu, Hawaii  96813
23            (808) 539-8700

24

25
```

```
 1    APPEARANCES (Cont'd):

 2    For Defendant Hawaiian Express Service, Inc.:

 3         EMILY REBER PORTER, ESQ.
           Goodsill Anderson Quinn & Stifel
 4         Alii Place, Suite 1800
           1099 Alakea Street
 5         Honolulu, Hawaii  96813
           (808) 547-5600
 6
      For Defendant Foodland Super Market, Limited:
 7
           LEROY E. COLOMBE, ESQ.
 8         Chun Kerr Dodd Beaman & Wong, LLLC
           Topa Financial Center, Fort Street Tower
 9         745 Fort Street, Floor 9
           Honolulu, Hawaii  96813
10         (808) 528-8200

11
      For Defendant Hawaii Transfer Company, Limited:
12
           EDWARD SAFFREY, ESQ.
13         Goodsil Anderson Quinn & Stifel
           Alii Place
14         1099 Alakea Street, Suite 1800
           Honolulu, Hawaii  96813
15         (808) 547-5600

16    ALSO PRESENT:  Wayne Berry, Plaintiff

17

18    REPORTED BY:  Laura Savo, CSR No. 347
                    Notary Public, State of Hawaii
19

20

21

22

23

24

25
```

1           "Question: Why didn't you?")
2           THE WITNESS: And I asked counsel about
3   that.
4           MR. HOSODA: Wait a minute.
5           MR. SMITH: Don't tell us what counsel
6   said.
7           MR. HOSODA: Attorney-client privilege.
8      Q    (By Mr. Hogan) Is it fair to say that you
9   never did ask Mr. Berry for a copy?
10     A    I never did, no. We did consider it.
11     Q    Okay.
12     A    I did consider it. Let me put it that
13  way.
14     Q    Now, Mr. Dillon, you've been handed a
15  document marked Exhibit 12, and I stated before,
16  these purport to be log files. And, again, you'd
17  be the one, I presume, to have the originals of
18  these. And so if there's a question as to what
19  we're looking at here, we can defer this, but what
20  I'm going to ask you to look at and, again,
21  unfortunately, I've only got one color one, is on
22  the first page. If you scan down where if you look
23  at mine, sir, I'm going to point to, you can look
24  where I'm looking at right here. They've got it
25  highlighted here where it says "administrator,"

306

1  which is about nine lines down.
2          MR. SMITH:  What's the information on the
3  left column?  20020522 space 0710 and then 06.
4      Q   (By Mr. Hogan) Do you see that, sir?
5      A   Yes.
6      Q   It says "host in session," and then looks
7  like some number and then BARUCH?
8      A   Right.
9      Q   Do you know what BARUCH means?
10     A   BARUCH is the name of my computer at
11 home.
12     Q   And then "TCP/IP," and then it says
13 "administer -- administrator Mark Dillon"?
14     A   Uh-huh.
15     Q   Does this line of text have any meaning
16 to you?
17     A   Well, what is this?  PC Anywhere logs.
18 Okay.  It's noting that I've logged in via PC
19 Anywhere.
20     Q   And logged in from home?
21     A   Yes.
22     Q   So when it says BARUCH, that it's telling
23 you that that computer is logging in this user
24 which is administrator Mark Dillon?
25     A   Yes.

```
 1    Q    Now, if we go down five lines, you'll see
 2  on the left side is 20020522 1726 26.
 3    A    Okay.
 4    Q    Do you see that?
 5    A    Correct.
 6    Q    And then it talks about a file transfer
 7  received, and there's one, two, three, four, five
 8  similar lines that say "file transfer received"?
 9    A    Correct.
10    Q    And then it says "data --" going to the
11  first one, first line, "data/backup/data transfer
12  sequence six.doc"?
13    A    Correct.
14    Q    And then the next one below it is "FHL
15  Data.mdb."  What is that?
16    A    That's the database I created to replace
17  Mr. Berry's database.
18    Q    And you were operating -- is it fair to
19  say this is showing that you were operating that
20  database from home?
21    A    No.
22    Q    If it's a PC Anywhere --
23    A    We never operated that database, as I
24  stated earlier.  That database was in the process
25  of being created at that time.
```

387

## CERTIFICATE

STATE OF HAWAII   )
                  )  ss.
                  )

1  I, LAURA SAVO, a Notary Public in and for the State of Hawaii, do hereby certify:

2  That prior to being examined, the witness herein, MARK DILLON, was sworn by me to testify to the truth, the whole truth and nothing but the truth;

3  That the foregoing deposition was taken down by me in machine shorthand at the time and place herein stated, and was thereafter reduced to typewriting under my supervision;

4  That the foregoing is a full, true and correct transcript of said deposition;

5  That after said deposition was reduced to typewriting, the witness, in accordance with Rule 30(e) of the Hawaii Rules of Civil Procedure, was duly informed of the right to make such corrections as might be necessary to render the same true and correct.

6  I further certify that I am not of counsel or attorney for any of the parties to this case, nor in any way interested in the outcome hereof, and that I am not related to any of the parties hereto.

7  Witness my hand and seal this 9th day of January, 2004.

*(signature)*
LAURA SAVO, RPR, CSR NO. 347
Notary Public, State of Hawaii
My Commission Expires: 11/28/2005

JAN FLOATE & ASSOCIATES

PCAnywhere LOG Files
File: PCAnywhere LOG Files - FCS00

```
20020521 0733 <11 <PCA Host locking workstation
20020521 0733 <01 <Host Started <03 <TCP/IP <06 <C:\WINNT\Profiles\All Users\Application Data\Symantec\pcAnywhere\NETWORK.BHF <18 <Unknown
20020521 0738 <01 <Host Started <03 <TCP/IP <06 <C:\WINNT\Profiles\All Users\Application Data\Symantec\pcAnywhere\NETWORK.BHF <18 <Unknown
20020521 0750 <06 <Host In Session <01 <FCS00 <02 <FHL136 <03 <TCP/IP <04 <Administrator <05 <Administrator
20020521 1413 <22 <File Transfer Initiated <01 <FCS00 <02 <FHL136
20020521 1414 <26 <File Transfer File Received <10 <75264 <11 <Receive <12 < <13 <D:\DataBackup\Data Transfer Sequences 5.doc <14 <Not scanned <15 <Succeeded
20020521 1414 <23 <File Transfer Ended
20020521 1433 <02 <Host End Session <03 <TCP/IP <08 <Remote logged off
20020521 1433 <11 <PCA Host locking workstation
20020521 1433 <01 <Host Started <03 <TCP/IP <06 <C:\WINNT\Profiles\All Users\Application Data\Symantec\pcAnywhere\NETWORK.BHF <18 <Unknown
20020522 0710 <06 <Host In Session <01 <FCS00 <02 <FHL136 <03 <TCP/IP <04 <Administrator <05 <Administrator
20020522 0712 <02 <Host End Session <03 <TCP/IP <08 <Remote logged off
20020522 0712 <11 <PCA Host locking workstation
20020522 0712 <01 <Host Started <03 <TCP/IP <06 <C:\WINNT\Profiles\All Users\Application Data\Symantec\pcAnywhere\NETWORK.BHF <18 <Unknown
20020522 1049 <06 <Host In Session <01 <FCS00 <02 <FHL136 <03 <TCP/IP <04 <Administrator <05 <Mark Dillon
20020522 1714 <22 <File Transfer Initiated <01 <FCS00 <02 <FHL136
20020522 1726 <26 <File Transfer File Received <10 <74752 <11 <Receive <12 < <13 <D:\DataBackup\Data Transfer Sequences 6.doc <14 <Not scanned <15 <Succeeded
20020522 1728 <26 <File Transfer File Received <10 <95293440 <11 <Receive <12 < <13 <D:\DataBackup\FHL Data.mdb <14 <Not scanned <15 <Succeeded
20020522 1729 <26 <File Transfer File Received <10 <4022272 <11 <Receive <12 < <13 <D:\DataBackup\FHL Forms 051002.mdb <14 <Not scanned <15 <Succeeded
20020522 1729 <26 <File Transfer File Received <10 <21286912 <11 <Receive <12 < <13 <D:\DataBackup\FHL Forms 051002.mdb <14 <Not scanned <15 <Succeeded
20020522 1730 <26 <File Transfer File Received <10 <21286912 <11 <Receive <12 < <13 <D:\DataBackup\NT.iba <14 <Not scanned <15 <Failed
20020522 1731 <23 <File Transfer Ended
20020522 1808 <02 <Host End Session <03 <TCP/IP <08 <Remote logged off
20020522 1808 <11 <PCA Host locking workstation
20020522 1820 <01 <Host Started <03 <TCP/IP <06 <C:\WINNT\Profiles\All Users\Application Data\Symantec\pcAnywhere\NETWORK.BHF <18 <Unknown
20020522 1938 <06 <Host In Session <01 <FCS00 <02 <FHL136 <03 <TCP/IP <04 <Administrator <05 <Administrator
20020522 1938 <11 <PCA Host locking workstation
20020523 0901 <01 <Host Started <03 <TCP/IP <06 <C:\WINNT\Profiles\All Users\Application Data\Symantec\pcAnywhere\NETWORK.BHF <18 <Unknown
20020523 0901 <06 <Host In Session <01 <FCS00 <02 <FHL136 <03 <TCP/IP <04 <Administrator <05 <Administrator
20020523 1428 <22 <File Transfer Initiated <01 <FCS00 <02 <FHL136
20020523 1431 <26 <File Transfer File Received <10 <95805440 <11 <Receive <12 < <13 <D:\DataBackup\FHL Data.mdb <14 <Not scanned <15 <Succeeded
20020523 1431 <26 <File Transfer File Received <10 <7245824 <11 <Receive <12 < <13 <D:\DataBackup\FHL Forms 051002.mdb <14 <Not scanned <15 <Succeeded
20020523 1432 <26 <File Transfer File Received <10 <4024832 <11 <Receive <12 < <13 <D:\DataBackup\NT.iba <14 <Not scanned <15 <Succeeded
20020523 1452 <23 <File Transfer Ended
20020523 1452 <02 <Host End Session <03 <TCP/IP <08 <Remote logged off
20020523 1452 <11 <PCA Host locking workstation
20020524 1449 <01 <Host Started <03 <TCP/IP <06 <C:\WINNT\Profiles\All Users\Application Data\Symantec\pcAnywhere\NETWORK.BHF <18 <Unknown
20020524 1704 <06 <Host In Session <01 <FCS00 <02 <FHL136 <03 <TCP/IP <04 <Administrator <05 <Administrator
20020524 1706 <22 <File Transfer Initiated <01 <FCS00 <02 <FHL136
20020524 1707 <26 <File Transfer File Received <10 <95821824 <11 <Receive <12 < <13 <D:\DataBackup\Data Transfer Sequences 6.doc <14 <Not scanned <15 <Succeeded
20020524 1710 <26 <File Transfer File Received <10 <52084736 <11 <Receive <12 < <13 <D:\DataBackup\FHL Data.mdb <14 <Not scanned <15 <Succeeded
20020524 1841 <23 <File Transfer Ended
20020524 1841 <02 <Host End Session <03 <TCP/IP <08 <Remote logged off
20020524 1841 <11 <PCA Host locking workstation
20020528 0900 <01 <Host Started <03 <TCP/IP <06 <C:\WINNT\Profiles\All Users\Application Data\Symantec\pcAnywhere\NETWORK.BHF <18 <Unknown
20020528 1623 <06 <Host In Session <01 <FCS00 <02 <FHL136 <03 <TCP/IP <04 <Administrator <05 <Administrator
20020528 1624 <22 <File Transfer Initiated <01 <FCS00 <02 <FHL136
20020528 1625 <26 <File Transfer File Received <10 <74752 <11 <Receive <12 < <13 <D:\DataBackup\Data Transfer Sequences 6.doc <14 <Not scanned <15 <Succeeded
20020528 1626 <26 <File Transfer File Received <10 <96387072 <11 <Receive <12 < <13 <D:\DataBackup\FHL Data.mdb <14 <Not scanned <15 <Succeeded
20020528 1626 <26 <File Transfer File Received <10 <52084736 <11 <Receive <12 < <13 <D:\DataBackup\FHL Forms 051002.mdb <14 <Not scanned <15 <Succeeded
20020528 1649 <02 <Host End Session <03 <TCP/IP <08 <Remote logged off
```

EXHIBIT
12
M. Dillon
12-23-03 LS

Page 1 of 10