IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, a Hawaii citizen; | ) | Civ. No. CV03 00385 SOM-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF PROFESSOR** |
| vs. | ) | **PHILIP JOHNSON PhD;** |
| | ) | **EXHIBITS "A" - "G"** |
| HAWAIIAN EXPRESS SERVICE, | ) | |
| INC., a California corporation; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

## DECLARATION OF PROFESSOR PHILIP JOHNSON PhD

I, PROFESSOR PHILIP JOHNSON, am a full professor of Computer

Science at the University of Hawaii, Manoa.  I have been asked to provide expert

testimony in this case on behalf of Mr. Berry and I make this declaration under the

penalty of perjury.  All the statements herein are true and correct to the best of my

knowledge, information and belief.  If called upon to testify regarding the matters

herein, I am competent and willing to do so.

1.    Exhibit "A" attached hereto, is true and correct copy of a screen print

of the Microsoft Access Database file "Auxiliary Logistic Screens - Converted"

that I have confirmed, by viewing the actual file in Mr. Hogan's office, is a true

**EXHIBIT "D"**

and correct screen print excerpt of that database file. The "MsysObjects" table of this database screen file, as shown in the second and third pages of Exhibit "A", evidence that this database screen file was linked to Mr. Berry's database "FCS Logistics Data.Mdb"on June 17, 2003. This is also supported by the "Statistics" drop down box of this file's "Properties" box shown on the third page of this Exhibit, that evidences that the file, containing this link to "FCS Logistics Data.Mdb" was modified on July 1, 2003. The Linked Table Manager of "Auxiliary Logistic Screens - Converted" as set forth on the fourth page of this Exhibit also evidences that at the time this file was acquired in the Guidance Software, Inc. "After" in July 2003, these database screens were still linked to the FCS Logistics Data.mdb Access database.

2.    Attached hereto as Exhibit "B" is a true and correct copy of screen prints from the file "Tariff 60 Bill of Lading6". I have confirmed by viewing the actual file in Mr. Hogan's office that it is a true and correct screen print of that Crystal Report file. The second page of this exhibit shows that a report generated by this file was last printed on May 7, 2003, and the file was last saved on June 30, 2003. The third page evidences that this Crystal Report file was linked to the "FCS Logistics Data" Access database and that it was last saved on June 30, 2003.

2

3.     Attached hereto as Exhibit "C" is a true and correct copy of screen prints from the Crystal Report file "Tariff 60 Bill of Lading3 ".  I have confirmed by viewing the actual file in Mr. Hogan's office that it is a true and correct screen print of that Crystal Report file. The second page of this exhibit shows that a report containing contemporaneous data of shipments was generated by this file that was last printed on June 3, 2003 when this was also last saved.  The third page evidences that this Crystal Report file was linked to the "FCS Logistics Data" Access database when it was last saved.  Based on this Exhibit "C" and Exhibits "A" and "B" and the review of other similar files in Mr. Hogan's office and my expertise in the field of computer science, I conclude that Mr. Berry's FCS Logistics Data Access database continued to be linked to software that was used at Fleming in the Month of June 2003 to as late as June 30, 2003 when Exhibit "B" shows it was last saved.

4.     Attached hereto as Exhibit "D" is a copy of screen prints from the Microsoft Access database screen file "FHL Data Screens".  I have confirmed by viewing the actual file in Mr. Hogan's office that it is a true and correct screen print of that file.  Based on my knowledge in the field of Computer Science, this exhibit evidences that "FHL Data Screens" was linked to Mr. Berry's database, "FCS Logistics Data.mdb" on December 9, 2002 as evidenced by that second page

3



of that exhibit. As evidenced by the third page of this exhibit, it remained linked to Mr. Berry's FCS Logistics Data.mbd when Guidance Software captured it in its imaging in July 2003.

5.     Attached hereto as Exhibit "E" is a true and correct copy of screen prints of the Crystal Report file "SIT Query". I have confirmed by viewing the actual file in Mr. Hogan's office that it is a true and correct screen print. As set forth in page two of this exhibit, this Crystal Report was created on June 10, 2003 and last saved on July 3, 2003. The third page evidences data that is contemporaneous with the June to July 2003 period. The last page evidences that this report was linked to data contained in the "FHL Data.mdb" Access database file. The Set DataSource Location properties on page 4 of this exhibit also evidence that the file was located in a directory named g:\data\archive\dillonlogisticsdatabase\currentversion\fhl data.mdb.

6.     Attached hereto as Exhibit "F" is a true and correct copy of screen prints of the of the Crystal Report file "Receiving Schedule4". I have confirmed by viewing the actual file in Mr. Hogan's office that it is a true and correct screen print of the actual file. This file evidences that it was used on July 4, 2003 to print a report that was linked to "FHL Data.mdb," an Access database.

7.     Attached hereto as Exhibit "G" is a true and correct copy of screen

4

prints of the *Crystal Report*, file "Auto Bill14". I have confirmed by viewing the actual file in Mr. Hogan's office that it is a true and correct screen print of the file. This file evidences that it was last saved on June 24, 2003 and was linked to an Access database, FHL Data.mdb.

8.    Based on the evidence that I have reviewed, and my knowledge and expertise in the field of computer science, I conclude that Fleming continued to link to a copy of FCS Logistics Data.mdb up to and including June 30, 2003 when the file evidenced by Exhibit "B" was last saved. In addition, Fleming linked to the file named "FHL Data.mdb" after June 9, 2003 and at least up to July 4, 2003 as evidenced by Exhibits "E" "F" and "G."

Dated:  Honolulu, Hawaii ___July 7 2005___

___Philip Johnson___
PHILIP JOHNSON, PhD

5



EXHIBIT "A"



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
WAYNE BERRY v. HAWAIIAN EXPRESS SERVICE ET AL.
CIV NO CV03 00385 SOM LEK

**Microsoft Access - [MSrtdObjects : Table]**

File  Edit  View  Insert  Format  Records  Tools  Window  Help

| Database | DateCreate | DateUpdate | Flags | ForeignName | Id | Lv |
|---|---|---|---|---|---|---|
| Z-FCS LOGISTICS DATA.MDB | 4/4/2003 4:19:19 PM | 4/4/2003 4:19:19 PM | 3 | | -2147483698 | |
| Z-FCS LOGISTICS DATA.MDB | 4/4/2003 8:50:30 AM | 4/4/2003 8:50:30 AM | | | -2147483697 | |
| Z-FCS LOGISTICS DATA.MDB | 4/4/2003 8:50:30 AM | 4/4/2003 8:50:30 AM | | | -2147483648 | |
| Z-FCS LOGISTICS DATA.MDB | 4/4/2003 8:50:30 AM | 4/4/2003 8:50:30 AM | | | -2147483648 | |
| Z-FCS LOGISTICS DATA.MDB | 4/4/2003 8:50:30 AM | 4/4/2003 8:50:30 AM | | | -2147483648 | |
| Z-FCS LOGISTICS DATA.MDB | 4/4/2003 8:50:30 AM | 4/4/2003 8:50:30 AM | | | -2147483648 | |
| Z-FCS LOGISTICS DATA.MDB | 4/7/2003 2:38:47 PM | 4/4/2003 2:38:47 PM | | | -2147483648 | |
| Z-FCS LOGISTICS DATA.MDB | 4/9/2003 9:44:57 AM | 4/7/2003 9:44:57 AM | | | -2147483648 | |
| Z-Auxiliary Logistics Data.mdb | 4/11/2003 1:57:54 PM | 4/11/2003 1:57:54 PM | | | | |
| Z-Auxiliary Logistics Data.mdb | 4/3/2003 10:01:58 AM | 4/3/2003 10:01:58 AM | | | | |
| Z-Auxiliary Logistics Data.mdb | 6/17/2003 9:53:16 AM | 6/17/2003 9:53:16 AM | | | | |
| Z-Auxiliary Logistics Data.mdb | 6/17/2003 9:53:16 AM | 6/17/2003 9:53:16 AM | | | | |
| Z-Auxiliary Logistics Data.mdb | 6/17/2003 9:53:16 AM | 6/17/2003 9:53:16 AM | | | | |
| Z-Auxiliary Logistics Data.mdb | 6/17/2003 9:53:16 AM | 6/17/2003 9:53:16 AM | | | | |
| Z-Auxiliary Logistics Data.mdb | 6/17/2003 9:53:16 AM | 6/17/2003 9:53:16 AM | | | | |
| Z-Auxiliary Logistics Data.mdb | 6/17/2003 9:53:17 AM | 6/17/2003 9:53:17 AM | | | | |
| Z-Auxiliary Logistics Data.mdb | 6/17/2003 9:53:17 AM | 6/17/2003 9:53:17 AM | | | | |
| Z-Auxiliary Logistics Data.mdb | 6/17/2003 9:53:17 AM | 6/17/2003 9:53:17 AM | | | | |
| Z-Auxiliary Logistics Data.mdb | 6/27/2003 6:46:34 PM | 6/27/2003 6:46:34 PM | | | | |
| Z-Auxiliary Logistics Data.mdb | 4/3/2003 9:40:12 AM | 4/3/2003 9:40:12 AM | | | 251658241 | |
| Z-Auxiliary Logistics Data.mdb | 4/3/2003 9:40:12 AM | 4/3/2003 9:40:12 AM | | | 251658242 | |
| Z-Auxiliary Logistics Data.mdb | 4/3/2003 9:40:12 AM | 4/3/2003 9:40:12 AM | | | 251658243 | |
| Z-Auxiliary Logistics Data.mdb | 6/17/2003 9:53:17 AM | 6/17/2003 9:53:17 AM | | | 6 | |
| Z-Auxiliary Logistics Data.mdb | 4/3/2003 9:53:23 AM | 6/17/2003 9:53:23 AM | | | 5 | |
| Z-Auxiliary Logistics Data.mdb | 6/17/2003 9:53:17 AM | 6/17/2003 9:53:17 AM | | | 4 | |
| Z-Auxiliary Logistics Data.mdb | 4/3/2003 9:40:12 AM | 6/17/2003 9:53:23 AM | | | 3 | |
| Z-Auxiliary Logistics Data.mdb | 4/9/2003 9:40:12 AM | 4/9/2003 9:40:12 AM | | | 24 | |
| Z-Auxiliary Logistics Data.mdb | 4/9/2003 9:40:12 AM | 4/9/2003 9:40:12 AM | | | 20 | |

**Auxiliary Logistics Screens - Converted to HTML**

General | Summary | Statistics | Contents | Custom |

Created:     Thursday, April 03, 2003 9:40:12 AM
Modified:    Tuesday, July 01, 2003 7:36:14 PM
Accessed:    Tuesday, July 05, 2005 8:39:54 AM
Printed:

Last saved by:
Revision number:
Total editing time:

OK    Cancel

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
WAYNE BERRY vs HAWAIIAN EXPRESS SERVICE ET AL.
CIV NO CV03 00385 SOM LEK

Record: 1





EXHIBIT "B"





HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
WAYNE BERRY VS HAWAIIAN EXPRESS SERVICE ET AL
CIV NO CV03 00385 SOM LEK



EXHIBIT "C"