





**Exported Files**

FH. Data Screens
Microsoft Access Application

M...fied: 1/31/2003 8:48 PM
...des: (normal)
/.51 MB

| Name | Size | Type | Date |
|---|---|---|---|
| FCS EDI PO2 | 282 KB | Microsoft Access Application | 10/25/2001 6:26 PM |
| FCS EDI PO3 | 282 KB | Microsoft Access Application | 10/25/2001 6:26 PM |
| FCS EDI PO4 | 282 KB | Microsoft Access Application | 10/25/2001 6:26 PM |
| FCS EDI PO5 | 282 KB | Microsoft Access Application | 10/25/2001 6:26 PM |
| FCS EDI PO6 | 282 KB | Microsoft Access Application | 10/25/2001 6:26 PM |
| FCS EDI PO7 | 282 KB | Microsoft Access Application | 10/25/2001 6:26 PM |
| FCS EDI PO8 | 282 KB | Microsoft Access Application | 10/25/2001 6:26 PM |
| FCS EDI PO9 | 282 KB | Microsoft Access Application | 10/25/2001 6:26 PM |
| FCS Logistics Data Original | 194,098 KB | Microsoft Access Application | 3/2/2003 10:58 AM |
| FCS Logistics Data | 3,536 KB | Microsoft Access Application | 11/1/2001 11:28 AM |
| FCS Logistics Data1 | 2,624 KB | Microsoft Access Application | 11/1/2001 11:04 AM |
| FCS Logistics Data10 | 3,536 KB | Microsoft Access Application | 11/1/2001 11:28 AM |
| FCS Logistics Data11 | 2,266 KB | Microsoft Access Application | 10/26/2001 12:20 PM |
| FCS Logistics Data12 | 2,266 KB | Microsoft Access Application | 10/26/2001 12:20 PM |
| FCS Logistics Data13 | 2,266 KB | Microsoft Access Application | 10/26/2001 12:20 PM |
| FCS Logistics Data2 | 2,266 KB | Microsoft Access Application | 10/26/2001 12:20 PM |
| FCS Logistics Data3 | 2,266 KB | Microsoft Access Application | 10/26/2001 12:20 PM |
| FCS Logistics Data4 | 2,266 KB | Microsoft Access Application | 10/26/2001 12:20 PM |
| FCS Logistics Data5 | 3,536 KB | Microsoft Access Application | 11/1/2001 11:28 AM |
| FCS Logistics Data6 | 3,536 KB | Microsoft Access Application | 10/26/2001 12:20 PM |
| FCS Logistics Data7 | 2,266 KB | Microsoft Access Application | 11/1/2001 11:28 AM |
| FCS Logistics Data8 | 2,266 KB | Microsoft Access Application | 11/1/2001 11:28 AM |
| FCS Logistics Data9 | 3,536 KB | Microsoft Access Application | 10/26/2001 12:20 PM |
| FCS Logistics Screens 101001 | 3,990 KB | Microsoft Access Application | 10/26/2001 12:20 PM |
| FCS Logistics Screens 101001 | 9,744 KB | Microsoft Access Application | 4/4/2003 3:36 PM |
| FPNWIND | 324 KB | Microsoft Access Application | 1/31/2003 8:48 PM |
| GALLERY | 1,196 KB | Microsoft Access Application | 12/14/1998 6:34 PM |
| las | 212 KB | Microsoft Access Application | 5/4/1999 2:00 AM |
| las2 | 212 KB | Microsoft Access Application | 7/26/2000 4:00 AM |
| las1 | 212 KB | Microsoft Access Application | 7/26/2000 4:00 AM |
| las3 | 212 KB | Microsoft Access Application | 7/26/2000 4:00 AM |
| las4 | 212 KB | Microsoft Access Application | 7/26/2000 4:00 AM |
| las5 | 212 KB | Microsoft Access Application | 7/26/2000 4:00 AM |
| ICATALOG | 212 KB | Microsoft Access Application | 7/26/2000 4:00 AM |
| Images | 154 KB | Microsoft Access Application | 11/18/1997 1:00 AM |
| Meals | 816 KB | Microsoft Access Application | 2/24/2003 2:17 PM |
| Northwind | 482 KB | Microsoft Access Application | 7/15/1998 5:12 PM |
| NWCust | 1,510 KB | Microsoft Access Application | 7/11/1997 2:00 AM |
| | 92 KB | Microsoft Access Application | 3/9/1999 7:03 PM |

EXHIBIT "D"

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
WAYNE BERRY v. HAWAIIAN EXPRESS SERVICE ET AL
CIV NO CV03 00385 SOM LEK

**Microsoft Access - [MSysObjects : Table]**

File  Edit  View  Insert  Format  Records  Tools  Window  Help

| Connect | Database | DateCreate | DateUpdate | Flags | Foreign |
|---|---|---|---|---|---|
|  | ZVFHL Data.mdb | 1/31/2003 6:40:44 PM | 1/31/2003 6:40:44 PM | 2097152 | Common |
|  | ZVFHL Data.mdb | 1/31/2003 7:26:49 PM | 1/31/2003 7:26:49 PM | 2097152 | Common |
|  | ZVFHL Data.mdb | 1/31/2003 6:40:44 PM | 1/31/2003 6:40:44 PM | 2097152 | Common |
|  | ZVFHL Data.mdb | 1/31/2003 6:40:45 PM | 1/31/2003 6:40:45 PM | 2097152 | Common |
|  | ZVFHL Data.mdb | 1/31/2003 7:26:56 PM | 1/31/2003 7:26:56 PM | 2097152 | Common |
|  | ZVFCS Logistics Data.mdb | 12/29/2002 10:07:29 AM | 1/31/2003 6:40:45 PM | 2097152 | Copy of A |
|  | ZVFHL Data.mdb | 12/29/2002 10:07:29 AM | 12/29/2002 10:07:29 AM | 4194304 | Cost - Co |
|  | ZVFCS Logistics Data.mdb | 12/29/2002 10:07:33 AM | 12/29/2002 10:07:33 AM | 4194304 | Cost - Jo |
|  | ZVFHL Data.mdb | 1/31/2003 6:40:45 PM | 1/31/2003 6:40:45 PM | 2097152 | DT – Acc |
|  | ZVFHL Data.mdb | 1/31/2003 6:40:45 PM | 1/31/2003 6:40:45 PM | 2097152 | DT – Acc |
|  | ZVFHL Data.mdb | 1/31/2003 6:40:45 PM | 1/31/2003 6:40:45 PM | 2097152 | DT – Acc |
|  | ZVFHL Data.mdb | 1/31/2003 6:40:45 PM | 1/31/2003 6:40:45 PM | 2097152 | DT – Cont |
|  | ZVFHL Data.mdb | 12/29/2002 10:10:10 AM | 12/29/2002 10:10:10 AM | 32 | DT – Cont |
|  | ZVFHL Data.mdb | 12/29/2002 10:10:10 AM | 12/29/2002 10:10:10 AM | 48 |  |
|  | ZVFHL Data.mdb | 1/31/2003 6:40:45 PM | 1/31/2003 6:40:45 PM | 2097152 | DT – LTL |
|  | ZVFHL Data.mdb | 1/31/2003 6:40:45 PM | 1/31/2003 6:40:45 PM | 2097152 | DT – OB |
|  | ZVFCS Logistics Data.mdb | 12/29/2002 10:10:10 AM | 12/29/2002 10:10:10 AM | 0 |  |
|  | ZVFHL Data.mdb | 1/31/2003 6:40:45 PM | 1/31/2003 6:40:45 PM | 2097152 | DT – Con |
|  | ZVFCS Logistics Data.mdb | 12/29/2002 10:07:36 AM | 12/29/2002 10:07:36 AM | 0 |  |
|  | ZVFCS Logistics Data.mdb | 12/29/2002 10:07:33 AM | 12/29/2002 10:07:33 AM | 4194304 | DT – Out |
|  | ZVFHL Data.mdb | 12/29/2002 10:10:10 AM | 12/29/2002 10:10:10 AM | 48 |  |
|  | ZVFHL Data.mdb | 12/29/2002 10:10:10 AM | 12/29/2002 10:10:10 AM | 0 |  |
|  | ZVFCS Logistics Data.mdb | 12/29/2002 10:07:41 AM | 12/10/2002 1:56:19 PM | 2097152 | DT – Tota |
|  | ZVFCS Logistics Data.mdb | 12/29/2002 10:07:36 AM | 12/29/2002 10:10:10 AM | 0 |  |
|  | ZVFCS Logistics Data.mdb | 12/29/2002 10:07:41 AM | 12/10/2002 7:41:10 AM | 4194304 | Item - Cor |
|  | ZVFCS Logistics Data.mdb | 12/29/2002 10:07:44 AM | 12/29/2002 10:07:48 AM | 4194304 | Item - Job |
|  | ZVFHL Data.mdb | 12/29/2002 10:10:10 AM | 12/29/2002 10:10:10 AM | 128 | Item - Job |
|  | ZVFHL Data.mdb | 1/31/2003 7:26:56 PM | 1/31/2003 7:26:56 PM | 128 |  |
|  | ZVFHL Data.mdb | 1/31/2003 6:40:45 PM | 1/31/2003 6:40:45 PM | 2097152 | Logistics |
|  | ZVFCS Logistics Data.mdb | 1/31/2003 7:26:55 PM | 1/31/2003 7:26:55 PM | 0 | Logistics |
|  | ZVFCS Logistics Data.mdb | 1/31/2003 6:16:04 PM | 1/31/2003 6:16:04 PM | 0 |  |
|  | ZVFHL Data.mdb | 1/13/2002 10:56:05 AM | 12/13/2002 10:56:05 AM | 0 |  |
|  | ZVFHL Data.mdb | 1/31/2003 6:16:04 PM | 1/31/2003 6:16:04 PM | 0 |  |

Record:  14  ◄  186  ►  ►I  ►*  of  419





Crystal Reports

File   Edit   View   Favorites   Tools   Help

⇐ Back ▾ ⇒ ▾ 🗀 | 🔍Search 🗀Folders 🗐 | 🗗 🗗 🗙 ᔕ | ⊞▾

Crystal Reports

SIT Query
Crystal Reports

Mod: 7/3/2003 3:02 PM

Attributes: (normal)

7.5 KB

| Name △ | Modified | Type |
|---|---|---|
| Sales With OnDemand Sub24 | 2/3/2001 4:48 AM | 392 KB Crystal Reports |
| Sales With OnDemand Sub25 | 2/3/2001 4:48 AM | 392 KB Crystal Reports |
| Sep-Nov1 | 3/13/2003 11:33 AM | 580 KB Crystal Reports |
| Sep-Nov | 3/13/2003 11:33 AM | 580 KB Crystal Reports |
| SERVICE AGREEMENT | 8/2/2001 1:15 PM | 71 KB Crystal Reports |
| SERVICE AGREEMENT1 | 8/2/2001 1:16 PM | 71 KB Crystal Reports |
| SERVICE AGREEMENT2 | 8/2/2001 1:15 PM | 71 KB Crystal Reports |
| Short Pay - Forwarding Fee | 10/22/1996 4:11 AM | 64 KB Crystal Reports |
| Short Pay | 10/14/1996 8:15 AM | 40 KB Crystal Reports |
| SimpleLocation | 3/2/2001 3:09 PM | 12 KB Crystal Reports |
| SimpleLogOn | 2/4/1999 5:01 PM | 15 KB Crystal Reports |
| SimpleParameterFields | 7/13/1998 6:51 AM | 18 KB Crystal Reports |
| SimplePreviewReport | 9/26/1997 12:29 PM | 14 KB Crystal Reports |
| SimpleSelectionFormula | 9/23/1997 11:51 AM | 18 KB Crystal Reports |
| STT BILL OF LADING | 3/14/2003 9:55 AM | 98 KB Crystal Reports |
| STT BILL OF LADING1 | 3/28/2003 3:10 PM | 98 KB Crystal Reports |
| STT BILL OF LADING11 | 6/6/2003 4:54 PM | 103 KB Crystal Reports |
| STT BILL OF LADING12 | 5/27/2003 1:33 PM | 103 KB Crystal Reports |
| SIT Query | 7/3/2003 3:02 PM | 28 KB Crystal Reports |
| SIT Query1 | 6/10/2003 6:14 PM | 27 KB Crystal Reports |
| SL001 | 6/27/1996 4:48 PM | 19 KB Crystal Reports |
| SL0011 | 6/27/1996 4:48 PM | 19 KB Crystal Reports |
| Sort Multiple Field | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort Multiple Field1 | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort Multiple Field2 | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort Multiple Field3 | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort Multiple Field4 | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort Multiple Fields | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort1 | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort2 | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort3 | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort4 | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Sort5 | 2/3/2001 4:48 AM | 213 KB Crystal Reports |
| Special Reports | 3/13/2003 10:11 AM | 68 KB Crystal Reports |
| Special Reports1 | 3/13/2003 10:11 AM | 68 KB Crystal Reports |
| Subtotal Group | 2/3/2001 4:48 AM | 222 KB Crystal Reports |
| Subtotal Group1 | 2/3/2001 4:48 AM | 222 KB Crystal Reports |

Type: Crystal Report Object Size: 27.5 KB

27.5 KB    🖳 My Computer

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
WAYNE BERRY vs. HAWAIIAN EXPRESS SERVICE ET AL.
CIV NO CV03 00385 SOM LEK

EXHIBIT "E"





| Container ID | Container Number | Booking | Destination Port | Notify Party | Destination Receive Date |
|---|---|---|---|---|---|
| 48958 | TTNU935972-5 | 4777401 | Hilo | KONA TRANS | 7/4/03 |
| 48782 | | 6843790 | MAUI | TRI ISLE | 7/5/03 |
| 48802 | | 8963990 | MAUI | TRI ISLE | 7/5/03 |
| 48853 | | 4554490 | Honolulu | | 7/5/03 |
| 49108 | | 8449390 | MAUI | TRI ISLE | 7/5/03 |
| 49206 | | 8449390 | Hilo | TRI ISLE | 7/5/03 |
| 49330 | | | | KONA TRANS | 7/5/03 |
| 49400 | | 8903790 | KONA | KONA TRANS | 7/7/03 |
| 49423 | | 7963990 | MAUI | KONA TRANS | 7/5/03 |
| 49434 | | 5165486 | MAUI | TRI ISLE | 7/5/03 |
| 49481 | | 2489390 | Hilo | KONA TRANS | 7/5/03 |
| 49496 | | 8449390 | MAUI | KONA TRANS | 7/5/03 |
| 49497 | | | | KAUAI FREIGHT | 7/7/03 |
| 50028 | | | | TRI ISLE | 7/5/03 |
| 50098 | TRLU536844 | 9560290 | MAUI | TRI ISLE | 7/5/03 |
| 50217 | | | Hilo | KONA TRANS | 6/30/03 |
| 50218 | | | | | 6/30/03 |
| 50974 | MATU1245015 | 8846000 | KONA | KONA TRANS 26/16) | 6/30/03 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7/3/2003 13:01

Records: 57



**Crystal Reports**

File  Edit  View  Favorites  Tools  Help

Back ▼ → ▼ 🗀 | ◎ Search 📁 Folders ◎ | 🖫 🗙 ✕ | 🎫▼

**Crystal Reports**

Receiving Schedule4
Crystal Reports

vd: 7/4/2003 1:08 PM

Attributes: (normal)

2.5 KB

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
WAYNE BERRY VS HAWAIIAN EXPRESS SERVICE ET AL
CIV NO CV03 00385 SOM LEK

| Name | Modified | Size | Type |
|---|---|---|---|
| Dispatching - FCL1 | 7/2/2003 9:54 AM | 77 KB | Crystal Reports |
| HES Summary Charges1 | 7/2/2003 12:29 PM | 101 KB | Crystal Reports |
| HES Summary Charges2 | 7/2/2003 12:29 PM | 101 KB | Crystal Reports |
| HES Summary Charges | 7/2/2003 2:14 PM | 96 KB | Crystal Reports |
| BL - Tariff 601 | 7/2/2003 2:55 PM | 75 KB | Crystal Reports |
| Receiving Schedule14 | 7/2/2003 4:11 PM | 67 KB | Crystal Reports |
| Vessel-Voyage Manifest3 | 7/2/2003 4:30 PM | 100 KB | Crystal Reports |
| Vessel-Voyage Manifest6 | 7/2/2003 4:30 PM | 100 KB | Crystal Reports |
| Vessel-Voyage Manifest8 | 7/2/2003 4:30 PM | 100 KB | Crystal Reports |
| Vessel-Voyage Manifest | 7/2/2003 8:18 PM | 100 KB | Crystal Reports |
| HTC Schedule w Notes2 | 7/2/2003 12:16 PM | 73 KB | Crystal Reports |
| Vessel-Voyage Manifest2 | 7/2/2003 1:51 PM | 102 KB | Crystal Reports |
| Invoice ~ Prepaid by Order ID | 7/3/2003 1:51 PM | 95 KB | Crystal Reports |
| Invoice ~ Prepaid by Order ID1 | 7/3/2003 1:36 PM | 95 KB | Crystal Reports |
| Invoice ~ Prepaid by Order ID2 | 7/3/2003 1:36 PM | 99 KB | Crystal Reports |
| Invoice ~ Prepaid by Order ID3 | 7/3/2003 1:36 PM | 99 KB | Crystal Reports |
| AP Voucher1 | 7/3/2003 1:36 PM | 99 KB | Crystal Reports |
| AP Voucher4 | 7/3/2003 1:51 PM | 95 KB | Crystal Reports |
| AP Voucher6 | 7/3/2003 1:51 PM | 95 KB | Crystal Reports |
| AR Invoicing Review1 | 7/3/2003 1:53 PM | 95 KB | Crystal Reports |
| AR Invoicing Review5 | 7/3/2003 1:53 PM | 75 KB | Crystal Reports |
| AR Invoicing Review7 | 7/3/2003 1:53 PM | 75 KB | Crystal Reports |
| AR Invoicing Worksheet1 | 7/3/2003 1:53 PM | 75 KB | Crystal Reports |
| AR Invoicing Worksheet5 | 7/3/2003 1:54 PM | 81 KB | Crystal Reports |
| AR Invoicing Worksheet7 | 7/3/2003 1:54 PM | 81 KB | Crystal Reports |
| Invoice ~ Internal1 | 7/3/2003 1:54 PM | 81 KB | Crystal Reports |
| Invoice ~ Internal4 | 7/3/2003 1:57 PM | 103 KB | Crystal Reports |
| Invoice ~ Internal6 | 7/3/2003 1:57 PM | 103 KB | Crystal Reports |
| Invoice ~ KMart | 7/3/2003 2:01 PM | 103 KB | Crystal Reports |
| Invoice ~ KMart2 | 7/3/2003 2:01 PM | 104 KB | Crystal Reports |
| Invoice ~ KMart3 | 7/3/2003 2:01 PM | 104 KB | Crystal Reports |
| Invoice ~ Prepaid | 7/3/2003 2:01 PM | 106 KB | Crystal Reports |
| Invoice ~ Prepaid2 | 7/3/2003 2:01 PM | 106 KB | Crystal Reports |
| Invoice ~ Prepaid3 | 7/3/2003 3:02 PM | 106 KB | Crystal Reports |
| STT Query | 7/3/2003 4:22 PM | 28 KB | Crystal Reports |
| Vessel-Voyage Manifest11 | 7/3/2003 6:01 PM | 101 KB | Crystal Reports |
| BL - STT1 | 7/3/2003 | 73 KB | Crystal Reports |
| HTC Schedule w Notes | 7/4/2003 11:32 AM | 73 KB | Crystal Reports |
| Receiving Schedule4 | 7/4/2003 1:08 PM | 63 KB | Crystal Reports |

Type: Crystal Reports  Size: 62.5 KB

62.5 KB    🖳 My Computer

EXHIBIT "F"



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
MARINE BERRY vs HAWAIIAN EXPRESS SERVICE ET AL
CIV NO CV03 00385 SOM LEK



HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY
WAYNE DERBY VS HAWAIIAN EXPRESS SERVICE ET AL
CIV NO CV03 00385 SOM LEK



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
HAWAIIAN EXPRESS SERVICE ET AL
CIV NO. CV03 00385 SOM/LEK



| Name | Modified | Size | Type |
|---|---|---|---|
| Arrival Notice Fleming - 0699 | 8/5/1999 5:13 AM | 86 KB | Crystal Reports |
| Arrival Notice Fleming - Collect | 7/20/2001 1:49 PM | 85 KB | Crystal Reports |
| Arrival Notice Fleming - Collect1 | 4/28/2002 9:04 AM | 87 KB | Crystal Reports |
| AUDITPROFITLOSS31400 | 3/17/1999 3:42 PM | 225 KB | Crystal Reports |
| AUDITPROFITLOSS31400 | 3/17/1999 3:42 PM | 225 KB | Crystal Reports |
| AUDITPROFITLOSS314001 | 3/17/1999 3:42 PM | 225 KB | Crystal Reports |
| AUDITPROFITLOSS314002 | 11/26/1999 11:10 AM | 64 KB | Crystal Reports |
| Auto Bll | 3/21/2003 11:05 AM | 78 KB | Crystal Reports |
| Auto Bll1 | 3/21/2003 11:05 AM | 78 KB | Crystal Reports |
| Auto Bll10 | 3/31/2003 1:40 PM | 79 KB | Crystal Reports |
| Auto Bll11 | 8/27/2002 5:09 PM | 78 KB | Crystal Reports |
| Auto Bll12 | 5/19/2003 6:42 PM | 78 KB | Crystal Reports |
| Auto Bll13 | 6/7/2003 5:31 PM | 49 KB | Crystal Reports |
| Auto Bll14 | 6/24/2003 9:39 PM | 47 KB | Crystal Reports |
| Auto Bll15 | 6/11/2003 4:23 PM | 49 KB | Crystal Reports |
| Auto Bll16 | 6/11/2003 4:23 PM | 51 KB | Crystal Reports |
| Auto Bll17 | 8/27/2002 5:09 PM | 67 KB | Crystal Reports |
| Auto Bll18 | 8/27/2002 5:09 PM | 67 KB | Crystal Reports |
| Auto Bll2 | 3/31/2003 1:40 PM | 79 KB | Crystal Reports |
| Auto Bll3 | 6/8/2003 6:40 PM | 48 KB | Crystal Reports |
| Auto Bll4 | 6/11/2003 4:23 PM | 51 KB | Crystal Reports |
| Auto Bll5 | 8/20/2003 5:25 PM | 77 KB | Crystal Reports |
| Auto Bll6 | 3/31/2003 1:40 PM | 79 KB | Crystal Reports |
| Auto Bll7 | 6/7/2003 5:31 PM | 49 KB | Crystal Reports |
| Auto Bll8 | 6/18/2003 3:41 PM | 47 KB | Crystal Reports |
| Auto Bll9 | 9/11/2002 6:20 PM | 77 KB | Crystal Reports |
| Autobll | 1/15/2003 9:05 AM | 77 KB | Crystal Reports |
| Autobll1 | 3/27/2003 12:14 PM | 79 KB | Crystal Reports |
| AWOH1_Jan-Aug02 | 3/13/2003 11:37 AM | 673 KB | Crystal Reports |
| AWOH1_Jan-Aug021 | 3/13/2003 11:37 AM | 673 KB | Crystal Reports |
| AWS Report 31000 | 5/1/2000 12:52 PM | 203 KB | Crystal Reports |
| Backhaul Prepaids | 5/19/2003 6:07 PM | 50 KB | Crystal Reports |
| Backhaul Prepaids1 | 4/21/2003 10:14 AM | 66 KB | Crystal Reports |
| backhaul | 2/5/2002 7:52 PM | 83 KB | Crystal Reports |
| backhaul1 | 2/5/2002 7:52 PM | 83 KB | Crystal Reports |
| Balance Sheet | 2/3/2001 4:48 AM | 332 KB | Crystal Reports |
| Balance Sheet1 | 2/3/2001 4:48 AM | 332 KB | Crystal Reports |
| Balance Sheet2 | 2/3/2001 4:48 AM | 332 KB | Crystal Reports |
| Balance Sheet3 | 2/3/2001 4:48 AM | 332 KB | Crystal Reports |

Crystal Reports

Auto Bll14
Crystal Reports

Modified: 6/24/2003 9:39 PM

Attributes: (normal)

47.0 KB

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
WAYNE BERRY vs HAWAIIAN EXPRESS ETC.
CIV NO CV03 00385 SOM LEK

EXHIBIT "G"



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
WAYNE BERRY V/S HAWAIIAN EXPRESS SERVICE ET AL
CIV NO CV03 00385 SOM LEK



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
WAYNE BERRY VS HAWAIIAN EXPRESS SERVICE ET AL
CIV NO CV03-00385 SOM LEK