# EXHIBIT M

WebVoyage Record View 1                                        Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 82 of 96 entries



*Freight control system.*

            **Type of Work:** Computer File
**Registration Number / Date:** TX0005079445 / 1999-10-19
                    **Title:** Freight control system.
         **Description:** Computer program.
                  **Notes:** Printout only deposited.
    **Copyright Claimant:** Wayne Foster Berry, 1955-
       **Date of Creation:** 1993
  **Date of Publication:** 1993-11-27
                  **Names:** Berry, Wayne Foster, 1955-



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 1 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=82&ti=76,82&Search%5FArg=berry%...  8/29/2007

WebVoyage Record View 1 	Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 90 of 96 entries



*Prepaid vendor invoice definition for Crystal reports.txt : Crystal report...*

**Type of Work:** Computer File
**Registration Number / Date:** TX0005268865 / 2001-05-21
**Title:** Prepaid vendor invoice definition for Crystal reports.txt : Crystal report professional v 6.0 (32-bit)--report definition.
**Description:** Computer program.
**Notes:** Printout only deposited.
**Copyright Claimant:** Wayne Foster Berry, 1955-
**Date of Creation:** 1999
**Date of Publication:** 1999-08-15
**Copyright Note:** C.O. correspondence.
**Other Title:** Crystal report professional v6.0 (32-bit)--report definition
**Names:** Berry, Wayne Foster, 1955-



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 2 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=90&ti=76,90&Search%5FArg=berry%...  8/29/2007

WebVoyage Record View 1            Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 72 of 96 entries



*FCS1993 SQL export queries (used to export and translate freight control...*

       **Type of Work:** Computer File
**Registration Number / Date:** TXu001277726 / 2006-03-24
           **Title:** FCS1993 SQL export queries (used to export and translate freight control system data, database structures and data organization to text, CSV, XLS and MDB file formats)
   **Description:** Computer progam.
        **Notes:** Printout only deposited.
**Copyright Claimant:** Wayne Berry, 1955-
 **Date of Creation:** 1999
     **Variant title:** FCS1993 SQL export queries (used to export and translate freight control system data
         **Names:** Berry, Wayne, 1955-



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 3 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=72&ti=51,72&Search%5FArg=berry%... 8/29/2007

WebVoyage Record View 1 Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 73 of 96 entries



*FCS1993, terminal reporting system, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302622 / 2006-05-03
**Title:** FCS1993, terminal reporting system, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** on computer program; Wayne Berry, 1955-
**Date of Creation:** 1998
**Names:** Berry, Wayne, 1955-



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 4 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=73&ti=51,73&Search%5FArg=berry%...  8/29/2007

WebVoyage Record View 1                                                                 Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 65 of 96 entries



Labeled View

*FCS1993, crystal report, pallet tags, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302623 / 2006-05-03
**Title:** FCS1993, crystal report, pallet tags, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** on computer program; Wayne Berry, 1955-
**Date of Creation:** 1997
**Names:** Berry, Wayne, 1955-



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 5 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=65&ti=51,65&Search%5FArg=berry%...    8/29/2007

WebVoyage Record View 1

Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 67 of 96 entries



*FCS1993, crystal report, receiving report, version 1.0.*

        **Type of Work:** Computer File
**Registration Number / Date:** TXu001302624 / 2006-05-03
              **Title:** FCS1993, crystal report, receiving report, version 1.0.
            **Notes:** Cataloged from appl. only.
**Copyright Claimant:** on computer program; Wayne Berry, 1955-
    **Date of Creation:** 1998
           **Names:** Berry, Wayne, 1955-



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 6 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=67&ti=51,67&Search%5FArg=berry%... 8/29/2007

WebVoyage Record View 1    Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 66 of 96 entries



*FCS1993, crystal report, profitability report, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302625 / 2006-05-03
**Title:** FCS1993, crystal report, profitability report, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** on computer program; Wayne Berry, 1955-
**Date of Creation:** 1998
**Names:** Berry, Wayne, 1955-



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 7 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=66&ti=51,66&Search%5FArg=berry%...  8/29/2007

WebVoyage Record View 1                                                                 Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 71 of 96 entries



*FCS1993, EDI 875 PO database program, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302626 / 2006-05-03
**Title:** FCS1993, EDI 875 PO database program, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** on computer program; Wayne Berry, 1955-
**Date of Creation:** 2993
**Names:** Berry, Wayne, 1955-



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 8 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=71&ti=51,71&Search%5FArg=berry%...    8/29/2007

WebVoyage Record View 1                                        Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 59 of 96 entries



Labeled View

*FCS1993, container inventory database program, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001302627 / 2006-05-03
**Title:** FCS1993, container inventory database program, version 1.0.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 2993
**Names:** Berry, Wayne, 1955-



| Save, Print and Email (Help Page) ||
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 9 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=59&ti=51,59&Search%5FArg=berry%...   8/29/2007

WebVoyage Record View 1                                                                 Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 61 of 96 entries



*FCS1993 crystal report, daily transportation schedule, version 1.0.*

             **Type of Work:** Computer File
**Registration Number / Date:** TXu001340295 / 2006-03-24
                     **Title:** FCS1993 crystal report, daily transportation schedule, version 1.0.
                    **Notes:** Cataloged from appl. only.
                               Computer program.
    **Copyright Claimant:** Wayne Berry, 1955-
       **Date of Creation:** 1998
        **Copyright Note:** C.O. correspondence.
                     **Names:** Berry, Wayne, 1955-



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 10 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=61&ti=51,61&Search%5FArg=berry%...    8/29/2007

WebVoyage Record View 1 — Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 68 of 96 entries



*FCS1993 crystal report, sailing chart, version 1.0.*

        **Type of Work:** Computer File
**Registration Number / Date:** TXu001340296 / 2006-03-24
                **Title:** FCS1993 crystal report, sailing chart, version 1.0.
             **Notes:** Cataloged from appl. only.
                      Computer program.
  **Copyright Claimant:** Wayne Berry, 1955-
     **Date of Creation:** 1996
      **Copyright Note:** C.O. correspondence. .
            **Names:** Berry, Wayne, 1955-



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=68&ti=51,68&Search%5FArg=berry%...   8/29/2007

WebVoyage Record View 1            Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 69 of 96 entries



*FCS1993 crystal report, trucking (FTL) version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340297 / 2006-03-24
**Title:** FCS1993 crystal report, trucking (FTL) version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1998
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 12 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=69&ti=51,69&Search%5FArg=berry%...    8/29/2007

WebVoyage Record View 1             Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 70 of 96 entries



*FCS1993 crystal report, trucking (LTL) version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340298 / 2006-03-24
**Title:** FCS1993 crystal report, trucking (LTL) version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1998
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 13 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=70&ti=51,70&Search%5FArg=berry%...    8/29/2007

WebVoyage Record View 1  

Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)  
Search Request: Left Anchored Name = berry wayne  
Search Results: Displaying 64 of 96 entries



*FCS1993 crystal report, load plan, version 1.0.*

**Type of Work:** Computer File  
**Registration Number / Date:** TXu001340299 / 2006-03-24  
**Title:** FCS1993 crystal report, load plan, version 1.0.  
**Notes:** Cataloged from appl. only.  
Computer program.  
**Copyright Claimant:** Wayne Berry, 1955-  
**Date of Creation:** 1996  
**Copyright Note:** C.O. correspondence.  
**Names:** Berry, Wayne, 1955-



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=64&ti=51,64&Search%5FArg=berry%...    8/29/2007

WebVoyage Record View 1

Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 62 of 96 entries



*FCS1993 crystal report, equipment planning, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340300 / 2006-03-24
**Title:** FCS1993 crystal report, equipment planning, version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1998
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 15 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=62&ti=51,62&Search%5FArg=berry%...  8/29/2007

WebVoyage Record View 1

Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 63 of 96 entries



*FCS1993 crystal report, inbound container dock schedule, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340301 / 2006-03-24
**Title:** FCS1993 crystal report, inbound container dock schedule, version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1998
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 16 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=63&ti=51,63&Search%5FArg=berry%...   8/29/2007

WebVoyage Record View 1   Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = berry wayne
Search Results: Displaying 60 of 96 entries



*FCS1993 crystal report, arrival notice, version 1.0.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001340302 / 2006-03-24
**Title:** FCS1993 crystal report, arrival notice, version 1.0.
**Notes:** Cataloged from appl. only.
Computer program.
**Copyright Claimant:** Wayne Berry, 1955-
**Date of Creation:** 1996
**Copyright Note:** C.O. correspondence.
**Names:** Berry, Wayne, 1955-



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Page 17 of 17

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=60&ti=51,60&Search%5FArg=berry%...   8/29/2007