


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2008

**Timothy J. Hogan**
Attorney at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Telephone (808) 382-3698
Facsimile (808) 356-1682
Email tjh@timhogan.com

February 6, 2008

VIA FAX to (212) 805-6390

Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
Room 2210
New York, New York 10007

Re:  Wayne Berry v. Deutsche Bank Trust Co. Americas et al.,
     Civ. No. 07-cv-7634 (WHP) - February 13, 2008 Status Conference

Dear Judge Pauley:

I represent the Plaintiff Wayne Berry and am an attorney licensed and residing in Honolulu, Hawaii. I have been admitted to this Court *pro hac vice*.

I respectfully request that the Court permit me to attend the February 13, 2007 Status Conference telephonically at 12:00 Noon E.S.T.

Respectfully submitted,

Timothy J. Hogan

cc:  Counsel via email

*Application granted.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/11/2008