UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,<br><br>    Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Wayne Berry, Defendant Core-Mark Holdings Inc., specially appearing for the limited purpose of executing this Stipulation of Voluntary Dismissal, and all other Defendants who have appeared in this case hereby stipulate and agree that Plaintiff voluntarily dismisses Core-Mark Holdings Inc. without prejudice. Each party shall bear its own costs and fees.

DATED:  February 21, 2008

        By: /s/ Timothy J. Hogan
        TIMOTHY J. HOGAN
        1050 Bishop Street, Number 433
        Honolulu, Hawaii  96813
        Telephone:     (808) 382-3698
        Facsimile:       (808) 356-1682
        Email:  tjh@timhogan.com

        Counsel for Plaintiff Wayne Berry

        By: /s/ Erin N. Brady
        KIRKLAND & ELLIS LLP
        Michael E. Baumann
        Erin N. Brady
        777 South Figueroa Street
        Los Angeles, California  90017
        Telephone:     (213) 680-8400
        Facsimile:       (213) 680-8500
        E-mail:  ebrady@kirkland.com

        Counsel for Defendant Core-Mark Holding, Inc.,
        Specially Appearing for the Limited Purpose of
        Executing This Stipulation of Voluntary Dismissal

        By: /s/ Erin N. Brady
        KIRKLAND & ELLIS LLP
        Michael E. Baumann
        Erin N. Brady
        777 South Figueroa Street
        Los Angeles, California  90017
        Telephone:     (213) 680-8400
        Facsimile:       (213) 680-8500
        E-mail:  ebrady@kirkland.com

        Counsel for Defendants Fleming Post-
        Confirmation Trust, Robert Kors, Deutsche Bank
        Trust Companies America and JP Morgan Chase
        Bank

        By: /s/ Christopher May Mason
        NIXON PEABODY LLP
        Christopher May Mason
        437 Madison Avenue
        New York, New York 10022
        Telephone:     (212) 940-3000
        Facsimile:       (212) 940-3111
        E-mail:  cmason@nixonpeabody.com

        Counsel for Defendant C&S Wholesale Grocers,
        Inc.

By: /s/ Robert Penchina
LEVINE, SULLIVAN, KOCH & SCHULZ, LLP
Robert Penchina
321 West 44th Street, Suite 510
New York, New York  10036
Telephone:    (212) 850-6100
Facsimile:     (212) 850-6299
E-mail:  rpenchina@lskslaw.com

Counsel for Defendant General Electric Capital Corporation