UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     x

| | | |
|---|---|---|
| WAYNE BERRY, | : | 01:07 CV 7634 WHP |
| Plaintiff, | : | Judge William H. Pauley III |
| | : | ECF Case |
| vs. | | |
| | : | |
| DEUTSCHE BANK TRUST COMPANY | : | DECLARATION F TIMOTHY J. |
| AMERICAS (f.a. BANKERS TRUST COMPANY) | . | HOGAN IN SUPPORT OF |
| and JP MORGAN CHASE BANK, in their separate | : | PLAINTIFF WAYNE BERRY'S |
| capacities and as agents for the pre- and post-petition | : | REQUEST FOR JUDICIAL |
| lenders of Fleming Companies, Inc.; GENERAL | . | NOTICE IN SUPPORT OF HIS |
| ELECTRIC CAPITAL CORPORATION; C&S | | MEMORANDA IN |
| WHOLESALE GROCERS, INC.; THE POST- | : | OPPOSITION TO C&S |
| CONFIRMATION TRUST OF FLEMING | . | WHOLESALE GROCERS, |
| COMPANIES, INC.; ROBERT KORS; CORE-MARK | : | INC'S MOTION TO DISMISS |
| HOLDINGS INC. and DOES 1 to 200. | . | SECOND AMENDED |
| | | COMPLAINT ; EXHIBITS "1" |
| | | TO 17 |

Relates to Docket Entry No. 34.

| | | |
|---|---|---|
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     x

DECLARATION F TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WAYNE BERRY'S
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MEMORANDA IN OPPOSITION
TO C&S WHOLESALE GROCERS, INC'S MOTION TO DISMISS SECOND AMENDED
COMPLAINT ; EXHIBITS "1" TO 17

TIMOTHY J. HOGAN (Hawaii Bar No. 5312)
Attorney for Plaintiff WAYNE BERRY
Admitted *Pro Hac Vice*

1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Tel.  (808) 382-3698
Fax.  (808) 356-1682
Email tjh@timhogan.com

DECLARATION OF TIMOTHY J. HOGAN

I, Timothy J. Hogan, an am attorney licensed to practice before all the courts of the state

of Hawaii and am admitted to practice before this court, pro hac vice, and  hereby declare under

penalty of perjury that the following is true and accurate to the best of my knowledge and belief.

If called upon to testify regarding the matters contained herein, I am competent and willing to do

so.   These materials are submitted for consideration and taking of judicial notice in regard to the

motions Dismiss filed by C&S Wholesale Grocers, Inc. on December 21, 2007, and to meet the

Declaration of Lex Smith.

1.      Attached hereto as Exhibit "1" is a true and correct copy of the Second Amended

Complaint ("SAC") filed herein on December 21, 2007 as Docket Number 26. Exhibits are

intentionally omitted.

2.      Attached hereto as Exhibit "2" is a true and correct copy of the Special Jury

Verdict filed in *Wayne Berry v. Fleming Companies, Inc*., 01-CV-00446 SPK LEK (D.Hawaii),

on March 6, 2003.

3.      Attached hereto as Exhibit "3" is a true and correct copy of the initial Complaint

filed in *Wayne Berry v. Hawaiian Express Service, Inc. et al.*, 03-CV-00385-SOM-LEK (D.

Hawaii on July 22, 2003.

4.      Attached hereto as Exhibit "4" is a true and correct copy of an order filed in

Fleming Companies, Inc. v. Wayne Berry, Adv. No. 03-54809(MFW),  *In re Fleming*

*Companies, Inc*., Bk. No. 03-10945(MFW) (Bankr. Del.) in which the Delaware Bankruptcy

Court denied the request for an injunction *sua sponte* dated August 8, 2003.

5.      Attached hereto as Exhibit "5" is a true and correct copy of the First Amended

Complaint filed in *Wayne Berry v. Hawaiian Express Service, Inc. et. al*, CV 03-00385

SOM-LEK (D. Hawaii) on August 13, 2003.

6.      Attached hereto as Exhibit "6" is true and correct copy of an Exhibit that served

upon me at the Fleming Companies, Inc. Bankruptcy Plan Confirmation Hearing in the United

States Bankruptcy Court for the District of Delaware, on July 24, 2004. This document was

admitted as part of the record of the Fleming Confirmation Hearing.

7.      Attached hereto as Exhibit "7" is a true and correct copy of the Joint Motion of

Fleming Companies, Inc. and the Pre-Petition Agents for Authorization Pursuant to Sections 363

and 105 of the Bankruptcy Code, to Pay Amounts to the Pre-Petition Agents on Behalf of the

Pre-Petition Lenders, filed on October 10, 2003, in *In re Fleming Companies, Inc.*, Bk. No. 03-

10945(MFW) (Bankr. Del.) as Docket Number 4011.

8.      Attached hereto as Exhibit "8" is a true and correct copy of an order entered in the

Fleming bankruptcy granting Mr. Berry relief from the Automatic Stay. This order was entered

on July 24, 2004, prior to the entry of the Order Confirming the Official Committee of

Unsecured Creditors Third Amended and Revised Joint Plan of Reorganization of Fleming

Companies, Inc. and its Filing Subsidiaries under Chapter 11 of the Bankruptcy Code, filed in *In*

*re Fleming Companies, Inc.*, Bk. No. 03-10945(MFW) (Bankr. Del.) as Docket Number 9044.

9.      Attached hereto as Exhibit "9" is a true and correct copy of Plaintiff's Trial

Exhibit "53" admitted into evidence on February 25, 2003, in *Wayne Berry v. Fleming*

*Companies, Inc.*, 01-CV-00446 SPK LEK (D. Hawaii) as set forth in the Hawaii District Court's

Docket entry Number 189.

10.     Attached hereto as Exhibit "10" is a true and correct copy of Plaintiff's Trial

Exhibit "52" admitted into evidence on February 25, 2003, in *Wayne Berry v. Fleming Companies, Inc*., 01-CV-00446 SPK LEK (D. Hawaii) as set forth in the Hawaii District Court's Docket entry Number 189.

11.    Attached hereto as Exhibit "11" is a true and correct copy of the December 27, 2004, Order Denying Fleming's Renewed Motion for Judgment as a Matter of Law Pursuant to 17 U.S.C. 117, filed on March 20, 2003; Fleming's Renewed Motion for Judgment as a Matter of Law that the 'End User License Agreement' is Unenforceable Against Fleming, filed on March 20, 2003; Berry's Motion for Entry of Permanent Injunction, filed March 20, 2003 all renewed on September 17, 2004 filed in *Wayne Berry v. Fleming Companies, Inc*., 01-CV-00446 SPK LEK (D. Hawaii) on December 27, 2004.

12.    Attached hereto as Exhibit "12"is a true and correct copy of Fleming PCT's Reply Brief filed in the appeal of the First Hawaii Case, 9th Circuit Docket Numbers 05-15223 and 0515347 on August 19, 2005, related to the appeal of the judgment in the First Hawaii Case.

13.    Attached hereto as Exhibit "13" is a true and correct copy of the Memorandum Opinion Dated July 5, 2007, the Court of Appeals for the Ninth Circuit that also appears as *Berry v. Fleming Companies, Inc*., 243 Fed. Appx. 260, 262, 2007 WL 1062946  (9th Cir. (Hawaii,2007).

14.    Attached hereto as Exhibit "14" is a true and correct copy of the District Court's Order Denying Plaintiff's Motion for a Permanent Injunction in *Berry v. Hawaiian Express Service, Inc*., et al., 2006 WL 618894, (March 9, 2006, D. Hawaii).

15.    Attached hereto as Exhibit "15" is a true and correct copy the June 27, 2005 Order Granting in *Wayne Berry v. Hawaiian Express Service, Inc. et. al*, CV 03-00385

SOM-LEK (D.  Hawaii).

16.     Attached hereto as Exhibit "16" is a true and correct  copy of  a letter I received

from the office of the General Counsel, Sears Holdings Corp. Dated January 17, 2008 that

responded to an inquiry made regarding Kmart's use of Berry Technology.

17.     Attached hereto as Exhibit "17" is a true and correct copy of an email thread that

relates to my question regarding the statement in the January 17, 2008 letter that identified Lex

Smith's authority to speak for C&S on Berry infringement matters.

Executed at Honolulu, Hawaii, February 25, 2008.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN