# Exhibit 2

ORIGINAL

MAR 6 2002

at _____ o'clock and _____ min _____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, | ) CIVIL NO. 01 00446 SPK LEK |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FLEMING COMPANIES, INC., aka | ) SPECIAL VERDICT FORM |
| FLEMING FOODS, INC., aka | ) |
| FLEMING, | ) |
| DOE INDIVIDUALS 1-50 AND | ) |
| DOE PARTNERSHIPS, | ) |
| CORPORATIONS AND OTHER | ) |
| ENTITIES 1-20, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

SPECIAL VERDICT FORM

A.   FREIGHT CONTROL SYSTEM SOFTWARE

1.   Has Plaintiff Wayne Berry proven by a preponderance of the evidence
that he is the owner of the copyright to the Freight Control software
attached to Exhibit 221?

Yes  X            No _____

If "YES" go to next question.
If "NO", skip to section B.

1

2.     Did Fleming Companies, Inc. prove by a preponderance of the
       evidence that it has a valid license for the use of the Freight Control
       software.

       Yes _X_                              No _____

       If "YES" go to next question.
       If "NO" go to question 4.

3.     Did Wayne Berry prove by a preponderance of the evidence that
       Fleming made unauthorized changes to the Freight Control software.

       Yes _X_                              No _____

       If "NO" skip to section B.
       If "YES" go to next question.

4.     Was the infringement of the Freight Control software copyright
       willful?

       Yes _X_                              No _____

       Go to the next question.

5.     What amount of damages is Wayne Berry entitled to for the
       infringement of Freight Control System software?

       _$ 99,250.00_

2

B.     CRYSTAL REPORTS SOFTWARE

1.     Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the Crystal Reports software attached to Exhibit 222?

Yes ___X___             No _____

If "NO", skip to section C.
If "YES" go to next question.

2.     Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the Crystal Reports software.

Yes ___X___             No _____

If "YES" go to next question.
If "NO" go to question 4.

3.     Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the Crystal Reports software.

Yes _____             No ___X___

If "NO" skip to section C.
If "YES" go to next question.

4.     Was the infringement of the Crystal Reports software copyright willful?

Yes _____             No _____

Go to the next question.

5.    What amount of damages is Wayne Berry entitled to for the infringement of Crystal Reports software?

_____

C.    FLEMINGPO.EXE SOFTWARE

1.    Has Plaintiff Wayne Berry proven by a preponderance of the evidence that he is the owner of the copyright to the FlemingPO.exe software attached to Exhibit 223?

Yes _X_                    No _____

If "YES" go to next question.
If "NO", skip to the end.

2.    Did Fleming Companies, Inc. prove by a preponderance of the evidence that it has a valid license for the use of the FlemingPO.exe software.

Yes _X_                    No _____

If "YES" go to next question.
If "NO" go to question 4.

3.    Did Wayne Berry prove by a preponderance of the evidence that Fleming made unauthorized changes to the FlemingPO.exe software.

Yes _____                  No _X_

If "NO" skip to the end.
If "YES" go to next question.

4

4. Was the infringement of the FlemingPO.exe software copyright willful?

Yes _____                          No _____

Go to the next question.

5. What amount of damages is Wayne Berry entitled to for the infringement of FlemingPO.exe software?

_____

Please sign and date this Special Verdict Form.

_____          _____
Jury Foreperson

_____          Carol Ho Akimoto
                                   _____

_____          _____

_____          _____

                                   Date
                                   3/6/03

5