# Exhibit 17

# Tim Hogan

**From:** Cooper, Vanessa [VCOOPE1@searshc.com]
**Sent:** Monday, January 28, 2008 5:13 AM
**To:** Tim Hogan; Devlin, Linda
**Subject:** RE: Wayne Berry - Copyright Infringement Claim

Mr. Brian Christensen, bchriste@cswg.com informed us that Lex Smith would be in touch.

Thanks

Vanessa J. Cooper
Assistant General Counsel - Intellectual Property
Sears Holdings
3333 Beverly Road, B6-262B
Hoffman Estates, IL 60179
Phone: (847) 286-1435
Fax: (847) 286-3379
E-Mail: vcoope1@searshc.com
****************************************************************

This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

>-----Original Message-----
>**From:** Tim Hogan [mailto:tjh@timhogan.com]
>**Sent:** Saturday, January 26, 2008 1:51 PM
>**To:** Tim Hogan; Devlin, Linda
>**Cc:** Cooper, Vanessa
>**Subject:** RE: Wayne Berry - Copyright Infringement Claim
>
>
>Dear Ms. Cooper:
>
>Sorry my spell checker seems to have gone missing. What I meant to say is that I have not heard from Lex Smith. Can you please advise me who at C&S said that Lex Smith was the one who would respond on C&S's behalf so I may follow up.
>
>Thanks and sorry in advance.
>
>Tim Hogan
>
>
>_____
>**Timothy J. Hogan**
>Attorney at Law
>1050 Bishop Street, No. 433
>Honolulu, Hawaii 96813
>Tel    (808) 382-3698
>Fax.   (808) 356-1682
>Email   tjh@timhogan.com
>www    timhogan.com

NOTICE: This email may contain confidential information that may be subject to privilege. If you are not the intended recipient or received this message in error, please do not make any copies, contact the sender at tjh@timhogan.com and delete the message immediately.

**From:** Tim Hogan
**Sent:** Saturday, January 26, 2008 9:45 AM
**To:** Devlin, Linda
**Cc:** Cooper, Vanessa
**Subject:** RE: Wayne Berry - Copyright Infringement Claim

Dear Ms. Cooper:

I have not heard from Lex Smith. Can you please advise me who at C&S sais the Lex Smith was the one who would respond so I may follow up.

Thanks in advance.

Tim Hogan

_____
**Timothy J. Hogan**
Attorney at Law
1050 Bishop Street, No. 433
Honolulu, Hawaii  96813
Tel     (808) 382-3698
Fax.    (808) 356-1682
Email    tjh@timhogan.com
www     timhogan.com

NOTICE: This email may contain confidential information that may be subject to privilege. If you are not the intended recipient or received this message in error, please do not make any copies, contact the sender at tjh@timhogan.com and delete the message immediately.

**From:** Devlin, Linda [mailto:ldevli1@searshc.com]
**Sent:** Thursday, January 17, 2008 11:34 AM
**To:** Tim Hogan
**Cc:** Cooper, Vanessa
**Subject:** Wayne Berry - Copyright Infringement Claim

Please see attached.