UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| WAYNE BERRY, | : | 01:07 CV 7634 WHP |
| Plaintiff, | : | Judge William H. Pauley III |
| | : | ECF Case |
| vs. | | |
| | : | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS (f.a. BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK, in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200. | : : : : : : : : | DECLARATION F TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WAYNE BERRY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MEMORANDA IN OPPOSITION PLAINTIFF WAYNE BERRY'S MEMORANDUM IN OPPOSITION TO DEFENDANT GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION TO DISMISS; EXHIBITS "1" TO "3" |
| | | Relates to Docket Entry No. 29 |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DECLARATION F TIMOTHY J. HOGAN IN SUPPORT OF PLAINTIFF WAYNE BERRY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MEMORANDA IN OPPOSITION PLAINTIFF WAYNE BERRY'S MEMORANDUM IN OPPOSITION TO DEFENDANT GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION TO DISMISS; EXHIBITS "1" TO "3"

TIMOTHY J. HOGAN (Hawaii Bar No. 5312)
Attorney for Plaintiff WAYNE BERRY
Admitted *Pro Hac Vice*

1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Tel.  (808) 382-3698
Fax.  (808) 356-1682
Email tjh@timhogan.com

DECLARATION OF TIMOTHY J. HOGAN

I, Timothy J. Hogan, an am attorney licensed to practice before all the courts of the state of Hawaii and am admitted to practice before this court, *pro hac vice*, and hereby declare under penalty of perjury that the following is true and accurate to the best of my knowledge and belief. If called upon to testify regarding the matters contained herein, I am competent and willing to do so. These materials are submitted for consideration and taking of judicial notice in regard to the motions Dismiss filed by GECC on December 21, 2007.

1. Attached hereto as Exhibit "1" is a true and correct copy of the Second Amended Complaint ("SAC") filed herein on December 21, 2007 as Docket Number 26. The Exhibits are intentionally omitted.

2. Attached hereto as Exhibit "2" is a true and correct copy of an excerpt from the Transcript of Proceedings dated March 2, 2006, in *Wayne Berry v. Hawaiian Express Service, Inc.*, CV 03-00385 SOM-LEK, (D. Hawaii).

3. Attached hereto as Exhibit "3" is a true and correct copy of Exhibit "A" to the Second Amended Complaint filed on December 21, 2007.

Executed at Honolulu, Hawaii, February 25, 2008.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN