# Exhibit 4

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

IN RE:                              . Case No.: 03-10945 (MFW)
                                    .
                                    . 821 North Market Street
FLEMING COMPANIES, INC. et al.      Wilmington, Delaware 19801
                                    .
            Debtor,                 .
                                    . Date:  July 26, 2004
. . . . . . . . . . . . . . . . .   Time:  9:46 a.m.

TRANSCRIPT OF OMNIBUS HEARING
BEFORE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:          Pachulski, Stang, Ziehl, Young,
                           Jones & Weintraub, P.C.
                         By: LAURA DAVIS JONES, ESQ.
                             CHRIS J. LHULIER, ESQ.
                         919 North Market Street
                         Wilmington, DE 19899-8705

For the Debtor:          Kirkland & Ellis, LLP
                         By: RICHARD L. WYNNE, ESQ.
                             ERIC LIEBELER, ESQ.
                         200 East Randolph Drive
                         Chicago, IL 60601

Audio Operator:               Danielle R. Cherry

Proceedings recorded by electronic sound recording, transcript
Produced by transcription service.

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-Mail:  jjcourt@optonline.net

(609)586-2311        Fax No. (609) 587-3599

APPEARANCES: (cont'd)

| | |
|---|---|
| For AWG | Buchanan Ingersoll, P.C.<br>By: SELINDA A. MELNIK, ESQ.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington. DE 19801 |
| For Farris Class Action<br>  Plaintiffs | Werb & Sullivan<br>By: DUANE D. WERB, ESQ.<br>300 Delaware Avenue<br>Wilmington, DE 19899 |
| For Kemps, LLC, et al. | Morris James Hitchens & Williams<br>By: STEPHEN MILLER, ESQ.<br>222 Delaware Avenue<br>Wilmington, DE 19899 |
| For Raymond Choy | Potter, Anderson & Corroon<br>By: MADISON L. CASHMAN, ESQ.<br>1313 N. Market Street<br>Wilmington, DE 19899 |
| For SuperValu | Sidley Austin Brown & Wood<br>By: WILLIAM EVANOFF, ESQ. |
| For Office of U.S. Trustee | United States Dept. of Justice<br>By: JOSEPH McMAHON, ESQ.<br>J. Caleb Boggs Federal Bldg.<br>844 N. King Street<br>Wilmington, DE 19801 |
| For Russell Stover | Connolly, Bove, Lodge & Hutz, LLP<br>By: JEFFREY WISLER, ESQ.<br>1220 Market Street<br>Wilmington, DE 19899 |
| For Pre- & Post-Petition<br>  Agents | Greenberg Traurig, LLP<br>By: DENNIS A. MELORO, ESQ.<br>The Brandywine Bldg.<br>1000 West Street<br>Wilmington, DE 19801 |
| For ACE | White & Williams, LLP<br>By: MARC S. CASARINO, ESQ.<br>    LEONARD GOLDBERGER, ESQ.<br>824 N. Market Street<br>Wilmington, DE 19899 |

16

1 | about how --

2 | THE COURT: And they can trace what?

3 | MR. SPRAYREGEN: Your Honor, the PCT has many assets

4 | other than straight cash. So they're concerned that the ins and

5 | outs and if at some point the rules of tracing would be

6 | interrupted which is, sort of the reason that the Court denied the

7 | preliminary injunction in the first place because we weren't

8 | getting there. We were just essence preserving the status quo.

9 | I can --

10 | THE COURT: I'll look at the language.

11 | MR. SPRAYREGEN: Okay. Thank you. Your Honor, there

12 | was an objection by the United States on behalf of the U.S. DA,

13 | the IRS and the DCA. We provided some clarifying language with

14 | respect to some issues they had with respect to interest and the

15 | application of the proposed releases only applying to people who

16 | voted in favor of the plan or -- in favor of the plan or entities

17 | that had voted in favor of the plan. The item only applies to

18 | agencies as opposed to the entire United States government.

19 | Now, Your Honor, Domino Foods had a reclamation

20 | objection and we resolved their administrative claim in an agreed

21 | amount of $65,000 and change, and preserved those post-petition

22 | deliveries made in the ordinary course of business and other

23 | rights were preserved. That's agenda item 19G and objection

24 | chart 36.

25 | Your Honor, Jackson Capital objected as a lead