UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>      Plaintiff,<br><br>  vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,<br><br>      Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>**APPEARANCE**<br>ECF Case |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Post Confirmation Trust and Robert Kors.

I certify that I am admitted to practice in this court.

DATED:  February 25, 2008

By:   /s/ Richard L. Wynne

KIRKLAND & ELLIS LLP
Richard L. Wynne
777 South Figueroa Street
Los Angeles, California  90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
E-mail:  rwynne@kirkland.com

K&E 12496431.1