UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,<br><br>　　　　Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

DEFENDANT POST CONFIRMATION TRUST'S
FEDERAL RULE 7.1 DISCLOSURE STATEMENT

　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　Richard L. Wynne
　　　　　　　　　　　　　　　　Michael E. Baumann (*pro hac vice* pending)
　　　　　　　　　　　　　　　　Erin N. Brady (*pro hac vice* pending)
　　　　　　　　　　　　　　　　777 South Figueroa Street
　　　　　　　　　　　　　　　　Los Angeles, California  90017
　　　　　　　　　　　　　　　　Telephone: (213) 680-8400
　　　　　　　　　　　　　　　　Facsimile: (213) 680-8500

**DISCLOSURE STATEMENT FOR DEFENDANT POST CONFIRMATION TRUST**

Although the Post Confirmation Trust (the "PCT") is a grantor trust, and not a "nongovernmental corporate party" required to file a disclosure statement under Federal Rule of Civil Procedure 7.1, in an abundance of caution, Kirkland & Ellis LLP, as attorneys for the PCT, makes the following disclosures to the Court. The PCT is a grantor trust created pursuant to the Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and its Filing Subsidiaries under Chapter 11 of the United States Bankruptcy Code (the "Plan") and the Post-Confirmation Trust Agreement, as approved by the United States Bankruptcy Court for the District of Delaware. The PCT has no parent corporation, nor does any corporation own any part of the PCT. The beneficiaries of the PCT, a grantor trust, are the creditors of the Fleming Companies, Inc. bankruptcy estate.

DATED: February 25, 2008

By:   /s/ Richard L. Wynne

KIRKLAND & ELLIS LLP
Richard L. Wynne
Michael E. Baumann (*pro hac vice* pending)
Erin N. Brady (*pro hac vice* pending)
777 South Figueroa Street
Los Angeles, California  90017
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500
E-mail:         ebrady@kirkland.com

Counsel for Defendant PCT