UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>  Plaintiff,<br><br> vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,<br><br>  Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

THE POST CONFIRMATION TRUST'S AND ROBERT KORS'
<u>NOTICE OF MOTION FOR SUMMARY JUDGMENT</u>

        KIRKLAND & ELLIS LLP
        Richard L. Wynne (RW 5630)
        Michael E. Baumann (*pro hac vice* pending)
        Erin N. Brady (*pro hac vice* pending)
        777 South Figueroa Street
        Los Angeles, California 90017
        Telephone: (213) 680-8400
        Facsimile: (213) 680-8500
        E-mail:  ebrady@kirkland.com

        Counsel for Defendants Post Confirmation
        Trust and Robert Kors

K&E 12498613.3

PLEASE TAKE NOTICE that upon THE POST CONFIRMATION TRUST'S AND ROBERT KORS' MOTION FOR SUMMARY JUDGMENT the undersigned will move before the Honorable William H. Pauley III, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, Courtroom 11D, New York, New York 10007, at 10:30 a.m. on April 4, 2008, for an order granting Defendants Post Confirmation Trust's and Robert Kors' Motion for Summary Judgment.

DATED: February 26, 2008

By: __/s/ Richard L. Wynne
KIRKLAND & ELLIS LLP
Richard L. Wynne (RW 5630)
Michael E. Baumann (*pro hac vice* pending)
Erin N. Brady (*pro hac vice* pending)
777 South Figueroa Street
Los Angeles, California  90017
Telephone:    (213) 680-8400
Facsimile:     (213) 680-8500
E-mail:          ebrady@kirkland.com

Counsel for Defendants Post Confirmation Trust and Robert Kors