UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. AND DOES 1 TO 200,<br><br>    Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

**AFFIDAVIT OF ERIN N. BRADY IN SUPPORT OF DEFENDANTS POST CONFIRMATION TRUST'S AND ROBERT KORS' MOTION FOR SUMMARY JUDGMENT AND ALL DEFENDANTS' JOINT MOTION FOR SECURITY**

KIRKLAND & ELLIS LLP
Erin N. Brady (*pro hac vice* pending)
777 South Figueroa Street
Los Angeles, California 90017
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500
Email:          ebrady@kirkland.com

Counsel for Defendants Fleming Post Confirmation Trust, Robert Kors, Deutsche Bank Trust Companies Americas and JP Morgan Chase Bank

K&E 12497289.1

## AFFIDAVIT OF ERIN N. BRADY

I, ERIN N. BRADY, testify as follows:

1. I am a partner at the law firm Kirkland & Ellis LLP. My firm has been retained to represent Defendants the Post-Confirmation Trust ("PCT") and Robert Kors in this lawsuit. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of relevant excerpts from Fleming Companies, Inc.'s Plan of Reorganization, which was approved by the Delaware Bankruptcy Court[1] on July 26, 2004, including the Amended Assumption Scheduled dated August 23, 2004.

3. Attached as Exhibit B is a true and correct copy of relevant excerpts from the transcript of an August 4, 2003 hearing in the Delaware Bankruptcy Court.

4. Attached as Exhibit C is a true and correct copy of relevant excerpts from the Order Affirming Magistrate Judge's Adoption of Discovery Master's Order Regarding F-1 Program Materials dated October 21, 2005 from the Second Fleming/Berry litigation.[2]

5. Attached as Exhibit D is a true and correct copy of relevant excerpts of the Summary Judgment Order dated June 27, 2005 from the Second Fleming/Berry litigation.

---

[1] All references to the Delaware Bankruptcy Court refer to *In re Fleming Companies, et al.*, Case No 03-10945 (MFW), which Fleming filed in the Bankruptcy Court for the District of Delaware on April 1, 2003.

[2] All references to the Second Berry/Fleming litigation refer to *Wayne Berry v. Hawaiian Express Services, et al.*, Civ. No. CV 03-00385 SOM-LEK, which Berry filed in the District of Hawaii in July 2003.

---

AFFIDAVIT OF ERIN N. BRADY IN SUPPORT OF DEFENDANTS
POST CONFIRMATION TRUST'S AND ROBERT KORS' MOTION FOR
SUMMARY JUDGMENT AND ALL DEFENDANTS' JOINT MOTION FOR SECURITY

K&E 12497289.1

6. Attached as <u>Exhibit E</u> is a true and correct copy of relevant excerpts from the Report of Special Master regarding attorneys' fees and costs dated December 4, 2006 from the Second Berry/Fleming litigation.

7. Attached as <u>Exhibit F</u> is a true and correct copy of relevant excerpts from the Report of Special Master regarding attorneys' fees and costs dated October 25, 2006 from the Second Berry/Fleming litigation.

8. Attached as <u>Exhibit G</u> is a true and correct copy the Order Affirming Magistrate Judge Order Compelling Wayne Berry to Comply with an Order for Judgment Debtor Examination dated August 10, 2007 from the Second Berry/Fleming litigation.

9. Attached as <u>Exhibit H</u> is a true and correct copy of relevant excerpts of the transcript of the Deposition of Wayne Berry dated August 13, 2007 from the Second Berry/Fleming litigation.

10. Attached as <u>Exhibit I</u> is a true and correct copy an IRS Notice of Federal Tax Lien dated January 11, 2000.

11. Attached as <u>Exhibit J</u> is a true and correct copy of Plaintiff Wayne Berry's Initial Disclosures in this matter dated January 15, 2008.

12. Attached as <u>Exhibit K</u> is a true and correct copy of relevant excerpts from the transcript of a January 23, 2007 hearing in the Delaware Bankruptcy Court.

13. Attached as <u>Exhibit L</u> is a true and correct copy of a proof of claim filed by Wayne Berry in the Delaware Bankruptcy Court.

14. Attached as <u>Exhibit M</u> is a true and correct copy of relevant excerpts from the transcript of a July 26, 2004 hearing in the Delaware Bankruptcy Court.

15. Attached as <u>Exhibit N</u> is a true and correct copy of a December 24, 2004 letter sent by Wayne Berry to Craig Bichette of Fleming Companies, Inc., and forwarded to Kirkland & Ellis LLP.

16. Attached as <u>Exhibit O</u> is a true and correct copy of a the Post Confirmation Trust Agreements dated August 19, 2004.

So sworn under penalty of perjury under the laws of the United States of America in Los Angeles, California on February 26, 2008.

*[signature]*
Erin N. Brady

AFFIDAVIT OF ERIN N. BRADY IN SUPPORT OF DEFENDANTS
POST CONFIRMATION TRUST'S AND ROBERT KORS' MOTION FOR
SUMMARY JUDGMENT AND ALL DEFENDANTS' JOINT MOTION FOR SECURITY

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1.
2.
3.
4.
5.
6.

_____     _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

State of California
County of __LOS ANGELES__

Subscribed and sworn to (or affirmed) before me on this __26th__ day of __FEBRUARY__, 20__08__, by

(1) __ERIN N. BRADY__,
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (✓)

(and

(2) _____,
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
                Signature of Notary Public

[Notary Seal: NEAL SAN DIEGO, Commission # 1612581, Notary Public - California, Los Angeles County, My Comm. Expires Oct 10, 2009]

Place Notary Seal Above

---------- OPTIONAL ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association• 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827