# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                               . Case No. 03-10945
                                     .
                                     .
FLEMING COMPANIES, INC.,             . 824 Market Street
et al.,                              . Wilmington, DE  19801
                                     .
              Debtor,                . August 4, 2003
. . . . . . . . . . . . . . . . . .  . 11:45 a.m.

TRANSCRIPT OF MOTIONS
BEFORE THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:            Pachulski, Stang, Ziehl, Young, Jones
                             & Weintraub, P.C.
                           By:    LAURA DAVIS JONES, ESQ.
                                  CHRISTOPHER J. LHULIER, ESQ.
                                  JAMES I. STANG, ESQ.
                           919 North Market Street, 16th Floor
                           Wilmington, DE  19899

For Farris, et al.:        Werb & Sullivan
                           By:  DUANE D. WERB, ESQ.
                           Tenth Floor, 300 Delaware Ave.
                           Wilmington, DE  19899

For Sunkist:               Whiteman, Bankes & Chebot, LLC
                           By:  JEFFREY M. CHEBOT, ESQ.
                           325 Chestnut Street, Suite 1300
                           Philadelphia, PA  19106

For Reliant Energy:        Jackson Walker, LLP
                           By:  KIRK A. KENNEDY, ESQ.
                           1401 McKinney, Suite 1900
                           Houston, TX  77010

Audio Operator:            Jennifer M. Patone


                Proceedings recorded by electronic sound
           recording, transcript produced by transcription service.

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey  08619
E-mail:  jjcourt@optonline.net

(609)586-2311      Fax No. (609)587-3599

APPEARANCES:   (continued)

```
For the Trustee:          U.S. Department of the Trustee
                          By:  JOSEPH McMAHON

For Hometown Grocery:     MICHAEL P. MORTON, P.A.
                          1203 North Orange Street
                          Wilmington, DE  19801

For XL Specialty Insur.:  RICHARD W. RILEY, ESQ.
                          1100 North Market Street, Suite 1200
                          Wilmington, DE  19801

For Save Mart Supermarkets
and Cousins Supermarkets:Blank Rome, LLP
                          By:  MARK J. PACKEL, ESQ.
                          1201 Market Street, Suite 800
                          Wilmington, DE  19801

For GES, Inc.:            Bryan Cave, LLP
                          By:  MARK S. LICHTENSTEIN, ESQ.
                          1290 Avenue of the Americas
                          New York, NY  10104

                          Morris, Nichols, Arsht & Tunnell
                          By:  GREGORY W. WERKHEISER, ESQ.
                          1201 North Market Street, Box 1347
                          Wilmington, DE  19899

For McCormick & Co., Inc.
Mojave Foods Corp.,:      Piper Rudnick, LLP
                          By:  DANIEL J. CARRIGAN, ESQ.
                          1775 Wiehle Avenue, Suite 400
                          Reston, VA  20190

For Sandelman Landlords
Cardina Capital Partners:Zuckerman Spaeder, LLP
                          By:  THOMAS G. MACAULEY, ESQ.
                          919 Market Street, Suite 1705
                          Wilmington, DE  19899

For Price Choppers:       Morris, James, Hitchens & Williams LLP
                          By:  CARL N. KUNZ, III, ESQ.
                          PNC Bank Center, 222 Delaware Avenue
                          Wilmington, DE  19899

For Ralphs Grocery Co.:   Fulbright & Jaworski, LLP
                          By:  DAVID A. ROSENZWEIG, ESQ.
                          666 Fifth Avenue, 31st Floor
                          New York, NY  10103
```

**J&J COURT TRANSCRIBERS, INC.**

3

APPEARANCES:   (continued)

For IBM Credit, LLC:          Stevens & Lee
                              By:  THOMAS G. WHALEN, JR., ESQ.
                                   BETH STERN FLEMING, ESQ.
                                   MARNIE E. SIMON, ESQ.
                                   FRANK C. SABATINO, ESQ.
                              300 Delaware Avenue, Suite 800
                              Wilmington, DE  19801

For Frio Valley Farms,
Dave's Market:                Campbell & Levine, LLC
                              By:  AILEEN F. MAGUIRE, ESQ.
                              800 N. King Street Suite 200
                              Wilmington, DE  19801

For Big 8, Strickland:        Campbell & Levine
                              By:  MARK T. HURFORD, ESQ.
                              800 N. King Street, Suite 200
                              Wilmington, DE  19801

For Clemens Markets, Inc.,
Britantine Supermarket,
Inc.                          Fox Rothschild, LLP
                              By:  MICHAEL J. VISCOUNT, JR., ESQ.
                              SHELDON K. RENNIE, ESQ.
                              1301 Atlantic Avenue, Suite 400
                              Atlantic City, NJ  08401

For DDB:                      Phillips, Goldman & Spence, P.A.
                              By:  JOHN C. PHILLIPS, JR., ESQ.
                              1200 North Broom Street
                              Wilmington, DE  19806

For B&R Stores:               Ballard, Spahr, Andrews & Ingersoll
                              By:  WILLIAM M. KELLEHER, ESQ.
                              919 North Market Street
                              Wilmington, DE  19801

For Renco:                    Schnader Harrison Segal & Lewis LLP
                              By:  NICHOLAS J. LePORE, III, ESQ.
                              Suite 3600, 1600 Market Street
                              Philadelphia, PA  19103

For XL Specialty:             Manier & Herod
                              By:  MICHAEL E. COLLINS, ESQ.
                                   THOMAS T. PENNINGTON, ESQ.
                              One Nashville Place
                              Suite 2200, 150 Fourth Avenue North
                              Nashville, TN  37219


                    J&J COURT TRANSCRIBERS, INC.

4

APPPEARANCES:   (continued)

For CHEP, Jubilee:              Reed Smith, LLP
                                By:   RICHARD A. KEULER, JR., ESQ.
                                1201 Market Street, Suite 1500
                                Wilmington, DE  19801


                                Akerman Senterfitt
                                By:  W. GLENN JENSEN, ESQ.
                                255 South Orange Avenue, Citrus Center
                                Orlando, FL  32802

For Kraft Foods, NA,
IGA and IGA USA:                Piper Rudnick, LLP
                                By:  MARIA ELLENA CHAVEZ-RUARK, ESQ.
                                6225 Smith Avenue
                                Baltimore, MD  21209

For Ralph's Grocery,
The Kroger Co.:                 Ashby & Geddes
                                By:  JOSEPH CLEMENT HANDLON, ESQ.
                                222 Delaware Avenue, 17th Floor
                                Wilmington, DE  19899

For Various Objectants:  Jaspan, Schlesinger, Hoffman, LLP
                                By:  DMITRY PILIPIS, ESQ.
                                1201 N. Orange Street, Suite 1001
                                Wilmington, DE  19801


For the Committee:              Pepper Hamilton, LLP
                                By:  DAVID FOURNIER, ESQ.
                                     WILLIAM COHEN, ESQ.
                                1201 Market Street, Suite 1600
                                Wilmington, DE  19899


                                Milbank, Tweed Hadley & McCloy, LLP
                                By:  DENNIS F. DUNNE, ESQ.
                                     LENA MANDEL, ESQ.
                                1 Chase Manhattan Plaza
                                New York, NY  10005


For Kraft Foods, Int'l,
Kenosh Associated IGA:          DAVID L. FINGER, ESQ.
                                One Commerce Center
                                1201 Orange Street, Suite 725
                                Wilmington, DE  19801

J&J COURT TRANSCRIBERS, INC.

```
APPEARANCES:    (continued)

For Village Elm Grove:    Cross & Associates, LLC
                          By:  AMY EVANS, ESQ.
                          913 North Market Street, Suite 1001
                          Wilmington, DE  19801

For Associated Wholesale
Grocers:                  MARGARET M. MANNING, ESQ.
                          1300 North Broom Street
                          Wilmington, DE  19899

For Associated Wholesale
Grocers, AWO Acquisitions,
LLC Del Investments,
Shield:                   Husch & Eppenberger, LLC
                          By:. MARK T. BENEDICT, ESQ.
                          1200 Main, Suite 1700
                          Kansas City, MI  64105

                          Blackwell, Sanders, Peper Martin, LLP
                          By:  JAMES M. ASH, ESQ.
                          Two Pershing Square
                          2300 Main Street, Suite 1000
                          Kansas City, MI  64108

For Dallas County et al: Ferry, Joseph & Pearce, P.A.
                          By:  THEODORE J. TACCONELLI, ESQ.
                          824 Market Stsreet, Suite 904
                          Wilmington, DE  19899

For Level Food, Inc.:     Ferry, Joseph & Pearce, P.A.
                          By:  RICK S. MILLER, ESQ.
                          824 Market Stsreet, Suite 904
                          Wilmington, DE  19899

For Manogistics:          Potter, Anderson & Corroon, LLP
                          By:  LAURIE SELBER SILVERSTEIN, ESQ.
                          Hercules Plazla, 1313 N. Market Street
                          Wilmington, DE  19899

For Albertson's Inc.:     Richards, Layton & Finger, P.A.
                          By:  KIMBERLY NEWMARCH, ESQ.
                          One Rodney Square
                          920 N. King Street
                          Wilmington, DE  19899
```

APPEARANCES:   (continued)

For Dell Financial:          Seitz, Van Ogtrop & Green, P.A.
                             By:   KEVIN A. GUERKE, ESQ.
                             222 Delaware Avenue, Suite 1500
                             Wilmington, DE  19899

For                          Stevens & Lee
                             By:  JOSEPH GREY, ESQ.
                             300 Delaware Avenue, Suite 800
                             Wilmington, DE  19801

For Quine & Associates,
Inc.:                        The Bayard Firm
                             By:  ERIC M. SUTTY, ESQ.
                             222 Delaware Avenue, Suite 900
                             Wilmington, DE  19899

For MAC Enterprises/ WSP
Int'l:                       The Bayard Firm
                             By:  CHRISTOPHER P. SIMON, ESQ.
                             222 Delaware Avenue, Suite 900
                             Wilmington, DE  19899

For Hoda, LLC:               Ferry, Joseph & Pearce, P.A.
                             By:  JOHN D. MATTEY, ESQ.
                             824 Market Street, Suite 904
                             Wilmington, DE  19899

For Picksweet:               Elzufon Austin Reardon Tarlov &
                              Mondell, P.A.
                             By:  WILLIAM D. SULLIVAN, ESQ.
                                  CHARLES J. BROWN, III, ESQ.
                             300 Delaware Avenue, Suite 1700
                             Wilmington, DE  19899

For Manogistics, Inc.:       Arent Fox Kintner Plotkin & Kahn, PLLC
                             By:  MARY JOANNE DOWD, ESQ.
                             1050 Connecticut Avenue, N.W.
                             Washington, D.C.  20036

For Planview:                Ashby & Geddes
                             By:  RICARDO PALACIO, ESQ.
                             222 Delaware Avenue, 17th Floor
                             Wilmington, DE  19899

For ACE:                     White and Williams, LLP
                             By:  MARC STEPHEN CASARINO, ESQ.
                             824 North Market Street, Suite 902
                             Wilmington, DE  19801

J&J COURT TRANSCRIBERS, INC.

7

APPEARANCES:   (continued)

For Performance Contracting
GE Capital:                    Werb & Sullivan
                               By:  AMY D. BROWN, ESQ.
                               Tenth Floor, 300 Delaware Avenue
                               Wilmington, DE  19899

For Bank Bolivar, EFS Nat.
Bank, Provenzano:              Weir & Partners, LLP
                               By:  KENNETH E. AARON, ESQ.
                               824 Market Street, Suite 1001
                               Wilmington, DE  19899

For Quillens, VSC, CPW:   Tybout, Redfearn & Pell
                               By:  SHERRY RUGGIERO FALLON, ESQ.
                               Suite 1100, 300 Delaware Avenue
                               Wilmington, DE  19899

For W C Koch and
Transamerica:                  Connolly Bove Lodge & Hutz, LLP
                               By:  MICHELLE McMAHON, ESQ.
                               1220 Market Street
                               Wilmington, DE  19899

For Miners, Cousins 3:    Blank Rome, LLP
                               By:  BONNIE GLANTZ FATELL, ESQ.
                               1201 Market Street, Suite 800
                               Wilmington, DE  19801

For Skogen & Hergenbath:  Foley & Lardner
                               By:  RODERICK B. WILLIAMS, ESQ.
                               Washington Harbour, Suite 500
                               3000 K Street N.W.
                               Washington, D.C.  20007

                               Smith, Katzenstein & Furlow, LLP
                               By:  KATHLEEN M. MILLER, ESQ.
                               800 Delaware Avenue
                               Wilmington, DE  19899

For Sandelman Landlords:  Dickstein Shapiro Morin & Oshinsky LLP
                               By:  JEFFREY RHODES, ESQ.
                               2101 L Street, N.W.
                               Washington, D.C.  20037

For Borrus & Weatherford:Lyons, Doughty & Veldhuis, P.C.
                               By:  HILLARY VELDHUIS, ESQ.
                               1288 Route 73, Suite 310
                               Mount Laurel, NJ  08054

APPEARANCES: (continued)

For New Plan Gibbstown:    Ballard Spahr Andrews & Ingersoll, LLP
                           By:  JEFFREY MEYERS, ESQ.
                           1735 Market Street, 51st Floor
                           Philadelphia, PA  19103

For Associated
Wholesale:                 Buchanan, Ingersoll, P.C.
                           By:  SELINDA A. MELNIK, ESQ.
                           Eleven Penn Center, 1835 Market Street
                           Philadelphia, PA  19103

For C&S Wholesale Grocers
and C&S Acquisition:       RICHARD COBB, ESQ.

                           Simpson Thacher & Bartlett LLP
                           By:  KENNETH S. ZIMAN, ESQ.
                           425 Lexington Avenue
                           New York, NY  10017

For Debtors:               Kirkland & Ellis, LLP
                           By:  RICHARD L. WYNNE, ESQ.
                                ANDREW R. RUNNING, ESQ.
                                ERIC LIEBELER, ESQ.
                           777 South Figueroa Street
                           Los Angeles, CA  90017

For Agents:                Greenberg Traurig, LLP
                           By:  WILLIAM E. CHIPMAN, JR., ESQ.
                           The Brandywine Bldg. 1000 West Street
                           Wilmington DE  19801

                           White & Case
                           By:  ANDREW P. DeNATALE, ESQ.
                                DANIEL P. GINSBERG, ESQ.
                           1155 Avenue of the Americas
                           New York, NY  10036

For Hayes Foodtown,
Marvin Entities:           Monzack & Monaco, P.A.
                           By:  RACHEL B. MERSKY, ESQ.
                           400 Commerce Center, 12th &Orange Sts.
                           Wilmington, DE  19899

APPEARANCES:   (continued)

For 28 Retail Merchants: Finkel Goldstein Berzow Rosenbloom &
                             Nash, LLP
                         By:  NEAL M. ROSENBLOOM, ESQ.
                              HARVEY L. GOLDSTEIN, ESQ.
                         26 Broadway
                         New York, NY  10004

For International
Brotherhood of Teamsters:Previant, Goldberg, Uelmen, Gratz,
                            Miller & Brueggeman, S.C.
                         By:  FREDERICK PERILLO, ESQ.
                         Milwaukee, WI

                         VIRGINIA E. NEISWENDER, ESQ.
                         1900 K. Street, N.W.
                         Washington, D.C.  20006

For Sterker Food Corp.,
Davis Burkett Food,
German Foods:            Morris, James, Hitchens & Williams
                         By:  STEPHEN M. MILLER, ESQ.
                         222 Delaware Avenue, 10th Floor
                         Wilmington, DE  19899

1  Counsel's going to come back.

2          MR. PENNINGTON:  Okay, fine.  That works.

3          THE COURT:  All right.  Any other objection?

4          MR. HOGAN:  Your Honor, this is Timothy Hogan from

5  Wayne Berry.  If I may, Your Honor, I'm not certain if the

6  Court ever received our objection that was timely filed.  It

7  was 2664?

8          THE COURT:  I'm not sure I have, either, so you

9  better re-articulate it.

10         MR. HOGAN:  Wayne Berry was a software developer,

11 developed software that Fleming has used in the Hawaii

12 division, at least in Hawaii for sure, since 1999 under a non-

13 exclusive limited license.  I went to trial against Fleming and

14 got a jury verdict in March, March 6th of this year, Your

15 Honor, finding Fleming as a wilful infringer for making

16 derivative copies of the software.

17         Fleming has continued to use Mr. Berry's software.

18 There's a dispute as to which version is being used, but has

19 used it and is continuing to use what is claimed to be a new

20 software package made by the same individual who the jury found

21 had infringed.

22         My concern is that Mr. Berry is going to have to

23 pursue the new -- the buyer under a -- the claim of

24 infringement again.  If there's any thought that Mr. Berry's

25 software is passing in this agreement I'd at least like

**J&J COURT TRANSCRIBERS, INC.**

1  something in the record, Your Honor, that would at least

2  indicate they've not chosen to even schedule this software,

3  they have not chosen to assume it or to assign it, and that

4  whatever the buyer gets the buyer will get subject to Mr.

5  Berry's copyright.

6            THE COURT:  Well --

7            MR. HOGAN:  If any.

8            THE COURT:  Let me hear from the debtor and buyer on

9  that issue.

10            MR. LIEBELER:  We're not using the software.  I mean

11  --

12            THE COURT:  Who cares if you're using it.  Are you

13  selling it to the buyer?

14            MR. ZIMAN:  Your Honor, I do not believe that this

15  software license is on any list to be assumed and assigned, and

16  if -- to the extent that we can't assume it and assign it under

17  365, we won't, and we're certainly not going to infringe.

18            THE COURT:  All right.  You're satisfied with the

19  buyer's statement?

20            MR. HOGAN:  I'm sorry, Your Honor, I couldn't hear

21  what the buyer said.

22            THE COURT:  Please talk into the mike so he can hear

23  you.

24            MR. ZIMAN:  I'm sorry, Your Honor.  I am not aware --

25            MR. HOGAN:  Is this Mr. Gross?

**J&J COURT TRANSCRIBERS, INC.**

1      MR. ZIMAN:  I'm sorry, sir, I'm not aware --

2      THE COURT:  Raise it so he can actually hear you.

3      MR. ZIMAN:  I'm not aware of this license being on

4  any list to be assumed and assigned as of the initial closing.

5  I don't have any facts regarding this license, and to the

6  extent that there's a 365C issue where we can't assume and

7  assign it, then the Court won't let us, and we're certainly not

8  going to use it an subject ourselves to infringement liability,

9  or if we do we are liable.

10     THE COURT:  Did you hear that?

11     MR. HOGAN:  I did, Your Honor, and I guess what I

12 conclude from it is -- we believe it is being used, Your Honor,

13 for the record.  It has been used in the case, it has been used

14 -- and we believe that the software that was created when it's

15 properly litigated will be shown to be another derivative, the

16 one that they're going to assume and use.

17     THE COURT:  Well, the buyer says they're not buying

18 it.  To the extent they use it you'll have to sue them for

19 infringement.

20     MR. HOGAN;  And that seems to be the way it's left,

21 Your Honor, as long as it's understood that it's not being

22 assigned in this sale.

23     THE COURT:  I'm not giving any order assuming it,

24 assigning it by this sale order.  To the extent they think they

25 can assume and assign it later, that issue will be teed up.

1          MR. HOGAN:  Yes, Your Honor, and we believe that the

2    software they're buying is infringed software, so we will

3    pursue it.  Thank you.

4          THE COURT:  All right.  Anybody?

5          MR. LIEBELER:  Just to make sure and to make it

6    clear, we contend that we're not using it.

7          THE COURT:  I heard you the first time.  Any other

8    objector?

9          MR. RHODES:  Good afternoon, Your Honor.  Jeff Rhodes

10   on behalf of the Sandelman landlords, and as a procedural

11   matter, Your Honor, I have submitted today a motion to be

12   admitted pro hac vice to this court.

13         THE COURT:  All right, that's fine.

14         MR. RHODES:  Thank you. I have Mr. McCauley, my local

15   counsel, with me.

16         Your Honor, on behalf of the Sandelman landlord, who

17   are landlords that own properties, various properties across

18   the country to which one or more of the debtor was a party, we

19   filed an objection basically to cure claim issues.

20         Now, I understand that what the debtors are now

21   proposing to do is to bifurcate and deal with assumption and

22   assignment issues later.

23         THE COURT:  Yes.

24         MR. RHODES:  However, I'm concerned, under the text

25   of the proposed order that's being circulated that some rights

**J&J COURT TRANSCRIBERS, INC.**

249

1 you.

2          MS. JONES:  Your Honor, may I ask Your Honor a

3 mechanical question.  With respect to the hearing on Thursday,

4 would Your Honor like us to submit an agenda?

5          THE COURT:  No, that's not necessary.

6          MS. JONES:  Thank you.

7          THE COURT:  That's fine.  I'll just keep what I have

8 here, but I'd ask parties to send everything to chambers so I'm

9 sure I get it.

10          MS. JONES:  Thank you.

11          THE COURT:  All right, we'll stand adjourned then.

12      (Recording ends)

13               *          *          *

14               C E R T I F I C A T I O N

15      I, Betsy Wolfe, certify that the foregoing is a

16 correct transcript from the electronic sound recording of the

17 proceedings in the above-entitled matter.

18

19 _Betsy Wolfe_                    _Aug. 11, 2003_

20 Betsy Wolfe                      Date

21 J&J COURT TRANSCRIBERS, INC.

22

23

24

25