# EXHIBIT I

R-615

STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED

FEB 01, 2000   08:30 AM

Doc No(s) 2000-013638

/s/CARL T. WATANABE
ACTING
REGISTRAR OF CONVEYANCES

Reserved for Recording Information

After recording, return by mail ✓ or pick-up

Internal Revenue Service
915 Second Avenue M/S W244
Seattle, WA 98174

Document contains ___ pages

| Form 668 (Y)(c) (Rev. August 1997) | 340 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| District<br>PACIFIC-NORTHWEST | | Serial Number<br>910085499 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**  WAYNE F & JULIE BERRY

**Residence**  PO BOX 22895
HONOLULU, HI 96823-2895

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 12/06/1999 | 01/05/2010 | 8027.71 |
| 1040 | 12/31/1996 | 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 | 12/06/1999 | 01/05/2010 | 25813.10 |
| 1040 | 12/31/1997 | 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 | 11/29/1999 | 12/29/2009 | 10798.98 |

**Place of Filing**  BUREAU OF CONVEYANCES
REGISTRAR
HONOLULU, HI 96803

Total  $  44639.79

This notice was prepared and signed at Seattle, WA , on this, the 11th day of January , 2000.

Return to:
Internal Revenue Service
915 2nd Ave, M/S W246, Lien Desk
Seattle, Wa 98174

**Signature**  for C. CHAVEZ

**Title**  Revenue Officer 91-01-3427

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 8-97)
CAT. NO 60025X