# EXHIBIT L

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | ADMINISTRATIVE CLAIM |
|---|---|---|
| In re<br>Fleming Companies, Inc., et al.†<br>Debtors | Chapter 11, Case Number<br>Case No 03-10945 (MFW)<br>(Jointly Administered) | |

| NOTE This form should only be used to make a claim for an administrative expense arising on or after April 1, 2003 through and including October 31, 2003 IT SHOULD NOT BE USED FOR CLAIMS ARISING PRIOR TO APRIL 1, 2003 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars |
|---|---|
| Name of Creditor and Address<br><br>Wayne Berry<br>Post Office Box 3727<br>Honolulu, Hawaii 96813-3727 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the court. |

| Creditor Telephone Number ( 808 ) 387-3861 | | | |
|---|---|---|---|
| CREDITOR TAX ID #<br>XXXX-XX-6043 | ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR<br>Federal Express Tracking Number 831387645573 | Check here<br>if this claim | ☐ replaces or<br>☑ amends | a previously filed claim dated #18428 Filed 06/09/2004 |

1 BASIS FOR ADMINISTRATIVE CLAIM
- ☐ Goods sold                     ☐ Personal injury/wrongful death/property damage     ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Services performed       ☐ Taxes                                                                            ☐ Wages, salaries, and compensation (Fill out below)
- ☐ Money loaned                ☑ Other (describe briefly)                                               Your social security number _____
- ☐ Contractual or lease obligations                                                                            Unpaid compensation for services performed from ___ to ___ (date) (date)

REJECTION DAMAGES - See Exhibit "A" that lists damages under 17 U S C Sec 506

| 2 | DATE DEBT WAS INCURRED On or after July 26, 2004 | 3 | IF COURT JUDGMENT, DATE OBTAINED |
|---|---|---|---|
| 4 | TOTAL AMOUNT OF ADMINISTRATIVE CLAIM | | $ 201,763,000 estimated plus *<br>(Total) |

If all or part of your claim is secured, also complete Item 5 below    * Fleming's total sales minus whatever amounts are not attributable to the Infringement.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

| 5 SECURED CLAIM | 7 Offsets, Credits and Setoffs |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right of set off)<br>Brief description of collateral _____<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment<br>☐ Other _____<br>Value of collateral $_____ | ☐ All payments made on this claim by the Debtors have been credited and deducted from the amount claimed herein<br>☐ This claim is not subject to any setoff or counterclaim.<br>☐ This claim is subject to setoff or counter claim as follows<br>_____<br>_____ |

| 6 Please identify the Debtor against whom your claim is asserted†<br>Fleming Companies, Inc - Fleming Foreign Sales Corp - Fleming Foods Management Company, LLC - Fleming Foods of Texas, LP - Fleming International, Ltd - RFS Marketing Services, Inc - Piggly Wiggly Company and Fleming Transportation Services, Inc | 8 This Administrative Proof of Claim<br>☐ is the first filed proof of claim evidencing the claim asserted herein<br>☑ amends/supplements a proof of claim filed on 06/09/2004 _____, or<br>☐ replaces/suspends a proof of claim filed on _____ |
|---|---|

| 9 Assignment | ☐ If the claimant has obtained this claim by Assignment, a copy is attached hereto | THIS SPACE FOR COURT USE ONLY |
|---|---|---|
| DATE SIGNED<br>October 3, 2004 | SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach power of attorney, if any)<br><br>*Wayne Berry* (signature)<br>Wayne Berry | FILED<br>OCT 0 6 2004<br>BMC |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

† Please refer to instructions on reverse side for a complete list of debtors.


Fleming Companies Claim
18704

- 1 -

# Exhibit "A"

Rejection damages related to failure to assume license that was violated during case administration but used by debtor to operate business providing a benefit to the Estates

Damages under 17 U S C Sec 506

1  Actual damages of at least $2,990,000 for unpaid license fee for one year's use of Original Logistics Data mdb and Auxiliary Logistics Data mdb unlicensed derivatives of FCS Logistics Data mdb  Additional "actual damages" accrue to this number each and every day until unlicensed use of Berry's software stops

2  Lost profits based on C&S and Fleming admission on 09/28/2004 that, but for the use of Berry software C&S-Fleming must shut down operations  Based on documents produced by Fleming in Confirmation Hearing process, Fleming's total sales minus whatever amounts not attributed to the infringement belong to Berry  The amount is to be liquidated in Berry v  Hawaiian Express Service, Inc et a UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII - Civil No  CV03 00385 SOM-LEK (Copyright)

3  Derivative infringement   Based on Guidance Software, Inc evidence the number of derivatives made without authority by Fleming equals approximately 2,018  Times the amount that Fleming admits is the outer limit for derivative infringement of $98,500 per work equals $198,773,000

4  Reserved right to elect statutory damages anytime before judgment

## INSTRUCTIONS FOR FILING PROOF OF ADMINISTRATIVE CLAIM

1. Please read this proof of administrative claim form carefully and fill it in completely and accurately

2. Print legibly. Your claim may be disallowed if it cannot be read and understood

3. The proof of claim must be completed in English. The amount of any claims identified on the form must be as of October 31 2003, and must be denominated in United States currency

4. Attach additional pages if more space is required to complete this proof of administrative claim form

5. **THIS FORM SHOULD ONLY BE USED TO MAKE A CLAIM FOR AN ADMINISTRATIVE EXPENSE, AS DEFINED IN 11 U S C § 503), THAT WAS INCURRED ON OR AFTER APRIL 1, 2003 THROUGH OCTOBER 31, 2003 THIS FORM IS NOT FOR FILING CLAIMS ARISING PRIOR TO APRIL 1, 2003**

6. This proof of claim form should be sent by messenger, or overnight courier to

   **For Overnight Mail or Hand Delivery**
   Bankruptcy Management Corp ("BMC")
   1330 E Franklin Ave
   El Segundo, CA 90245

   **For Regular Mail**
   Bankruptcy Management Corp ("BMC")
   P O Box 900
   El Segundo, CA 90245-0900

   BMC is **not** permitted to accept claims sent by facsimile, telecopy or other electronic submission.

7. To obtain verification that your proof of claim was received by BMC, include a copy of the completed form and a self-addressed, postage prepaid return envelope when you file this form with BMC

8. **THE CLAIMANT MUST ATTACH COPIES OF ANY AND ALL SUPPORTING DOCUMENTS THAT PROVE THAT THIS CLAIM IS FOR AN OBLIGATION INCURRED ON OR AFTER APRIL 1, 2003 THROUGH AND INCLUDING OCTOBER 31, 2003, SUCH AS PROMISSORY NOTES, PURCHASE ORDERS, INVOICES, ITEMIZED STATEMENTS OF ACCOUNTS, CONTRACTS, COURT JUDGMENTS, OR EVIDENCE OF A SECURITY INTEREST IF THE DOCUMENTS ARE NOT ATTACHED, THE DEBTOR MAY SEEK DISALLOWANCE OF YOU CLAIM.**

9. To be considered timely filed, the proof of claim form must be actually received by BMC by January 15, 2004, at 4 00 p m Eastern Standard Time and must include appropriate materials establishing **THE ADMINISTRATIVE NATURE OF THE CLAIM** and the amount of the asserted claim.

| Name and case number of the Debtor Entity ||
|---|---|
| Fleming Companies, Inc (03-10945) | Fleming Transportation Service, Inc (03-10945) |
| Core-Mark International, Inc (03-10945) | Food 4 Less Beverage Company Inc (03-10945) |
| ABCO Food Group, Inc (03-10945) | Fuelserv, Inc (03-10945) |
| ABCO Markets, Inc (03-10945) | General Acceptance Corporation (03-10945) |
| ABCO Realty Corp (03-10945) | Head Distributing Company (03-10945) |
| ASI Office Automation, Inc (03-10945) | Marquise Ventures Company Inc (03-10945) |
| C/M Products, Inc (03-10945) | Minter-Weisman Co (03-10945) |
| Core-Mark Interrelated Companies, Inc (03-10945) | Piggly Wiggly Company (03-10945) |
| Core-Mark Mid-Continent, Inc (03-10945) | Progressive Realty, Inc (03-10945) |
| Dunigan Fuels, Inc (03-10945) | Rainbow Food Group, Inc (03-10945) |
| Favar Concepts Ltd (03-10945) | Retail Investments Inc (03-10945) |
| Fleming Foods Management Co L L C (03-10945) | Retail Supermarkets, Inc (03-10945) |
| Fleming Foods of Texas, L P (03-10945) | RFS Marketing Services, Inc (03-10945) |
| Fleming International, Ltd (03-10945) | Richmar Foods, Inc (03-10945) |
| Fleming Supermarkets of Florida, Inc (03-10945) | |

*See other side for Proof of Administrative Claim Form*

2

# Wayne Berry

Email WayneFBerry@Hotmail.com

Bankruptcy Management Corporation

1330 East Franklin Avenue

El Segundo, CA, 90245

Please find enclosed 2 copies of a supplemental Administrative Claim and a return envelope Please return one copy in the self addressed envelope with the claim number stamped on the claim

Thank you

P O Box 3727 • Honolulu • Hawaii • 96812 • eFax (808) 356-0372