# EXHIBIT M

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

IN RE:                          .   Case No.: 03-10945 (MFW)
                                .
                                .   821 North Market Street
FLEMING COMPANIES, INC. et al.  .   Wilmington, Delaware 19801
                                .
              Debtor,           .
                                .   Date:  July 26, 2004
. . . . . . . . . . . . . . ..      Time:  9:46 a.m.

TRANSCRIPT OF OMNIBUS HEARING
BEFORE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:         Pachulski, Stang, Ziehl, Young,
                          Jones & Weintraub, P.C.
                        By: LAURA DAVIS JONES, ESQ.
                            CHRIS J. LHULIER, ESQ.
                        919 North Market Street
                        Wilmington, DE 19899-8705

For the Debtor:         Kirkland & Ellis, LLP
                        By: RICHARD L. WYNNE, ESQ.
                            ERIC LIEBELER, ESQ.
                        200 East Randolph Drive
                        Chicago, IL 60601

Audio Operator:         Danielle R. Cherry

Proceedings recorded by electronic sound recording, transcript
                 Produced by transcription service.

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-Mail:  jjcourt@optonline.net

(609) 586-2311    Fax No. (609) 587-3599

# 9150

2

APPEARANCES: (cont'd)

For AWG
Buchanan Ingersoll, P.C.
By: SELINDA A. MELNIK, ESQ.
Chase Manhattan Centre
1201 N. Market Street
Wilmington. DE 19801

For Farris Class Action
 Plaintiffs
Werb & Sullivan
By: DUANE D. WERB, ESQ.
300 Delaware Avenue
Wilmington, DE 19899

For Kemps, LLC, et al.
Morris James Hitchens & Williams
By: STEPHEN MILLER, ESQ.
222 Delaware Avenue
Wilmington, DE 19899

For Raymond Choy
Potter, Anderson & Corroon
By: MADISON L. CASHMAN, ESQ.
1313 N. Market Street
Wilmington, DE 19899

For SuperValu
Sidley Austin Brown & Wood
By: WILLIAM EVANOFF, ESQ.

For Office of U.S. Trustee
United States Dept. of Justice
By: JOSEPH McMAHON, ESQ.
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE 19801

For Russell Stover
Connolly, Bove, Lodge & Hutz, LLP
By: JEFFREY WISLER, ESQ.
1220 Market Street
Wilmington, DE 19899

For Pre- & Post-Petition
 Agents
Greenberg Traurig, LLP
By: DENNIS A. MELORO, ESQ.
The Brandywine Bldg.
1000 West Street
Wilmington, DE 19801

For ACE
White & Williams, LLP
By: MARC S. CASARINO, ESQ.
    LEONARD GOLDBERGER, ESQ.
824 N. Market Street
Wilmington, DE 19899

3

```
For OUCC                      Pepper Hamilton, LLP
                             By: WILLIAM COHEN, ESQ.
                             1201 Market Street
                             Wilmington, DE 19899

For C&S Acquisition          Landis Rath & Cobb
                             By: RICHARD S. COBB, ESQ.
                                 MEGAN N. HARPER, ESQ.
                             919 Market Street
                             Wilmington, DE 19801

For Sonitrol Management      Reed Smith, LLP
                             By: KIMBERLY E. C. LAWSON, ESQ.
                             1201 Market Street
                             Wilmington, DE 19801

For Teamsters Union & UFCW   Previant, Goldberg Uelmen Gratz
                              Miller & Brueggeman
                             By: FREDERICK PERILLO, ESQ.
                             Milwaukee, Wisconsin

                             Heiman Gouge & Kaufman
                             By: SUSAN KAUFMAN, ESQ.
                             800 King Street
                             Wilmington, DE 19899

For Wayne Berry              William W. Erhart, PA
                             By: WILLIAM W. ERHART, ESQ.
                             800 King Street
                             Wilmington, DE 19899

For Buy For Less, Northstar  Walsh, Monzack & Monaco, P.A.
                             By:  RACHEL B. MERSKY, ESQ.
                             1201 North Orange Street
                             Wilmington, DE 19899

For Big 8                    Campbell & Levine
                             By: MARK HURFORD, ESQ.
                             800 N. King Street
                             Wilmington, DE 19801

By Phone:

For Debtors                  Kirkland & Ellis
                             By: JAMIE SPRAYREGEN, ESQ.
                                 SHIRLEY CHO, ESQ.
                             200 East Randolph Drive
                             Chicago, IL 60601
```

4

For Bradley Operating, LP     McGuire Woods, LLP
                                   By: MICHAEL SCHMAHL, ESQ.
                                   150 North Michigan Avenue
                                   Chicago, IL 60601

For Wayne Berry          Lynch Ichida Thompson Kim &
                                      Hirota
                                   By: TIMOTHY HOGAN, ESQ.
                                   1132 Bishop Street
                                   Honolulu, HI 96813

For BP Products          Kelley Drye & Warren, LLP
North America            By: DEBRA SUDOCK, ESQ.
                                   101 Park Avenue
                                   New York, NY 10178

For General Mills and     Frederickson & Byron
Marigold                By: FAY KNOWLES, ESQ.

For Application to retain   By: BOB REYNOLDS, ESQ.
Bob Reynolds

For Lexington Insurance    Grotefeld & Denenberg
                                   By: LYNN WEAVER, ESQ.
                                   105 West Adams Street
                                   Chicago, IL 60603

225

1  agreement and therefore I'm satisfied that the plan is feasible

2  not withstanding that side letter.

3         I think with respect to the allegations of lack of good

4  faith, the only objection is that of Mr. Berry and I don't find a

5  lack of good faith here.  I find, as I stated earlier, that there

6  was no transfer of the software authorized, approved under the

7  asset purchase agreement.  And the plan does not itself provide

8  for any transfer of the intellectual property contrary to Third

9  Circuit law.

10        That said, I think that the issue, as I said

11 previously, of any claim that Mr. Berry may have against --

12 certainly against C&S is not within my jurisdiction, but as

13 against the debtor, I am satisfied to let another court decide

14 that issue.  And notwithstanding any injunction provisions of the

15 plan to permit the post-petition infringement action to proceed

16 in the court in which it was filed.

17        With respect to the pre-petition, I did review the

18 debtor's supplemental brief, but I'm still not satisfied that

19 there's any reason why I should not grant relief from the stay to

20 permit that case to conclude to the extent it's simply to enter

21 final judgment and will have liquidated the pre-petition claim to

22 the extent it sought an injunction.  I'm not satisfied it's

23 contrary to -- certainly not contrary to the plan.  And I don't

24 see any reason why that should not proceed.  I really think it's

25 -- it may or may not be encompassed by the second complaint, but

226

1 I will allow the state court -- excuse me, the courts in Hawaii
2 to decide that.

3        So I will grant relief from the stay as to both the
4 pre-petition claim and reconfirm that under Title 28 Section 959
5 the post-petition action may proceed and will specifically
6 exclude that from any injunction in the plan to the extent it
7 seeks to stop any action based on pre-confirmation post-petition
8 activity.  I think it should be resolved by the whatever amended
9 complaint we're up to filed by Mr. Berry.

10        MR. LIEBELER:  Just to clarify the ruling, Your Honor,
11 if you're lifting the stay in the pre-petition litigation --

12        THE COURT:  Yes.

13        MR. LIEBELER:  -- to let it proceed from where it was
14 because there were post-trial motions in play at that time.

15        THE COURT:  Yes.

16        MR. LIEBELER:  I want to make sure that record's clear.

17        THE COURT:  Yes.  Just so it's clear, the debtor's also
18 permitted to proceed with any post-trial proceedings.

19        MR. LIEBELER:  Thank you, Your Honor.

20        THE COURT:  Since the stay does not affect the debtor.

21        MR. SPRAYREGEN:  Your Honor, as I noted at the outset,
22 at the right time, we did have two stipulations that went with
23 proposed confirmation; one from CHEP and one from Jackson Capital
24 that I had handed up earlier.  And then I do have, and I'm not
25 sure if the Court wants to go through this now or how you want to

234

## CERTIFICATE

     I certify that the foregoing is a correct transcript, from the electronic sound recording of the proceedings in the above-entitled matter.

_Susan Holcomb_    August 3, 2004

Susan Holcomb, Transcriber

AAERT Cert. No. D-273