Office of Disciplinary Counsel
1132 Bishop Street, Suite 300
Honolulu, Hawai'i 96813
Telephone (808) 521-4591

Chief Disciplinary Counsel
  Carole R. Richelieu
Deputy Chief Disciplinary Counsel
  Charles H. Hite
Assistant Disciplinary Counsel
  Michael T. Lee
  Yvonne R. Shinmura
  Mitsuhiro Murakawa
  Thomas F. Robertson
Investigator
  Fred Oishi
Research Paralegals
  Darryn J. Manuel
  Kori E. Anderson



Disciplinary Board

Chairperson
Hon. Clifford L. Nakea (Ret.)
Vice Chairperson
Diane D. Hastert
Secretary
Hon. Leslie A. Hayashi
Treasurer
Richard A. Coons, CPA

Rustam A. Barbee
Corlis J. Chang
Chief Lee D. Donohue (Ret.)
Gary M. Farkas, Ph.D., MBA
Joyce Ingram-Chinn, Ph.D.
Richard J. Kowen
Hon. Evelyn B. Lance (Ret.)
Philip H. Lowenthal
Margaret K. Masunaga
Dean E. Ochiai
Jean E. Rolles, CPM
Blake T. Okimoto
Bradley R. Tamm
Thomas D. Welch, Jr.

January 24, 2008        CONFIDENTIAL

Lex R. Smith, Esq.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawai'i  96813

Re:  Timothy J. Hogan

Dear Mr. Smith:

Enclosed are two-sided copies of two letters which were submitted to our office on December 18, 2007, and January 9, 2008, from Timothy J. Hogan.

So that we can assess the matter, please provide your detailed written response to this office by **Thursday, February 7, 2008**.

Please be aware that attorneys have a duty to cooperate in ethics investigations and that failure to do so violates HRPC 8.1(b), HRPC 8.4(a), and HRPC 8.4(d).

Very truly yours,

CHARLES H. HITE
DEPUTY CHIEF DISCIPLINARY COUNSEL

CHH:jv
Enclosures

Exhibit A