LAX—CPCS

ENTRY 70  08-13-07 10:54
EXIT  78  08-14-07 06:35
ID NO 980   FEE  $ 30.00
LP# CA 5UYU492  SEQ 0847

**Exhibit A**