# EXHIBIT E

Hawai'i State Judiciary: Ho'ohiki

Page 1 of 1

# Hawai'i State Judiciary Ho'ohiki

Hawai'i State Judiciary's Public Access to Court Information

Print | Help | New Search | Exit

## Non-Criminal Case Information Screen

1DV06-1-000211

Case Title: JULIANNE N BERRY VS WAYNE FOSTER BERRY

| | | |
|---|---|---|
| Initiation Date: 01-20-2006 | Initiation Type: P | Confidential Code: N |
| Initiator I.D.: A4489 | Division: | Court: F |
| Cause of Action: DIVORCE | | Nature of Action: 01632 |
| Section Code: | | |
| Trial Type: | Trial Judge: A3397 | Court Costs: 0000000000 |
| Consolidation Code: | | |
| Case Disposition: DSM | Case Termination: OTH | Case Termination Date: 09-25-2006 |
| Orig. Agency: | | Lower Court Case: |
| Taxation Dist.: | | Tax Appeal Source: |
| Gen. Ex. Tax Amt.: 0000000000 | Gen. Ex. Tax No.: | Tax Key: |
| Property Location: | | |
| Comments: | | |




http://hoohiki2.courts.state.hi.us/jud/Hoohiki/JSAPM51.jsp?casenumber=1DV061000211

2/26/2008

# Hawai'i State Judiciary Ho'ohiki

Hawai'i State Judiciary's Public Access to Court Information

Print | Help | New Search | Exit

## Document List

1DV06-1-000211

| Seq. | Document Type | Title | Date |
|------|---------------|-------|------|
| 0000001 | CDS | COMPLAINT FOR DIVOR | 01-20-2006 |
| 0000002 | | NOTICE TO ATTEND KI | 03-09-2006 |
| 0000003 | | AMENDED NOTICE TO A | 07-14-2006 |
| 0000004 | OD | ORDER OF DISMISSAL | 09-25-2006 |
| 0000005 | | PLTF'S EX PARTE MOT | 10-05-2006 |
| 0000006 | | FILED ON 1/20/06 | 10-05-2006 |
| 0000007 | | MOTION FOR PERSONAL | 03-14-2007 |
| 0000008 | AOS | AFFIDAVIT OF SERVIC | 08-31-2007 |
| 0000009 | | NON-HEARING MOTION | 09-12-2007 |
| 0000010 | MTSN | MOTION TO SET AND N | 02-06-2008 |
| 0000011 | CS | AMENDED CERTIFICATE | 02-07-2008 |

Page Number: 000001 OF 000001

<Previous | Next>


