# EXHIBIT F

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

WAYNE BERRY, a Hawaii citizen

    Plaintiff(s),

    V.

FLEMING COMPANIES, INC. Et al.

    Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CIVIL NO 03-00385 SOM-LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 9, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[✓]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff in the amount of $57,534.00 and against the defendant(s) Fleming in the amount of $57,530.00, Mark Dillon in the amount of $2.00, and Teresa Noa in the amount of $2.00; all pursuant to the jury's verdict filed March 7, 2006.

| March 9, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ George A. Bartels Jr. |
| | (By) Deputy Clerk |

CM/ECF-DC V2.5 (11/05) **LIVE**                                    https://ecf.hid.circ9.dcn/cgi-bin/Dispatch.pl?124685427988205

## Other Orders/Judgments
1:03-cv-00385-SOM-LEK Berry v. Hawaiian Express Ser, et al

### U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from gab, entered on 3/9/2006 at 10:59 AM HST and filed on 3/9/2006
**Case Name:**      Berry v. Hawaiian Express Ser, et al
**Case Number:**    1:03-cv-385
**Filer:**
**WARNING: CASE CLOSED on 03/09/2006**
**Document Number:** 856

**Docket Text:**
JUDGMENT in favor of Plaintiff against defendant(s) Fleming, Mark Dillon and Teresa Noa (gab, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/9/2006] [FileNumber=44888-0] [
63fc5c8207076400363b1859febda67f18367499f4ec8264f243505e2a2856eac34cb9
9938069d70d9fe3aba16f8b2782151e123c0a9d92fe000b1cc8e31737e]]

**1:03-cv-385 Notice will be electronically mailed to:**

Margery S. Bronster     mbronster@bchlaw.net, audrey@bchlaw.net

Damian Capozzola     dcapozzola@kirkland.com

Christopher T. Chun     ctc@hosodalaw.com

Leroy E. Colombe     lcolombe@chunkerr.com

Rex Y. Fujichaku     rfujichaku@bchlaw.net, jennifer@bchlaw.net

Timothy J. Hogan     tjh@loio.com

Lyle S. Hosoda     lsh@hosodalaw.com

Eric C. Liebeler     eliebeler@kirkland.com

Raina P. Mead     rpbm@hosodalaw.com

William G. Meyer , III     wmeyer@dwyerlaw.com

R. Olivia Samad     osamad@kirkland.com

Ann C. Teranishi     act@ksglaw.com

Thomas H.Y.P. Yee     thy@ksglaw.com, bls@ksglaw.com

**1:03-cv-385 Notice will be delivered by other means to:**

Michael E. Baumann

Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Andrew V. Beaman
Chun Kerr Dodd Beaman & Wong
900 Hawaii Tower
745 Fort St
Honolulu, HI 96813

Wesley H.H. Ching
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop St Ste 1200
Honolulu, Hi 96813

Melissa M. Dulac
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Peter T. Kashiwa
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

Iver N. Larson
Chun Kerr Dodd Beaman & Wong
900 Hawaii Tower
745 Fort St
Honolulu, HI 96813

Victor Limongelli
Guidance Software Inc
215 N Marengo Ave
Pasadena, CA 91101

Anne E. Lopez
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Clyde Wm. Matsui
Matsui Chung Sumida & Tsuchiyama
737 Bishop St Ste 1400
Honolulu, HI 96813

Julia M. Morgan
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop St Ste 1200
Honolulu, Hi 96813

John Patzakis
Guidance Software Inc
215 N Marengo Ave
Pasadena, CA 91101

Lex R. Smith
Kobayashi Sugita & Goda

CM/ECF-DC V2.5 (11/05) **LIVE**                    https://ecf.hid.circ9.dcn/cgi-bin/Dispatch.pl?124685427988205

First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Shelley M Tamekazu
Lyle S. Hosoda & Associates, LLC
345 Queen St Ste 804
Honolulu, HI 96813