UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,<br><br>      Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

# DEFENDANTS' NOTICE OF JOINT MOTION FOR SECURITY PURSUANT TO LOCAL RULE 54.2

 

KIRKLAND & ELLIS LLP
Michael E. Baumann (admitted *pro hac vice*)
Erin N. Brady (admitted *pro hac vice*)
777 South Figueroa Street
Los Angeles, California  90017
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
E-mail:   ebrady@kirkland.com

Counsel for Defendants Post Confirmation Trust, Robert Kors, Deutsche Bank Trust Companies Americas and JP Morgan Chase Bank

K&E 12498556.2

PLEASE TAKE NOTICE that all Defendants in this matter upon DEFENDANTS' JOINT MOTION FOR SECURITY PURSUANT TO LOCAL RULE 54.2 will move before the Honorable William H. Pauley III, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, Courtroom 11D, New York, New York 10007, at 10:30 a.m. on April 4, 2008, for an order to requiring the Plaintiff to post bond in the amount set forth in said motion.

DATED: February 26, 2008

By: /s/ Erin N. Brady
KIRKLAND & ELLIS LLP
Michael E. Baumann (admitted *pro hac vice*)
Erin N. Brady (admitted *pro hac vice*)
777 South Figueroa Street
Los Angeles, California  90017
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500
E-mail:       ebrady@kirkland.com

Counsel for Defendants Post Confirmation Trust, Robert Kors, Deutsche Bank Trust Companies Americas and JP Morgan Chase Bank

and

NIXON PEABODY LLP
Christopher May Mason
437 Madison Avenue
New York, New York 10022
Telephone:    (212) 940-3000
Facsimile:    (212) 940-3111
E-mail:       cmason@nixonpeabody.com

Counsel for Defendant C&S Wholesale Grocers, Inc.

and

LEVINE, SULLIVAN, KOCH & SCHULZ, LLP
Robert Penchina
321 West 44th Street, Suite 510
New York, New York  10036
Telephone:    (212) 850-6100
Facsimile:    (212) 850-6299
E-mail:       rpenchina@lskslaw.com

Counsel for Defendant General Electric Capital Corporation

1