UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BERRY,

    Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,

    Defendants.

Case No. 01:07 CV 7634 (WHP)

ECF Case

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
2/28/2007

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Wayne Berry, Defendant Core-Mark Holdings Inc., specially appearing for the limited purpose of executing this Stipulation of Voluntary Dismissal, and all other Defendants who have appeared in this case hereby stipulate and agree that Plaintiff voluntarily dismisses Core-Mark Holdings Inc. without prejudice. The parties agree that this stipulation may be executed in identical counterparts, each of which shall be deemed an original for all purposes, that those counterparts may be transmitted via facsimile or email. Each party shall bear its own costs and fees.

1

DATED: February 22, 2008

By: /s/ Timothy J. Hogan
TIMOTHY J. HOGAN
1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Telephone:  (808) 382-3698
Facsimile:  (808) 356-1682
Email: tjh@timhogan.com

Counsel for Plaintiff Wayne Berry

By: _____
KIRKLAND & ELLIS LLP
Michael E. Baumann
Erin N. Brady
777 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
E-mail: ebrady@kirkland.com

Counsel for Defendant Core-Mark Holding, Inc., Specially Appearing for the Limited Purpose of Executing This Stipulation of Voluntary Dismissal

By: _____
KIRKLAND & ELLIS LLP
Michael E. Baumann
Erin N. Brady
777 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
E-mail: ebrady@kirkland.com

Counsel for Defendants Fleming Post-Confirmation Trust, Robert Kors, Deutsche Bank Trust Companies America and JP Morgan Chase Bank

By: _____
NIXON PEABODY LLP
Christopher May Mason
437 Madison Avenue
New York, New York 10022
Telephone:  (212) 940-3000
Facsimile:  (212) 940-3111
E-mail: cmason@nixonpeabody.com

Counsel for Defendant C&S Wholesale Grocers, Inc.

2

DATED: February 22, 2008

By: _____
TIMOTHY J. HOGAN
1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Telephone:   (808) 382-3698
Facsimile:   (808) 356-1682
Email: tjh@timhogan.com

Counsel for Plaintiff Wayne Berry

By: _____
KIRKLAND & ELLIS LLP
Michael E. Baumann
Erin N. Brady
777 South Figueroa Street
Los Angeles, California 90017
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
E-mail: ebrady@kirkland.com

Counsel for Defendant Core-Mark Holding, Inc.,
Specially Appearing for the Limited Purpose of
Executing This Stipulation of Voluntary Dismissal

By: _____
KIRKLAND & ELLIS LLP
Michael E. Baumann
Erin N. Brady
777 South Figueroa Street
Los Angeles, California 90017
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
E-mail: ebrady@kirkland.com

Counsel for Defendants Fleming Post-
Confirmation Trust, Robert Kors, Deutsche Bank
Trust Companies America and JP Morgan Chase
Bank

By: _____
NIXON PEABODY LLP
Christopher May Mason
437 Madison Avenue
New York, New York 10022
Telephone:   (212) 940-3000
Facsimile:   (212) 940-3111
E-mail: cmason@nixonpeabody.com

Counsel for Defendant C&S Wholesale Grocers,
Inc.

2

DATED: February 22, 2008

By: _____
TIMOTHY J. HOGAN
1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Telephone: (808) 382-3698
Facsimile: (808) 356-1682
Email: tjh@timhogan.com

Counsel for Plaintiff Wayne Berry

By: _____
KIRKLAND & ELLIS LLP
Michael E. Baumann
Erin N. Brady
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: ebrady@kirkland.com

Counsel for Defendant Core-Mark Holding, Inc.,
Specially Appearing for the Limited Purpose of
Executing This Stipulation of Voluntary Dismissal

By: _____
KIRKLAND & ELLIS LLP
Michael E. Baumann
Erin N. Brady
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: ebrady@kirkland.com

Counsel for Defendants Fleming Post-
Confirmation Trust, Robert Kors, Deutsche Bank
Trust Companies America and JP Morgan Chase
Bank

By: _____/s/_____
NIXON PEABODY LLP
Christopher May Mason
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
E-mail: cmason@nixonpeabody.com

Counsel for Defendant C&S Wholesale Grocers,
Inc.

2

By: _____
LEVINE, SULLIVAN, KOCH & SCHULZ, LLP
Robert Penchina
321 West 44th Street, Suite 510
New York, New York 10036
Telephone: (212) 850-6100
Facsimile: (212) 850-6299
E-mail: rpenchina@lskslaw.com

Counsel for Defendant General Electric Capital Corporation

3