```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
WAYNE BERRY,                  :
                              :
            Plaintiff,        :   07 Civ. 7634 (WHP)
                              :
      -against-               :   SCHEDULING ORDER
                              :
DEUTSCHE BANK TRUST CO.       :
AMERICAS ET AL.,              :
                              :
            Defendants.       :
------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on February 13, 2008, the following schedule for Defendants Robert Kors and the Post Confirmation Trusts' motion for summary judgment and Defendants' joint motion for a bond is established on consent:

        (1) Defendants shall serve and file their motions by February 26, 2008;

        (2) Plaintiff shall serve and file any oppositions by March 20, 2008;

        (3) Defendants shall serve and file any replies by March 28, 2008; and

        (4) This Court will hear oral argument on April 4, 2008 at 10:30 a.m.

Dated: February 28, 2008
      New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                              U.S.D.J.

*Counsel of Record:*
Timothy Joseph Hogan, Esq.
1050 Bishop Street #433
Honolulu, HI 96813
*Counsel for Plaintiff*

Andrew P. DeNatale, Esq.
Jonathan E. Moskin
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
*-and-*
F. Wade Ackerman, Esq.
Michael Edward Baumann, Esq.
Erin N. Brady, Esq.
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
*-and-*
Raina P.B. Gushiken, Esq.
Lyle S. Hosoda, Esq.
Lyle S. Hosoda & Associates, LLC
345 Queen Street, Suite 804
Honalulu, HI 96813
*Counsel for Defendants Deutsche Bank Trust Company Americas and JP Morgan Chase Bank*

Erin N. Brady, Esq.
Richard Lee Wynne, Esq.
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
*Counsel for Defendants Robert Kors and the Post-Confirmation Trust*

Robert Penchina, Esq.
Levine, Sullivan, Koch & Schulz, LLP
321 West 44th Street, Suite 510
New York, NY 100036
*Counsel for Defendant General Electric Capital Corporation*

Christopher May Mason, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Defendant C&S Wholesale Grocers, Inc.*