UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. AND DOES 1 TO 200,<br><br>　　　Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

**AFFIDAVIT OF F. WADE ACKERMAN IN SUPPORT OF DEFENDANTS POST CONFIRMATION TRUST'S AND ROBERT KORS' RESPONSE IN OPPOSITION TO AFFIDAVIT OF TIMOTHY J. HOGAN APPLYING FOR RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(F)**

KIRKLAND & ELLIS LLP
F. Wade Ackerman (*pro hac vice* pending)
777 South Figueroa Street
Los Angeles, California 90017
Telephone:　(213) 680-8400
Facsimile:　(213) 680-8500
Email:　　　wade.ackerman@kirkland.com

Counsel for Defendants Fleming Post Confirmation Trust and Robert Kors

K&E 12531535.1

## AFFIDAVIT OF F. WADE ACKERMAN

I, F. Wade Ackerman, testify as follows:

1. I am an associate at the law firm Kirkland & Ellis LLP. My firm has been retained to represent Defendants the Post-Confirmation Trust ("PCT") and Robert Kors in this lawsuit. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of relevant excerpts from email discussions threads between Plaintiff's attorney, Timothy Hogan, and Michael Baumann and others ranging from January 16, 2008 to January 30, 2008.

3. Attached as Exhibit B is a true and correct copy of relevant excerpts from email discussions threads between Plaintiff's attorney, Timothy Hogan, and Michael Baumann and others ranging from February 15, 2008 to February 16, 2008.

4. Attached as Exhibit C is a true and correct copy of relevant excerpts from email discussions threads between Plaintiff's attorney, Timothy Hogan, and Michael Baumann and others ranging from February 27, 2008 to February 28, 2008.

5. Attached as Exhibit D is a true and correct copy of letter dated December 18, 2007 from Plaintiff's attorney, Timothy Hogan, addressed to the Office of Disciplinary Counsel in Hawaii.

6. Attached as Exhibit E is a true and correct copy of the Court's transcript of a February 13, 2008 hearing in this matter.

7. Attached as <u>Exhibit F</u> is a true and correct copy of relevant excerpts of email discussion threads between Wesley Ichida and Plaintiff's attorney, Timothy Hogan, on February 27, 2008.

So sworn under penalty of perjury under the laws of the United States of America in Los Angeles, California on March 5, 2008.

_____
F. Wade Ackerman

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

State of California
County of _LOS ANGELES_

Subscribed and sworn to (or affirmed) before me on this _5th._ day of _MARCH_, 20_08_, by

(1) _F. WADE ACKERMAN_,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) ☒

(and

(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
Signature of Notary Public

[Notary Seal: NEAL SAN DIEGO, Commission # 1612581, Notary Public - California, Los Angeles County, My Comm. Expires Oct 10, 2009]

Place Notary Seal Above

——————————— OPTIONAL ———————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: _AFFIDAVIT_

Document Date: _3/05/08_   Number of Pages: _3_

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827