ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE BERRY,

       Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY
AMERICAS (FKA BANKERS TRUST
COMPANY) and JP MORGAN CHASE BANK
in their separate capacities and as agents for the
pre- and post-petition lenders of Fleming
Companies, Inc.; GENERAL ELECTRIC
CAPITAL CORPORATION; C&S
WHOLESALE GROCERS, INC.; THE POST-
CONFIRMATION TRUST OF FLEMING
COMPANIES, INC.; ROBERT KORS; CORE-
MARK HOLDINGS INC. and DOES 1 to 200,

       Defendants.

Case No.:  1:07-CV-07634 (WHP)

ECF Case

---

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Richard L. Wynne, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|  |  |
|---|---|
| Applicant's Name: | Michael Edward Baumann |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 777 South Figueroa Street, 37th Floor |
| City/State/Zip: | Los Angeles, CA 90017 |
| Phone Number: | 213-680-8400 |
| Fax Number: | 213-680-8500 |

This Court has already admitted Michael Edward Baumann *pro hac vice* as counsel for

Deutsche Bank Trust Company Americas and JP Morgan Chase Bank, but this motion seeks to

admit him *pro hac vice* as counsel for recently-added defendants the Post Confirmation Trust and




1

Robert Kors. Michael Edward Baumann is a member in good standing of the bar of the State of

California. There are no pending disciplinary proceedings against Michael Edward Baumann in

any State or Federal Court.


Dated:  March _4_, 2008

        New York, New York

                                          Richard L. Wynne
                                          SDNY Bar:  RW 5630
                                          KIRKLAND & ELLIS LLP
                                          777 South Figueroa Street
                                          Los Angeles, California  90017
                                          Telephone:    (213) 680-8400
                                          Facsimile:    (213) 680-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>     Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,<br><br>    Defendants. | Case No.: 1:07-CV-07634 (WHP)<br><br>ECF Case |

**AFFIDAVIT OF RICHARD L. WYNNE
IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Richard L. Wynne, being duly sworn, hereby deposes and says as follows:

1.    I am a partner at Kirkland & Ellis LLP, counsel for Robert Kors and the Post Confirmation Trust. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Michael Edward Baumann as counsel *pro hac vice* to represent Robert Kors and the Post Confirmation Trust in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 11, 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Michael Edward Baumann since July, 2001.

4.    Mr. Baumann is a partner at Kirkland & Ellis LLP, in Los Angeles, California.

5.    I have found Mr. Baumann to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

1

6.      Accordingly, I am pleased to move the admission of Michael Edward Baumann, *pro hac vice*.

7.      I respectfully submit herewith a proposed order granting the admission of Michael Edward Baumann, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael Edward Baumann,

*pro hac vice*, to represent the Defendant in the above captioned matter, be granted.

Dated:  March \_\_\_, 2008

        New York, New York

_____
Richard L. Wynne
SDNY Bar:  RW 5630
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:    (213) 680-8400
Facsimile:     (213) 680-8500

Sworn before me this 4th day of March \_\_\_, 2008

_____
Notary Public

JOSEPH J. CALI
Notary Public, State of New York
No. 01CA5015523
Qualified in New York County
Commission Expires July 19, 20\_\_

2

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

February 29, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL EDWARD BAUMANN, #145830 was admitted to the practice of law in this state by the Supreme Court of California on January 31, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BERRY,

        Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY
AMERICAS (FKA BANKERS TRUST
COMPANY) and JP MORGAN CHASE BANK
in their separate capacities and as agents for the
pre- and post-petition lenders of Fleming
Companies, Inc.; GENERAL ELECTRIC
CAPITAL CORPORATION; C&S
WHOLESALE GROCERS, INC.; THE POST-
CONFIRMATION TRUST OF FLEMING
COMPANIES, INC.; ROBERT KORS; CORE-
MARK HOLDINGS INC. and DOES 1 to 200,

        Defendants.

Case No.:  1:07-CV-07634 (WHP)

ECF Case

ORDER FOR ADMISSION PRO HAC
VICE ON WRITTEN MOTION

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon motion of Richard L. Wynne, attorney for defendants Robert Kors and the Post

Confirmation Trust and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael Edward Baumann |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 777 South Figueroa Street, 37th Floor |
| City/State/Zip: | Los Angeles, CA 90017 |
| Phone Number: | 213-680-8400 |
| Fax Number: | 213-680-8500 |

is admitted to practice pro hac vice as counsel for defendants Robert Kors and the Post

Confirmation Trust in the above captioned case in the United States District Court for the

Southern District of New York.  All attorneys appearing before this Court are subject to the

1

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

New York, New York

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE BERRY,

                Plaintiff,

    vs.

DEUTSCHE BANK TRUST COMPANY
AMERICAS (FKA BANKERS TRUST
COMPANY) and JP MORGAN CHASE BANK
in their separate capacities and as agents for the
pre- and post-petition lenders of Fleming
Companies, Inc.; GENERAL ELECTRIC
CAPITAL CORPORATION; C&S
WHOLESALE GROCERS, INC.; THE POST-
CONFIRMATION TRUST OF FLEMING
COMPANIES, INC.; ROBERT KORS; CORE-
MARK HOLDINGS INC. and DOES 1 to 200,

                Defendants.

---

Case No.:  1:07-CV-07634 (WHP)

ECF Case

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK       )
                              ) ss:
COUNTY OF NEW YORK    )

I, Joseph J. Cali, being duly sworn, depose and says:

    1.      I am not a party to this action and am over 21 years of age.

    2.      I am employed in the law firm of Kirkland & Ellis LLP, attorneys for Robert Kors

and the Post Confirmation Trust.

    3.      On March 5, 2008, I cause to be served true copies of a Motion to Admit Counsel

*Pro Hac Vice* of Michael Edward Baumann, Order for Admission *Pro Hac Vice* on Written

Motion, Affidavit of Richard L. Wynne and Affidavit of Service were served by:  (1)

transmitting via electronic mail to the person at the electronic addresses set forth below in the

above-entitled action; and (2) U.S. Mail by depositing true copies of these documents enclosed in

post-paid wrappers in an official depository under the exclusive custody and control of the

United States Postal Service within the State of California, addressed as follows:

1

Timothy J. Hogan, Esq.
Attorneys at Law
1050 Bishop Street, Suite 433
Honolulu, Hawaii 96813
E-mail: tjh@timhogan.com
*Attorney for Plaintiff Wayne Berry*

Christopher May Mason, Esq.
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
E-mail: cmason@nixonpeabody.com
*Attorneys for C&S Wholesale Grocers, Inc.*

Robert Penchina, Esq.
LEVINE, SULLIVAN, KOCH & SCHULZ, LLP
321 West 44th Street, Suite 510
New York, New York 10036
E-mail:rpenchina@lskslaw.com
*Attorneys for General Electric Capital Corp.*

Lyle S. Hosoda, Esq.
Raina P.B. Sushiken, Esq.
LYLE HOSODA & ASSOCIATES, LLC
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
E-mail: lsh@hosodalaw.com
E-mail: rpbg@hosodalaw.com
*Attorneys for Defendants Deutsche Bank*
*Trust Company Americas and J.P. Morgan Chase Bank*

2

Andrew P. DeNatale
Jonathan E. Moskin
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
E-mail: adenatale@whitecase.com
E-mail: jmoskin@whitecase.com
*Attorneys for Defendants Deutsche Bank Trust*
*Company Americas and J.P. Morgan Chase Bank*

_____
Joseph J. Cali

Sworn to before me this
5th day of March 2008

_____
Notary Public

STEVEN WATTENBERG
Notary Public, State of New York
No. 01WA4946154
Qualified in New York County
Commission Expires 1/27/2011

3