**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,<br><br>      Defendants. | Case No.: 1:07-CV-07634 (WHP)<br><br>ECF Case |

### MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard L. Wynne, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    Erin N. Brady
    Firm Name:    Kirkland & Ellis LLP
    Address:    777 South Figueroa Street, 37th Floor
    City/State/Zip:    Los Angeles, CA 90017
    Phone Number:    213-680-8400
    Fax Number:    213-680-8500

This Court has already admitted Erin N. Brady *pro hac vice* as counsel for Deutsche Bank Trust Company Americas and JP Morgan Chase Bank, but this motion seeks to admit her *pro hac vice* as counsel for recently-added defendants the Post Confirmation Trust and Robert Kors. Ms.

1

Brady is a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against Erin N. Brady in any state or federal court.

Dated: March 4, 2008
New York, New York

Richard L. Wynne
SDNY Bar: RW 5630
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BERRY,

    Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,

    Defendants.

Case No.: 1:07-CV-07634 (WHP)

ECF Case

## AFFIDAVIT OF RICHARD L. WYNNE
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Richard L. Wynne, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel for Robert Kors and the Post Confirmation Trust. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Erin N. Brady as counsel *pro hac vice* to represent Robert Kors and the Post Confirmation Trust in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 11, 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Erin N. Brady since October 2001.

4. Ms. Brady is a partner at Kirkland & Ellis LLP, in Los Angeles, California.

5. I have found Ms. Brady to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Erin N. Brady, *pro hac vice*.

7.  I respectfully submit herewith a proposed order granting the admission of Erin N. Brady, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE I respectfully request that the motion to admit Erin N. Brady, *pro hac vice*, to represent the Defendant in the above captioned matter, be granted.

Dated: March 4, 2008
       New York, New York

Richard L. Wynne
SDNY Bar: RW 5630
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500

Sworn before me this 4 th day of March ___,
2008

_____
Notary Public

JOSEPH J. CALI
[Notary stamp, partially illegible]
State of New York
New York County
Commission Expires Jan 10, 20__

2

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 29, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIN NICOLE BRADY, #215038 was admitted to the practice of law in this state by the Supreme Court of California on November 28, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE BERRY,

    Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,

    Defendants.

Case No.: 1:07-CV-07634 (WHP)

ECF Case

---

## **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Richard L. Wynne, attorney for Robert Kors and the Post Confirmation Trust and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Erin N. Brady |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 777 South Figueroa Street, 37th Floor |
| City/State/Zip: | Los Angeles, CA 90017 |
| Phone Number: | 213-680-8400 |
| Fax Number: | 213-680-8500 |
| Email Address: | ebrady@kirkland.com |

is admitted to practice pro hac vice as counsel for defendants Robert Kors and the Post Confirmation Trust in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of

1

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:                                                    _____
                                                              United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WAYNE BERRY,<br><br>                 Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,<br><br>                 Defendants. | Case No.: 1:07-CV-07634 (WHP)<br><br>ECF Case<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK       )
                                    ) ss:
COUNTY OF NEW YORK   )

I, Joseph J. Cali, being duly sworn, depose and says:

    1.    I am not a party to this action and am over 21 years of age.

    2.    I am employed in the law firm of Kirkland & Ellis LLP, attorneys for Robert Kors and the Post Confirmation Trust.

    3.    On March 5, 2008, I caused to be served true copies of a Motion to Admit Counsel *Pro Hac Vice* of Erin N. Brady, Order for Admission *Pro Hac Vice* on Written Motion, Affidavit of Richard L. Wynne and Affidavit of Service were served by: (1) transmitting via electronic mail to the person at the electronic addresses set forth below in the above-entitled action; and (2) U.S. Mail by depositing true copies of these documents enclosed in post-paid wrappers in an official depository under the exclusive custody and control of the United States Postal Service within the State of California, addressed as follows:

1

Timothy J. Hogan, Esq.
Attorneys at Law
1050 Bishop Street, Suite 433
Honolulu, Hawaii 96813
E-mail: tjh@timhogan.com
*Attorney for Plaintiff Wayne Berry*

Christopher May Mason, Esq.
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
E-mail: cmason@nixonpeabody.com
*Attorneys for C&S Wholesale Grocers, Inc.*

Robert Penchina, Esq.
LEVINE, SULLIVAN, KOCH & SCHULZ, LLP
321 West 44th Street, Suite 510
New York, New York 10036
E-mail:rpenchina@lskslaw.com
*Attorneys for General Electric Capital Corp.*

Lyle S. Hosoda, Esq.
Raina P.B. Sushiken, Esq.
LYLE HOSODA & ASSOCIATES, LLC
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
E-mail: lsh@hosodalaw.com
E-mail: rpbg@hosodalaw.com
*Attorneys for Defendants Deutsche Bank*
*Trust Company Americas and J.P. Morgan Chase Bank*

2

Andrew P. DeNatale
Jonathan E. Moskin
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
E-mail: adenatale@whitecase.com
E-mail: jmoskin@whitecase.com
*Attorneys for Defendants Deutsche Bank Trust
Company Americas and J.P. Morgan Chase Bank*

_____
Joseph J. Cali

Sworn to before me the
5th day of March 2008

_____
Notary Public

STEVEN WATTENBERG
Notary Public, State of New York
No. 01WA4946184
Qualified in New York County
Commission Expires 1/27/2011

3