# Exhibit 3

**WayneBerry@FCS2003.com**

| | |
|---|---|
| **From:** | "Wayne Berry" <WayneFBerry@Hotmail.com> |
| **To:** | <WWI@LOIO.COM> |
| **Cc:** | <SJK@LOIO.COM>; <PAL@LOIO.COM> |
| **Sent:** | Thursday, July 26, 2007 7:01 AM |
| **Attach:** | 20070726 WB 2 WI.pdf |
| **Subject:** | 20070726 WB 2 WI.pdf - Adobe Reader |

July 26, 2007

Dear Mr. Ichida;

I am in the process of reviewing your letter of July 20, 2007. I do have some questions regarding the statement you sent but I am still working on them. I have also not seen any invoice for any time spent in the Deutsche Bank case. So I will be sending you a response along with my questions and concerns in due course.

However, it has come to my attention that your firm and Mr. Hogan have not been able to work out issues that may involve immediately pending matters in my cases. I understand that there are pending matters in my cases as early as next Monday, July 30, 2007 which require your immediate attention.

In paragraph 3 of your letter you wrote:

> We do not wish to prejudice your rights in any way and will therefore obtain appropriate extensions of time upon your request.

Please consider this email a formal request in response to that paragraph for you to contact opposing council and/or courts to obtain those necessary and appropriate extensions for all matters while I look for new counsel to represent me in my cases.

As always, please do not enter into any discussions regarding me or my cases with opposing counsel except the facts supporting the circumstances and necessity for requesting these extensions in my cases.

If you have any questions or concerns regarding this request, please do not hesitate to call me at 808-258-7144 or email me at WayneFBerry@Hotmail.com.

Sincerely,


Wayne Berry