# Exhibit 4

## WayneBerry@FCS2003.com

**From:** "Wesley W. Ichida" <wes@loio.com>
**To:** <WayneBerry@FCS2003.com>
**Cc:** "Steven J. Kim" <sjk@loio.com>; "Maile M. Hirota" <maile@loio.com>; "Paul A. Lynch" <pal@loio.com>; "WFT" <THOMPSONHI@AOL.COM>
**Sent:** Friday, July 27, 2007 7:04 PM
**Subject:** RE: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

**I don't know, Mr. Berry. But I assume that it is the location of the person that he reports to. I don't know if it is lawyer or a normal person. Wes**

---

**From:** WayneBerry@FCS2003.com [mailto:WayneBerry@FCS2003.com]
**Sent:** Friday, July 27, 2007 8:03 PM
**To:** Wesley W. Ichida
**Subject:** Re: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link
**Importance:** High

Mr. Ichida,

Who is in LA that has authority over Lex Smith ?

Sincerely,

Wayne Berry

> ----- Original Message -----
> **From:** Wesley W. Ichida
> **To:** WayneBerry@FCS2003.com
> **Cc:** Paul A. Lynch ; Steven J. Kim ; Maile M. Hirota ; WFT
> **Sent:** Friday, July 27, 2007 1:43 PM
> **Subject:** RE: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link
>
> **Mr. Berry: I had asked Lex for an extension this morning. I just asked him again, and he said that he has to check with LA. If he does not have authority to stipulate to a 14 day extension, I will contact Judge Kobayashi this afternoon and apprise her of the situation and hope to get an extension. If not, I will ask Judge Kobayashi on Monday at the hearing and let you know. Regards, Wes**
>
> **From:** WayneBerry@FCS2003.com [mailto:WayneBerry@FCS2003.com]
> **Sent:** Friday, July 27, 2007 7:43 PM
> **To:** Wesley W. Ichida
> **Subject:** Re: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link
> **Importance:** High
>
> Mr. Ichida,

I was just talking to Mr. Hogan as this email came in. I asked him about it and if he had seen this email. He has not. Mr. Hogan does not have this docuement and does he have access to it. As he said in his original email, it is in your computers and also available on Pacer.

Have you gotten an extension yet for the Monday hearing ?

Sincerely,

Wayne Berry
(808) 258-7144

----- Original Message -----
**From:** Wesley W. Ichida
**To:** tjh@timhogan.com ; Steven J. Kim
**Cc:** WayneBerry@FCS2003.com
**Sent:** Friday, July 27, 2007 1:09 PM
**Subject:** RE: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

**Tim: Why don't you just tell us what the doc. Is or e-mail it to us. Wes**

---

**From:** tjh@timhogan.com [mailto:tjh@timhogan.com]
**Sent:** Thursday, July 26, 2007 7:15 PM
**To:** Wesley W. Ichida; Steven J. Kim
**Cc:** WayneBerry@FCS2003.com; tjh@timhogan.com
**Subject:** FW: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

This is the email that contained the order that is relevant to Monday's hearing. You will need to find it in the Berry directory on the server or downloading it again off of pacer.

Tim

---

**From:** hid_resp@hid.uscourts.gov [mailto:hid_resp@hid.uscourts.gov]
**Sent:** Tuesday, July 24, 2007 5:03 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Hawaii - CM/ECF V3.04 (3/07)**

## Notice of Electronic Filing

The following transaction was entered on 7/24/2007 at 5:03 PM HST and filed on 7/24/2007
**Case Name:**        Berry v. Hawaiian Express Ser, et al
**Case Number:**      1:03-cv-385

**Filer:**
**WARNING: CASE CLOSED on 03/09/2006**
**Document Number:** [1071](#)

**Docket Text:**
EO: COURT'S Inclination re [1065] MOTION to Compel. (Judge LESLIE E KOBAYASHI )(wnn, )

**1:03-cv-385 Notice has been electronically mailed to:**
Andrew V. Beaman  abeaman@chunkerr.com, lwarfield@chunkerr.com, nshinozuka@chunkerr.com
Leroy E. Colombe  lcolombe@chunkerr.com, cerickson@chunkerr.com
Timothy J. Hogan  tjh@loio.com, timmyhogan@gmail.com
Wesley H.H. Ching  whc@fmhc-law.com, dd@fmhc-law.com, eol@fmhc-law.com
Lex R. Smith  lrs@ksglaw.com
Margery S. Bronster  mbronster@bchlaw.net, audrey@bchlaw.net
Lyle S. Hosoda  lsh@hosodalaw.com
William G. Meyer, III  wmeyer@dwyerlaw.com, carashiro@dwyerlaw.com, jborges@dwyerlaw.com
Thomas H.Y.P. Yee  thy@ksglaw.com, bls@ksglaw.com
Raina P.B. Gushiken  rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com
Rex Y. Fujichaku  rfujichaku@bchlaw.net, natashia@bchlaw.net
Christopher T. Chun  ctc@hosodalaw.com
Damian Capozzola  dcapozzola@kirkland.com
Erin N. Brady  ebrady@kirkland.com

**1:03-cv-385 Notice will not be electronically mailed to:**

Michael E. Baumann
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Melissa M. Dulac
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Peter T. Kashiwa
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

Iver N. Larson
Chun Kerr Dodd Beaman & Wong
900 Hawaii Tower
745 Fort St
Honolulu, HI 96813

Eric C. Liebeler
Kirkland & Ellis

777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Victor Limongelli
Guidance Software Inc
215 N Marengo Ave
Pasadena, CA 91101

Anne E. Lopez
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Clyde Wm. Matsui
Matsui Chung Sumida & Tsuchiyama
737 Bishop St Ste 1400
Honolulu, HI 96813

Julia M. Morgan
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop St Ste 1200
Honolulu, Hi 96813

John Patzakis
Guidance Software Inc
215 N Marengo Ave
Pasadena, CA 91101

R. Olivia Samad
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Shelley M Tamekazu
Lyle S. Hosoda & Associates, LLC
345 Queen St Ste 804
Honolulu, HI 96813

Ann C. Teranishi
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

3/13/2008

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=7/24/2007] [FileNumber=319110-0]
[5f32322e557dbe4688429bcc1ac6a82b689eb487a28855781fbdb00fb7897ce8afd0
0ea0e7b1f46e9443052f9ce89b1bd97b85feb868fa022e0bd85b2b9ec499]]