# Exhibit 5

Case 1:07-cv-07634-WHP    Document 79-6    Filed 03/20/2008    Page 1 of 8

## WayneBerry@FCS2003.com

**From:** "Wesley W. Ichida" <wes@loio.com>
**To:** <WayneBerry@FCS2003.com>
**Cc:** "Maile M. Hirota" <maile@loio.com>; "Paul A. Lynch" <pal@loio.com>; "WFT" <THOMPSONHI@AOL.COM>; "Steven J. Kim" <sjk@loio.com>
**Sent:** Friday, July 27, 2007 11:09 PM
**Subject:** RE: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

**Mr. Berry:   I thought I had answered this, but after checking my sent file, I apparently got mixed up with all the e-mails and calls from other clients, and did not finish it.**
           **Lex was talking about the Firm's attorneys fees lien during our first morning conversation.  I think it was about 9:00 or so.  I told him that the Firm has not withdrawn yet, nor have we researched and reviewed the ethics of such an assignment, and whether it would be a breach of our fiduciary duty.  I told him that in any event, I thought that the Agreement Tim drafted would be signed by you. [ I thought that you would sign it because it was drafted by Tim and we virtually did not make any changes, and agreed to the numbers he had proposed].  (I did not tell him about who drafted the Agreement or anything about it.)  This was before the conversation that he had with you on the line, where he told me that he did not intend to ask you to sign the Agreement, and that he will have his own agreements with you.**
           **That was all.  It was not mentioned again.**

           **I assume you will not be attending the Motion on Monday.  Please call me if you want to attend and let's discuss it before Monday.  My cell no. is 230-5217, and it is on 24-7.  Please feel free to call me anytime.  If I do not answer,  I will call you within the day.**

           **Regards, Wes**

---

**From:** WayneBerry@FCS2003.com [mailto:WayneBerry@FCS2003.com]
**Sent:** Friday, July 27, 2007 9:45 PM
**To:** Wesley W. Ichida
**Subject:** Re: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

Mr. Ichida,

What leins are you talking about ?

What day and time did Smith ask you this and what did you tell him in repsonse ?

Sincerely,

Wayne Berry

----- Original Message -----
**From:** Wesley W. Ichida
**To:** WayneBerry@FCS2003.com

**Cc:** Steven J. Kim ; Paul A. Lynch ; Maile M. Hirota ; WFT
**Sent:** Friday, July 27, 2007 3:30 PM
**Subject:** RE: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

**Mr. Berry: I forgot. Lex asked me if we will consider selling/assigning our lien to them (assuming we withdraw and perfect our lien). Wes**

---

**From:** WayneBerry@FCS2003.com [mailto:WayneBerry@FCS2003.com]
**Sent:** Friday, July 27, 2007 9:20 PM
**To:** Wesley W. Ichida
**Subject:** Re: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link
**Importance:** High

Dear Mr. Ichida,

Have you or anyone in your firm discussed any issues with Smith regarding me or my cases other than this request for an extension in the last two weeks ?

If so, please send me detailed information as to when those discussions were held, who was present and the particulars of what was discussed and any related notes or emails referencing those discussions.

Sincerely,

Wayne Berry

----- Original Message -----
**From:** Wesley W. Ichida
**To:** WayneBerry@FCS2003.com
**Cc:** Steven J. Kim ; Maile M. Hirota ; Paul A. Lynch ; WFT
**Sent:** Friday, July 27, 2007 2:55 PM
**Subject:** RE: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

**Mr. Berry: Lex and I just contacted the Court and Judge Kobayashi was not in today. We will try to see her at 9:30am, before the hearing, Monday. I will let you know. Regards, Wes**

---

**From:** WayneBerry@FCS2003.com [mailto:WayneBerry@FCS2003.com]
**Sent:** Friday, July 27, 2007 8:27 PM
**To:** Wesley W. Ichida
**Subject:** Re: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link
**Importance:** High

Mr. Ichida,

Why don't you just call the court and try to get Smith on the phone in the meantime. If Smith does not get on and considering the circumstances of Mr. Hogan's departure, ask the court to turn the hearing into a status conference.

And after doing this, please file your planned motions to withdraw from my cases on-line immediately and send me a copy. That will give you the basis for the status conference.

Sincerely,

Wayne Berry

----- Original Message -----
**From:** Wesley W. Ichida
**To:** WayneBerry@FCS2003.com
**Sent:** Friday, July 27, 2007 2:06 PM
**Subject:** RE: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

**Mr. Berry:  I would need to get the availability of Lex Smith first, but I certainly will try.  Wes**

---

**From:** WayneBerry@FCS2003.com [mailto:WayneBerry@FCS2003.com]
**Sent:** Friday, July 27, 2007 8:02 PM
**To:** Wesley W. Ichida
**Subject:** Re: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link
**Importance:** High

Mr. Ichida,

Looking at the current time and considering that this is the Friday, please assume that Smith does not have authority and call Judge Kobayashi now for the extension.

Sincerely,

Wayne Berry

----- Original Message -----
**From:** Wesley W. Ichida
**To:** WayneBerry@FCS2003.com
**Cc:** Paul A. Lynch ; Steven J. Kim ; Maile M. Hirota ; WFT
**Sent:** Friday, July 27, 2007 1:43 PM
**Subject:** RE: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

**Mr. Berry: I had asked Lex for an extension this morning.  I just asked him again, and he said that he has to check with LA.  If he does not have authority to stipulate to a 14 day extension, I will contact Judge Kobayashi this afternoon and apprise her of the situation and hope to get an extension.  If not, I will ask Judge Kobayashi on Monday at the hearing and let you know.  Regards, Wes**

**From:** WayneBerry@FCS2003.com [mailto:WayneBerry@FCS2003.com]
**Sent:** Friday, July 27, 2007 7:43 PM
**To:** Wesley W. Ichida
**Subject:** Re: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link
**Importance:** High

Mr. Ichida,

I was just talking to Mr. Hogan as this email came in. I asked him about it and if he had seen this email. He has not. Mr. Hogan does not have this docuement and does he have access to it. As he said in his original email, it is in your computers and also available on Pacer.

Have you gotten an extension yet for the Monday hearing ?

Sincerely,

Wayne Berry
(808) 258-7144

----- Original Message -----
**From:** Wesley W. Ichida
**To:** tjh@timhogan.com ; Steven J. Kim
**Cc:** WayneBerry@FCS2003.com
**Sent:** Friday, July 27, 2007 1:09 PM
**Subject:** RE: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

**Tim: Why don't you just tell us what the doc. Is or e-mail it to us. Wes**

**From:** tjh@timhogan.com [mailto:tjh@timhogan.com]
**Sent:** Thursday, July 26, 2007 7:15 PM
**To:** Wesley W. Ichida; Steven J. Kim
**Cc:** WayneBerry@FCS2003.com; tjh@timhogan.com
**Subject:** FW: Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

This is the email that contained the order that is relevant to Monday's hearing. You will need to find it in the Berry directory on the server or downloading it again off of pacer.

Tim

**From:** hid_resp@hid.uscourts.gov [mailto:hid_resp@hid.uscourts.gov]
**Sent:** Tuesday, July 24, 2007 5:03 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:03-cv-00385-SOM Berry v. Hawaiian Express Ser, et al Link

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Hawaii - CM/ECF V3.04 (3/07)**

**Notice of Electronic Filing**

The following transaction was entered on 7/24/2007 at 5:03 PM HST and filed on 7/24/2007

**Case Name:** Berry v. Hawaiian Express Ser, et al
**Case Number:** 1:03-cv-385
**Filer:**
**WARNING: CASE CLOSED on 03/09/2006**
**Document Number:** 1071

**Docket Text:**
EO: COURT'S Inclination re [1065] MOTION to Compel. (Judge LESLIE E KOBAYASHI ) (wnn, )


**1:03-cv-385 Notice has been electronically mailed to:**
Andrew V. Beaman abeaman@chunkerr.com, lwarfield@chunkerr.com, nshinozuka@chunkerr.com
Leroy E. Colombe lcolombe@chunkerr.com, cerickson@chunkerr.com
Timothy J. Hogan tjh@loio.com, timmyhogan@gmail.com
Wesley H.H. Ching whc@fmhc-law.com, dd@fmhc-law.com, eol@fmhc-law.com
Lex R. Smith lrs@ksglaw.com
Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net
Lyle S. Hosoda lsh@hosodalaw.com
William G. Meyer, III wmeyer@dwyerlaw.com, carashiro@dwyerlaw.com, jborges@dwyerlaw.com
Thomas H.Y.P. Yee thy@ksglaw.com, bls@ksglaw.com
Raina P.B. Gushiken rpbg@hosodalaw.com, dmm@hosodalaw.com, ta@hosodalaw.com
Rex Y. Fujichaku rfujichaku@bchlaw.net, natashia@bchlaw.net
Christopher T. Chun ctc@hosodalaw.com
Damian Capozzola dcapozzola@kirkland.com
Erin N. Brady ebrady@kirkland.com

**1:03-cv-385 Notice will not be electronically mailed to:**

Michael E. Baumann
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Melissa M. Dulac
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Peter T. Kashiwa
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639

Iver N. Larson
Chun Kerr Dodd Beaman & Wong
900 Hawaii Tower

745 Fort St
Honolulu, HI 96813

Eric C. Liebeler
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Victor Limongelli
Guidance Software Inc
215 N Marengo Ave
Pasadena, CA 91101

Anne E. Lopez
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Clyde Wm. Matsui
Matsui Chung Sumida & Tsuchiyama
737 Bishop St Ste 1400
Honolulu, HI 96813

Julia M. Morgan
Fukunaga Matayoshi Hershey & Ching
Davies Pacific Center
841 Bishop St Ste 1200
Honolulu, Hi 96813

John Patzakis
Guidance Software Inc
215 N Marengo Ave
Pasadena, CA 91101

R. Olivia Samad
Kirkland & Ellis
777 S Figueroa St Ste 3700
Los Angeles, CA 90017

Shelley M Tamekazu
Lyle S. Hosoda & Associates, LLC
345 Queen St Ste 804
Honolulu, HI 96813

Ann C. Teranishi
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=7/24/2007] [FileNumber=319110-0]
[5f32322e557dbe4688429bcc1ac6a82b689eb487a28855781fbdb00fb7897ce8afd0
0ea0e7b1f46e9443052f9ce89b1bd97b85feb868fa022e0bd85b2b9ec499]]