# Exhibit 6

**EDI@YNLogistics.com**

**From:** "Alida DaCosta" <adacosta@unicoldcorp.com>
**To:** "Bonnie Polu" <bpolu12@unicoldcorp.com>; "Bruce Yamamoto" <byamamoto@unicoldcorp.com>; "Cedric" <sales@metafoodsllc.com>; "Penny" <pmamac@palamameat.com>; "MIKE W" <mikew@hwfoodservice.com>; "Carey Ganigan" <carey@hansenfoodservice.com>; "Kellie" <kellie@hansenfoodservice.com>; "Dane" <dcampbell@hansenhawaii.com>; "Du Rome" <ducampbell@hansenhawaii.com>; "Lanney" <lichiki@hansenhawaii.com>; "Laureen" <lkawano@hansenhawaii.com>; "Joyce" <joyce@hansenfoodservice.com>; "Ryan" <rtorres@hfmfoodservice.com>; "LEI" <lasato@hfmfoodservice.com>; "Phyllis" <ptorres@hfmfoodservice.com>; "Kathy" <kathyk@suisan.com>; "Ken@Union Fish" <kenhild@unionfishco.com>; "Linda Umetsu" <linda.umetsu@tyson.com>; "Maria Chappell" <mchappell@meikoamerica.com>; "Marleen Guevara/Luen Fung USA" <marleen@luenfungent.com>; "Phyllis / Tyson" <phyllis.bahnemann@tyson.com>; "Racquel Jerome" <racquelj@suisan.com>; "Sandra/Suisan" <Sandras@suisan.com>; <sherman@mig-intl.com>; "Stephen Lee" <ssclee@lava.net>; "Teresa Noa" <teresaN@fleming-logistics.com>; "Wanney" <wanney@lhgamble.com>; "Janice" <jmiyasato@yhata.com>; "Wayne" <edi@ynlogistics.com>; "Harry" <hdelacruz@yhata.com>
**Sent:** Monday, March 03, 2008 4:35 PM
**Attach:** Template.doc
**Subject:** Fw: Embargo in Oakland

**Subject:** Embargo in Oakland



March 3, 2008

To Our Valued Customer:

Oakland is presently under an embargo with regard to rail traffic which was initiated by Union Pacific Railroad due to the high volume of railcar traffic in Oakland. No further rail cars are allowed to come to Oakland until this embargo is lifted.

In an effort to get around this problem, many vendors are routing their shipments to Unicold Oakland over the road via tractor trailer. Please be advised there is presently a high volume of additional trucks delivering to Unicold Oakland due to this embargo therefore, please anticipate delays.

Please rest assured we are working as fast as we can to unload each and every truck to accommodate everyone. Thank you for your understanding and should you have any questions, please give us a call at 510-834-9212.

Sincerely,

Unicold Corporation Oakland