# Exhibit 7

**NetworkSolutions**

Call us **1-800-333-7680**
Login | Help

# WHOIS Search Results

Available **fleming-logistics** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |


Order Selected Domain(s) »

### Your WHOIS Search Results



**fleming-logistics.com**
Services from Network Solutions:

**Certified Offer Service** - Let us help you get this domain name!

**Backorder** - Try to get this name when it becomes available.

**Private Registration** - Keep personal information for this domain private.

**SSL Certificates** - Get peace of mind with a secure certificate.

**Enhanced Business Listing** - Promote your business to millions of viewers for only $1 a month!

**Choose Your Domain Provider Wisely** and ...
**Domains for $9.99/yr**

Learn the do's and d...
search engine optim...
**Download** our *Guide ...*
*Found Online* now.





Visit AboutUs.org for more information about FLEMING-LOGISTICS.COM AboutUs: FLEMING-LOGISTICS.COM

**Registrant:**

C&S Wholesale Grocers, Inc.
91-315 Hanua Street
Kapolei, HI 96707
US

Make this info private

**Domain Name:** FLEMING-LOGISTICS.COM

**Promote your business to millions of viewers for only $1 a month!**

Learn how you can get an Enhanced Business Listing here for your domain name.

**Learn More**

**Administrative Contact :**
Dillon, Mark
mrdillon@PACIFICGLOBAL.NET
91-315 Hanua Street
Kapolei, HI 96707
US
Phone: (808) 682-3392
Fax: 999 999 9999

**Technical Contact :**
Administrator, Domains
domains@MAUI.NET
360 Hoohana Street, Suite A104
Kahului, HI 96732
US
Phone: 808.875.2535, 808.875.253
Fax: (808) 875-2539

**Record expires on** 05-Apr-2008
**Record created on** 05-Apr-2000
**Database last updated on** 26-Mar-2007

**Domain servers in listed order:**                                        Manage DNS

NS1.MAUI.NET
NS2.MAUI.NET

 Show underlying registry data for this record

**Current Registrar:** NETWORK SOLUTIONS, LLC.
**IP Address:**        64.29.76.7 (ARIN & RIPE IP search)
**IP Location:**       US(UNITED STATES)-HAWAII-HONOLULU
**Record Type:**       Domain Name
**Server Type:**       Apache 1



**SEARCH AGAIN**

**Enter a search term:**

| | |
|---|---|
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Index of / |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 27-Nov-2006 |

e.g. networksolutions.co

**Search by:**
 **Domain Name**
○ **NIC Handle**
○ **IP Address**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee





**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**





  



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.