# Exhibit 9

**Matson** Welcome, Valued Customer

Saturday, December 1, 2007    Contact Us | Help

My Home | Rates | Rules | Groups | Commodities | Arbs/Inlands | Essential Terms | Other Search | Administration

**Commodity description in effect on 01-Dec-2007 for:**

| Owner: | MATS | Tariff No/Contract No: | 2034-E | Commodity Code: | 2034001124 | Brief Description: | FLEMING FOODS GROCERY COMMODITIES and RESTAURANT SUPPLIES, |

**Full Description**

```
FLEMING FOODS GROCERY COMMODITIES and RESTAURANT
SUPPLIES, in straight or mixed containers
(Item 1124)
```

**Exception List:**

**Notes**

```
NOTE 1: Item applies only when C & S Wholesale is shipper and consignee.
NOTE 2: Rate includes the return of pallets and cardboard separators from Hawaii CY to Pacific Coast CY which moved loaded to Hawaii under r
```

**Filing Information**

| Amendment Codes | File Date | Effective Date | Thru Date | Expiration date | Status | Special Case |
|---|---|---|---|---|---|---|
| CE | 20-Nov-2007 | 20-Nov-2007 | | 21-Nov-2007 | F | |

**Charges**

No items in this section

**Overrides - the following do not apply**

No Items in this section

**Overrides - the following apply**

No Items in this section

All Information contained within this system is true and accurate and no unlawful alterations will be permitted.

Powered by Pacific Coast Tariff Bureau
To report a problem click here