# Exhibit 10



**Blocked?** | **Subscribe** | **Contact**

**Enter domain, network owner,
IP address or CIDR range** |?|

Search



Home   Senderbase Queries   Threat Operations Center   Spamcop   About

# Report on domain: uscourts.gov

**Senderbase Queries**

- Summary
- Domains
- IP Addresses



**Volume Statistics for this Domain**

|  | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 5.4 | 57% |
| Last month | 5.2 | |

**Third-party Certification**

TRUSTe Privacy Seal? Not Certified

**Information from whois** **[ Show/hide details ]**

| Network Owner: | unknown |
|---|---|
| Registered on: | unknown |
| Updated on: | unknown |
| Expires on: | unknown |

**Other information about uscourts.gov** |?|

Sender Category

Date of first message seen from this domain 2003-04-01

**Related links**

Google groups

RFC-Ignorant.Org

**Network Owners that use uscourts.gov hostnames**

Showing 1 - 2 out of 2

| **Network Owner** | **Monthly Magnitude** ▼ |
|---|---|
| Admin OFC US Courts | 5.2 |
| US COURTS | 4.9 |

**Whois Details**

[Querying whois.nic.gov]
[whois.nic.gov]
% DOTGOV WHOIS Server ready
Domain Name: uscourts.gov
Status: Active

Please be advised that this whois server only contains information pertaining to domain. For information for other domains please use the whois server at RS.INTERNIC.NET.

Export

**Addresses in uscourts.gov used to send email**

**Showing 1 - 32 out of 32**

| address ▲ | hostname | Fwd/Rev DNS Match | **Daily Magnitude** [?] | **Monthly Magnitude** [?] |
|---|---|---|---|---|
| 164.58.74.141 | mail.okwb.uscourts.gov | Y | 0.0 | |
| 207.41.14.161 | www.listserve.nhd.uscourts.gov | Y | 3.2 | |
| 207.41.14.222 | respacer1.gtwy.uscourts.gov | Y | 0.0 | ( |
| 207.41.15.236 | www.med.uscourts.gov | Y | 3.2 | |
| 207.41.18.69 | lsmns2o.gtwy.uscourts.gov | Y | 0.0 | |
| 207.41.18.222 | lsmpacer1.gtwy.uscourts.gov | Y | 2.8 | |
| 208.27.111.22 | resav1i.gtwy.uscourts.gov | | 2.4 | ( |
| 208.27.111.43 | smtp3.res.gtwy.uscourts.gov | | 2.6 | |
| 208.27.111.66 | icmecfres1.gtwy.uscourts.gov | Y | 5.5 | |
| 208.27.111.70 | icmecfres2.gtwy.uscourts.gov | Y | 5.5 | |
| 208.27.111.94 | smtp1.res.gtwy.uscourts.gov | Y | 4.5 | |
| 208.27.111.97 | smtp2.res.gtwy.uscourts.gov | Y | 4.6 | |
| 208.27.111.119 | reswan.gtwy.uscourts.gov | | 0.0 | ( |
| 208.27.111.122 | res3.gtwy.uscourts.gov | | 0.0 | ( |
| 208.27.111.123 | res4.gtwy.uscourts.gov | Y | 2.6 | |
| 208.27.111.125 | res6.gtwy.uscourts.gov | | 2.1 | ( |
| 208.27.111.130 | res11.gtwy.uscourts.gov | Y | 2.1 | ( |
| 208.27.111.134 | smtp4.res.gtwy.uscourts.gov | Y | 4.6 | |
| 208.27.203.30 | lsmav1i.gtwy.uscourts.gov | | 2.2 | ( |
| 208.27.203.38 | smtp4.lsm.gtwy.uscourts.gov | Y | 4.5 | |
| 208.27.203.66 | icmecflsm1.gtwy.uscourts.gov | Y | 5.5 | |
| 208.27.203.70 | icmecflsm2.gtwy.uscourts.gov | Y | 5.5 | |
| 208.27.203.92 | smtp1.lsm.gtwy.uscourts.gov | Y | 4.4 | |
| 208.27.203.95 | smtp2.lsm.gtwy.uscourts.gov | Y | 4.5 | |

| | | | |
|---|---|---|---|
| [208.27.203.119](#) lsmwan.gtwy.uscourts.gov | Y | 2.1 | |
| [208.27.203.124](#) lsm5.gtwy.uscourts.gov | Y | 2.6 | |
| [208.27.203.126](#) lsm7.gtwy.uscourts.gov | Y | 2.7 | |
| [208.27.203.127](#) lsm8.gtwy.uscourts.gov | Y | 3.8 | |
| [208.27.203.128](#) lsm9n.gtwy.uscourts.gov | Y | 2.6 | |
| [208.27.203.129](#) lsm10.gtwy.uscourts.gov | Y | 2.1 | |
| [208.27.203.131](#) lsm9s.gtwy.uscourts.gov | Y | 0.0 | |
| [208.27.203.132](#) lsmaodc.gtwy.uscourts.gov | Y | 3.8 | |

Resources: IRONPORT NATION | FixingEmail.org | spamcop.net | TOC THREAT OPERATIONS CENTER

© Copyright 1992-2007 Cisco Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | IronPort | Contact


IronPort is now part of Cisco. CISCO

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.