# Exhibit 12




Blo
Enter
IP
Dom

# Report on domain: fleming-logistics.com

## Senderbase Queries

- Summary
- Domains
- IP Addresses




**Volume Statistics for this Domain**

|  | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 0.0 | N/A |
| Last month | 0.95 | |

**Third-party Certification**

TRUSTe Privacy Seal?           Not Certified

**Information from whois [ Click to show details ]**

| Network Owner: | unknown |
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |

**Other information about fleming-logistics.com**

| Sender Category | |
| Date of first message seen from this domain | 2003-04-01 |

**Related links**

Google groups — Click here

**Network Owners that use fleming-logistics.com hostnames**

No Data Found

No address list shown since no email was detected from fleming-logistics.com

Resources:

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 A

 

Blo

Enter
IP a

Dom

## Report on domain: cswg.com

**Senderbase Queries**

- Summary
- Domains
- IP Addresses





**Volume Statistics for this Domain**

| | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 3.3 | -57% |
| Last month | 3.6 | |

**Third-party Certification**

TRUSTe Privacy Seal?    Not Certified

**Information from whois [ Click to show details ]**

| | |
|---|---|
| Network Owner: | unknown |
| Registered on: | 09-may-1996 |
| Updated on: | 05-oct-2006 |
| Expires on: | 10-may-2010 |

**Other information abo cswg.com** |?|

Sender Category
Date of first message seen from this domain   2003-04-0

**Related links**

Google groups  Click he

**Network Owners tha use cswg.com hostnam**
Showing 1 - 1 out of 1

| Network Owner | Monthl Magnitu |
|---|---|
| C&S WHOLESALE GROCERS | 3 |

**Addresses in cswg.com used to send email**
Showing 1 - 2 out of 2

Expo

| address ▲ | hostname | Fwd/Rev DNS Match | Daily Magnitude \|?\| | Monthl Magnitu \|?\| |
|---|---|---|---|---|
| 12.30.8.21 | smtp03.cswg.com | | 3.3 | 3 |
| 12.30.8.73 | smtp02.cswg.com | Y | 0.0 | 3 |

Resources:

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE

Exhibit 12 B



Blo

Enter
IP a

Dom

# Report on domain: fleming-logistics.com

## Senderbase Queries

- Summary
- Domains
- IP Addresses





**Volume Statistics for this Domain**

| | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 1.8 | 526% |
| Last month | 1.0 | |

**Third-party Certification**

TRUSTe Privacy Seal?            Not Certified

**Information from whois [ Click to show details ]**

| | |
|---|---|
| Network Owner: | unknown |
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |

**Other information about fleming-logistics.com** |?|

Sender Category

Date of first message seen from this domain: 2003-04-01

**Related links**

Google groups: Click here

**Network Owners that use fleming-logistics.com hostnames**

No Data Found

**No address list shown since no email was detected from fleming-logistics.com**

Resources:

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 C




Blo

Enter IP a

# Report on domain: fleming-logistics.com

## Senderbase Queries

- Summary
- Domains
- IP Addresses




**Volume Statistics for this Domain**

|  | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 0.0 | N/A |
| Last month | 1.0 |  |

**Third-party Certification**

TRUSTe Privacy Seal?    Not Certified

**Information from whois** [ Click to show details ]

| Network Owner: | unknown |
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |

**Other information about fleming-logistics.com** |?|

| Sender Category |  |
| Date of first message seen from this domain | 2003-04-01 |

**Related links**

Google groups    Click here

**Network Owners that use fleming-logistics.com hostnames**

No Data Found

No address list shown since no email was detected from fleming-logistics.com

Resources:   IRONPORT NATION    FixingEmail.org    spamcop.net    TOC THREAT OPERATIONS CENTER

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 D



Blo

Enter
IP

# Report on domain: fleming-logistics.com

## Senderbase Queries

- Summary
- Domains
- IP Addresses

**Volume Statistics for this Domain**

|  | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 2.0 | 584% |
| Last month | 1.1 |  |

**Third-party Certification**

TRUSTe Privacy Seal?          Not Certified

**Information from whois [ Click to show details ]**

| Network Owner: | unknown |
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |

**Other information about fleming-logistics.com** |?|

Sender Category

Date of first message seen from this domain    2003-04-01

**Related links**

Google groups   Click here

**Network Owners that use fleming-logistics.com hostnames**

No Data Found





No address list shown since no email was detected from fleming-logistics.com

Resources:

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 E



Blo



Enter
IP a

Dom

# Report on domain: cswg.com

| Volume Statistics for this Domain | | | Other information abo cswg.com |
|---|---|---|---|
| | Magnitude | Vol Change vs. Last Month | |
| Last day | 2.8 | -84% | Sender Category |
| Last month | 3.6 | | Date of first message seen from this domain — 2003-04-0 |

## Senderbase Queries

- Summary
- Domains
- IP Addresses

### Third-party Certification
TRUSTe Privacy Seal?    Not Certified

### Information from whois [ Click to show details ]

| | |
|---|---|
| Network Owner: | unknown |
| Registered on: | 09-may-1996 |
| Updated on: | 05-oct-2006 |
| Expires on: | 10-may-2010 |

### Related links
Google groups  Click he

**Network Owners tha use cswg.com hostnam**
Showing 1 - 1 out of 1

| Network Owner | Monthl Magnitu |
|---|---|
| C&S WHOLESALE GROCERS | 3 |





### Addresses in cswg.com used to send email
Showing 1 - 2 out of 2

| address ▲ | hostname | Fwd/Rev DNS Match | Daily Magnitude [?] | Monthl Magnitu [?] |
|---|---|---|---|---|
| 12.30.8.21 | smtp03.cswg.com | | 2.8 | |
| 12.30.8.73 | smtp02.cswg.com | Y | 0.0 | |

Expo

Resources:  IRONPORT NATION    FixingEmail.org    spamcop.net    TOC THREAT OPERATIONS CENTER

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE

Exhibit 12 F




Blo

Enter
IP a

Dom

# Report on domain: fleming-logistics.com

## Senderbase Queries

- Summary
- Domains
- IP Addresses




**Volume Statistics for this Domain**

|           | Magnitude | Vol Change vs. Last Month |
|-----------|-----------|---------------------------|
| Last day  | 1.9       | 539%                      |
| Last month| 1.1       |                           |

**Third-party Certification**

TRUSTe Privacy Seal?        Not Certified

**Information from whois [ Click to show details ]**

| Network Owner: | unknown     |
| Registered on: | 05-apr-2000 |
| Updated on:    | 26-mar-2007 |
| Expires on:    | 05-apr-2008 |

**Other information about fleming-logistics.com** |?|

Sender Category

Date of first message seen from this domain: 2003-04-01

**Related links**

Google groups — Click here

**Network Owners that use fleming-logistics.com hostnames**

No Data Found

**No address list shown since no email was detected from fleming-logistics.com**

Resources:   IRONPORT NATION   FixingEmail.org   spamcop.net   TOC THREAT OPERATIONS CENTER

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 G

  

Blo

Enter
IP a

Dom

## Report on domain: fleming-logistics.com

**Senderbase Queries**

- Summary
- Domains
- IP Addresses





**Volume Statistics for this Domain**

| | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 0.0 | N/A |
| Last month | 1.1 | |

**Third-party Certification**

TRUSTe Privacy Seal?         Not Certified

**Information from whois [ Click to show details ]**

| Network Owner: | unknown |
|---|---|
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |

No address list shown since no email was detected from fleming-logistics.com

**Other information about fleming-logistics.com** |?|

| Sender Category | |
| Date of first message seen from this domain | 2003-04-01 |

**Related links**

Google groups   Click here

**Network Owners that use fleming-logistics.com hostnames**

No Data Found

Resources:   IRONPORT NATION   FixingEmail.org   spamcop.net   TOC THREAT OPERATIONS CENTER

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 H



Blo

Enter
IP

# Report on domain: fleming-logistics.com

**Senderbase Queries**

- Summary
- Domains
- IP Addresses





**Volume Statistics for this Domain**

|  | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 0.0 | N/A |
| Last month | 1.1 | |

**Third-party Certification**

TRUSTe Privacy Seal?        Not Certified

**Information from whois [ Click to show details ]**

| Network Owner: | unknown |
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |

**Other information about fleming-logistics.com** |?|

Sender Category

Date of first message seen from this domain    2003-04-01

**Related links**

Google groups    Click here

**Network Owners that use fleming-logistics.com hostnames**

No Data Found

**No address list shown since no email was detected from fleming-logistics.com**

Resources:

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 I




Blo

Enter
IP a

Dom

# Report on domain: fleming-logistics.com

## Senderbase Queries

- Summary
- Domains
- IP Addresses





**Volume Statistics for this Domain**

|  | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 2.2 | 799% |
| Last month | 1.2 | |

**Third-party Certification**

TRUSTe Privacy Seal?                Not Certified

**Information from whois [ Click to show details ]**

| Network Owner: | unknown |
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |

**Other information about fleming-logistics.com** |?|

Sender Category

Date of first message seen from this domain     2003-04-01

**Related links**

Google groups    Click here

**Network Owners that use fleming-logistics.com hostnames**

No Data Found

**No address list shown since no email was detected from fleming-logistics.com**

Resources:  IRONPORT NATION    FixingEmail.org    spamcop.net    TOC THREAT OPERATIONS CENTER

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 J



Blo

# Report on domain: Fleming-logistics.com

## Senderbase Queries

- Summary
- Domains
- IP Addresses





**Volume Statistics for this Domain**

| | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 2.5 | 1089% |
| Last month | 1.4 | |

**Third-party Certification**

TRUSTe Privacy Seal?        Not Certified

**Information from whois [ Click to show details ]**

| | |
|---|---|
| Network Owner: | unknown |
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |

**Other information about Fleming-logistics.com** |?|

Sender Category

Date of first message seen from this domain: 2003-04-01

**Related links**

Google groups: Click here

**Network Owners that use Fleming-logistics.com hostnames**

No Data Found

No address list shown since no email was detected from Fleming-logistics.com

Resources:

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 K



Blo

Enter
IP a

Dom

# Report on domain: cswg.com

**Senderbase Queries**

- Summary
- Domains
- IP Addresses





| Volume Statistics for this Domain | | |
|---|---|---|
| | Magnitude | Vol Change vs. Last Month |
| Last day | 1.9 | -98% |
| Last month | 3.6 | |

**Third-party Certification**

TRUSTe Privacy Seal?     Not Certified

**Information from whois [ Click to show details ]**

| | |
|---|---|
| Network Owner: | unknown |
| Registered on: | 09-may-1996 |
| Updated on: | 05-oct-2006 |
| Expires on: | 10-may-2010 |

**Other information abo cswg.com** [?]

| | |
|---|---|
| Sender Category | |
| Date of first message seen from this domain | 2003 04-0 |

**Related links**

Google groups  Click he

**Network Owners tha use cswg.com hostnam**

Showing 1 - 1 out of 1

| Network Owner | Monthl Magnitu |
|---|---|
| C&S WHOLESALE GROCERS | 3 |

**Addresses in cswg.com used to send email**

Showing 1 - 2 out of 2     Expo

| address ▲ | hostname | Fwd/Rev DNS Match | Daily Magnitude [?] | Monthl Magnitu [?] |
|---|---|---|---|---|
| 12.30.8.21 | smtp03.cswg.com | | 0.0 | 3 |
| 12.30.8.73 | smtp02.cswg.com | Y | 0.0 | 3 |

Resources:

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE

Exhibit 12 L



Blo

Enter
IP a

Dom

# Report on domain: fleming-logistics.com

## Senderbase Queries

- Summary
- Domains
- IP Addresses

**Volume Statistics for this Domain**

| | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 1.9 | 213% |
| Last month | 1.4 | |

**Third-party Certification**

TRUSTe Privacy Seal?        Not Certified

**Information from whois [ Click to show details ]**

| | |
|---|---|
| Network Owner: | unknown |
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |

**Other information about fleming-logistics.com** |?|

Sender Category

Date of first message seen from this domain    2003-04-01

**Related links**

Google groups    Click here

**Network Owners that use fleming-logistics.com hostnames**

No Data Found





**No address list shown since no email was detected from fleming-logistics.com**

Resources:

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 M



Blo

# Report on domain: fleming-logistics.com

## Senderbase Queries

- Summary
- Domains
- IP Addresses





**Volume Statistics for this Domain**

|  | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 0.0 | N/A |
| Last month | 1.4 | |

**Third-party Certification**

TRUSTe Privacy Seal?        Not Certified

**Information from whois** [ **Click to show details** ]

| Network Owner: | unknown |
|---|---|
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |

**Other information about fleming-logistics.com** |?|

Sender Category

Date of first message seen from this domain: 2003-04-01

**Related links**

Google groups: Click here

**Network Owners that use fleming-logistics.com hostnames**

No Data Found

**No address list shown since no email was detected from fleming-logistics.com**

Resources:  IRONPORT NATION    FixingEmail.org    spamcop.net    TOC THREAT OPERATIONS CENTER

© Copyright 2007 IronPort Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | Contact

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.

Exhibit 12 N