# Exhibit 13



Blocked? | Subscribe | Contact

**Enter domain, network owner,
IP address or CIDR range** |?|

Search



Home Senderbase Queries Threat Operations Center Spamcop About

# Report on domain: fleming-logistics.com

## Senderbase Queries

- Summary
- Domains
- IP Addresses







**Volume Statistics for this Domain**

|  | Magnitude | Vol Change vs. Last Month |
|---|---|---|
| Last day | 0.0 | N/A |
| Last month | 0.97 |  |

**Third-party Certification**

TRUSTe Privacy Seal? Not Certified

**Information from whois** [ Show/hide details ]

| Network Owner: | unknown |
| Registered on: | 05-apr-2000 |
| Updated on: | 26-mar-2007 |
| Expires on: | 05-apr-2008 |
| Nameserver(s): | NS1.MAUI.NET<br>NS2.MAUI.NET |

**Other information about fleming-logistics.com** |?|

Sender Category

Date of first message seen from this domain 2003-04-01

**Related links**

Google groups

RFC-Ignorant.Org

**Network Owners that use fleming-logistics.com hostnames**

No Data Found

**Whois Details**

[Cached]
[whois.verisign-grs.com]

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

Domain Name: FLEMING-LOGISTICS.COM
Registrar: NETWORK SOLUTIONS, LLC.
Whois Server: whois.networksolutions.com
Referral URL: http://www.networksolutions.com
Name Server: NS1.MAUI.NET
Name Server: NS2.MAUI.NET
Status: clientTransferProhibited
Updated Date: 26-mar-2007
Creation Date: 05-apr-2000
Expiration Date: 05-apr-2008

>>> Last update of whois database: Thu, 14 Feb 2008 04:31:48 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration

date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data

to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right

to restrict your access to the Whois database in its sole discretion to ensure

operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

Export

**Addresses in fleming-logistics.com used to send email**

**Showing 1 - 2 out of 2**

| address ▲ | hostname | Fwd/Rev DNS Match | Daily Magnitude [?] | Monthly Magnitude [?] | RBL listings |
|---|---|---|---|---|---|
| 64.29.76.135 | smtp.fleming-logistics.com | Y | 2.1 | 0.71 | 0 |
| 64.29.76.136 | fl136.fleming-logistics.com |   | 2.1 | 0.62 | 0 |

Resources:   spamcop.net  THREAT OPERATIONS CENTER

© Copyright 1992-2007 Cisco Systems, Inc. All rights reserved. Legal | Privacy Practices | Environmental | IronPort | Contact       IronPort is now part of Cisco.  CISCO

ALL DATA IS PROVIDED "AS IS" AND IRONPORT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR ARISING FROM COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE, AND IRONPORT WILL HAVE NO LIABILITY FOR COSTS OF PROCUREMENT OF SUBSTITUTE GOODS, LOST PROFITS, DATA OR BUSINESS, OR FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES.