# Exhibit 2

## Exhibit G

**List of PCT Advisory Board Members & Representative**

## PCT Representative

Robert Kors  (AEG Partners)

## PCT Advisory Board

J. Michael Walsh (Core-Mark International, Inc.)
Harvey Tepner (Compass SRP Associates LLP)
Richard Meyer (Meyer & Associates)
Sandra Schirmang (Kraft Foods Inc.)
Sankaty Advisors representative