# Exhibit 3

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

IN RE: . Case No.: 03-10945 (MFW)
. 821 North Market Street
FLEMING COMPANIES, INC. et al. Wilmington, Delaware 19801
Debtor, .
. Date: July 26, 2004
. . . . . . . . . . . . . . . . Time: 9:46 a.m.

TRANSCRIPT OF OMNIBUS HEARING
BEFORE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor: Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
By: LAURA DAVIS JONES, ESQ.
CHRIS J. LHULIER, ESQ.
919 North Market Street
Wilmington, DE 19899-8705

For the Debtor: Kirkland & Ellis, LLP
By: RICHARD L. WYNNE, ESQ.
ERIC LIEBELER, ESQ.
200 East Randolph Drive
Chicago, IL 60601

Audio Operator: Danielle R. Cherry

Proceedings recorded by electronic sound recording, transcript Produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-Mail: jjcourt@optonline.net**

**(609)586-2311 Fax No. (609) 587-3599**

make anything that's been filed a matter of record, you should refer to it.

MR. SPRAYREGEN: Your Honor, what I had planned to do, I was going go on for a few minutes, but I have a exhibit list for all of the trial exhibits for the confirmation hearing. And I was going to ask that the ones that don't relate to the Berry objection, unless someone else has an issue, that those be admitted and then we go to Berry. So I'll get to that in a moment.

THE COURT: All right.

MR. SPRAYREGEN: Your Honor, we did file, for the Court's information, on July 16, after the July 2 voting and objection date, a number of additional documents were filed, I believe, in support of confirmation. We filed a proposed confirmation order and we filed the required plan supplement which had the Exit (phonetic) facility loan documents with GECC and the terms new loan facility with Sanctity (phonetic), had the management incentive plan, the RCT and PCT agreements and the required disclosures concerning identity of E's and O's and compensation with respect to the three entities that will exist on Exit.

I would note, Your Honor, Ms. Jones referenced the Sanctity Put Agreement. The Court, if you recall several hearings ago, had approved fees related to that and had continued the confirmation equivalent to the Put Agreement itself. There's

CERTIFICATE

I certify that the foregoing is a correct transcript, from the electronic sound recording of the proceedings in the above-entitled matter.

Susan Holcomb August 3, 2004

Susan Holcomb, Transcriber

AAERT Cert. No. D-273