# Exhibit 6

Fleming Companies, Inc., et al.  Exhibit A-4
Retained Causes of Action
Pending and Potential Litigation Actions

| Entity | Case Number | Plaintiff/Case Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition | Service Address |
|---|---|---|---|---|---|---|
| Fleming Companies, Inc. | 03-54449 | Fleming Companies, Inc. v. Jackson Capital Management, et al. | D&O Litigation | U.S. B.C. Delaware | Pending | (Counsel to Jackson Capital) Michael S. Etkin, Esquire, Ira M. Levee, Esquire, Lowenstein Sandler PC<br><br>65 Livingston Avenue<br><br>Roseland, NJ 07068 |
| Fleming Companies, Inc. | 03-54449 | Fleming Companies, Inc. v. Jackson Capital Management, et al. | D&O Litigation | U.S. B.C. Delaware | Pending | (Counsel to Jackson Capital) Sherrie R. Savett, Esquire, Berger & Montague, PC<br><br>1622 Locust Street<br><br>Philadelphia, PA |
| Fleming Companies, Inc. | 03-54756 | Fleming Companies, Inc. v. Robert Ellis, et al. | TRO & Injunctive Relief | U.S. B.C. Delaware | Pending | Timothy Lee Eidson, Asst. Dist. Atty.<br><br>212 N. Hutchinson Ave.<br><br>Adel, Georgia (Cook Co.) |
| Fleming Companies, Inc. | 03-54809 | Fleming Companies, Inc. v. Wayne Berry, an individual | Declaratory Relief & Injunction Prohibiting Harrassment | U.S. B.C. Delaware | Dismissed 12/15/2003 | (Counsel to Wayne Berry) Timothy J. Hogan, Esq., Lynch Ichida Thompson Kim & Hirota<br><br>1132 Bishop Street<br><br>Honolulu, HI 96813 |
| Fleming Companies, Inc. | 03-54809 | Fleming Companies, Inc. v. Wayne Berry, an individual | Declaratory Relief & Injunction Prohibiting Harrassment | U.S. B.C. Delaware | Dismissed 12/15/2003 | Wayne Berry<br><br>P.O. Box 3727<br><br>Honolulu, HI 96812 |
| | 03-55518 | Gorman Foods LLC, a Utah Limited Liability Company v. Fleming Companies, Inc. | | | | Marc Stephen Casarino, White and Williams LLP<br><br>824 Market Street, Suite 902<br><br>Wilmington, DE 19899 |

Page 1 of 180

Fleming Companies, Inc., et al.  Exhibit A-4
Retained Causes of Action
Pending and Potential Litigation Actions

| Entity | Case Number | Plaintiff/Case Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition | Service Address |
|---|---|---|---|---|---|---|
| Fleming Companies, Inc. | 03-59474 | Fleming Companies, Inc., et al v. Greenwich Insurance Company, et al. | Breach of Contract | U.S. B.C. - Delaware | Pending | Daniel J. Standish, Esq. and Valerie E. Green, Wiley, Rein & Fielding, LLP<br><br>1776 K. Street, NW<br>Washington, DC 20006 |
| Fleming Companies, Inc. | 03-59474 | Fleming Companies, Inc., et al v. Greenwich Insurance Company, et al. | Breach of Contract | U.S. B.C. - Delaware | Pending | Stuart M. Brown and Margaret M. Manning, Buchanan Ingersoll PC<br><br>1201 N. Market St., #1501<br>Wilmington, DE 19801 |
| Fleming Companies, Inc. | 03-59474 | Fleming Companies, Inc., et al v. Greenwich Insurance Company, et al. | Breach of Contract | U.S. B.C. - Delaware | Pending | Greenwich Insurance Company<br><br>70 Seaview Avenue, Seaview House<br>Stamford, CT 06902-6040 |
| | 14868 | Bank of Bolivar v. Fleming Companies, Inc. | | Chancery Court for Hardeman County, TN | | Toni Campbell Parker, Esq., Baker, Donalson, Bearman, Caldwell & Berkowitz, P.C.<br>20th Floor, First Tennessee Building, 165 Madison Ave.<br>Memphis, TN 38103 |
| | CV 03 00385 SOM-LEK | Wayne Berry v. Hawaiian Express Service, et al. | | U.S. D.C. - Hawaii | | Wayne Berry<br><br>1132 Bishop Street, Ste. 1405<br>Honolulu, HI 96813 |
| | CV103-009894 | Chouteau I-35 Development, LLC v. Fleming Companies, Inc. and Kristen Richesson | | Circuit Court for Clay County, MO | | Chouteau I-35 Development, LLC<br><br>10975 Benson, Ste 570<br>Overland Park, KS 66210 |

Fleming Companies, Inc., et al.  
Retained Causes of Action  
Pending and Potential Litigation Actions

Exhibit A-4

| Entity | Case Number | Plaintiff/Case Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition | Service Address |
|---|---|---|---|---|---|---|
| Fleming Companies, Inc. | none | Courville Family Hair Care | Sign Damaged | none | Closed | Courville Family Hair Care<br>415 Rena Drive<br>Lafayette, LA  70503 |
| Fleming Companies, Inc. | none | Seneca Cigarettes | Trademark Infringement | none | Closed | Seneca Cigarettes<br>P.O. Box 1274<br>Lewiston, NY  14092 |
| Fleming Companies, Inc. | DAL-00467722 | 2003 Property Losses | Property | | | |
| Fleming Companies, Inc. | DAL-10047834 | Mortellaro, William | GL | | | William Mortellaro<br>71 Leonard Post Drive<br>Cheektowaga, NY  14211 |
| Fleming Companies, Inc. | DAL-10036924 | Kansas City Loss  1/31/2002 | Property | | | Mark Benedict, Husch & Eppenberger<br>1200 Main Street, Ste. #1700<br>Kansas City, MO  64105 |
| Fleming Companies, Inc. | DAL-10011207 | Berry's Software | D&O, E&O | | | Wayne Berry; Atlantic Pacific International<br>P.O. Box 3727<br>Honolulu, HI  96812 |
| Fleming Companies, Inc. | DAL-10011209 | Canadian Tax | D&O | | | Canadian Tax Foundation<br>595 Bay St-ste 1200<br>Toronto, ON  M5G 2N5, Canada |
| Fleming Companies, Inc. | DAL-10013121 | Cavendish Farms | D&O/E&O | | | Richard H. Cross, Jr.; Law Office of Richard H. Cross, Jr. LLC<br>913 N. Market Street, Ste. #1001; P.O. Box 1380<br>Wilmington, DE  19899-1380 |

Fleming Companies, Inc., et al.  
Retained Causes of Action  
Pending and Potential Litigation Actions

Exhibit A-4

| Entity | Case Number | Plaintiff/Case Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition | Service Address |
|---|---|---|---|---|---|---|
| Fleming Companies, Inc. | CV01-00446 SPK LEK  <br><br>Fleming / Core - Mark as Plaintiffs | Wayne Berry v Fleming Companies, Inc. aka Fleming Foods, Inc. aka Fleming Hawaiian Express Doe Individuals 1-50 and Doe Partnerships | Copyright | US District Court, District of Hawaii | Pending | 1132 Bishop Street  <br><br>Ste. 1405  <br>Honolulu, HI 96813 |
| Core-Mark International, Inc. | 11-01-10779-SA | Furr's Supermarket | Collection | US Bankruptcy, Albuquerque, NM. | Pending | Furr's Corporate Office  <br>c/o Chief Financial Officer, 4411 The 25 Way NE, Suite 100  <br>Albuquerque, NM 87107-3200 |
| Core-Mark International, Inc. | 11-01-10779-SA | Furr's Supermarket | Collection | US Bankruptcy, Albuquerque, NM. | Pending | Furr's Corporate Office  <br>5850 Eubank Blvd NE  <br>Albuquerque, NM 87111 |
| Core-Mark International, Inc. | 11-01-1070779-SA | Furr's Supermarket | Bankruptcy | US Bankruptcy, Albuquerque, NM. | Pending | David T. Thuma  <br><br>500 Marquette N.W., Suite 650  <br>Albuquerque, NM 87105 |
| Core-Mark International, Inc. | 11-01-1070779-SA | Furr's Supermarket | Bankruptcy | US Bankruptcy, Albuquerque, NM. | Pending | Chris W. Pierce, P.C.  <br><br>P.O. Box 6  <br>Albuquerque, NM 87103 |