# Exhibit 11

**Tim Hogan**

From: WayneBerry@FCS2003.com
Sent: Thursday, March 29, 2007 6:00 PM
To: Timothy J. Hogan
Subject: Re: Lenders
Signed By: There are problems with the signature. Click the signature button for details.

 Redacted

Wayne Berry

```
----- Original Message -----
From: "Timothy J. Hogan" <tjh@loio.com>
To: <WayneBerry@FCS2003.com>
Sent: Thursday, March 29, 2007 4:55 AM
Subject: Lenders


> I talked to Wes.  Some of the noise was coming from the outstanding costs
> from Berry Hex.  They ran a report and it showed about 6.2m in costs for
> things like deliveries, fax, postage and in house copies.  I know I had
the
> number of just in house copies of over 10m per Mollway order.  To make a
> long story short, he is reviewing my draft complaint and Bertelsmann and
the
> Miramax cases.  Assuming he signs off on the legal claims, if you pay 5m
in
> outstanding costs, and deposit another 5m or more he will allow some form
of
> a hybrid fee/contingent case
```

Redacted