# Exhibit 12

# Tim Hogan

**From:** Wesley W. Ichida
**Sent:** Wednesday, July 25, 2007 2:16 PM
**To:** Timothy J. Hogan
**Cc:** Paul A. Lynch; WFT; Steven J. Kim; Maile M. Hirota
**Subject:** RE: Agreement

**Tim: I want you to know that I am willing, able and authorized to sign the agreement that you drafted. If you want to take the position that we don't or cannot have any agreement because you want Buzz's e-mail authorization now and it cannot wait, or because of whatever else you may think of later, and you will not do anything on the Berry matters based on that position, then I believe a court will later decide which position is appropriate. In meantime, I request that you prepare before on or before July 28, 2007, a Withdrawal and Substitution to be effective as of August 1, 2007 in all Berry matters and courts, as we discussed, <u>and</u> a Motion to Withdrawal and For an Attorneys Fee Lien of this firm in all Berry cases and in the pending courts. Wes**

-----Original Message-----
From: Timothy J. Hogan [mailto:tjh@loio.com]
Sent: Tuesday, July 24, 2007 4:55 PM
To: Maile M. Hirota; Steven J. Kim; Wesley W. Ichida
Cc: Paul A. Lynch; WFT
Subject: RE: Agreement

**I'm sure it can wait.**

-----Original Message-----
From: Maile M. Hirota [mailto:maile@loio.com]
Sent: Tuesday, July 24, 2007 4:33 PM
To: Steven J. Kim; Wesley W. Ichida; Timothy J. Hogan
Cc: Paul A. Lynch; WFT
Subject: RE: Agreement

**Tim, I second what Steve said below. WFT is traveling now and cannot be reached by email, but he also says he supports what Wes has and will agree to. Maile**

-----Original Message-----
From: Steven J. Kim
Sent: Tuesday, July 24, 2007 3:34 PM
To: Wesley W. Ichida; Timothy J. Hogan
Cc: Paul A. Lynch; Maile M. Hirota; WFT
Subject: FW: Agreement

**Wes has the authority to act for the firm on the issue of the Berry**

agreement.  His signature on the document will bind the firm to the agreement.

**Steve Kim**


**Steven J. Kim, Esq.**
**Lynch Ichida Thompson Kim & Hirota**
**1132 Bishop Street, Suite 1405**
**Honolulu, Hawaii  96813**
**Telephone:  (808) 528-0100**
**Facsimile:  (808) 528-4997**
**E-Mail:  sjk@loio.com**

**This e-mail message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure.**
**If you are not the intended recipient, you are hereby notified that any dissemination or copying of this message or any attachment is strictly prohibited. If you have received this e-mail in error, please notify the original sender at (808) 528-0100 and destroy this e-mail, along with any attachments. Thank you.**

-----Original Message-----
From: Timothy J. Hogan [mailto:tjh@timhogan.com]
Sent: Tuesday, July 24, 2007 3:05 PM
To: Wesley W. Ichida
Cc: WayneBerry@FCS2003.com
Subject: Agreement


**Wes:**


**Upon receipt of the waiver of meeting and estoppel email from each of the**

**shareholders Berry will deliver his signed agreement.**


**Tim**

2/29/2008