# Exhibit 16

# Transcript of the Testimony of
# **WAYNE BERRY**

**Date:** August 13, 2007
**Case No.:** CV03-00385
**Case:** BERRY  v. HAWAIIAN EXPRESS SERVICE, INC.

Carnazzo Court Reporting Company, Ltd.
Phone: (808)532-0222
Fax: (808)532-0234
Internet: www.carnazzo.com

Page 113

1  been paid anything for it?
2     A   No.
3     Q   Other than the HEX settlement, have you ever
4  been offered anything for it?
5     A   Same as the answer to the previous one, 32.
6     Q   And if I understood your answer correctly,
7  you may have been offered something but you don't
8  know from whom and you don't know how much?
9     A   Right.
10    Q   Number 34, FCS1993, crystal report, load
11 plan, version 1.0. You're the author?
12    A   Yes.
13    Q   Other than the HEX settlement, have you ever
14 been paid anything for it?
15    A   No.
16    Q   Other than the HEX settlement, have you ever
17 been offered anything for it?
18    A   Again, be the same as the previous answers.
19    Q   Which is it's possible but --
20    A   It's possible in the context of business
21 negotiations people comparing old to current doing
22 something.
23    Q   It's possible but you don't know who would
24 have made the offer or how much they would have
25 offered, correct? Sorry --

Page 114

1     A   Yes. I'm sorry.
2     Q   The answer is yes. Okay.
3         35. Is your answer the same? You're the
4  author, you've never been offered anything for it
5  except in the HEX settlement and you've never been
6  offered anything from anybody else that you can
7  recall as you sit here today?
8     A   Correct.
9     Q   Is the same true for number 36?
10    A   Correct.
11    Q   Is the same true for number 37?
12    A   Yes.
13    Q   Have you submitted anything to the United
14 States Copyright Office other than the 37 items
15 listed on Exhibit E?
16    A   I think so.
17    Q   What else?
18    A   I don't recall.
19    Q   Well, you named one thing today when you
20 said you had sent the copyright office a copy of the
21 document that you call Second Addendum, right?
22    A   I think so.
23    Q   What else?
24    A   As I say, I don't recall. And I'm not sure
25 if I actually sent that or if it's waiting to be

Page 115

1  sent. But it is packaged up to go. But there has
2  been communication regarding it as to how to file it.
3     Q   Okay.
4     A   I might have a copy of it. I think I did
5  give a copy.
6     Q   I take it you considered that document to be
7  an asset of yours?
8     A   I'm not sure. I know it's a liability of
9  yours.
10    Q   And to whom is that liability owed?
11    A   Oh, me.
12        MR. SMITH: Okay. I have a few minutes
13 left. I want to take a quick recess and finish.
14        (Recess taken.)
15    Q   (By Mr. Smith) Mr. Berry, you made reference
16 to seeking an annulment. Where has that been filed?
17    A   I'm in the process of filing it in Las
18 Vegas.
19    Q   Okay. So nothing has been filed to date
20 regarding --
21    A   I don't know how that works. You fill out
22 the form and things.
23    Q   Are you represented by counsel in that
24 matter?
25    A   No.

Page 116

1     Q   You're doing that pro se? Have you filled
2  out the forms already?
3     A   Yes.
4     Q   Have you sent them someplace?
5     A   That's what I'm not too sure 'cause you do a
6  lot of this stuff on the internet and I don't know
7  how -- I've not done this before.
8     Q   I'm just asking what you have done.
9     A   I filled out a form and I made some phone
10 calls to immigration and to guys in Vegas and I've
11 done, you know, I think a lot of things. I've
12 basically got a -- I got to make some copies and send
13 it and I think it's pretty much done.
14    Q   Have you consulted with counsel regarding
15 this?
16    A   No.
17    Q   Have you directly or through an agent
18 communicated with your wife's counsel?
19    A   No. I don't think so.
20        MR. HOGAN: Can you identify the counsel so
21 we'll know who you're talking about?
22        THE WITNESS: When did you talk to her?
23        MR. SMITH: I've spoken with her a couple
24 times but that's -- I'm the guy that asks the
25 questions today.

WAYNE BERRY                                                    8-13-2007

Carnazzo Court Reporting Co, Ltd.

CV03-00385                          BERRY  v.  HAWAIIAN EXPRESS SERVICE, INC.

---

**Page 117**

1      MR. HOGAN:  I'll state for the record that I
2  did speak with her and she said you informed her that
3  you were Wayne Berry's attorney.  So we'll put that
4  on the record, oh, king of ethics.
5      THE WITNESS:  That's a tough one.
6   Q  (By Mr. Smith) So have you, to your
7  knowledge, have you communicated with Ms. Brawley
8  regarding your domestic proceeding?
9      MR. HOGAN:  What was the question?
10      MR. SMITH:  Whether to his knowledge, he has
11  through a representative, communicated with Ms.
12  Brawley regarding his domestic proceeding.
13      MR. HOGAN:  And define domestic proceeding.
14      MR. SMITH:  Divorce, annulment or any
15  similar matter.
16      THE WITNESS:  No.  It's my understanding
17  that shortly when they got the stuff together and
18  it's reviewed, they serve it and I don't have to do
19  that stuff.
20   Q  (By Mr. Smith) Who, do you understand, is
21  going to serve something -- this is something in Las
22  Vegas?
23   A  Yes.
24   Q  It's your understanding that they're going
25  to serve your wife with it?

---

**Page 118**

1   A  Yes.
2   Q  That's what the court in Las Vegas is going
3  to take care of that?
4   A  I don't know who does what.
5   Q  Okay.  Did you provide any information
6  relating to your assets in connection with what
7  you've sent to Las Vegas?
8   A  No.  It's an annulment.
9   Q  So the answer is no?
10   A  I don't -- who knows what the judge will ask
11  for but I haven't yet.
12   Q  So far you've provided nothing related to
13  your assets or your income?
14   A  Right.
15      MR. SMITH:  That's all the questions I have.
16  Thank you for coming.
17      (Concluded at 2:35 p.m.)
18      --oo0oo--
19
20
21
22
23
24
25

---

**Page 119**

1          WITNESS' CERTIFICATE
2      I, WAYNE BERRY, certify that I have read the
3  foregoing typewritten pages 1 to 118, inclusive, and
4  corrections, if any, were noted by me, and the same
5  is now a true and correct transcript of my testimony.
6      Dated: This ___ day of_____,
7  2007.
8
9
10
11
12                    _____
13                         WAYNE BERRY
14
15
16
17  Signed before me
18  this _____ day of _____, 2007.
19
20
21
22    _____
23
24
25

---

**Page 120**

1  STATE OF HAWAII         )
                           ) SS.
2  CITY AND COUNTY OF HONOLULU  )
3          CERTIFICATE
4      I, PRISCILLA GONZAGA, a Notary Public of the
   State of Hawaii, do hereby certify:
5
      That WAYNE BERRY, the witness whose
6  deposition is contained herein, appeared before me on
   August 13, 2007;
7
      That prior to being examined, he was by me
8  duly sworn;
9      That the foregoing represents, to the best
   of my ability, a full, true and correct transcript of
10  the proceedings had in the above-entitled cause;
11      That prior to the filing of the deposition,
   the witness was notified of his right to make any
12  corrections and/or changes he deems necessary to
   render his testimony true and correct;
13
      That if the deposition is filed without the
14  witness' signature, the witness has failed to appear
   and the deposition is therefore filed under a waiver
15  of signature pursuant to Rule 30 (e) of the Hawaii
   Rules of Civil Procedure;
16
      That I am not attorney for and not related
17  to any of the parties hereto nor in any way
   interested in the outcome of said action.
18
      Dated: This ____ day of _____,
19  2007.
20
21
22    Priscilla Gonzaga, CSR No. 127
      My commission expires: 8/19/10
23
24
25

---

30 (Pages 117 to 120)