# Exhibit 18

## Schedule 4.19(a) - Company Owned Intellectual Property

See attached.

Patents - None.

| Domain Name | Expiration |
| --- | --- |
| Fleming.com | 9/16/03 |
| Flemingretailadvertising.com | 1/17/04 |
| Flemingfoods.com | 3/5/06 |
| Food4less.com | 3/5/06 |
| Pigglywiggly.com | 1/5/04 |
| Pignet.com | 4/9/04 |
| Visionet2.com | 11/6/03 |
| Natures-finest.com | 1/24/04 |
| Flemingecommerce.com | 4/27/04 |
| Alg-inc.com | 4/10/05 |
| Hireflemingtalent.com | 3/12/04 |
| Jubileefoods.com | 1/31/05 |
| Festivalfoods.com | 5/30/06 |
| Jamboreefoods.com | 5/17/04 |
| Superonefoods.com | 5/28/08 |
| Sentryfoods.com | 12/06/03 |
| Realtotalincome.com | 7/03/05 |

## COPYRIGHTS

| REGISTRATION NUMBERS | Date of Registration | COPYRIGHT TITLE |
|---|---|---|
| TXU290894 | July 28, 1987 | ASSET/COMPUTER SOFTWARE PROGRAM |
| TXU290893 | July 28, 1987 | ASSET/USER'S MANUAL |
| 2-680-653 | August 7, 1989 | NUTRISMART: A Guide to Healthy Eating |
| TXU784639 | February 28, 1997 | VISIONET |