# Exhibit 19

| | |
|---|---|
| From: | "Tim Hogan" <tjh@timhogan.com> |
| To: | "Richard Wynne" <rwynne@kirkland.com>; "Erin Brady" <ebrady@kirkland.com> |
| Sent: | Thursday, November 15, 2007 1:30 PM |
| Attach: | Matson Tarrif.pdf |
| Subject: | C&S - Berry Technology |

Dear Mr. Wynne:

Please provide me with a copy of the note you have sent to C&S directing the return of Mr. Berry's works. If you have not sent it please do so and copy me or inform me of the PCT's intentions in that regard if they have changed since your earlier communication.

In addition, Mr. Berry has confirmed the ongoing operation of Fleming-Logistics.com running what appears to be an active email server. Please confirm that the PCT has no knowledge of this. In addition, we have discovered evidence of the ongoing shipment of "Fleming Foods" grocery commodities and restaurant supplies to C&S in Hawaii. I've attached a copy of the relevant ocean tariff obtained from Matson's web site.

We were under the impression that Fleming Foods was out of business. The only other place in my years of involvement with Fleming that the name "Fleming Foods" was relevant is on Mr. Berry's now terminated software license or what we call the EULA. Can you please provide any information that you or the PCT may have regarding why C&S would still be shipping Fleming Foods grocery commodities and restaurant supplies?

Tim Hogan

**Timothy J. Hogan**
Attorney at Law
1050 Bishop Street, No. 433
Honolulu, Hawaii 96813
Tel    (808) 382-3698
Fax.   (808) 356-1682
Email  tjh@timhogan.com
www    timhogan.com

NOTICE: This email may contain confidential information that may be subject to privilege. If you are not the intended recipient or received this message in error, please do not make any copies, contact the sender at tjh@timhogan.com and delete the message immediately.

**Matson**  Welcome, Valued Customer

Thursday, November 15, 2007    Contact Us | Help

**My Home**  **Rates**  **Rules**  **Groups**  **Commodities**  **Arbs/Inlands**  **Essential Terms**  **Other Search**  **Administration**

**Commodity description in effect on 15-Nov-2007 for:**

| Owner: | MATS | Tariff No/Contract No: | 2034-E | Commodity Code: | 2034001124 | Brief Description: | FLEMING FOODS GROCERY COMMODITIES and RESTAURANT SUPPLIES, |

**Full Description**

```
FLEMING FOODS GROCERY COMMODITIES and RESTAURANT
SUPPLIES, in straight or mixed containers
(Item 1124)
```

**Exception List:**

**Notes**

```
NOTE 1: Item applies only when C & S Wholesale is shipper and consignee.
NOTE 2: Rate includes the return of pallets and cardboard separators from Hawaii CY to Pacific Coast CY which moved loaded to Hawaii under r
```

**Filing Information**

| Amendment Codes | File Date | Effective Date | Thru Date | Expiration date | Status | Special Case |
|---|---|---|---|---|---|---|
| IR | 13-Sep-2006 | 13-Sep-2006 | | | F | |

**Charges**

No items in this section

**Overrides - the following do not apply**

No Items in this section

**Overrides - the following apply**

No Items in this section

All Information contained within this system is true and accurate and no unlawful alterations will be permitted.

Powered by Pacific Coast Tariff Bureau
To report a problem click here