# Exhibit 20



## Search Details

| Taxpayer Name: | POST CONFIRMATION TRUST OF FLEMING CO |
|---|---|
| DBA Name: | |
| Taxpayer ID: | W38307620-01 |
| Former Taxpayer ID: | N/A |
| Business Location: | 4100 Perimeter Center Dr Ste 145<br>Oklahoma City, OK   73112-2325 |
| Tax Type: | Withholding |
| Tax Status: | Open |
| Business Began: | 08/23/2004 |
| <-**Back**     **New Search**-> ||

Last Updated on 03/12/2008

Copyright 2000  State of Hawaii, Department of Taxation
**Hawaii State homepage** || **Department of Taxation**