UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition Lender Defendants of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. AND DOES 1 TO 200,<br><br>　　　　Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

**AFFIDAVIT OF ERIN N. BRADY IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR JOINT MOTION FOR SECURITY PURSUANT TO LOCAL RULE 54.2**

KIRKLAND & ELLIS LLP
Erin N. Brady (*pro hac vice* pending)
777 South Figueroa Street
Los Angeles, California 90017
Telephone:　(213) 680-8400
Facsimile:　(213) 680-8500
Email:　　　ebrady@kirkland.com

Counsel for Defendants Fleming Post Confirmation Trust and Robert Kors

K&E 12631382.1

## AFFIDAVIT OF ERIN N. BRADY

I, ERIN N. BRADY, testify as follows:

1. I am a partner at the law firm Kirkland & Ellis LLP. My firm has been retained to represent Defendants the Post-Confirmation Trust ("PCT") and Robert Kors in this lawsuit. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2. Attached as Exhibit L is a true and correct copy of demand letter dated May 22, 2007 sent by Lex Smith to Timothy Hogan.

3. Attached as Exhibit M is a true and correct copy of demand letter dated September 11, 2007 sent by Lyle S. Hosoda to Timothy Hogan.

So sworn under penalty of perjury under the Laws of the United States of America in Los Angeles, California March 28th, 2008.

_____
Erin N. Brady

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_

On _3-28-08_ before me, _Kelly Warren, Notary Public_,
    Date                                   Here Insert Name and Title of the Officer

personally appeared _Erin N. Brady_
                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_
                Signature of Notary Public

[Notary Seal: KELLY WARREN, Commission # 1626038, Notary Public - California, Los Angeles County, My Comm. Expires Dec 8, 2009]

Place Notary Seal Above

─────────────── **OPTIONAL** ───────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of Erin N. Brady_

Document Date: _3-28-08_                    Number of Pages: _2_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827