# EXHIBIT M

# LYLE S. HOSODA & ASSOCIATES, LLC
## ATTORNEYS AT LAW

345 Queen Street, Suite 804 ♦ Honolulu, Hawaii 96813
Telephone: 524-3700 ♦ Facsimile: 524-3838

Lyle S. Hosoda

Raina P.B. Gushiken
Christopher T. Chun
Chenise Kanemoto-Magno

September 11, 2007

**Via U.S. Mail**

Timothy Hogan, Esq.
Attorney at Law
1050 Bishop Street, No. 433
Honolulu, Hawaii 96813

RE: **Attorney's Fees and Costs Awarded to Brian Christensen**

Dear Mr. Hogan:

Upon review of our correspondence file, I noted that my draft of a letter of demand to you back in May, 2007 may not have actually been forwarded to you. I understand that Mr. Berry has not made payment of legal fees and costs pursuant to the Court's March 2, 2007 Order, but to formalize our demand for the same, on behalf of Brian Christensen, demand is hereby made for payment from Mr. Berry in the amount of $27,507.20 plus post-judgment interest from March 2, 2007.

Please deliver payment in full to my office by the close of business of September 17, 2007. Judgment was made final on March 2, 2007 when the Court's order was entered in the civil docket under Rule 79(a), and no party has requested a stay.

Thank you for your attention to this matter.

Very truly yours,

Lyle S. Hosoda

c: Mr. Brian Christensen (via U.S. mail)