UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>        Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200<br>,<br>        Defendants. | Case No. 01:07 CV 7634 (WHP)<br>ECF Case |

**SUPPLEMENTAL AFFIDAVIT OF ROBERT A. KORS IN SUPPORT OF THE PCT'S AND ROBERT KORS' MOTION FOR SUMMARY JUDGMENT**

K&E 12622352.1

## SUPPLEMENTAL AFFIDAVIT OF ROBERT A. KORS

I, ROBERT A. KORS, declare as follows:

1. This affidavit supplements the Affidavit of Robert A. Kors, dated February 26, 2008, which was submitted in support of the PCT's and Robert Kors' Motion for Summary Judgment,.

2. This supplemental affidavit addresses some additional allegations Mr. Berry and his counsel, Mr. Hogan, have leveled against me in their Opposition to the Motion for Summary Judgment and in their supporting affidavits.

3. I did not sell, lend, donate, or otherwise transfer Mr. Berry's freight control software -- or any of Berry's software, for that matter -- to C&S Wholesale Grocers, Inc. or any of its affiliates or subsidiaries, either in my individual capacity or in my capacity as the principal of Castellammare Advisors LLC, the PCT Representative. I have never told either Mr. Berry or his counsel that I did so. Mr. Berry's assertion that I admitted knowing that C&S is using, or has ever used, Berry's software is false; I have never held that understanding, and I have therefore never expressed it to anyone.

4. I am not engaged in freight shipping activities of any kind, including shipping in "United States Non-Contiguous Domestic Trade," nor have I ever been. This is true for me personally and in my capacity as the principal of Castellammare Advisors LLC, the PCT Representative.

5. I have never had any involvement in changing freight tariffs (either in my individual capacity or in my capacity as the principal of Castellammare Advisors LLC, the PCT Representative), and I would not have the first idea of how to go about doing so. In fact, I had never even heard of the Matson website Mr. Berry references in his Opposition until Mr. Berry accused me in his Opposition of undertaking some clandestine activities in relation to it.

So sworn under penalty of perjury under the laws of the United States of America in Los Angeles, California, on March 27, 2008.

_____
Robert A. Kors

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____   _____
Signature of Document Signer No. 1      Signature of Document Signer No. 2 (if any)

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __27th__ day of __March__, 20__08__, by

(1) __Robert Kors__
       Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) __Robert Kors__
       Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature __Sheila Papz__
              Signature of Notary Public

[Notary Seal: SHEILA PAPEZ, Commission # 1492057, Notary Public - California, Los Angeles County, My Comm. Expires Jun 16, 2009]

Place Notary Seal Above

——————————— **OPTIONAL** ———————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: __Supplemental Affidavit__

Document Date: __3/27/08__    Number of Pages: __2__

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5910  Reorder: Call Toll-Free 1-800-876-6827