UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

WAYNE BERRY,

    Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition lenders of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,

    Defendants.

Case No.: 1:07-CV-07634 (WHP)

ECF Case

ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

---

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon motion of Richard L. Wynne, attorney for defendants Robert Kors and the Post Confirmation Trust and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael Edward Baumann |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 777 South Figueroa Street, 37th Floor |
| City/State/Zip: | Los Angeles, CA 90017 |
| Phone Number: | 213-680-8400 |
| Fax Number: | 213-680-8500 |

is admitted to practice pro hac vice as counsel for defendants Robert Kors and the Post Confirmation Trust in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

1

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

New York, New York

_____
United States District/Magistrate Judge