UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition Lender Defendants of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. and DOES 1 to 200,<br><br>      Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

### DEFENDANTS POST CONFIRMATION TRUST'S AND ROBERT KORS' NOTICE OF MOTION AND MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

KIRKLAND & ELLIS LLP
Richard L. Wynne (RW 5630)
Michael E. Baumann (admitted *pro hac vice*)
Erin N. Brady (admitted *pro hac vice*)
F. Wade Ackerman (admitted *pro hac vice*)
777 South Figueroa Street
Los Angeles, California 90017
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
E-mail:   ebrady@kirkland.com

Counsel for Defendants Post Confirmation Trust and Robert Kors

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Points and Authorities and exhibits attached thereto, and as permitted by the Honorable William H. Pauley III, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, Courtroom 11D, New York, New York 10007, Defendants POST CONFIRMATION TRUST and ROBERT KORS move for sanctions pursuant to Federal Rule of Civil Procedure 11.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Judge Pauley's instructions at the hearing held on Friday, April 4, 2008, opposing papers, if any, must be served on April 28, 2008. Defendants' reply must be served on May 5, 2008. Oral argument on Defendants' motion will be scheduled, if the Court deems it necessary, on a date to be determined by the Court upon receipt and review of the aforementioned papers.

Dated: April 7, 2008

/s/ Erin N. Brady
KIRKLAND & ELLIS LLP
Richard L. Wynne (RW 5630)
Michael E. Baumann (admitted *pro hac vice*)
Erin N. Brady (admitted *pro hac vice*)
F. Wade Ackerman (admitted *pro hac vice*)
777 South Figueroa Street
Los Angeles, California 90017
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500
E-mail:        ebrady@kirkland.com

Counsel for Defendants Post Confirmation Trust and Robert Kors