UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition Lender Defendants of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. AND DOES 1 TO 200,<br><br>　　　　Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

AFFIDAVIT OF ERIN N. BRADY IN SUPPORT OF DEFENDANTS POST CONFIRMATION TRUST'S AND ROBERT KORS' MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

KIRKLAND & ELLIS LLP
Erin N. Brady (admitted *pro hac vice*)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: ebrady@kirkland.com

Counsel for Defendants Fleming Post Confirmation Trust and Robert Kors

## AFFIDAVIT OF ERIN N. BRADY

I, ERIN N. BRADY, testify as follows:

1. I am a partner at the law firm Kirkland & Ellis LLP. My firm has been retained to represent Defendants the Post Confirmation Trust ("PCT") and Robert Kors in this lawsuit. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of a December 18, 2007 letter sent by Plaintiff's attorney, Timothy Hogan, to the Hawaii Office of Disciplinary Counsel.

3. Attached as Exhibit B is a true and correct copy of relevant excerpts from email discussion threads between Plaintiff's attorney, Timothy Hogan, and Michael Baumann and others ranging from January 16, 2008 to January 30, 2008.

4. Attached as Exhibit C is a true and correct copy of relevant excerpts from email discussion threads between Plaintiff's attorney, Timothy Hogan, and Michael Baumann and others ranging from February 27, 2008 to February 28, 2008.

5. Attached as Exhibit D is a true and correct copy of a transcript of a February 13, 2008 hearing in the Southern District of New York.

6. Attached as Exhibit E is a true and correct copy of a transcript of an August 4, 2003 hearing in the Delaware Bankruptcy Court.[1]

7. Attached as Exhibit F is a true and correct copy of excerpts of a June 27, 2005 Summary Judgment Order from the Second Fleming/Berry litigation.[2]

---

[1] All references to the Delaware Bankruptcy Court refer to *In re Fleming Companies, et al.*, Case No 03-10945 (MFW), which Fleming filed in the Bankruptcy Court for the District of Delaware on April 1, 2003.

8. Attached as <u>Exhibit G</u> is a true and correct copy of the December 4, 2006 Report of Special Master regarding attorneys' fees and costs from the Second Fleming/Berry litigation.

9. Attached as <u>Exhibit H</u> is a true and correct copy of the October 25, 2006 Report of Special Master regarding attorneys' fees and costs from the Second Fleming/Berry litigation.

10. Attached as <u>Exhibit I</u> is a true and correct copy of a proof of claim filed by Wayne Berry on October 6, 2004 in the Delaware Bankruptcy Court.

11. Attached as <u>Exhibit J</u> is a true and correct copy of a December 24, 2004 letter sent by Wayne Berry to Craig Bichette of Fleming Companies, Inc., and forwarded to Kirkland & Ellis LLP.

12. Attached as <u>Exhibit K</u> is a true and correct copy of relevant excerpts from email discussion threads between Plaintiff's attorney, Timothy Hogan, and Michael Baumann and others ranging from February 15, 2008 to February 16, 2008.

13. Attached as <u>Exhibit L</u> is a true and correct copy of a January 9, 2008 letter with exhibits sent by Plaintiff's attorney, Timothy Hogan, to the Hawaii Office of Disciplinary Counsel.

14. Attached as <u>Exhibit M</u> is a true and correct copy of the Hawaii District Court's July 12, 1999 Order in *Sea-Land Serv., Inc. v. Atl. Pac. Int'l, Inc.*, 61 F.Supp.2d 1102 (D. Haw. 1999).

15. Attached as <u>Exhibit N</u> is a true and correct copy of excerpts of a January 26, 2005 Summary Judgment Order from the Second Fleming/Berry litigation.

---

2  All references to the Second Berry/Fleming litigation refer to *Wayne Berry v. Hawaiian Express Services, et al.*, Civ. No. CV 03-00385 SOM-LEK, which Berry filed in the District of Hawaii in July 2003.

2

16. Attached as <u>Exhibit O</u> is a true and correct copy of a Declaration submitted by Wayne Berry in the Second Fleming/Berry litigation

So sworn under penalty of perjury under the Laws of the United States of America in Dana Point, California, April 7 2008.

_____
Erin N. Brady

[Notary Seal: MARNI E. EION, Commission # 1730914, Notary Public - California, Orange County, My Comm. Expires Mar 29, 2011]

3

JURAT

State/Commonwealth of California } ss.
County of Orange

Subscribed and sworn to (or affirmed) before me this 7th day of April, 2008, by
(1) Erin Nicole Brady
    Name of Signer #1
(2) _____
    Name of Signer #2

[Notary Seal: MARNI E. ETON, Commission # 1730914, Notary Public - California, Orange County, My Comm. Expires Mar 29, 2011]

_Mami E. Eton_
Signature of Notary Public

Marni E. Eton
Other Required Information (Printed Name of Notary, Residence, etc.)

Place Notary Seal and/or Any Stamp Above

——— OPTIONAL ———

Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

© 2002 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item #5914    Reorder: Call Toll-Free 1-800 US NOTARY (1-800-876-6827)