# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                              . Case No. 03-10945
                                    .
FLEMING COMPANIES, INC.,            . 824 Market Street
et al.,                             . Wilmington, DE  19801
                                    .
            Debtor,                 . August 4, 2003
. . . . . . . . . . . . . . . . . . . 11:45 a.m.

TRANSCRIPT OF MOTIONS
BEFORE THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:         Pachulski, Stang, Ziehl, Young, Jones
                         & Weintraub, P.C.
                        By:    LAURA DAVIS JONES, ESQ.
                               CHRISTOPHER J. LHULIER, ESQ.
                               JAMES I. STANG, ESQ.
                        919 North Market Street, 16th Floor
                        Wilmington, DE  19899

For Farris, et al.:     Werb & Sullivan
                        By:  DUANE D. WERB, ESQ.
                        Tenth Floor, 300 Delaware Ave.
                        Wilmington, DE  19899

For Sunkist:            Whiteman, Bankes & Chebot, LLC
                        By:  JEFFREY M. CHEBOT, ESQ.
                        325 Chestnut Street, Suite 1300
                        Philadelphia, PA  19106

For Reliant Energy:     Jackson Walker, LLP
                        By:  KIRK A. KENNEDY, ESQ.
                        1401 McKinney, Suite 1900
                        Houston, TX  77010

Audio Operator:         Jennifer M. Patone


        Proceedings recorded by electronic sound
  recording, transcript produced by transcription service.

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey  08619
E-mail:  jjcourt@optonline.net

(609)586-2311     Fax No. (609)587-3599

1369

APPEARANCES: (continued)

| | |
|---|---|
| For the Trustee: | U.S. Department of the Trustee<br>By: JOSEPH McMAHON |
| For Hometown Grocery: | MICHAEL P. MORTON, P.A.<br>1203 North Orange Street<br>Wilmington, DE  19801 |
| For XL Specialty Insur.: | RICHARD W. RILEY, ESQ.<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 |
| For Save Mart Supermarkets<br>and Cousins Supermarkets: | Blank Rome, LLP<br>By: MARK J. PACKEL, ESQ.<br>1201 Market Street, Suite 800<br>Wilmington, DE  19801 |
| For GES, Inc.: | Bryan Cave, LLP<br>By: MARK S. LICHTENSTEIN, ESQ.<br>1290 Avenue of the Americas<br>New York, NY  10104<br><br>Morris, Nichols, Arsht & Tunnell<br>By: GREGORY W. WERKHEISER, ESQ.<br>1201 North Market Street, Box 1347<br>Wilmington, DE  19899 |
| For McCormick & Co., Inc.<br>Mojave Foods Corp.,: | Piper Rudnick, LLP<br>By: DANIEL J. CARRIGAN, ESQ.<br>1775 Wiehle Avenue, Suite 400<br>Reston, VA  20190 |
| For Sandelman Landlords<br>Cardina Capital Partners: | Zuckerman Spaeder, LLP<br>By: THOMAS G. MACAULEY, ESQ.<br>919 Market Street, Suite 1705<br>Wilmington, DE  19899 |
| For Price Choppers: | Morris, James, Hitchens & Williams LLP<br>By: CARL N. KUNZ, III, ESQ.<br>PNC Bank Center, 222 Delaware Avenue<br>Wilmington, DE  19899 |
| For Ralphs Grocery Co.: | Fulbright & Jaworski, LLP<br>By: DAVID A. ROSENZWEIG, ESQ.<br>666 Fifth Avenue, 31st Floor<br>New York, NY  10103 |

J&J COURT TRANSCRIBERS, INC.

APPEARANCES:   (continued)

| | |
|---|---|
| For IBM Credit, LLC: | Stevens & Lee<br>By: THOMAS G. WHALEN, JR., ESQ.<br>      BETH STERN FLEMING, ESQ.<br>      MARNIE E. SIMON, ESQ.<br>      FRANK C. SABATINO, ESQ.<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE  19801 |
| For Frio Valley Farms,<br>Dave's Market: | Campbell & Levine, LLC<br>By: AILEEN F. MAGUIRE, ESQ.<br>800 N. King Street Suite 200<br>Wilmington, DE  19801 |
| For Big 8, Strickland: | Campbell & Levine<br>By: MARK T. HURFORD, ESQ.<br>800 N. King Street, Suite 200<br>Wilmington, DE  19801 |
| For Clemens Markets, Inc.,<br>Britantine Supermarket,<br>Inc. | Fox Rothschild, LLP<br>By: MICHAEL J. VISCOUNT, JR., ESQ.<br>    SHELDON K. RENNIE, ESQ.<br>1301 Atlantic Avenue, Suite 400<br>Atlantic City, NJ  08401 |
| For DDB: | Phillips, Goldman & Spence, P.A.<br>By: JOHN C. PHILLIPS, JR., ESQ.<br>1200 North Broom Street<br>Wilmington, DE  19806 |
| For B&R Stores: | Ballard, Spahr, Andrews & Ingersoll<br>By: WILLIAM M. KELLEHER, ESQ.<br>919 North Market Street<br>Wilmington, DE  19801 |
| For Renco: | Schnader Harrison Segal & Lewis LLP<br>By: NICHOLAS J. LePORE, III, ESQ.<br>Suite 3600, 1600 Market Street<br>Philadelphia, PA  19103 |
| For XL Specialty: | Manier & Herod<br>By: MICHAEL E. COLLINS, ESQ.<br>    THOMAS T. PENNINGTON, ESQ.<br>One Nashville Place<br>Suite 2200, 150 Fourth Avenue North<br>Nashville, TN  37219 |

4

```
APPPEARANCES:    (continued)

For CHEP, Jubilee:        Reed Smith, LLP
                          By:  RICHARD A. KEULER, JR., ESQ.
                          1201 Market Street, Suite 1500
                          Wilmington, DE  19801

                          Akerman Senterfitt
                          By:  W. GLENN JENSEN, ESQ.
                          255 South Orange Avenue, Citrus Center
                          Orlando, FL  32802

For Kraft Foods, NA,
IGA and IGA USA:          Piper Rudnick, LLP
                          By:  MARIA ELLENA CHAVEZ-RUARK, ESQ.
                          6225 Smith Avenue
                          Baltimore, MD  21209

For Ralph's Grocery,
The Kroger Co.:           Ashby & Geddes
                          By:  JOSEPH CLEMENT HANDLON, ESQ.
                          222 Delaware Avenue, 17th Floor
                          Wilmington, DE  19899

For Various Objectants:   Jaspan, Schlesinger, Hoffman, LLP
                          By:  DMITRY PILIPIS, ESQ.
                          1201 N. Orange Street, Suite 1001
                          Wilmington, DE  19801

For the Committee:        Pepper Hamilton, LLP
                          By:  DAVID FOURNIER, ESQ.
                               WILLIAM COHEN, ESQ.
                          1201 Market Street, Suite 1600
                          Wilmington, DE  19899

                          Milbank, Tweed Hadley & McCloy, LLP
                          By:  DENNIS F. DUNNE, ESQ.
                               LENA MANDEL, ESQ.
                          1 Chase Manhattan Plaza
                          New York, NY  10005

For Kraft Foods, Int'l,
Kenosh Associated IGA:    DAVID L. FINGER, ESQ.
                          One Commerce Center
                          1201 Orange Street, Suite 725
                          Wilmington, DE  19801
```

5

```
APPEARANCES:   (continued)

For Village Elm Grove:     Cross & Associates, LLC
                           By:  AMY EVANS, ESQ.
                           913 North Market Street, Suite 1001
                           Wilmington, DE  19801

For Associated Wholesale
Grocers:                   MARGARET M. MANNING, ESQ.
                           1300 North Broom Street
                           Wilmington, DE  19899

For Associated Wholesale
Grocers, AWO Acquisitions,
LLC Del Investments,
Shield:                    Husch & Eppenberger, LLC
                           By:  MARK T. BENEDICT, ESQ.
                           1200 Main, Suite 1700
                           Kansas City, MI  64105

                           Blackwell, Sanders, Peper Martin, LLP
                           By:  JAMES M. ASH, ESQ.
                           Two Pershing Square
                           2300 Main Street, Suite 1000
                           Kansas City, MI  64108

For Dallas County et al:   Ferry, Joseph & Pearce, P.A.
                           By:  THEODORE J. TACCONELLI, ESQ.
                           824 Market Stsreet, Suite 904
                           Wilmington, DE  19899

For Level Food, Inc.:      Ferry, Joseph & Pearce, P.A.
                           By:  RICK S. MILLER, ESQ.
                           824 Market Stsreet, Suite 904
                           Wilmington, DE  19899

For Manogistics:           Potter, Anderson & Corroon, LLP
                           By:  LAURIE SELBER SILVERSTEIN, ESQ.
                           Hercules Plazla, 1313 N. Market Street
                           Wilmington, DE  19899

For Albertson's Inc.:      Richards, Layton & Finger, P.A.
                           By:  KIMBERLY NEWMARCH, ESQ.
                           One Rodney Square
                           920 N. King Street
                           Wilmington, DE  19899
```

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES:   (continued)

| | |
|---|---|
| For Dell Financial: | Seitz, Van Ogtrop & Green, P.A.<br>By:   KEVIN A. GUERKE, ESQ.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE  19899 |
| For | Stevens & Lee<br>By:  JOSEPH GREY, ESQ.<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE  19801 |
| For Quine & Associates, Inc.: | The Bayard Firm<br>By:   ERIC M. SUTTY, ESQ.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899 |
| For MAC Enterprises/ WSP Int'l: | The Bayard Firm<br>By:   CHRISTOPHER P. SIMON, ESQ.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899 |
| For Hoda, LLC: | Ferry, Joseph & Pearce, P.A.<br>By:  JOHN D. MATTEY, ESQ.<br>824 Market Street, Suite 904<br>Wilmington, DE  19899 |
| For Picksweet: | Elzufon Austin Reardon Tarlov & Mondell, P.A.<br>By:   WILLIAM D. SULLIVAN, ESQ.<br>        CHARLES J. BROWN, III, ESQ.<br>300 Delaware Avenue, Suite 1700<br>Wilmington, DE  19899 |
| For Manogistics, Inc.: | Arent Fox Kintner Plotkin & Kahn, PLLC<br>By:  MARY JOANNE DOWD, ESQ.<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C.  20036 |
| For Planview: | Ashby & Geddes<br>By:  RICARDO PALACIO, ESQ.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19899 |
| For ACE: | White and Williams, LLP<br>By:  MARC STEPHEN CASARINO, ESQ.<br>824 North Market Street, Suite 902<br>Wilmington, DE  19801 |

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES:   (continued)

For Performance Contracting
GE Capital:                    Werb & Sullivan
                               By:  AMY D. BROWN, ESQ.
                               Tenth Floor, 300 Delaware Avenue
                               Wilmington, DE  19899


For Bank Bolivar, EFS Nat.
Bank, Provenzano:              Weir & Partners, LLP
                               By:  KENNETH E. AARON, ESQ.
                               824 Market Street, Suite 1001
                               Wilmington, DE  19899


For Quillens, VSC, CPW:        Tybout, Redfearn & Pell
                               By:  SHERRY RUGGIERO FALLON, ESQ.
                               Suite 1100, 300 Delaware Avenue
                               Wilmington, DE  19899


For W C Koch and
Transamerica:                  Connolly Bove Lodge & Hutz, LLP
                               By:  MICHELLE McMAHON, ESQ.
                               1220 Market Street
                               Wilmington, DE  19899


For Miners, Cousins 3:         Blank Rome, LLP
                               By:  BONNIE GLANTZ FATELL, ESQ.
                               1201 Market Street, Suite 800
                               Wilmington, DE  19801


For Skogen & Hergenbath:       Foley & Lardner
                               By:  RODERICK B. WILLIAMS, ESQ.
                               Washington Harbour, Suite 500
                               3000 K Street N.W.
                               Washington, D.C.  20007

                               Smith, Katzenstein & Furlow, LLP
                               By:  KATHLEEN M. MILLER, ESQ.
                               800 Delaware Avenue
                               Wilmington, DE  19899


For Sandelman Landlords:       Dickstein Shapiro Morin & Oshinsky LLP
                               By:  JEFFREY RHODES, ESQ.
                               2101 L Street, N.W.
                               Washington, D.C.  20037


For Borrus & Weatherford:      Lyons, Doughty & Veldhuis, P.C.
                               By:  HILLARY VELDHUIS, ESQ.
                               1288 Route 73, Suite 310
                               Mount Laurel, NJ  08054

APPEARANCES: (continued)

| | |
|---|---|
| For New Plan Gibbstown: | Ballard Spahr Andrews & Ingersoll, LLP<br>By:  JEFFREY MEYERS, ESQ.<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103 |
| For Associated<br>Wholesale: | Buchanan, Ingersoll, P.C.<br>By:  SELINDA A. MELNIK, ESQ.<br>Eleven Penn Center, 1835 Market Street<br>Philadelphia, PA  19103 |
| For C&S Wholesale Grocers<br>and C&S Acquisition: | RICHARD COBB, ESQ.<br><br>Simpson Thacher & Bartlett LLP<br>By:  KENNETH S. ZIMAN, ESQ.<br>425 Lexington Avenue<br>New York, NY  10017 |
| For Debtors: | Kirkland & Ellis, LLP<br>By:  RICHARD L. WYNNE, ESQ.<br>     ANDREW R. RUNNING, ESQ.<br>     ERIC LIEBELER, ESQ.<br>777 South Figueroa Street<br>Los Angeles, CA  90017 |
| For Agents: | Greenberg Traurig, LLP<br>By:  WILLIAM E. CHIPMAN, JR., ESQ.<br>The Brandywine Bldg. 1000 West Street<br>Wilmington DE  19801<br><br>White & Case<br>By:  ANDREW P. DeNATALE, ESQ.<br>     DANIEL P. GINSBERG, ESQ.<br>1155 Avenue of the Americas<br>New York, NY  10036 |
| For Hayes Foodtown,<br>Marvin Entities: | Monzack & Monaco, P.A.<br>By:  RACHEL B. MERSKY, ESQ.<br>400 Commerce Center, 12th &Orange Sts.<br>Wilmington, DE  19899 |

APPEARANCES:   (continued)

For 28 Retail Merchants: Finkel Goldstein Berzow Rosenbloom &
                         Nash, LLP
                         By:  NEAL M. ROSENBLOOM, ESQ.
                              HARVEY L. GOLDSTEIN, ESQ.
                         26 Broadway
                         New York, NY  10004

For International
Brotherhood of Teamsters: Previant, Goldberg, Uelmen, Gratz,
                          Miller & Brueggeman, S.C.
                          By:  FREDERICK PERILLO, ESQ.
                          Milwaukee, WI

                          VIRGINIA E. NEISWENDER, ESQ.
                          1900 K. Street, N.W.
                          Washington, D.C.  20006

For Sterker Food Corp.,
Davis Burkett Food,
German Foods:             Morris, James, Hitchens & Williams
                          By:  STEPHEN M. MILLER, ESQ.
                          222 Delaware Avenue, 10th Floor
                          Wilmington, DE  19899

1  Counsel's going to come back.

2         MR. PENNINGTON: Okay, fine. That works.

3         THE COURT: All right. Any other objection?

4         MR. HOGAN: Your Honor, this is Timothy Hogan from
5  Wayne Berry. If I may, Your Honor, I'm not certain if the
6  Court ever received our objection that was timely filed. It
7  was 2664?

8         THE COURT: I'm not sure I have, either, so you
9  better re-articulate it.

10        MR. HOGAN: Wayne Berry was a software developer,
11 developed software that Fleming has used in the Hawaii
12 division, at least in Hawaii for sure, since 1999 under a non-
13 exclusive limited license. I went to trial against Fleming and
14 got a jury verdict in March, March 6th of this year, Your
15 Honor, finding Fleming as a wilful infringer for making
16 derivative copies of the software.

17        Fleming has continued to use Mr. Berry's software.
18 There's a dispute as to which version is being used, but has
19 used it and is continuing to use what is claimed to be a new
20 software package made by the same individual who the jury found
21 had infringed.

22        My concern is that Mr. Berry is going to have to
23 pursue the new -- the buyer under a -- the claim of
24 infringement again. If there's any thought that Mr. Berry's
25 software is passing in this agreement I'd at least like

1 something in the record, Your Honor, that would at least
2 indicate they've not chosen to even schedule this software,
3 they have not chosen to assume it or to assign it, and that
4 whatever the buyer gets the buyer will get subject to Mr.
5 Berry's copyright.
6      THE COURT: Well --
7      MR. HOGAN: If any.
8      THE COURT: Let me hear from the debtor and buyer on
9 that issue.
10      MR. LIEBELER: We're not using the software. I mean
11 --
12      THE COURT: Who cares if you're using it. Are you
13 selling it to the buyer?
14      MR. ZIMAN: Your Honor, I do not believe that this
15 software license is on any list to be assumed and assigned, and
16 if -- to the extent that we can't assume it and assign it under
17 365, we won't, and we're certainly not going to infringe.
18      THE COURT: All right. You're satisfied with the
19 buyer's statement?
20      MR. HOGAN: I'm sorry, Your Honor, I couldn't hear
21 what the buyer said.
22      THE COURT: Please talk into the mike so he can hear
23 you.
24      MR. ZIMAN: I'm sorry, Your Honor. I am not aware --
25      MR. HOGAN: Is this Mr. Gross?

1        MR. ZIMAN:  I'm sorry, sir, I'm not aware --

2        THE COURT:  Raise it so he can actually hear you.

3        MR. ZIMAN:  I'm not aware of this license being on
4   any list to be assumed and assigned as of the initial closing.
5   I don't have any facts regarding this license, and to the
6   extent that there's a 365C issue where we can't assume and
7   assign it, then the Court won't let us, and we're certainly not
8   going to use it an subject ourselves to infringement liability,
9   or if we do we are liable.

10       THE COURT:  Did you hear that?

11       MR. HOGAN:  I did, Your Honor, and I guess what I
12  conclude from it is -- we believe it is being used, Your Honor,
13  for the record.  It has been used in the case, it has been used
14  -- and we believe that the software that was created when it's
15  properly litigated will be shown to be another derivative, the
16  one that they're going to assume and use.

17       THE COURT:  Well, the buyer says they're not buying
18  it.  To the extent they use it you'll have to sue them for
19  infringement.

20       MR. HOGAN;  And that seems to be the way it's left,
21  Your Honor, as long as it's understood that it's not being
22  assigned in this sale.

23       THE COURT:  I'm not giving any order assuming it,
24  assigning it by this sale order.  To the extent they think they
25  can assume and assign it later, that issue will be teed up.

```
 1            MR. HOGAN:  Yes, Your Honor, and we believe that the
 2   software they're buying is infringed software, so we will
 3   pursue it.  Thank you.
 4            THE COURT:  All right.  Anybody?
 5            MR. LIEBELER:  Just to make sure and to make it
 6   clear, we contend that we're not using it.
 7            THE COURT:  I heard you the first time.  Any other
 8   objector?
 9            MR. RHODES:  Good afternoon, Your Honor.  Jeff Rhodes
10   on behalf of the Sandelman landlords, and as a procedural
11   matter, Your Honor, I have submitted today a motion to be
12   admitted pro hac vice to this court.
13            THE COURT:  All right, that's fine.
14            MR. RHODES:  Thank you.  I have Mr. McCauley, my local
15   counsel, with me.
16            Your Honor, on behalf of the Sandelman landlord, who
17   are landlords that own properties, various properties across
18   the country to which one or more of the debtor was a party, we
19   filed an objection basically to cure claim issues.
20            Now, I understand that what the debtors are now
21   proposing to do is to bifurcate and deal with assumption and
22   assignment issues later.
23            THE COURT:  Yes.
24            MR. RHODES:  However, I'm concerned, under the text
25   of the proposed order that's being circulated that some rights
```

1  you.
2           MS. JONES:  Your Honor, may I ask Your Honor a
3  mechanical question.  With respect to the hearing on Thursday,
4  would Your Honor like us to submit an agenda?
5           THE COURT:  No, that's not necessary.
6           MS. JONES:  Thank you.
7           THE COURT:  That's fine.  I'll just keep what I have
8  here, but I'd ask parties to send everything to chambers so I'm
9  sure I get it.
10          MS. JONES:  Thank you.
11          THE COURT:  All right, we'll stand adjourned then.
12       (Recording ends)
13                *            *            *
14              C E R T I F I C A T I O N
15       I, Betsy Wolfe, certify that the foregoing is a
16  correct transcript from the electronic sound recording of the
17  proceedings in the above-entitled matter.
18
19  _Betsy Wolfe_ (signature)         _Aug. 11, 2003_
20  Betsy Wolfe                        Date
21  J&J COURT TRANSCRIBERS, INC.
22
23
24
25