UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE BERRY,

       Plaintiff,

vs.

DEUTSCHE BANK TRUST COMPANY
AMERICAS (FKA BANKERS TRUST
COMPANY) and JP MORGAN CHASE BANK
in their separate capacities and as agents for the
pre- and post-petition lenders of Fleming
Companies, Inc.; GENERAL ELECTRIC
CAPITAL CORPORATION; C&S
WHOLESALE GROCERS, INC.; THE POST-
CONFIRMATION TRUST OF FLEMING
COMPANIES, INC.; ROBERT KORS; CORE-
MARK HOLDINGS INC. and DOES 1 to 200,

       Defendants.

Case No.: 1:07-CV-07634 (WHP)

ECF Case

---

## CERTIFICATE OF SERVICE

I, Allison L. Mayo Andrews, hereby certify that on the 13th of March 2008, I caused true and correct copies of the following documents:  (1) Defendants Post Confirmation Trust's and Robert Kors' Notice of Motion and Motion For Sanctions under Federal Rule of Civil Procedure 11; (2) Defendants Post Confirmation Trust's and Robert Kors' Memorandum of Points and Authorities in Support of Motion for Sanctions under Federal Rule of Civil Procedure 11; (3) Affidavit of Erin N. Brady in Support of Defendants Post Confirmation Trust's and Robert Kors' Motion for Sanctions under Federal Rule of Civil Procedure 11; and (4) Affidavit of Robert A. Kors in Support of The PCT's and Robert Kors' Motion for Sanctions under Federal Rule of Civil Procedure 11, annexed hereto, by hand delivery, Federal Express and transmitting via electronic mail to the persons at the electronic addresses set forth below in the above-entitled action upon:

Timothy J. Hogan, Esq.
Attorneys at Law
1050 Bishop Street, Suite 433
Honolulu, Hawaii 96813
E-mail: tjh@timhogan.com
*Attorney for Plaintiff Wayne Berry*

Christopher May Mason, Esq.
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
E-mail: cmason@nixonpeabody.com
*Attorneys for C&S Wholesale Grocers, Inc.*

Robert Penchina, Esq.
LEVINE, SULLIVAN, KOCH & SCHULZ, LLP
321 West 44th Street, Suite 510
New York, New York 10036
E-mail:rpenchina@lskslaw.com
*Attorneys for General Electric Capital Corp.*

Lyle S. Hosoda, Esq.
Raina P.B. Sushiken, Esq.
LYLE HOSODA & ASSOCIATES, LLC
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
E-mail: lsh@hosodalaw.com
E-mail: rpbg@hosodalaw.com
*Attorneys for Defendants Deutsche Bank*
*Trust Company Americas and J.P. Morgan Chase Bank*

Andrew P. DeNatale
Jonathan E. Moskin
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
E-mail: adenatale@whitecase.com
E-mail: jmoskin@whitecase.com
*Attorneys for Defendants Deutsche Bank Trust*
*Company Americas and J.P. Morgan Chase Bank*

_____
Allison L. Mayo Andrews

Subscribed and sworn to (or affirmed) before me on this
7th day of APRIL , 2008 by ALLISON ANDREWS
proved to me on the basis of satisfactory evidence to be
the person who appeared before me.

_____
Notary Public

NEAL SAN DIEGO
Commission # 1612581
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2009