UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                  :

WAYNE BERRY,

                                                  :

            Plaintiff,                           07 Civ. 7634 (WHP)

                                                  :

      -against-                              SCHEDULING ORDER

                                                   :

DEUTSCHE BANK TRUST CO.
AMERICAS ET AL.,                            :

            Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for oral argument on April 4, 2008, the following is established on consent:

        (1) Plaintiff shall submit a letter by April 14, 2008 detailing Plaintiff's net worth;

        (2) Defendants shall serve and file their motion for Rule 11 sanctions by April 7, 2008;

        (3) Plaintiff shall serve and file any opposition by April 28, 2008; and

        (4) Defendants shall serve and file any reply by May 5, 2008.

Dated: April 7, 2008
      New York, New York

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                                U.S.D.J.

*Counsel of Record:*
Timothy Joseph Hogan, Esq.
1050 Bishop Street #433
Honolulu, HI 96813
*Counsel for Plaintiff*

Andrew P. DeNatale, Esq.
Jonathan E. Moskin
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
*-and-*
F. Wade Ackerman, Esq.
Michael Edward Baumann, Esq.
Erin N. Brady, Esq.
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
*-and-*
Raina P.B. Gushiken, Esq.
Lyle S. Hosoda, Esq.
Lyle S. Hosoda & Associates, LLC
345 Queen Street, Suite 804
Honalulu, HI 96813
*Counsel for Defendants Deutsche Bank Trust Company Americas and JP Morgan Chase Bank*

Erin N. Brady, Esq.
Richard Lee Wynne, Esq.
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
*Counsel for Defendants Robert Kors and the Post-Confirmation Trust*

Robert Penchina, Esq.
Levine, Sullivan, Koch & Schulz, LLP
321 West 44th Street, Suite 510
New York, NY 100036
*Counsel for Defendant General Electric Capital Corporation*

Christopher May Mason, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Defendant C&S Wholesale Grocers, Inc.*