# Exhibit 1

```
                                        FIRST CIRCUIT COURT
                                         STATE OF HAWAII
                                              FILED

                                         2006 SEP 25 PM 1:25

              IN THE FAMILY COURT OF THE FIRST CIRCUIT    K. OTAKE
                                                          CLERK
                          STATE OF HAWAII
```

| | | |
|---|---|---|
| JULIANNE NGUYEN BERRY, | ) | FC-D  NO. 06-1-000211 |
| | ) | |
| PLAINTIFF, | ) | ORDER OF DISMISSAL |
| | ) | (RULE 41 (e)(1)) |
| VS | ) | |
| | ) | |
| WAYNE FOSTER BERRY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the above entitled case is dismissed for want of service pursuant to the Hawaii Family Court Rule 41(e)(1). Unless a motion for reinstatement for good cause is filed within thirty (30) days after mailing of this order, this Order of Dismissal shall take effect on the filed date indicated.

BY ORDER OF THE HONORABLE R. MARK BROWNING

Judge of the above-entitled Court.

DATED: Honolulu, Hawaii    SEPTEMBER 25, 2006

CLERK OF THE ABOVE ENTITLED COURT

Plaintiff(s) Attorney(s)                    Defendant(s) Attorney(s)

BRAWLEY, CHERYL R
PIONEER PLZ.
900 FORT ST., STE. 1400
HONOLULU, HI  96813