# Exhibit 2



Brawley and Associates
Attorneys at Law, LLLC

CHERYL R. BRAWLEY, #4489
KYLE K. CHANG, #8413
1164 Bishop Street, Suite 500
Honolulu, Hawaii 96813
TEL: 533-0066

Attorney for JULIANNE N. BERRY

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 OCT -5 PM 1: 24

F. OTAKE
CLERK

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| JULIANNE N. BERRY, | ) | FC-D NO. 06-1-0211 |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S EX PARTE MOTION TO REINSTATE FOR GOOD CAUSE COMPLAINT FOR DIVORCE AND SUMMONS FILED ON 1/20/2006 AND TO EXTEND TIME TO SERVE COMPLAINT FOR DIVORCE AND SUMMONS FILED ON 1/20/2006; AFFIDAVIT OF CHERYL R. BRAWLEY; ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO REINSTATE FOR GOOD CAUSE COMPLAINT FOR DIVORCE AND SUMMONS FILED ON 1/20/2006 AND TO EXTEND TIME TO SERVE COMPLAINT FOR DIVORCE AND SUMMONS FILED ON 1/20/2006 |
| VS. | ) | |
| WAYNE FOSTER BERRY, | ) | |
| Defendant. | ) | |

PLAINTIFFS EX PARTE MOTION TO REINSTATE FOR GOOD CAUSE
COMPLAINT FOR DIVORCE AND SUMMONS FILED ON 1/20/2006 AND
TO EXTEND TIME TO SERVE COMPLAINT FOR DIVORCE AND
SUMMONS FILED ON 1/20/2006

**RECEIVED**

OCT 0 2 2006

FAMILY COURT, FIRST JUDICIAL CIRCUIT

COMES NOW, JULIANNE N. BERRY, hereinafter referred to as 'Plaintiff', by and through her counsel, CHERYL R. BRAWLEY, and respectfully moves this Court for an Order Granting Plaintiff's Ex Parte Motion to Reinstate for Good Cause Complaint for Divorce and Summons Filed on 1/20/2006 and to Extend Time to Serve Complaint for Divorce and Summons Filed on 1/20/2006.

This Motion is brought pursuant to Rules 6 and 7, Hawaii Family Court Rules, the records and files herein, and the affidavit of CHERYL R. BRAWLEY and Exhibits "1"-"3", all attached hereto.

Plaintiff moves for an Order reinstating for good cause her Complaint for Divorce and Summons, both of which were filed on January 20, 2006, and extending time to serve the Complaint for Divorce and Summons for an additional six (6) months beginning July 20, 2006, and ending January 20, 2007.

DATED: Honolulu, Hawaii, _____October 2, 2006_____.

_____ #8413
for CHERYL R. BRAWLEY
Attorney for Plaintiff