# Exhibit 3

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| JULIANNE N. BERRY, | ) | FC-D NO. 06-1-0211 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | PLAINTIFF'S EX PARTE |
| VS. | ) | MOTION TO REINSTATE |
| | ) | FOR GOOD CAUSE |
| WAYNE FOSTER BERRY, | ) | COMPLAINT FOR DIVORCE |
| | ) | AND SUMMONS FILED ON |
| Defendant. | ) | 1/20/2006 AND TO EXTEND |
| | ) | TIME TO SERVE |
| | ) | COMPLAINT FOR DIVORCE |
| | ) | AND SUMMONS FILED ON |
| | ) | 1/20/2006 |

<u>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO REINSTATE FOR GOOD CAUSE COMPLAINT FOR DIVORCE AND SUMMONS FILED ON 1/20/2006 AND TO EXTEND TIME TO SERVE COMPLAINT FOR DIVORCE AND SUMMONS FILED ON 1/20/2006</u>

It appearing to the satisfaction of the undersigned Honorable Judge that Plaintiff has shown good cause and is thereby entitled to a reinstatement of her Complaint for Divorce and Summons, both filed on January 20, 2006, as well as additional time to serve the Complaint for Divorce and Summons:

IT IS HEREBY ORDERED that Plaintiff's Complaint for Divorce and Summons, both filed on January 20, 2006, are reinstated.

IT IS HEREBY FURTHER ORDERED that Plaintiff shall be allowed an additional six (6) months to serve her Complaint for Divorce and Summons on Defendant. Specifically, Plaintiff shall be allowed the period

of July 20, 2006 to January 20, 2006 to serve said documents upon Defendant.

DATED: Honolulu, Hawaii,        OCT - 5 2006     .

                JUDGE OF THE ABOVE-ENTITLED COURT
                         R. MARK BROWNING