# Exhibit 4

# UNCONTESTED DIVORCE BY AFFIDAVIT
## CASE PROCESSING STAGES

## CHART 7-1



8/21/99