# Exhibit 5



**First Judicial Circuit** — THE JUDICIARY · STATE OF HAWAI'I
POST OFFICE BOX 3498 · HONOLULU, HAWAI'I 96811-3498

**Frances Q. F. Wong**
SENIOR JUDGE

**Rhonda A. Nishimura**
CIRCUIT COURT JUDGE

**Patrick W. Border**
CIRCUIT COURT JUDGE

**William A. Santos**
CHIEF COURT ADMINISTRATOR

**District Family Judges**
MICHAEL F. BRODERICK
R. MARK BROWNING
JENNIFER L. CHING
KENNETH E. ENRIGHT
CHRISTINE E. KURIYAMA
LINDA K. C. LUKE
PAUL T. MURAKAMI
KAREN M. RADIUS
BODE A. UALE

September 13, 2007

Wayne Foster Berry
5500 Military Trail #22-250
Jupiter, FL 33458

RE:  FC-D No. 06-1-0211, *Berry v. Berry*
     <u>Non-hearing motion documents, received August 30, 2007</u>

Dear Mr. Berry:

Your non-hearing motion documents were forwarded to me for filing. Your document was filed. Enclosed please find two certified copies of your document. Please be advised that a copy of this letter as well as a certified copy of your document will be forwarded to Cheryl Brawley, Esq.

A copy of this letter will be placed in the back of the file; no further action will be taken.

Sincerely,

Rhoda Kealoha-Spencer
Domestic Law Clerk
Legal Research and Adoption Records Unit

rks

Enclosure.

cc:  Cheryl Brawley,
     Julianne N. Berry's attorney,
     via court jacket