# Exhibit 6

# Brawley & Associates
Attorneys at Law, LLLC

February 7, 2008

TO:    Mr. Wayne Foster Berry
103 E. Thatch Palm Circle
Jupiter, Florida 33458

RE:    Berry v. Berry; FC-D No. 06-1-0211

The following have been submitted:

| Description | Copies | Date |
|---|---|---|
| Motion to Set and Notice of Motion | 1 FILED | 2/6/08 |

[x] For your records
[ ] For your completion
[ ] For necessary action
[ ] For your signature **in black ink**

[ ] Per your request
[ ] Per our conversation
[ ] Other_____
[ ] Remarks

Remarks:

Thank you for your attention to this matter.

Sincerely,

BRAWLEY & ASSOCIATES

*Penelope J. Oburn*
Penelope J. Oburn
Paralegal for Cheryl R. Brawley

CRB:pjo
Enclosures (020708)

1164 Bishop Street, Suite 500, Honolulu, HI 96813
TEL (808) 533-0066  FAX (808) 533-0060

| STATE OF HAWAII<br>FAMILY COURT<br>FIRST CIRCUIT | MOTION TO SET AND<br>NOTICE OF MOTION | CASE NUMBER<br>FC-D No. 06-1-0211 |
|---|---|---|

JULIANNE NGUYEN BERRY
                      PLAINTIFF,

vs.

WAYNE FOSTER BERRY
                      DEFENDANT.

Name, Address, and telephone number of
Brawley & Associates Aal LLLC
Cheryl R. Brawley 4489
1164 Bishop Street
Suite 500
Honolulu, HI 96813
Phone: 533-0066
Fax: 533-0060

Attached Hereto:
☒ Position Statement
☒ Income and Expense Statement
☒ Asset and Debt Statement
☐ Property Division Chart
☐ Child Support Guidelines
☒ Certificate of Service
☒ Exhibit "A"

TO: WAYNE FOSTER BERRY, Defendant
5500 Military Trial #22-250
Jupiter, Florida 33458

PLEASE TAKE NOTICE that at the date, time and place indicated below, before the indicated Presiding Judge, the undersigned will move that this case be set for trial at a certain time.

Pursuant to Hawaii Family Court Rule 94 the undersigned states that an attempt to settle the issues in this case has been made and has been unsuccessful, that all necessary or proper preliminary proceedings, including all discoveries allowed by statute or rule and desired by movant have been substantially completed by the movant, that the other party has had a reasonable opportunity to complete all preliminary proceedings including discovery, and that the case is otherwise ready for trial. ☐ Mediation has been attempted in this case and has been unsuccessful. ☐ Mediation is inappropriate in this case because:

_____
_____

**You are to file with the Court and serve the movant with a Position Statement and Income and Expense and Asset and Debt Statements no later than seven (7) days before the hearing date indicated below.** The failure of a party to submit Position Statements and Income and Expense and Asset and Debt Statements may be subject to the sanctions set forth in Hawaii Family Court Rule 37(b), including the entry of a default judgment. Attorneys who fail to comply with the requirements of Hawaii Family Court Rule 94 may be subject to the sanctions set forth in Hawai'i Family Court Rule 89.

| DATE | MAR 2 7 2008 |
|---|---|
| TIME | 9:00 A.M. |
| PLACE | Kaahumanu Hale (First Cir. Court)<br>777 Punchbowl Street, 2nd Floor<br>Honolulu, HI 96813 |
| JUDGE | R. MARK BROWNING |

2008 FEB -6 PM 3:28
F. OTAKE
CLERK
FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

Date: 1/31/08
☐ Plaintiff  ☐ Defendant
Attorney for  ☒ Plaintiff  ☐ Defendant
Signature: _____

Motion to Set and Notice of Motion