# Exhibit 7

Case 1:07-cv-07634-WHP    Document 99-8    Filed 04/28/2008    Page 1 of 2

February 14, 2008

Wayne Berry
5500 Military Trail #22-250
Jupiter, Florida 33458
Telephone (808) 258-7144
Facsimile (808) 356-0372

Via Facsimile: (808) 533-0060

Cheryl Brawley
Brawley and Associates
Attorneys at Law, LLC
1164 Bishop Street, Suite 500
Honolulu, Hawaii 96813

Dear Ms. Brawley

    I made a special telephonic appearance today in order to speak with a Domestic Law Clerk at the First Judicial Circuit. I explained that you had just filed "Motion to Set and Notice of Motion" on an expired/dismissed complaint. The Law Clerk confirmed to me that FC-D No. 06-1-0211, Berry v. Berry has been dismissed and suggested that I contact you and request that you voluntarily withdraw what you just filed.

    Therefore, I request that you immediately withdraw your recent "Motion to Set and Notice of Motion" and provide me with proof of that withdrawal by facsimile no later that close of business on Monday, February 18, 2008. If I do not receive that withdrawal confirmation from you by that date and time, I will seek sanctions, monetary and otherwise, against you and your client(s) and concurrently seek guidance from the Office of Disciplinary Council regarding your intentional willful violation of court rules and the manner in which you deal with persons acting Pro Se.

Sincerely,

*Wayne Berry*
Wayne Berry