# Exhibit 10

# Wayne Berry
Email: WayneBerry@FCS2003.com

---

September 26, 2005

Sent Via Email: FOIA@deca.mil

Defense Commissary Agency Safety Security and Administration
Attention FOIA Officer
1300 E Avenue
Fort Lee VA 23801-1800

FOIA Officer at (804) 734-8339

Dear Sir or Madam;

    Under the Freedom of Information Act (FOIA), please send me copies of the records identified as "freight invoices" and/or "logistics invoices" and/or "MILITARY ROLL UP FOR FREIGHT" that DeCA has received from C&S Wholesale Grocers, Inc. (aka C&S Wholesale) or C&S Logistics of Hawaii, LLC for shipments to Hawaii or between the Hawaiian Islands for the month of July 2005.

    I will pay up to $ 500 for search and review fees. Please advise me if the amount exceeds that and I may choose to travel to view the documents in person or reduce requested time period from one month. My daytime telephone number is 808-258-7144. You may also contact me by email at WayneBerry@FCS2003.com or WayneFBerry@Hotmail.com.

    Thank you in advance for your assistance in this matter.

Sincerely,

Wayne Berry

---

377 Keahole Street • Suite D-10 • PMB110 • Honolulu • Hawaii • 96825
Telephone: 808-258-7144 • Facsimile: 808-356-0372