# Exhibit 13

## Tim Hogan

**From:** WayneBerry@FCS2003.com
**Sent:** Friday, April 11, 2008 1:46 AM
**To:** Tim Hogan
**Subject:** Divorce 20080411
**Signed By:** WayneBerry@fcs2003.com

**Attachments:** Divorce 20080411.pdf

I had this waiting in the mail for me this morning - 11 days for snail mail (and I sent all my stuff overnight Express mail)



Redacted

4/23/2008

# Brawley & Associates
## Attorneys at Law, LLLC

April 1, 2008

TO: Mr. Wayne Foster Berry
5500 Military Trail #22-250
Jupiter, Florida 33458

RE: Berry v. Berry; FC-D No. 06-1-0211

The following have been submitted:

| Description | Copies | Date |
|---|---|---|
| Order Re Motion to Set | 1 FILED | 3/27/08 |
| Order Re Motion to Dismiss Expired Complaint for Divorce | 1 FILED | 3/27/08 |
| Order Re Motion to Strike Motion to Set etc. | 1 FILED | 3/27/08 |

[x] For your records
[ ] For your completion
[ ] For necessary action
[ ] For your signature  **in black ink**

[ ] Per your request
[ ] Per our conversation
[ ] Other_____
[ ] Remarks

Remarks:

Thank you for your attention to this matter.

Sincerely,

BRAWLEY & ASSOCIATES

Cheryl R. Brawley

CRB:pjo
Enclosures (040108)

1164 Bishop Street, Suite 500, Honolulu, HI 96813
TEL (808) 533-0066  FAX (808) 533-0060

CHERYL BRAWLEY 4489
1164 BISHOP STREET, SUITE 500
HONOLULU, HI 96813

FAMILY COURT
FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
12:02 o'clock P.M.
MAR 27 2008

Attorney for Julianne W. Berry

M. Omiya
Clerk

IN THE FAMILY COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

Julianne Nguyen Berry,

Plaintiff,

vs.

Wayne Foster Berry,

Defendant.

FC-D No. 06-1-0211

ORDER RE MOTION TO SET
(PRETRIAL ORDER NO. 1);
Attachment(s) _____

Motion to Set Conference

Date: 3/27/08

Judge: R. Mark Browning

ORDER RE: MOTION TO SET
(PRETRIAL ORDER NO. 1)

**Present**
☒ Plaintiff's Attorney: C. Brawley
☐ Defendant's Attorney: _____
☒ Plaintiff    ☐ Defendant

**Mediation Occurred**
☒ No    ☐ Yes _____
                    Mediator's Name
☐ _____ to arrange mediation with _____ by _____

**Volunteer Settlement Master**
_____ is appointed as the Volunteer Settlement Master. Plaintiff's attorney shall prepare an Order Appointing Volunteer Settlement Master for the court to approve and file.

I do hereby certify that this is a full, true
and correct copy of the original on file in this office.

M. Omiya
Clerk, Family Court, First Circuit, State of Hawaii

Dom. Div. Order re: Motion to Set
Supercedes Pretrial Order No. 1
Effective 9/17/07 [RMB]

**Trial Date, Scheduling Information, and Other Important Deadlines** All Blanks Must be Filled in. A deadline date in this order is binding unless a different date is set forth in a later order (such as the report dates established in the Custody Evaluator Order). The court will calculate deadline dates using the formula under the Misc Information column unless the parties and the court agree to a different date. The party who filed the motion that generated the trial date set below shall file the first witness list and the first Settlement Conference Statement.

| Event | Misc Information | Date |
|---|---|---|
| **Witness List Filed by** ☒ Plaintiff ☐ Defendant<br>Names of lay & expert witnesses, contact information (real), and subject matter of testimony | (49 days before Settlement Conference) | 5/1/08 |
| **Responsive Witness List Filed by** ☐ Plaintiff ☒ Defendant<br>Names of lay & expert witnesses, contact information (real), and subject matter of testimony | (42 days before Settlement Conference) | 5/8/08 |
| **Expert Reports Exchanged** | (35 days before Settlement Conference) | 5/15/08 |
| **All Discovery Completed** | (28 days before Settlement Conference) | 5/22/08 |
| **Exhibits and Exhibit List Exchanged** | (21 days before Settlement Conference) | 5/29/08 |
| **Settlement Conference (SC) Statement Filed by** ☒ Plaintiff ☐ Defendant<br>☒ Concise comparison chart of trial positions<br>☒ Property Allocation Chart<br>☒ Updated Asset & Debt and Income and Expense Statements<br>☒ Child Support Guidelines Worksheet<br>☒ Proposed Decree, reflecting trial positions<br>☐ Parenting Plan<br>☐ Confidential settlement letter (Do not file) | (14 days before Settlement Conference) | 6/5/08 |
| **Responsive SC Statement Filed by** ☐ Plaintiff ☒ Defendant<br>☒ Concise comparison chart of trial positions<br>☒ Property Allocation Chart<br>☒ Updated Asset & Debt and Income and Expense Statements<br>☒ Child Support Guidelines Worksheet<br>☒ Proposed Decree, reflecting trial positions<br>☐ Parenting Plan<br>☐ Confidential settlement letter (Do not file) | (7 days before Settlement Conference) | 6/12/08 |
| **Settlement Conference** | (Thurs, 18 days before trial week) | 6/19/08, 1:30 pm |
| **Calendar Call**<br>Give original Exhibits and two Exhibit Lists to court | (Thurs, 11 days before trial week) | 6/26/08, 8:30 am |
| **Letter Re Admissibility of Exhibits**<br>To court and opposing side | (Thurs, 4 days before trial week) | 7/1/08, 4:30 pm |
| **Trial Week**<br>Length of trial ___1___ day(s)<br>Parties will share time equally ☒ Yes ☐ No | | 7/7/09 |

☐ See Page 5 for additional dates and events

2

**Stipulations/Issues in Dispute:** Issues that are checked as "Agreed" are not in dispute based on the Position Statements previously submitted and/or the agreements of the parties made since. An agreement only becomes final when the agreement is placed on the record or signed by the parties and approved by the court. Parties should clearly write out the terms of any agreement using either the appropriate Divorce Decree from the Uncontested Divorce packet or a continuation sheet. All written agreements should be attached to this Order.

|    |    | Agreed | Disputed | Not Applicable |
|----|----|--------|----------|----------------|
| 1. | Jurisdiction |  |  |  |
|    | a. Personal jurisdiction | ☐ | ☐ |  |
|    | b. Subject matter jurisdiction | ☐ | ☐ |  |
| 2. | Existence of an enforceable: |  |  |  |
|    | a. Premarital agreement | ☐ | ☐ | ☐ |
|    | b. Marital agreement | ☐ | ☐ | ☐ |
|    | c. Divorce agreement | ☐ | ☐ | ☐ |
| 3. | Granting of the divorce itself | ☐ | ☐ |  |
| 4. | Legal custody | ☐ | ☐ | ☐ |
| 5. | Physical custody | ☐ | ☐ | ☐ |
| 6. | Visitation | ☐ | ☐ | ☐ |
| 7. | Income of: |  |  |  |
|    | a. Plaintiff | ☐ | ☐ | ☐ |
|    | b. Defendant | ☐ | ☑ | ☐ |
| 8. | Expenses of: |  |  |  |
|    | a. Plaintiff | ☐ | ☐ | ☐ |
|    | b. Defendant | ☐ | ☐ | ☐ |
| 9. | Child Support | ☐ | ☑ | ☐ |
| 10. | Child related expenses: |  |  |  |
|    | a. Child care | ☐ | ☐ | ☐ |
|    | b. Pre-school expenses | ☐ | ☐ | ☐ |
|    | c. Private school expenses | ☐ | ☐ | ☐ |
|    | d. Summer school expenses | ☐ | ☐ | ☐ |
|    | e. Post-high school expenses | ☐ | ☐ | ☐ |
|    | f. Extracurricular expenses | ☐ | ☐ | ☐ |
| 11. | Child health care |  |  |  |
|    | a. Maintenance of insurance | ☐ | ☑ | ☐ |
|    | b. Payment of excess expenses | ☐ | ☑ | ☐ |
| 12. | Alimony |  |  |  |
|    | a. Amount | ☐ | ☑ | ☐ |
|    | b. Duration | ☐ | ☑ | ☐ |

|    |    |    | Agreed | Disputed | Not Applicable |
|----|----|----|--------|----------|----------------|
| 13 | Security for support |    |    |    |    |
|    | a  | Alimony |  ☐ | ✓ | ☐ |
|    | a  | Child Support | ☐ | ✓ | ☐ |
| 14 | Property division – general |    |    |    |    |
|    | a  | Asset wasting issues | ☐ | ✓ | ☐ |
|    | b  | Valuation issues | ☐ | ☐ | ☐ |
|    | c  | Classification issues | ☐ | ☐ | ☐ |
|    | d  | Equitable deviation issues | ☐ | ☐ | ☐ |
| 15 | Property division – distribution |    |    |    |    |
|    | a  | Credit Union/bank accounts | ☐ | ✓ | ☐ |
|    | b  | Securities | ☐ | ✓ | ☐ |
|    | c  | Vehicles | ☐ | ✓ | ☐ |
|    | d  | Real property | ☐ | ☐ | ☐ |
|    | e  | Life insurance | ☐ | ✓ | ☐ |
|    | f  | Retirement | ☐ | ✓ | ☐ |
|    | g  | Business assets | ☐ | ✓ | ☐ |
|    | h  | Investment assets | ☐ | ✓ | ☐ |
|    | i  | Household effects | ☐ | ✓ | ☐ |
|    | j  | Personal effects | ☐ | ✓ | ☐ |
|    | k  | Trust property | ☐ | ☐ | ☐ |
|    | l  | Other property | ☐ | ☐ | ☐ |
| 16 | Debt |    | ☐ | ✓ | ☐ |
| 17 | Tax matters |    |    |    |    |
|    | a  | Liability | ☐ | ☐ | ☐ |
|    | b  | Refunds | ☐ | ☐ | ☐ |
|    | c  | Dependents | ☐ | ☐ | ☐ |
|    | d  | Deductions | ☐ | ☐ | ☐ |
|    | e  | Other _____ | ☐ | ☐ | ☐ |
| 18 | Payments for property division |    | ☐ | ✓ | ☐ |
| 19 | Payment of legal fees |    |    |    |    |
|    | a  | Attorney's fees and costs | ☐ | ✓ | ☐ |
|    | b  | Expert's fees and costs | ☐ | ☐ | ☐ |
|    | c  | Mediation/arbitration fees and costs | ☐ | ☐ | ☐ |
|    | d  | CE/CGAL's fees and costs | ☐ | ☐ | ☐ |
| 20 | Compliance with prior orders |    | ☐ | ☐ | ☐ |
| 21 | Other |    |    |    |    |
|    | _____ |    | ☐ | ☐ | ☐ |
|    | _____ |    | ☐ | ☐ | ☐ |

22  Name Change    ___ Undecided
                   ✓  No Change
                   ___ Change Name to: _____
                                           (Full Name)

4

| FAMILY COURT FIRST CIRCUIT STATE OF HAWAII | ORDER ☐Granting ☐Denying ☐In Part ☐Continuing ☐Oral ☒Re: _____ ☐Motion to [ ]Continue [ ]Withdraw ☒Motion TO STRIKE: CHERYL BRAWLEY'S MOTION TO SET AND NOTICE OF MOTION FOR DISMISSED AND EXPIRED COMPLAINT FOR DIVORCE | CASE NUMBER FC-D NO. 06-1-0211 |
|---|---|---|

JULIANNE N. BERRY
PLAINTIFF,

vs.

WAYNE FOSTER BERRY
DEFENDANT.

This document is prepared by:
☒Attorney for ☒Plaintiff ☐Defendant
CHERYL BRAWLEY 4489
Name
1164 BISHOP ST, SUITE 500
Address
HONOLULU, HI 96813
City, State, Zip Code
(808) 533-0066
Telephone Number

Motion Filed On: 3/10/08   Judge: R. Mark Browning   Hearing Date: 3/27/08

Present at the Hearing:
☒ Plaintiff   ☒ Attorney for Plaintiff C. BRAWLEY
☐ Defendant   ☐ Attorney for Defendant _____
☐ Other: _____

☐Attorney _____   ☐Plaintiff ☒Defendant was/were duly served but failed to appear.

Based upon the representation/record made. IT IS HEREBY ORDERED that the ☐oral motion is ☐granted ☐denied ☐granted in part ☐denied in part as follows:
DEFENDANT'S MOTION IS DISMISSED FOR LACK OF PROSECUTION

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

M. Omiya
Clerk, Family Court, First Circuit, State of Hawaii

☐ ____ Continuation Page(s) Attached. Signatures on Last Page.

APPROVED:
☐Form ☐Content _[signature]_ Plaintiff
☐Form ☐Content _____ Defendant
☐Form ☐Content _[signature]_ Attorney/Pltff
☐Form ☐Content _____ Attorney/Deft
☐Form ☐Content _____ Other

FAMILY COURT FIRST CIRCUIT COURT STATE OF HAWAII
FILED
12:01 o'clock P.M.
MAR 27 2008
M. Omiya
Clerk

Date: MAR 27 2008   Judge: _[signature]_ R. MARK BROWNING
SEAL
FOR COURT USE ONLY
EXPEDITED ORDER-SHORT FORM
11/05

| FAMILY COURT FIRST CIRCUIT STATE OF HAWAII | ORDER ☐Granting ☐Denying ☐In Part ☐Continuing ☐Oral ☒Re: _____ ☐Motion to [ ]Continue [ ]Withdraw ☒Motion MOTION TO DISMISS EXPIRED COMPLAINT FOR DIVORCE | CASE NUMBER FC-D NO. 06-1-0211 |
|---|---|---|

JULIANNE N. BERRY
PLAINTIFF,

vs.

WAYNE FOSTER BERRY
DEFENDANT.

This document is prepared by:
☒Attorney for ☒Plaintiff ☐Defendant
CHERYL BRAWLEY 4489
Name
1164 BISHOP STREET, SUITE 500
Address
HONOLULU, HI 96813
City, State, Zip Code
(808) 533-0066
Telephone Number

Motion Filed On: 9/12/07    Judge: R. MARK BROWNING    Hearing Date: 3/27/08

Present at the Hearing:  ☒ Plaintiff   ☒ Attorney for Plaintiff C. BRAWLEY
☐ Defendant   ☐Attorney for Defendant _____
☐ Other: _____

☐Attorney _____   ☐Plaintiff ☒Defendant was/were duly served but failed to appear.

Based upon the representation/record made. IT IS HEREBY ORDERED that the ☐oral motion is ☐granted ☐denied ☐granted in part ☐denied in part as follows:
DEFENDANT'S MOTION IS DISMISSED FOR LACK OF PROSECUTION.

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

_____
Clerk, Family Court, First Circuit, State of Hawaii

☐ _____ Continuation Page(s) Attached. Signatures on Last Page.

APPROVED:
☐Form ☐Content _____ Plaintiff
☐Form ☐Content _____ Defendant
☐Form ☐Content _____ Attorney/Plttf
☐Form ☐Content _____ Attorney/Deft
☐Form ☐Content _____ Other

FAMILY COURT FIRST CIRCUIT COURT STATE OF HAWAII FILED
12:02 o'clock P.M.
MAR 27 2008
M. Omiya
Clerk

Date MAR 27 2008    Judge R. MARK BROWNING    SEAL

11/05    FOR COURT USE ONLY    EXPEDITED ORDER-SHORT FORM

Brawley & Associates
Attorneys at Law, LLLC
1164 Bishop Street, Suite 500
Honolulu, Hawaii 96813

Mr. Wayne Foster Berry
5500 Military Trail #22-250
Jupiter, Florida 33458