# Exhibit 14

# Timothy J. Hogan
## Attorney at Law
### 1050 Bishop Street, Number 433
### Honolulu, Hawaii 96813

## FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **Recipient:** | Cheryl Brawley | **Sent By:** | Timothy J. Hogan |
| **Company:** | Brawley & Assoc. | **Company:** | Attorney at Law |
| **Fax Number:** | 533-0060 | **Fax Number:** | (808) 356-1682 |
| **Voice Number:** | 533-0066 | **Voice Number:** | (808) 382-3698 |

**Date:** 2/4/2008

**Time:** 1:19:17 PM

**Total No. Pages:** 2

**Subject:** Berry v. Berry

## Message:

Letter to Cheryl Brawley, Esq. dated February 4, 2008 from Timothy J. Hogan.

Confidentiality Notice: The information contained in this facsimile may be confidential and legally privileged. It is intended only for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents of this fax – except its direct delivery to the intended recipient – is strictly prohibited. If you have received this fax in error, please notify the sender immediately and destroy this cover sheet along with its contents, and delete from your system, if applicable.

# Timothy J. Hogan
### Attorney at Law
1050 Bishop Street, Number 433
Honolulu, Hawaii 96813
Telephone (808) 382-3698
Facsimile (808) 356-1682
Email tjh@timhogan.com

February 4, 2008

Cheryl R. Brawley, Esq.        VIA FAX TO 533-0060
Brawley & Associates, AAL, LLLC
1164 Bishop Street, Ste. 500
Honolulu, Hawaii 96813

Re: Wayne Berry v. Deutsche Bank Trust Co. Americas et al., Civ. No. 07-cv-7634 WHP

Dear Ms. Brawley:

I represent the Plaintiff in the above matter, Wayne Berry. I have been trying to reach you for some time, but you have not returned my calls.

As you may know, Mr. Berry has filed a law suit that is presently pending in the United States District Court for the Southern District of New York. Among the claims in that case, is a claim for abuse of process related to the divorce complaint you filed in Berry v. Berry. As you know, that case has already been dismissed.

I have attempted to interview your Florida process server. I was informed by the process server that she was not able to discuss the matter based on a claim of "privilege." Please advise me whether you assert, and what, if any, basis you have for asserting, a claim of privilege over communications with a process server. If you claim any such privilege please provide me with a letter to that effect. If I have not received such communication from you, by Wednesday, February 6, 2008, I will presume that no such privilege is claimed and I will once again seek to interview the Florida process server. If you have any questions or concerns please feel free to call me.

Sincerely,

Timothy J. Hogan

cc Client