# Exhibit 19

12-15-95

Is the Letter a firm? Jack said he wants 2 things.
2 Concerns:
  1 - That you don't get in trouble for fraud based on Marlene's bankruptcy.
  2 - Buy + sell proposal

Loan Lyman
       UPAC - Set up as a trading company. WC gives Jack a check to UPAC for 20,000 — 51,000 to buy the cigarettes from Fleming & we make $300 - $600 on each order. This happens about 2 or 3 times a month.

On one month we had a terrible receivables problem in API so Jack borrowed $21,000 from UPAC & w/ his 30 day line of credit he eventually owed $51,000 + dollars to Fleming.

He borrowed from Fleming John Auto $51,000 + & API had to pay back UPAC. & UPAC then paid

PLAINTIFF'S EXHIBIT 107