# Exhibit 20

1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF HAWAII

3

4  WAYNE BERRY, a Hawaii        )

5  citizen,                     )

6         Plaintiff,            )

7     vs.                       ) Civil No. CV03-00385

8  HAWAIIAN EXPRESS SERVICE,    )           SOM-LEK

9  INC., a California           ) (Copyright)

10 corporation, et al.,          )

11        Defendants.            )

12 _____)

13

14

15        DEPOSITION OF JACQUELINE RIO

16

17 Taken on behalf of Plaintiff Wayne Berry at 1132

18 Bishop Street, Suite 306, Honolulu, Hawaii, 96813,

19 commencing at 1:50 p.m., on Monday, December 6,

20 2004, pursuant to Notice.

21

22

23 REPORTED BY:   JANIS K. FLOATE, RPR, CSR 254

24                Notary Public, State of Hawaii

25

JAN FLOATE & ASSOCIATES (808) 263-1149

1    A.    No.
2    Q.    HFM, Hawaii Flour Mills, do you know who
3  they are?
4    A.    I've heard of them, yes, but they are not
5  a customer.
6    Q.    Kamaaina Distributors?
7    A.    No.
8    Q.    An entity known as DDCA, of Department of
9  Defense Commissary Agencies, the commissaries?
10    A.    Could be, yes.
11    Q.    When you say could be, why do you say
12  that?
13    A.    I have seen their names, yes, but not on
14  a daily basis, not always.
15    Q.    Do you ever send them a bill for freight?
16    A.    Yes.
17    Q.    Is that a paper bill that you send?
18    A.    Yes.
19    Q.    Do you ever send something that's called
20  a freight roll-up?  Does that term mean anything to
21  you?
22    A.    I've heard of roll-up, yes, but I don't
23  send them that.
24    Q.    Do you know if someone does send it?
25  Let's talk about Fleming back in the Fleming time.

JAN FLOATE & ASSOCIATES (808) 263-1149

62

# CERTIFICATE

STATE OF HAWAII           )
                          ) SS.
CITY AND COUNTY OF HONOLULU )

I, JANIS K. FLOATE, Notary Public, State of Hawaii, do hereby certify:

That on December 6, 2004, appeared before me Jacqueline Rio, the witness whose deposition is contained herein; that prior to being examined, the witness was by me duly sworn;

That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewriting under my supervision; that the foregoing represents to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

DATED this 15 day of Dec, 2004, in Honolulu, Hawaii.

_____
JANIS K. FLOATE, RPR, CSR 254
Notary Public, State of Hawaii
My Commission Exp: December 12, 2005

JAN FLOATE & ASSOCIATES (808) 263-1149