UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BERRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS (FKA BANKERS TRUST COMPANY) and JP MORGAN CHASE BANK in their separate capacities and as agents for the pre- and post-petition Lender Defendants of Fleming Companies, Inc.; GENERAL ELECTRIC CAPITAL CORPORATION; C&S WHOLESALE GROCERS, INC.; THE POST-CONFIRMATION TRUST OF FLEMING COMPANIES, INC.; ROBERT KORS; CORE-MARK HOLDINGS INC. AND DOES 1 TO 200,<br><br>　　　　Defendants. | Case No. 01:07 CV 7634 (WHP)<br><br>ECF Case |

### AFFIDAVIT OF ERIN N. BRADY IN SUPPORT OF DEFENDANTS' REPLY TO MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

KIRKLAND & ELLIS LLP
Erin N. Brady (admitted *pro hac vice*)
777 South Figueroa Street
Los Angeles, California 90017
Telephone:　(213) 680-8400
Facsimile:　(213) 680-8500
Email:　　　ebrady@kirkland.com

Counsel for Defendants Post Confirmation Trust and Robert Kors

K&E 12761870.1

## AFFIDAVIT OF ERIN N. BRADY

I, ERIN N. BRADY, testify as follows:

1. I am a partner at the law firm Kirkland & Ellis LLP. My firm has been retained to represent Defendants Post Confirmation Trust ("PCT") and Robert Kors in this lawsuit. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2. Attached as <u>Exhibit P</u> is a true and correct copy of an April 23, 2008 letter sent by Michael E. Baumann, counsel for Defendants PCT and Robert Kors, to Judge William H. Pauley, which encloses a March 27, 2008 order from the State of Hawaii First Judicial Circuit Court in the Julianne N. Berry v. Wayne Foster Berry divorce proceeding.

3. Attached as <u>Exhibit Q</u> is a true and correct copy of a March 10, 2008 letter sent by Rebeka Takayama, a State of Hawaii First Judicial Circuit Domestic Law Clerk, to Wayne Berry regarding a hearing set for March 28, 2008 in his divorce proceeding.

4. Attached as <u>Exhibit R</u> is a true and correct copy of Berry's Non-Hearing Motion To Dismiss Expired Complaint For Divorce, which he filed in the State of Hawaii First Judicial Circuit on or about September 12, 2007. In this motion, Berry asserts that Mr. Kors and others are indispensable parties in his divorce case.

5. In or about November 2007, Mr. Hogan asked the PCT to send C&S a letter asking it to return to Berry any Berry software it had. He repeated this request on several occasions.

So sworn under penalty of perjury under the Laws of the United States of America in Los Angeles, California, May 5, 2008.

_____
Erin N. Brady

2

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1.
2.
3.
4.
5.
6.

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California

County of __LOS ANGELES__

Subscribed and sworn to (or affirmed) before me on this __5th__ day of __MAY__, 20__08__, by
Date        Month                  Year

(1) __ERIN N. BRADY__,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
Signature of Notary Public

[Notary Seal: NEAL SAN DIEGO, Commission # 1612581, Notary Public - California, Los Angeles County, My Comm. Expires Oct 10, 2009]

Place Notary Seal Above

———————————— **OPTIONAL** ————————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: __PCT + KORS Reply/Affidavit__

Document Date: __MAY 05, 2008__ Number of Pages: __2__

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827