# EXHIBIT P

KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

777 South Figueroa Street
Los Angeles, CA 90017

Michael E. Baumann
To Call Writer Directly:
(213) 680-8424
mbaumann@kirkland.com

(213) 680-8400

www.kirkland.com

Facsimile:
(213) 680-8500

April 23, 2008

**VIA HAND DELIVERY**

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
Chambers 2210
New York, NY 10007

Re: *Berry v. Deutsche Bank Trust Company Americas, et al.*
S.D.N.Y. Case No.: 1:07-cv-7634 WHP

Dear Judge Pauley:

My firm represents the Post Confirmation Trust (the "PCT") and Robert Kors, both of whom are defendants in the above-captioned case (together, "Defendants"). Both Defendants have moved for summary judgment with respect to all claims that Plaintiff Wayne Berry brought against them in his Second Amended Complaint, including Mr. Berry's claims that Defendants abused process and violated RICO by assisting his wife in serving him with a summons and a dismissed divorce complaint. Defendants also moved for sanctions under Rule 11 against Mr. Berry and his counsel, Timothy Hogan, for bringing these claims.

Late last week, Defendants learned of a material misrepresentation on the part of Mr. Berry and Mr. Hogan that this Court should be made aware of when ruling on the pending motions. As it turns out, contrary to repeated assertions by Mr. Berry and his counsel, Mrs. Berry's divorce case is not dismissed, but is instead proceeding to trial this summer.

As the Court may recall, in moving for summary judgment on Mr. Berry's abuse of process claim, Defendants (1) cited case law for the proposition that service of a complaint is not, in and of itself, abuse of process, and (2) submitted uncontroverted evidence that they were not involved in the service of Mrs. Berry's divorce complaint. In opposition, Mr. Berry and his counsel maintained both in their papers and during oral argument that Defendants' cited law does not apply to them because Mrs. Berry's underlying divorce complaint was dismissed before it was served. According to them, this showed that the complaint was served solely to "terrorize" Mr. Berry, and created an exception of sorts to the law that Defendants cited. (Berry's Opp'n. Summ. J. 24).

KIRKLAND & ELLIS LLP



But the Hawaii family court docket shows that at the time of argument on Defendants' motion, the divorce complaint was not dismissed. On March 27, 2008, more than a week before the Court held oral argument, the Hawaii family court held a hearing in Mrs. Berry's divorce case. At the conclusion of that hearing, the court denied Mr. Berry's pending request to dismiss the divorce complaint and his objections to service of the complaint and instead set the case for trial. Orders issued that same day.

Neither Mr. Berry nor Mr. Hogan informed Defendants or this Court of the Hawaii proceedings or that the divorce complaint was not dismissed. Instead, during oral argument the following week, Mr. Hogan continued to affirmatively maintain that the divorce case was dismissed. (4/4/08 Hr'g Tr. 26: "it's true that the [divorce] case was dismissed"). This false representation is the result of either (1) a knowing misrepresentation by Mr. Hogan or (2) yet another example of Mr. Hogan's willingness to advance claims on Mr. Berry's behalf without conducting any factual or legal diligence. Either way, the misrepresentation to this Court during oral argument is sanctionable. *See O'Brien v. Alexander*, 101 F.3d 1479, 1490 (2d. Cir. 1996) (sanctioning counsel for making a statement during oral argument that was unsupported by evidence when that statement flowed directly from assertions in the complaint).

In light of Mr. Berry's contention that Defendants' motion should be denied because service of a dismissed complaint is an abuse of process, we believe that the Hawaii family court's March 27, 2008 ruling that Mrs. Berry's complaint was not dismissed is relevant to this Court's determination of Defendants' motion and is a matter of which the Court may take judicial notice. We have enclosed the relevant documents for Your Honor's review. Please feel free to contact us if you have any concerns.

Sincerely,

Michael E. Baumann

Encl.

MATRIMONIAL ACTIONS CALENDAR
FAMILY COURT OF THE FIRST CIRCUIT
FAMILY COURT

DATE: THURSDAY, MARCH 27, 2008
JUDGE: HONORABLE ROBERT MARK BROWNING, JUDGE PRESIDING
CLERK: MAYUMI OMIYA
REPORTER:
BAILIFF/LAW CLERK: BETTY NAKAGAWA



9:00 A.M.

1DV 06-1-000211 JULIANNE N BERRY VS. WAYNE FOSTER BERRY

CHERYL ROSE BRAWLEY FOR JULIANNE N BERRY

WAYNE FOSTER BERRY PRO SE

(1) MOTION TO SET (FILED 2/6/08)
(CHERYL BRAWLEY MOVANT)

(2) MOTION TO STRIKE "CHERYL BRAWLEY'S MOTION TO SET AND NOTICE OF MOTION" FOR A DISMISSED AND EXPIRED COMPLAINT FOR DIVORCE

(FILED 3/10/08)
(WAYNE BERRY MOVANT)

(3) NON-HRG MOTION TO DISMISS EXPIRED COMPLAINT FOR DIVORCE (FILED 9/12/07)
(WAYNE BERRY MOVANT)

#07-01(10:14-10:18)
JUDGE: R. MARK BROWNING
CLERK: M. OMIYA
PRESENT: PLTF/JULIANNE BERRY W/HER ATTY, CHERYL BRAWLEY

PLTF SWORN.

COURT WILL NOTE FOR THE RECORD THAT IT ATTEMPTED TO TELEPHONE THE RESPONDENT/WAYNE BERRY THRU THE TELEPHONE NUMBER THAT WAS TYPED ABOVE THE CAPTION W/ RESPECT TO HIS MOTION TO STRIKE: CHERYL BRAWLEY'S MOTION TO SET AND NOTICE OF MOTION FOR A DISMISSED AND EXPIRED COMPLAINT FOR DIVORCE.

COURT BAILIFF REPRESENTED THAT A CALL WAS MADE TO 808-258-7144 AND A MESSAGE WAS LEFT ON THE ANSWERING MACHINE FOR MR. WAYNE BERRY THAT HIS CASE IS BEING HEARD AT THIS MOMENT AND TO CALL BACK AT 539-4460.

COURT NOTED THAT THIS MATTER WAS SET FOR 9:00 AM

R. MARK BROWNING
MAR 27 2008

MATRIMONIAL ACTIONS CALENDAR
FAMILY COURT OF THE FIRST CIRCUIT
FAMILY COURT

DATE: THURSDAY, MARCH 27, 2008
JUDGE: HONORABLE ROBERT MARK BROWNING, JUDGE PRESIDING
CLERK: MAYUMI OMIYA
REPORTER:
BAILIFF/LAW CLERK: BETTY NAKAGAWA



AND IT IS NOW 10:15 AM.

COURT WILL DISMISS MR. BERRY'S MOTION FOR WANT OF PROSECUTION. COURT WILL NOTE FURTHER THAT DURING THE COURSE OF PREPARING FOR THIS MOTION TO SET, THERE WAS A NON-HEARING MOTION TITLED, "NON-HEARING MOTION TO DISMISS EXPIRED COMPLAINT FOR DIVORCE" FILED ON 9/12/07, AND FOR SOME REASON THIS WAS NEVER CALENDARED.

MS. BRAWLEY INFORMED THE COURT THAT PER A LETTER TO MR. BERRY DATED 3/10/08 FROM THE FAMILY COURT, HIS MOTION TO STRIKE CHERYL BRAWLEY'S MOTION TO SET AND NOTICE OF MOTIONFOR A DISMISSED AND EXPIRED COMPLAINT FOR DIVORCE HAS BEEN SCHEDULED TO HEARD AT THE SAME TIME AS PLTF'S MOTION TO SET ON 3/27/08 AT 9:00 AM.

COURT NOTED THAT IT IS CALENDARED TOGETHER AS MOTION NO. 2. COURT WILL DISMISS MR. BERRY'S NON-HEARING MOTION FOR WANT OF PROSECUTION.

COURT WILL SET THIS MATTER FOR TRIAL.

CONCLUDED AT 10:18 AM.

==================================================

OFF RECORD DISCUSSION W/ PLTF & MS. BRAWLEY.

TRIAL WILL BE SET AS FOLLOWS:

T/W - 7/7/08 @ 8:30 AM (1 DAY)
S/C - 6/19/08 @ 1:30 PM
C/C - 6/26/08 @ 8:30 AM

PTO NO. 1, EO DISMISSING DEFT'S MOTION FILED 9/12/07, AND EO DISMISSING DEFT'S MOTION FILED 3/10/08 SUBMITTED.

R. MARK BROWNING

| FAMILY COURT FIRST CIRCUIT STATE OF HAWAII | ORDER ☐Granting ☐Denying ☐In Part ☐Continuing ☐Oral ☒Re: ☐Motion to [ ]Continue [ ]Withdraw ☒Motion MOTION TO DISMISS EXPIRED COMPLAINT FOR DIVORCE | CASE NUMBER FC-D NO. 06-1-0211 |
|---|---|---|

JULIANNE N. BERRY
PLAINTIFF,

vs.

WAYNE FOSTER BERRY
DEFENDANT.

This document is prepared by:
☒Attorney for ☒Plaintiff ☐Defendant
CHERYL BRAWLEY 4489
Name
1164 BISHOP STREET, SUITE 500
Address
HONOLULU, HI 96813
City, State. Zip Code
(808) 533-0066
Telephone Number

| Motion Filed On: 9/12/07 | Judge: R. MARK BROWNING | Hearing Date: 3/27/08 |
|---|---|---|

Present at the Hearing: ☒ Plaintiff ☒ Attorney for Plaintiff C. BRAWLEY
☐ Defendant ☐Attorney for Defendant
☐ Other:

☐Attorney ______ ☐Plaintiff ☒Defendant was/were duly served but failed to appear.

Based upon the representation/record made. IT IS HEREBY ORDERED that the ☐oral motion is ☐granted ☐denied ☐granted in part ☐denied in part as follows:
DEFENDANT'S MOTION IS DISMISSED FOR LACK OF PROSECUTION.

☐ ____ Continuation Page(s) Attached. Signatures on Last Page.

APPROVED:
☐Form ☐Content [signature] Plaintiff
☐Form ☐Content ______ Defendant
☐Form ☐Content [signature] Attorney/Pltff
☐Form ☐Content ______ Attorney/Deft
☐Form ☐Content ______ Other

FAMILY COURT
FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
12:02 o'clock P. M.
MAR 27 2008
M. Omiya
M. Omiya
Clerk

Date MAR 27 2008

Judge [signature]
R. MARK BROWNING

FOR COURT USE ONLY

11/05 EXPEDITED ORDER-SHORT FORM