# EXHIBIT Q



**First Judicial Circuit** — THE JUDICIARY · STATE OF HAWAI'I
POST OFFICE BOX 3498 · HONOLULU, HAWAI'I 96811-3498

FRANCES Q. F. WONG
SENIOR JUDGE

PATRICK W. BORDER
CIRCUIT COURT JUDGE

RHONDA A. NISHIMURA
CIRCUIT COURT JUDGE

District Family Judges
MICHAEL F. BRODERICK
R. MARK BROWNING
JENNIFER L. CHING
KENNETH E. ENRIGHT
CHRISTINE E. KURIYAMA
LINDA K. C. LUKE
PAUL T. MURAKAMI
KAREN M. RADIUS
BODE A. UALE

*Place in Back of File*

March 10, 2008

Mr. Wayne Foster Berry
5500 Military Trail #22-250
Jupiter, Florida 33458

RE: FC-D No.06-1-0211, *Berry v. Berry*
Non-Hearing Motion to Strike "*Cheryl Brawley's Motion To Set And Notice of Motion for a Dismissed and Expired Complaint For Divorce*"

Dear Mr. Berry:

The Family Court is in receipt of the above-referenced motion submitted for your divorce case. Please note that motions to strike are normally not ex parte motions, or motions where one party to an action may unilaterally request and receive relief from the Court. As such, per the instruction of the Honorable R. Mark Browning, your motion has been filed as "Motion to Strike '*Cheryl Brawleys' Motion to Set and Notice of Motion for a Dismissed and Expired Complaint for Divorce*,'" and has been scheduled to be heard at the same time as Plaintiff's Motion to Set on March 27, 2008 at 9:00 am.

Enclosed, please find one (1) file-stamped certified copy and one (1) file-stamped copy for your records and appropriate action. Please note that I have forwarded a copy of this letter and your motion to Plaintiff's Counsel but it is your responsibility to properly serve Plaintiff with your motion. A copy of this letter will be placed in the back of the legal file. No further action will be taken regarding your submission.

The law clerks of the Family Court are not permitted to give you legal advice, or to advise you as to a specific course of action. Should you need legal advice, you are urged to seek the assistance of an attorney.

Sincerely,

Rebeka Takayama

Domestic Law Clerk
Legal Research and Adoption Records Unit
rt

Enclosure
cc:     Plaintiff's Attorney *via court jackets*